UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS (HARVARD FACULTY CHAPTER); and AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.<br><br>Defendants. | Case No. 25-10910 |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE AFFIDAVITS UNDER SEAL

Pursuant to Local Rule 7.2, Plaintiffs American Association of University Professors ("AAUP") and American Association of University Professors–Harvard ("AAUP–Harvard") respectfully request leave to file Exhibits 27 and 29 to Plaintiffs' Motion for Temporary Restraining Order under seal until further order of the Court. Exhibits 27 and 29 are affidavits by AAUP and AAUP-Harvard members who are not parties to this litigation ("Affiants"). The accompanying Memorandum sets forth the reasons for sealing the exhibits. Defendants' counsel has not yet been assigned, and Plaintiffs therefore cannot ask Defendants about their position on this Motion.

April 11, 2025                                          Respectfully submitted,

/s/ *Daniel Silverman*

Philippe Z. Selendy*                                    Daniel H. Silverman (BBO# 704387)
Sean P. Baldwin*                                        COHEN MILSTEIN SELLERS & TOLL PLLC
Corey Stoughton*                                        769 Centre Street
Julie Singer*                                           Suite 207
Hannah R. Miles*                                        Boston, MA 02130
SELENDY GAY PLLC                                        (617) 858-1990
1290 Avenue of the Americas 20th Floor                  dsilverman@cohenmilstein.com
New York, NY  10104
Tel: 212-390-9000                                       Joseph M. Sellers *
pselendy@selendygay.com                                 Benjamin D. Brown*
sbaldwin@selendygay.com                                 Phoebe M. Wolfe *
cstoughton@selendygay.com                               Margaret (Emmy) Wydman*
jsinger@selendygay.com                                  COHEN MILSTEIN SELLERS & TOLL PLLC
hmiles@selendygay.com                                   1100 New York Ave. NW, 8th Floor
                                                        Washington, DC 20005
*  PHV Application Forthcoming                          (202) 408-4600
                                                        jsellers@cohenmilstein.com
                                                        bbrown@cohenmilstein.com
                                                        pwolfe@cohenmilstein.com
                                                        ewydman@cohenmilstein.com

                                                        *  PHV Application Forthcoming

                                                        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the CM/ECF system will be sent by certified mail on April 14, 2025 to the United States attorney for Massachusetts, the civil-process clerk at the United States attorney's office, and to the Attorney General of the United States at Washington, D.C, pursuant to Federal Rule of Civil Procedure 4(i).

                                                                      /s/ *Daniel Silverman*
                                                                       Daniel Silverman