# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS (HARVARD CHAPTER); and AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, et al., <br><br> Defendants. | Case No. 25-10910 <br><br> **REQUEST FOR ORAL ARGUMENT** |

**PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER**

  Plaintiffs respectfully request that the Court grant this Emergency Motion for a Temporary Restraining Order. The grounds for this motion are set forth in the accompanying memorandum of law, exhibits in support thereof as attached to the attorney affidavit, and the concurrently filed Complaint.

1

April 11, 2025                                                    Respectfully submitted,

/s/ *Daniel Silverman*

| | |
|---|---|
| Philippe Z. Selendy* | Daniel H. Silverman (BBO# 704387) |
| Sean P. Baldwin* | COHEN MILSTEIN SELLERS & TOLL PLLC |
| Corey Stoughton* | 769 Centre Street |
| Julie Singer* | Suite 207 |
| Hannah R. Miles* | Boston, MA 02130 |
| SELENDY GAY PLLC | (617) 858-1990 |
| 1290 Avenue of the Americas 20th Floor | dsilverman@cohenmilstein.com |
| New York, NY  10104 | |
| Tel: 212-390-9000 | Joseph M. Sellers * |
| pselendy@selendygay.com | Benjamin D. Brown* |
| sbaldwin@selendygay.com | Phoebe M. Wolfe * |
| cstoughton@selendygay.com | Margaret (Emmy) Wydman* |
| jsinger@selendygay.com | COHEN MILSTEIN SELLERS & TOLL PLLC |
| hmiles@selendygay.com | 1100 New York Ave. NW, 8th Floor |
| | Washington, DC 20005 |
| *  PHV Application Forthcoming | (202) 408-4600 |
| | jsellers@cohenmilstein.com |
| | bbrown@cohenmilstein.com |
| | pwolfe@cohenmilstein.com |
| | ewydman@cohenmilstein.com |

\*  PHV Application Forthcoming

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent by certified mail on April 14, 2025 to the United States attorney for Massachusetts, the civil-process clerk at the United States attorney's office, and to the Attorney General of the United States at Washington, D.C, pursuant to Federal Rule of Civil Procedure 4(i).

                                                                    /s/ *Daniel Silverman*
                                                                    Daniel Silverman