# EXHIBIT 3



PRESS RELEASE

# Justice Department Announces Formation of Task Force to Combat Anti-Semitism

Monday, February 3, 2025

**For Immediate Release**

Office of Public Affairs

Pursuant to President Trump's Executive Order on Additional Measures to Combat Anti-Semitism, the Justice Department announced today the formation of a multi-agency Task Force to Combat Anti-Semitism. The Task Force's first priority will be to root out anti-Semitic harassment in schools and on college campuses.

In addition to the Department of Justice, the Task Force will include representatives from the U.S. Department of Education, U.S. Department of Health and Human Services, and other agencies as it develops. The Task Force will be coordinated through the Department's Civil Rights Division.

"Anti-Semitism in any environment is repugnant to this Nation's ideals," said Senior Counsel to the Assistant Attorney General for Civil Rights Leo Terrell, who will be heading the Task Force. "The Department takes seriously our responsibility to eradicate this hatred wherever it is found. The Task Force to Combat Anti-Semitism is the first step in giving life to President Trump's renewed commitment to ending anti-Semitism in our schools."

If you have been discriminated against, you can file a complaint with the Civil Rights Division, at Contact the Civil Rights Division | Department of Justice (https://civilrights.justice.gov).

President Trump's Executive Order can be found here: Additional Measures to Combat Anti-Semitism – The White House.

Updated February 3, 2025

**Topic**

CIVIL RIGHTS

**Component**

Civil Rights Division

Press Release Number: 25-132

# Related Content

**PRESS RELEASE**

## Justice Department Files a Proposed Statement of Interest Supporting Equal Access to Southwest Airlines Travel Program

The Justice Department filed a proposed statement of interest today in the U.S. District Court for the Northern District of Texas to make clear that federal law protects the equal...

April 10, 2025

**PRESS RELEASE**

### Arizona Man Convicted of Crimes Arising Out of Plot Targeting Christian Churches

After an 11-day trial, a federal jury returned a guilty verdict yesterday against Zimnako Salah, 45, of Phoenix, Arizona, convicting him of strapping a backpack around the toilet of a...

April 4, 2025

**PRESS RELEASE**

### U.S. Department of Justice Announces Second Amendment Pattern-or-Practice Investigation into California's Los Angeles County

Protecting the Second Amendment rights of ordinary, law-abiding Americans is a high priority for this Administration.

March 27, 2025

#### Office of Public Affairs

U.S. Department of Justice

950 Pennsylvania Avenue, NW

Washington DC 20530

Office of Public Affairs Direct Line

202-514-2007

Department of Justice Main Switchboard

202-514-2000