# EXHIBIT 5

🇺🇸 An official website of the United States government  Here's how you know

**U.S. Department of Education**

HOME  /  ABOUT US  /  NEWSROOM  /  PRESS RELEASES

**PRESS RELEASE**

# ED, HHS, and GSA Initiate Federal Contract and Grant Review of Harvard University

Measures include a comprehensive review of federal contracts and grants as part of an investigation aimed at eliminating anti-Semitic harassment on college campuses

**MARCH 31, 2025**

Today, the Departments of Education (ED), Health and Human Services (HHS), and the U.S. General Services Administration (GSA) announced a comprehensive review of federal contracts and grants at Harvard University and its affiliates. This review is part of the ongoing efforts of the Joint Task Force to Combat Anti-Semitism.

The Task Force will review the more than $255.6 million in contracts between Harvard University, its affiliates and the Federal Government. The review also includes the more than $8.7 billion in multi-year grant commitments to Harvard University and its affiliates to ensure the university is in compliance with federal regulations, including its civil rights responsibilities.

"Harvard has served as a symbol of the American Dream for generations – the pinnacle aspiration for students all over the world to work hard and earn admission to the storied institution," **said Secretary of Education Linda McMahon.** "Harvard's failure to protect students on campus from anti-Semitic discrimination - all while promoting divisive ideologies over free inquiry - has put

its reputation in serious jeopardy. Harvard can right these wrongs and restore itself to a campus dedicated to academic excellence and truth-seeking, where all students feel safe on its campus."

Today's actions by the Task Force follow a similar ongoing review of Columbia University. That review led to [Columbia agreeing to comply with 9 preconditions](#) for further negotiations regarding a return of canceled federal funds. This initiative strengthens enforcement of President Trump's Executive Order titled ["Additional Measures to Combat Anti-Semitism."](#) The Task Force ensures that federally funded institutions uphold their legal and ethical responsibilities to prevent anti-Semitic harassment.

The federal government will collaborate with relevant contracting agencies to assess whether Stop Work Orders should be issued for any identified contracts. Additionally, Harvard has been directed to submit a comprehensive list of all contracts—both direct and through affiliates—between their institution and the federal government that were not included in the initial review.

"The Task Force will continue its efforts to root out anti-Semitism and to refocus our institutions of higher learning on the core values that undergird a liberal education," **said HHS Acting General Counsel and Task Force member, Sean Keveney**. "We are pleased that Harvard is willing to engage with us on these goals."

Any institution found to be in violation of federal compliance standards may face administrative actions, including contract termination.

The Task Force remains committed to awarding federal funds responsibly and holding institutions accountable for taking decisive action against anti-Semitic harassment. GSA has been asked to facilitate the review of federal funding received by Harvard including grant and contract reviews across the Federal Government.

"Hate in any form goes against the foundational principles of America. While Harvard's recent actions to curb institutionalized anti-Semitism - though long overdue - are welcome, there is much more that the university must do to retain

the privilege of receiving federal taxpayer's hard earned dollars," **said FAS Commissioner and Task Force Member, Josh Gruenbaum**. "This administration has proven that we will take swift action to hold institutions accountable if they allow anti-Semitism to fester. We will not hesitate to act if Harvard fails to do so."

For more information, visit the announcement on the [formation of the Task Force to Combat Anti-Semitism](#) and read the [HHS, ED, and GSA joint press release](#) from Monday, March 3rd.

**CONTACT**

Press Office | press@ed.gov | (202) 401-1576 | Office of Communications and Outreach (OCO)

**Office of Communications and Outreach (OCO)**

Page Last Reviewed: March 31, 2025

**Pay for College**

Fill out the FAFSA

529 Plans

Loan Forgiveness

1098 Tax Forms

**Educational Resources**

504 Plans

FERPA

IEPs (Individualized Education Program)

## Teaching Resources

Become a Teacher

Professional Resources

School Safety and Security

Teaching Abroad

## File a Report

Report Fraud, Waste, or Abuse

Report a Civil Rights Violation

Student Privacy Complaint Forms

## About Us

Contact Us

ED Offices

Overview of ED

Frequently Asked Questions (FAQs)

Jobs at ED

## News

Press Releases

Homeroom Blog

Subscriptions

## Site Notices and Privacy Policies

Accessibility Support

## ED Archive

# U.S. Department of Education





www.ed.gov

**An official website of the Department of Education**

About Dept of Education     Accessibility Support     No FEAR Act data

Office of the Inspector General     Performance reports     FOIA     Privacy Policy

ED Archive

Looking for U.S. government information and services? **Visit USA.gov**