# EXHIBIT 10

Appointments are required to use the Herbaria; please email huh-requests@oeb.harvard.edu to make arrangements.

For the Botany Libraries, see our hours and policies, or email botref@oeb.harvard.edu for assistance.

# Harvard University Herbaria & Libraries



Menu

Home  >  News  >  Pfister and Bradshaw receive NSF grant

# Pfister and Bradshaw receive NSF grant

Mon, 07/10/2023

News

Dr. Donald Pfister, Asa Gray Research Professor of Systematic Botany and Emeritus Curator of the Farlow Library and Herbarium, and Dr. Michael Bradshaw, Harvard University Herbaria Research Fellow, were recently awarded a $1 million grant from the National Science Foundation to dive further into the world of powdery mildews. "We believe this grant is extremely important not only for the powdery mildews, but for fungi in general and will be a blueprint for future monographs focusing on plant pathogenic fungi" states Bradshaw. One of the most exciting aspects of the grant, Bradshaw says, is the inclusion of developing a glass model of a fungal fruiting body.

Congratulations Don and Michael!

Award Abstract # 2315953

**ARTS: A North American monograph of the powdery mildews (Erysiphaceae)**

https://www.nsf.gov/awardsearch/showAward?AWD_ID=2315953

**Abstract**: Of all organisms, fungi are among the least studied in terms of diversity with a projected 10% of the existing fungi known. This is especially true for powdery mildews; these are one of the world's most common and least studied fungal plant pathogens. Powdery mildews are particularly important because they cause serious damage to economically important agricultural crops, such as blueberries, hops, peas, strawberries, wheat, and wine grapes. Powdery mildews are often host specific, but it is unclear which powdery mildew species are the causal agents of disease on even some of the most important agricultural crops. Additionally, for non-specialists it is difficult to ascertain which sequences, identifications, and species names are reliable on publicly available databases. Accurate identification of plant pathogens is important because particular species often require different control methods and applications. In this work, we will develop a publicly available online powdery mildew identification manual allowing accurate identification for scientists, farmers, and horticulturalists around the world. This will contribute to practical applications as well as research in a wide range of disciplines, including plant pathology, evolutionary biology, mycology, and systematics. By obtaining sequence data for particularly virulent, invasive, species this work will contribute to a better understanding of how pathogens invade new environments. To accomplish this project, we will assemble a team of undergraduate, graduate, and postdoctoral researchers. Fungal biology has historically failed to recruit diverse researchers. With this in mind, we will highlight diversity and inclusion in our personnel selection process

Share on:

 Facebook

 Twitter

 Linkedin



**Herbaria**

p: 617-495-2365

f:  617-495-9484

[huh-requests@oeb.harvard.edu](huh-requests@oeb.harvard.edu)

**Libraries**

p:  617-495-2366

[botref@oeb.harvard.edu](botref@oeb.harvard.edu)

 22 Divinity Avenue
Cambridge, MA 02138

Social 

**Affiliates**

Arnold Arboretum

Department of Organismic and Evolutionary Biology

Harvard Museums of Science & Culture

Harvard Forest

[Admin login](Admin login)



Copyright © 2025 The President and Fellows of Harvard College

Accessibility

Digital Accessibility

Report Copyright Infringement

Info Practices