# EXHIBIT 14

# Trump administration did not say which research projects were targeted in Harvard review. A government memo has answers.

By Mike Damiano and Liz Kowalczyk  Globe Staff, Updated April 4, 2025, 7:11 p.m.



The Widener Library at Harvard University in Cambridge, MA on April 3. CRAIG F. WALKER/GLOBE STAFF

When the Trump administration announced a review of $9 billion of federal funding for Harvard and its affiliated institutions this week, it did not specify which research projects might be targeted.

But a Monday memo from the government's antisemitism task force obtained by the Globe contains some answers.

It lists more than $255 million of contracts included in the review, most of them for health and medicine research projects. One contract with the Harvard T.H. Chan School of Public Health is worth nearly $60 million and provides funding for research on tuberculosis at 14 labs across the country. Another, with Boston Children's Hospital, provides nearly $36 million for what public records describe as an online vaccination site locator.

That contract is just one of many on the list for Boston Children's Hospital. In total, the hospital's contracts now under review are valued at more than $122 million. The list, which was not previously reported, also includes $98 million of contracts with Harvard University itself, including the School of Public Health contract.

The memo was sent to Harvard's leaders on March 31 by the US General Services Administration, one of the agencies participating in the antisemitism task force.

It put Harvard on notice that nearly $9 billion of funding would be placed under review.

The vast majority of the funding, $8.7 billion, was in the form of "multi-year grant commitments," but no other details were provided. By contrast, the memo provided a specific list of federal research contracts, and said the government was prepared to issue "Stop Work Orders" for all of them.

It also invoked a broad authority to cancel any contract "for convenience." Many federal contracts include clauses that grant the government broad discretion to cancel them.

## Federal research contracts targeted in the Harvard antisemitism review

Total values are as listed in a government memo to Harvard obtained by the Globe

Search in table                                                                 Page 1 of 8  >

| Funding agency | Recipient | Description | ▼ Total |
|---|---|---|---|
| National Institutes of Health | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | HEALTH R&D SERVICES; HEALTH CARE SERVICES; APPLIED RESEARCH | $59.8M |
| Centers for Disease Control and Prevention | CHILDREN'S HOSPITAL CORPORATION | SUPPORT- PROFESSIONAL: OTHER | $36M |
| Centers for Disease Control and Prevention | CHILDREN'S HOSPITAL CORPORATION | HEALTH R&D SERVICES; HEALTH CARE - OTHER; BASIC RESEARCH | $24.9M |
| National Institutes of Health | CHILDREN'S HOSPITAL CORPORATION | HEALTH R&D SERVICES; HEALTH CARE SERVICES; APPLIED RESEARCH | $24.8M |
| Office of Assistant Secretary for Preparedness and Response | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | HEALTH R&D SERVICES; HEALTH CARE SERVICES; EXPERIMENTAL DEVELOPMENT | $15.2M |
| National Institutes of Health | CHILDREN'S HOSPITAL CORPORATION | HEALTH R&D SERVICES; HEALTH CARE SERVICES; BASIC RESEARCH | $13.6M |
| National Institutes of Health | CHILDREN'S HOSPITAL CORPORATION | HEALTH R&D SERVICES; HEALTH CARE SERVICES; BASIC RESEARCH | $10.9M |
| National Institutes of | THE GENERAL | SUPPORT- PROFESSIONAL: PROGRAM | |

The contract for tuberculosis funding with the Harvard School of Public Health supports labs across the country working on vaccine development, according to publicly available data on federal research contracts. Another contract with Boston Children's Hospital funds studies on whether the Covid vaccine reduces Multisystem Inflammatory Syndrome in children, according to publicly available records. There is also a contract with Boston Children's funding development for a vaccine to prevent opioid addiction.

One contract with Mass General Brigham worth $8 million, according to the memo, came from the US Special Operations Command, which hired the hospital to provide research and technical services related to traumatic brain injuries, according to publicly available records.

On Thursday, the Trump administration sent Harvard a list of demands detailing what the school's leaders must do to avoid cancellation of federal funding. The list included: shuttering diversity offices, implementing "merit-based" admissions and hiring practices, cooperating with federal immigration authorities, and altering student disciplinary procedures.

The Trump administration contends those measures will help combat antisemitism and reduce what officials have described as illegal race-based discrimination.

In a [message to the campus community](#) Monday after the funding review was announced, Harvard president Alan Garber, said, "If this funding is stopped, it will halt life-saving research and imperil important scientific research and innovation."

He also said: "We fully embrace the important goal of combatting [SIC] antisemitism, one of the most insidious forms of bigotry" and that Harvard would "engage with members of the federal government's task force to combat antisemitism to ensure that they have a full account of the work we have done and the actions we will take going forward to combat antisemitism."

The institutions targeted in the review include Harvard University itself and its affiliated teaching hospitals and research institutions, such as Mass General Brigham, Beth Israel Deaconess Medical Center, Boston Children's Hospital, and the Broad Institute, according to the list of contracts included in the memo.

The memo describes the $255 million as a "ceiling value." That may be a reference to the fact that some of the contracts have already been partially paid out and at least one has already been canceled in a separate round of federal research funding cuts, according to a Globe review of federal contract data.

The antisemitism task force says its goal is to investigate universities that have violated civil rights laws by allegedly failing to protect Jewish students from antisemitic harassment related to the campus protest movement over the Israel-Hamas war.

At Columbia University last month, the task force used threats to federal funding to compel the school's leaders to accept a list of demands related to antisemitism and campus protest.

Some have questioned the legality of the task force's methods. Although the government may legally withhold federal funding for civil rights violations, there was no public process to adjudicate the the accusations against Columbia before the task force paused $400 million of funding for the school last month.

Tyler Coward, a lawyer with the Foundation for Individual Rights and Expression, a free speech advocacy group, said the Trump administration's reliance on the convenience clause in federal contracts may be a way for the task force to bypass the formal process that would require the government to present evidence for its claims.

"Using federal contract law to bypass federal anti-discrimination law is a massive concern because these ad-hoc determinations from these agencies are ripe for abuse," Coward said.

Spokespeople for the Department of Education, the Department of Health and Human Services, and the US General Services Administration, three agencies participating in the antisemitism task force, did not respond to requests for comment Friday.

*Neena Hagen of the Globe staff contributed to this report.*

---

Mike Damiano can be reached at mike.damiano@globe.com. Liz Kowalczyk can be reached at lizbeth.kowalczyk@globe.com.

©2025 Boston Globe Media Partners, LLC

When the Trump administration announced a review of $9 billion of federal funding for Harvard and its affiliated institutions this week, it did not specify which research projects might be targeted.

But a Monday memo from the government's antisemitism task force obtained by the Globe contains some answers.

It lists more than $255 million of contracts included in the review, most of them for health and medicine research projects. One contract with the Harvard T.H. Chan School of Public Health is worth nearly $60 million and provides funding for research on tuberculosis at 14 labs across the country. Another, with Boston Children's Hospital, provides nearly $36 million for what public records describe as an online vaccination site locator.

That contract is just one of many on the list for Boston Children's Hospital. In total, the hospital's contracts now under review are valued at more than $122 million. The list, which was not previously reported, also includes $98 million of contracts with Harvard University itself, including the School of Public Health contract.

The memo was sent to Harvard's leaders on March 31 by the US General Services Administration, one of the agencies participating in the antisemitism task force.

**Related**

Trump administration sends Harvard list of demands to avoid cancellation of billions in federal fundingWhat's in that $9 billion the Trump administration is reviewing at Harvard? University presidents aren't capitulating to Trump, they say. They're 'adapting.'

It put Harvard on notice that nearly $9 billion of funding would be placed under review.

The vast majority of the funding, $8.7 billion, was in the form of "multi-year grant commitments," but no other details were provided. By contrast, the memo provided a specific list of federal research contracts, and said the government was prepared to issue "Stop Work Orders" for all of them.

It also invoked a broad authority to cancel any contract "for convenience." Many federal contracts include clauses that grant the government broad discretion to cancel them.

**Federal research contracts targeted in the Harvard antisemitism review**

Total values are as listed in a government memo to Harvard obtained by the Globe

A data table showing a list of federal contracts for Harvard University under review as part of an presidential executive order

Table with 4 columns and 61 rows. Sorted descending by column "Total"

| | | | |
|---|---|---|---|
| **National Institutes of Health** | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | HEALTH R&D SERVICES; HEALTH CARE SERVICES; APPLIED RESEARCH | $59.8M |
| **Centers for Disease Control and Prevention** | CHILDREN'S HOSPITAL CORPORATION | SUPPORT- PROFESSIONAL: OTHER | $36M |
| **Centers for Disease Control and Prevention** | CHILDREN'S HOSPITAL CORPORATION | HEALTH R&D SERVICES; HEALTH CARE - OTHER; BASIC RESEARCH | $24.9M |
| **National Institutes of Health** | CHILDREN'S HOSPITAL CORPORATION | HEALTH R&D SERVICES; HEALTH CARE SERVICES; APPLIED RESEARCH | $24.8M |
| **Office of Assistant Secretary for Preparedness and Response** | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | HEALTH R&D SERVICES; HEALTH CARE SERVICES; EXPERIMENTAL DEVELOPMENT | $15.2M |
| **National Institutes of Health** | CHILDREN'S HOSPITAL CORPORATION | HEALTH R&D SERVICES; HEALTH CARE SERVICES; BASIC RESEARCH | $13.6M |
| **National Institutes of Health** | CHILDREN'S HOSPITAL CORPORATION | HEALTH R&D SERVICES; HEALTH CARE SERVICES; BASIC RESEARCH | $10.9M |
| **National Institutes of Health** | THE GENERAL HOSPITAL CORPORATION | SUPPORT- PROFESSIONAL: PROGRAM MANAGEMENT/SUPPORT | $8.9M |
| **National Institutes of Health** | CHILDREN'S HOSPITAL CORPORATION | HEALTH R&D SERVICES; HEALTH CARE SERVICES; APPLIED RESEARCH | $8.3M |

| U.S. Special Operations Command | THE GENERAL HOSPITAL CORPORATION | HEALTH R&D SERVICES; HEALTH CARE SERVICES; APPLIED RESEARCH | $8M |
|---|---|---|---|
| National Institutes of Health | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | SUPPORT- PROFESSIONAL: OTHER | $6M |
| National Institutes of Health | THE GENERAL HOSPITAL CORPORATION | SUPPORT- PROFESSIONAL: PROGRAM MANAGEMENT/SUPPORT | $5.3M |
| Food and Drug Administration | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | SPECIAL STUDIES/ANALYSIS- CHEMICAL/BIOLOGICAL | $4.7M |
| National Institutes of Health | CHILDREN'S HOSPITAL CORPORATION | HEALTH R&D SERVICES; HEALTH CARE SERVICES; APPLIED RESEARCH | $3.3M |
| Office of Assistant Secretary for Preparedness and Response | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | HEALTH R&D SERVICES; HEALTH CARE SERVICES; EXPERIMENTAL DEVELOPMENT | $3.2M |
| Department of Veterans Affairs | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | HEALTH R&D SERVICES; HEALTH CARE - OTHER; APPLIED RESEARCH | $3.2M |
| National Institutes of Health | THE GENERAL HOSPITAL CORPORATION | SUPPORT- PROFESSIONAL: PROGRAM MANAGEMENT/SUPPORT | $2.8M |
| Centers for Disease Control and Prevention | THE GENERAL HOSPITAL CORPORATION | HEALTH R&D SERVICES; HEALTH RESEARCH AND TRAINING; APPLIED RESEARCH | $2.3M |

| National Institutes of Health | THE GENERAL HOSPITAL CORPORATION | SUPPORT- PROFESSIONAL: OTHER | $1.3M |
|---|---|---|---|
| National Institutes of Health | THE GENERAL HOSPITAL CORPORATION | SUPPORT- PROFESSIONAL: PROGRAM MANAGEMENT/SUPPORT | $1.2M |
| Food and Drug Administration | THE GENERAL HOSPITAL CORPORATION | SUPPORT- PROFESSIONAL: OTHER | $978.3K |
| Department of Veterans Affairs | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | HEALTH R&D SERVICES; HEALTH CARE SERVICES; BASIC RESEARCH | $965.7K |
| Department of Veterans Affairs | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | HEALTH R&D SERVICES; HEALTH CARE SERVICES; APPLIED RESEARCH | $901.3K |
| National Oceanic and Atmospheric Administration | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | NATURAL RESOURCES & ENVIRONMENT R&D SVCS; POLLUTION CONTROL & ABATEMENT; EXPERIMENTAL DEVELOPMENT | $750K |
| Indian Health Service | MASSACHUSETTS GENERAL PHYSICIANS ORGANIZATION, INC | MEDICAL- OTHER | $733.9K |
| National Institutes of Health | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | REFERENCE LABORATORY TESTING | $700.1K |
| Department of Veterans Affairs | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | SPECIAL STUDIES/ANALYSIS- MEDICAL/HEALTH | $693.7K |

| National Institutes of Health | THE GENERAL HOSPITAL CORPORATION | SPECIAL STUDIES/ANALYSIS- SCIENTIFIC DATA | $625K |
|---|---|---|---|
| National Institutes of Health | THE GENERAL HOSPITAL CORPORATION | SUPPORT- PROFESSIONAL: PROGRAM MANAGEMENT/SUPPORT | $593.1K |
| Washington Headquarters Services | HARVARD BUSINESS SCHOOL PUBLISHING CORPORATION | IT AND TELECOM - PLATFORM AS A SERVICE: DATABASE, MAINFRAME, MIDDLEWARE | $527K |
| Food and Drug Administration | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | SPECIAL STUDIES/ANALYSIS- SCIENTIFIC DATA | $523.4K |
| Office of the Assistant Secretary for Administration | CHILDREN'S HOSPITAL CORPORATION | EDUCATION/TRAINING- SCIENTIFIC/MANAGEMENT | $450K |
| Defense Advanced Research Projects Agency | THE GENERAL HOSPITAL CORPORATION | SUPPORT- PROFESSIONAL: OTHER | $393.3K |
| National Oceanic and Atmospheric Administration | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | OTHER ENVIRONMENTAL SERVICES | $250K |
| Department of Veterans Affairs | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | EDUCATION, TRAINING, EMPLOYMENT, & SOCIAL SVCS R&D SVCS; EDUCATION SVCS R&D; APPLIED RESEARCH | $249.4K |

| | | | |
|---|---|---|---|
| Consumer Product Safety Commission | THE GENERAL HOSPITAL CORPORATION | SUPPORT- MANAGEMENT: DATA COLLECTION | $240K |
| Department of Veterans Affairs | MASSACHUSETTS GENERAL PHYSICIANS ORGANIZATION, INC | REFERENCE LABORATORY TESTING | $200K |
| National Institutes of Health | THE GENERAL HOSPITAL CORPORATION | SUPPORT- PROFESSIONAL: PROGRAM MANAGEMENT/SUPPORT | $198.2K |
| Department of Veterans Affairs | THE GENERAL HOSPITAL CORPORATION | HEALTH R&D SERVICES; HEALTH CARE - OTHER; BASIC RESEARCH | $176.4K |
| Department of the Navy | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | EDUCATION/TRAINING- TUITION/REGISTRATION/MEMBERSHIP FEES | $175.6K |
| Immediate Office of the Secretary of Transportation | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | TRANSPORTATION R&D SERVICES; AEROSPACE RESEARCH; BASIC RESEARCH | $150.7K |
| Department of Veterans Affairs | BETH ISRAEL DEACONESS MEDICAL CENTER, INC. | GENERAL SCIENCE AND TECHNOLOGY R&D SERVICES; GENERAL SCIENCE AND TECHNOLOGY; BASIC RESEARCH | $133.4K |
| National Institutes of Health | CHILDREN'S HOSPITAL CORPORATION | SPECIAL STUDIES/ANALYSIS- SCIENTIFIC DATA | $105.6K |
| Department of Veterans Affairs | THE GENERAL HOSPITAL CORPORATION | LABORATORY EQUIPMENT AND SUPPLIES | $95.5K |

| | | | |
|---|---|---|---|
| **Department of Veterans Affairs** | THE GENERAL HOSPITAL CORPORATION | HEALTH R&D SERVICES; HEALTH RESEARCH AND TRAINING; APPLIED RESEARCH | $95.2K |
| **Department of Veterans Affairs** | THE GENERAL HOSPITAL CORPORATION | HEALTH R&D SERVICES; HEALTH RESEARCH AND TRAINING; APPLIED RESEARCH | $95.2K |
| **Department of Veterans Affairs** | BETH ISRAEL DEACONESS MEDICAL CENTER, INC. | GENERAL SCIENCE AND TECHNOLOGY R&D SERVICES; GENERAL SCIENCE AND TECHNOLOGY; BASIC RESEARCH | $74.9K |
| **Smithsonian Institution** | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | LEASE/RENTAL OF OTHER EDUCATIONAL BUILDINGS | $63.6K |
| **Washington Headquarters Services** | HARVARD BUSINESS SCHOOL PUBLISHING CORPORATION | EDUCATION/TRAINING- OTHER | $52.5K |
| **National Institutes of Health** | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | REFERENCE LABORATORY TESTING | $49.9K |
| **Department of Veterans Affairs** | BETH ISRAEL DEACONESS MEDICAL CENTER, INC. | HEALTH R&D SERVICES; HEALTH CARE SERVICES; BASIC RESEARCH | $45.8K |
| **Smithsonian Institution** | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | IT AND TELECOM - NETWORK: SATELLITE COMMUNICATIONS AND TELECOM ACCESS SERVICES | $32.6K |

| | | | |
|---|---|---|---|
| Smithsonian Institution | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | EDUCATION/TRAINING- TUITION/REGISTRATION/MEMBERSHIP FEES | $32K |
| Department of Veterans Affairs | THE GENERAL HOSPITAL CORPORATION | HEALTH R&D SERVICES; HEALTH RESEARCH AND TRAINING; APPLIED RESEARCH | $27.4K |
| Office of Procurement Operations | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | SUPPORT- PROFESSIONAL: PERSONAL SERVICES CONTRACTS | $25.8K |
| National Aeronautics and Space Administration | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | EDUCATION/TRAINING- OTHER | $25.8K |
| National Institutes of Health | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | SPECIAL STUDIES/ANALYSIS- SCIENTIFIC DATA | $19.4K |
| Immediate Office of the Secretary of Transportation | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | EDUCATION/TRAINING- TUITION/REGISTRATION/MEMBERSHIP FEES | $18.6K |
| National Institutes of Health | HARVARD BUSINESS SCHOOL PUBLISHING CORPORATION | EDUCATION/TRAINING- TUITION/REGISTRATION/MEMBERSHIP FEES | $16K |
| Agency for International Development | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | EDUCATION/TRAINING- GENERAL | $11.2K |

| | | | |
|---|---|---|---|
| Food Safety and Inspection Service | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | EDUCATION/TRAINING-TRAINING/CURRICULUM DEVELOPMENT | $10.5K |

Table: NEENA HAGEN, MIKE DAMIANO, LIZ KOWALCZYK AND YOOHYUN JUNG/GLOBE STAFF•Source: USAspending.gov, Globe reporting

The contract for tuberculosis funding with the Harvard School of Public Health supports labs across the country working on vaccine development, according to publicly available data on federal research contracts. Another contract with Boston Children's Hospital funds studies on whether the Covid vaccine reduces Multisystem Inflammatory Syndrome in children, according to publicly available records. There is also a contract with Boston Children's funding development for a vaccine to prevent opioid addiction.

One contract with Mass General Brigham worth $8 million, according to the memo, came from the US Special Operations Command, which hired the hospital to provide research and technical services related to traumatic brain injuries, according to publicly available records.

On Thursday, the Trump administration sent Harvard a list of demands detailing what the school's leaders must do to avoid cancellation of federal funding. The list included: shuttering diversity offices, implementing "merit-based" admissions and hiring practices, cooperating with federal immigration authorities, and altering student disciplinary procedures.

The Trump administration contends those measures will help combat antisemitism and reduce what officials have described as illegal race-based discrimination.

In a message to the campus community Monday after the funding review was announced, Harvard president Alan Garber, said, "If this funding is stopped, it will halt life-saving research and imperil important scientific research and innovation."

He also said: "We fully embrace the important goal of combatting [SIC] antisemitism, one of the most insidious forms of bigotry" and that Harvard would "engage with members of the federal government's task force to combat antisemitism to ensure that they have a full account of the work we have done and the actions we will take going forward to combat antisemitism."

The institutions targeted in the review include Harvard University itself and its affiliated teaching hospitals and research institutions, such as Mass General Brigham, Beth Israel Deaconess Medical Center, Boston Children's Hospital, and the Broad Institute, according to the list of contracts included in the memo.

The memo describes the $255 million as a "ceiling value." That may be a reference to the fact that some of the contracts have already been partially paid out and at least one has already been canceled in a separate round of federal research funding cuts, according to a Globe review of federal contract data.

The antisemitism task force says its goal is to investigate universities that have violated civil rights laws by allegedly failing to protect Jewish students from antisemitic harassment related to the campus protest movement over the Israel-Hamas war.

At Columbia University last month, the task force used threats to federal funding to compel the school's leaders to accept a list of demands related to antisemitism and campus protest.

Some have questioned the legality of the task force's methods. Although the government may legally withhold federal funding for civil rights violations, there was no public process to adjudicate the the accusations against Columbia before the task force paused $400 million of funding for the school last month.

Tyler Coward, a lawyer with the Foundation for Individual Rights and Expression, a free speech advocacy group, said the Trump administration's reliance on the convenience clause in federal contracts may be a way for the task force to bypass the formal process that would require the government to present evidence for its claims.

"Using federal contract law to bypass federal anti-discrimination law is a massive concern because these ad-hoc determinations from these agencies are ripe for abuse," Coward said.

Spokespeople for the Department of Education, the Department of Health and Human Services, and the US General Services Administration, three agencies participating in the antisemitism task force, did not respond to requests for comment Friday.

*Neena Hagen of the Globe staff contributed to this report.*

Mike Damiano can be reached at mike.damiano@globe.com. Liz Kowalczyk can be reached at lizbeth.kowalczyk@globe.com.