# EXHIBIT 17

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS—HARVARD FACULTY CHAPTER, and AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, et al. <br><br> Defendants. | Case No. _____ |

**Declaration of Kirsten Weld**

I, Kirsten Weld, declare as follows:

1. I am a tenured Professor of History at Harvard University.

2. I have a PhD in history from Yale University as well as MPhil and MA degrees from Yale University and a BA degree from McGill University.

3. I am over the age of 18 and competent to testify as to the matters set forth in this affidavit based on my own personal knowledge.

4. I am the President of the American Association of University Professors – Harvard Faculty Chapter ("Harvard AAUP"). I have voluntarily served in this role since April 2024. I have been an American Association of University Professors ("AAUP") member since April 2024.

5. As a chapter of the AAUP, Harvard AAUP advocates for policies at Harvard that promote the AAUP's mission of advancing academic freedom and shared government, defining professional values and standards for higher education, ensuring higher education's contribution

to the common good, and safeguarding the economic security of faculty, academic professionals, graduate students, post-doctoral fellows, and others engaged in teaching and research in higher education.

6. Harvard AAUP is not aligned with any political party or ideology. Our members have diverse political and personal beliefs, and we welcome that diversity.

7. All Harvard AAUP members are members of the AAUP.

8. I am aware that the Trump administration has taken a series of actions targeting Harvard. In particular, I am aware that on March 10, 2025, the federal government sent a letter to Harvard and many other universities warning of potential enforcement actions. I am aware that on March 31, 2025, the U.S. Department of Education (DOE), U.S. Department of Health and Human Services (HHS), and U.S. General Services Administration (GSA) announced a comprehensive review of federal contracts and grants at Harvard University and its affiliates. Most recently, I am aware that on April 3, 2025, officials from the GSA, HHS, and DOE sent a letter to Harvard that was made public and demanded that Harvard immediately take a long list of actions to remain a recipient of federal funding (the "Demand Letter"). I have read the demands listed in the Demand Letter.

9. I am also aware of a variety of "stop work" orders that have been issued by federal funding agencies to grants held by researchers working at Harvard beginning in February 2025. I am aware that on April 4, 2025, the Boston Globe reported on a federal government memorandum issued March 31 that specified grants for specific research projects the current administration is targeting. I know that some of these grants belong to AAUP members.

10. I am further aware of a variety of public statements made by the Trump administration beginning in January 2025 slandering the work of university researchers, impugning the

integrity of the university, and making a variety of threats about the ways the federal government intends to use its authority to impose a moving target list of demands on Harvard.

11. I am also aware of the cancellation of $400 million in federal grants and contracts to Columbia University and the changes Columbia agreed to implement because of the Trump administration's cutting of funding and other demands. Everyone on Harvard's campus seemed to be aware of what was going on at Columbia; there was a lot of discussion, fear, and uncertainty. I am also aware that even after Columbia capitulated to the Trump administration's demands it still wasn't enough; Columbia's federal funding has not been restored, and indeed, on April 9, the National Institutes of Health announced that all its research grants to Columbia would be frozen effective immediately.

12. It is my understanding that Harvard preemptively took a series of actions in anticipation of similar demands and threats to cancel its federal funding and in response to threats made by the Trump administration targeted at Harvard as far back as January 2025.

13. I understand that Title VI and its implementing regulations require the government to provide notice and opportunity for a hearing, followed by a finding on the record, before terminating federal funding in any program or part thereof based on a violation of Title VI. I am not aware of any such notice having been provided to any AAUP member to date.

14. I fear that the recent actions of the Trump administration will lead to Harvard making decisions that stifle the ability of AAUP members to exercise their academic freedom and freedom of speech to express differing viewpoints. I am also afraid of the profound negative impacts the loss of Harvard's federal funding would have on research across the campus.

**Impact on AAUP as an Organization and on its Members**

15. The series of actions the Trump administration has taken targeting Harvard have already had negative impacts on AAUP as an organization.

16. The Trump administration's actions are also causing a drain on the AAUP's resources because the organization has to spend time dealing with crises and putting people in touch with needed resources instead of doing the internal governance work that the AAUP usually does within the university. For example, we were asked to cosponsor a training on digital surveillance and information security for our members, and we are in the process of planning a Know Your Rights workshop aimed specifically at faculty.

17. The AAUP has three guiding principles: academic freedom, governance, and economic security. These are core objectives of the Harvard AAUP chapter that track the priorities of AAUP national. Even a narrow interpretation of the capacious demands in the Demand Letter will have severe impacts on each of these three areas, which I will discuss in turn.

*Academic Freedom*

18. This first AAUP principle involves upholding agreed upon norms and standards of academic freedom for scholarly research and teaching.

19. Harvard has already taken actions in anticipation of the Trump administration investigating the university and threatening to withhold its federal funding. For example, on March 26, 2025—after the March 10, 2025 warning letter was sent to Harvard and other universities—there was a very unusual firing of the Director and Associate Director of the Center for Middle Eastern Studies. They were removed from their directorship positions at the Center, seemingly based on a handful of accusations that their programming was "imbalanced" regarding Palestine. Harvard also declined to renew a long-standing partnership between the Harvard School of Public Health's François-Xavier Bagnoud (FXB) Center for Health and Human Rights and Birzeit University in the West Bank.

20. Around the same time, Harvard declined to renew the annual contract of a colleague who had served as Associate Director for the Religion, Conflict, and Peace Initiative at Harvard

4

Divinity School. That colleague, who had led programming in Middle East Studies at Harvard for 23 years, was the only Palestinian-American employed at the Harvard Divinity School. The Religion, Conflict, and Peace Initiative was suspended.

21. I believe it reasonable to interpret all these actions as having been taken in anticipation of a Trump administration investigation. These were all programs criticized by the congressional Committee on Education & the Workforce as being antisemitic, echoing inflammatory statements by Harvard affiliates about many units of the Harvard Divinity School being "Hamas or Palestinian embassies." The fact that these programs were all shut down around the same time raised grave concerns that legitimate inquiry regarding Israel and Palestine was being shut down by Harvard as a result of threats made by the Trump administration to investigate the university.

22. What is likely to follow as a result of the Demand Letter presents an even greater threat to academic freedom. The Demand Letter seeks to force Harvard to alter its criteria for hiring and elevate voices of compliant faculty into administrative positions while marginalizing the roles of "noncompliant" faculty.

23. I have two colleagues who have already changed their plans for the courses they were going to teach in the fall out of self-preservation because their planned courses were on topics explicitly disfavored by the Trump administration. They changed their curricular offerings to no longer be explicitly about transgender issues in one case and no longer be explicitly about race in the other.

*Governance*

24. This second AAUP principle involves advocating for robust shared governance at universities according to guidelines and recommendations that AAUP national has established over the course of the past century. These guidelines detail the joint responsibility of faculty,

5

administrations, and governing boards to govern colleges and universities, and they note that "when it comes to academic matters, a faculty decision should normally be the final decision."

25. The governance and leadership reforms listed in the Demand Letter are a clear infringement on the autonomy of Harvard to manage its personnel in the manner that is most conducive to research and teaching at the university. Capitulation by Harvard to this demand would constitute not shared governance, but governance by unlawful federal fiat.

26. The demand concerning Diversity, Equity, and Inclusion (DEI) programs in the Demand Letter is vague. It will be interpreted, especially among non-tenure-track and other contingent faculty who do not have the protections of tenure, as implying that any kind of teaching and research related to race, ethnicity, racial equity, and identity, whether in a U.S. or global context, is too risky and could lead to career-damaging consequences. This has obvious implications for faculty who work in the field of U.S. history. It has immediate and devastating implications for many faculty in the field of public health because much work in the public health field relates to equity in some way This demand signals clearly that the Trump administration will target areas of inquiry that it disfavors.

27. More than 800 Harvard faculty signed a letter urging Harvard not to cave into the Trump administration's demands. If the Harvard President and Office of General Counsel decide to hand down unilateral decisions that restructure teaching and research at the university like Columbia did in response to the Trump administration demands, that will send a powerful and frightening message about the shredding of well-established professional norms around shared governance in higher education. These are shared norms that have been in place for decades about how university decision making happens.

*Economic security*

28.     This third AAUP principle involves advocating for the economic security of all members of a university community so they can do their work under dignified and equitable economic conditions.

29.     Cutting $8.7 billion dollars in federal grant funding would leave no part of Harvard untouched and would have catastrophic implications for the economic security and lives of vast swathes of researchers, from post-graduate researchers to tenured faculty. The Harvard School of Public Health is especially vulnerable—nearly 60% of their operating budget comes from sponsored support, including federal grants. The School of Public Health has already begun to shrink admissions pools in their PhD programs, which will have lasting effects on the pipeline for future scientific research, and grants funding subjects like vaccine hesitancy, LGBTQ health, and the impact of racial discrimination on health outcomes have already been cut.

30.     I am particularly fearful that colleagues who are coming up for tenure will be denied tenure if their research falls under the broad areas for "reform" listed in the Demand Letter.

31.     Harvard has already implemented a hiring freeze. It is my understanding that this hiring freeze was implemented in part in anticipation of threats from the Trump administration to cancel Harvard's federal funding. This funding freeze has impacted me directly because it includes a freeze on hiring new research assistants, which slows the pace of faculty research, as well as a freeze on new tenure-track hiring, which means we cannot fill crucial teaching gaps in the history department.

32.     It is important to understand the way researchers who are funded by federal grants—especially biomedical researchers, of whom we have numerous AAUP members and who have explained to me in detail the implications of these threatened cuts for their work—organize their careers. Biomedical research funded by federal grants is built upon a complex infrastructure

of scientists, data analysts, administrators and trainees. It requires technical expertise that is developed over years of mentoring and is often held in the hands of specific experienced individuals. Human samples are necessary for the work, and such samples are obtained at significant cost and effort—to the researchers as well as to the study participants. This type of research therefore requires planning years in advance. Part of that planning involves always having additional fundable projects lined up to provide continuous resources for long-term research initiatives. So if federal funding were precipitously withdrawn, it would not just be researchers' current grants that were at risk of cancellation, it would be years' worth of future grants. This can be career ending; it may well unrecoverably disrupt these researchers' life work.

33. These threats are not unique to Harvard. Earlier this week, Cornell and Northwestern had $1 billion and $800 million in federal funds frozen respectively, and Columbia, despite having already agreed to many of the Trump administration's demands, saw all its NIH grants newly frozen.

**Specific Impacts on Anonymous AAUP Members**

34. As President of the Harvard AAUP chapter, I have heard from dozens of our members who fear that federal funding cuts would severely disrupt their ability to conduct essential academic research and teaching or whose speech has been chilled as a result of recent Trump administration threats and demands directed at Harvard. Many of them, including the AAUP members discussed below, are afraid to publicly testify about the impacts of these cuts and the chilling of their speech because they fear retaliation from Harvard University, Harvard affiliates, or the federal government.

35. Members, including those discussed below, have expressed fear that they will be blacklisted from future federal grant funding, denied tenure or academic promotion, and/or face retaliation against other members of their department or the students they advise. Certain members

8

have expressed concern that because they or their family members are noncitizens, their visas or green cards could be revoked in retaliation for their participation in this litigation. This section of the declaration discusses the experiences of AAUP members without providing names because of the reasonable fears of retaliation these members have expressed.

*AAUP Member #1*

36. An AAUP member in the Faculty of Arts and Sciences changed their teaching plans for next semester because they feared harassment.

37. This professor has been vocal in support of pro-Palestine student protestors and has already experienced public targeting and harassment as a result; however, they have not previously adjusted their public speech or teaching before this latest chilling wave of attacks from the federal government.

38. The course they had planned to teach would have addressed the lead-up to the U.S. Civil War; it would have dealt with topics including settler colonialism, slavery, Indian removal, and the U.S.-Mexico War, all of which could reasonably be assumed to be covered by the federal government's demand that anything related to "DEI" be eliminated.

39. Additionally, the professor feared facing false accusations on Title VI grounds because the course would have explored the subject of white supremacy in American history.

*AAUP Member #2*

40. Another AAUP member is a member of the faculty at Harvard Medical School.

41. This AAUP member has arranged to spend part of next year working outside the United States because they do not feel comfortable being at Harvard anymore due to their pro-Palestine advocacy and opinions. This member's decision to spend part of next year working outside the United States is intended as a step towards their full transition outside of the United States.

9

This means that the medical school and patients in the Harvard-affiliated hospital system will not receive the benefit of this faculty member's decades of clinical expertise.

### *AAUP Member #3*

42. Another AAUP member is a member of the faculty at Harvard Medical School. They are an internationally recognized scholar in their field.

43. This faculty member attests that the current threat to precipitously withdraw support that has been promised by the federal government has already had a detrimental effect on the atmosphere and conduct of biomedical research at the Medical School.

44. This faculty member has already seen administrative staff—those who are responsible for tasks such as grants administration and human studies review—seek employment elsewhere. They note that early career scientists who have completed multiple years of postgraduate training are newly seeking career opportunities outside of basic research. Scientists with unique and advanced skills are seeking positions outside of academia, because of uncertainty for their future salary support. Projects that require the recruitment of human study participants are being slowed for concern that the associated research project will not be continued to completion.

45. This faculty member attests that the institution has already halted seed grants that are fundamental to initiating new projects and scientific collaborations. Harvard is encouraging faculty to pursue philanthropic funding for their work, yet the type of research this faculty member performs is unlikely to garner private funding.

46. This faculty member further attests that foundational scientific work that has taken many years of human effort and institutional investment to reach its current state is being paused in a manner that may fundamentally preclude the possibility of future research.

47. This faculty member remains anonymous because absent federal funding, they will need bridge funding from another source to maintain their research program. This funding may originate from, or be directed by administrators from within, their institution, and they fear that their actions might influence the possibility of receiving such support.

**Impact on Student Speech and Academic Freedom**

48. The recent Trump administration demands and threats targeted at Harvard also have had a profound chilling effect on students at Harvard.

49. Graduate students are having to reorganize their research plans because funding sources are drying up. A lot more doctoral research funding that graduate students depend on will dry up if federal funds are withheld. This makes it very difficult to do academic work in any discipline because serious research requires multiple years of planning.

50. I can also provide numerous examples of the ways in which students have changed their behavior as a result of threats from the Trump administration.

51. In one of my classes, students were recently talking about setting up a Signal group for mutual support because they were terrified about the detention of Rumeysa Ozturk at Tufts University close by. One student said they were too scared to even have the Signal app on their phone because if their devices got searched at the border, they didn't want border agents to think they had something to hide by virtue of having the app. This fear prevents this student from participating fully in their scholarly community.

52. When the Director and Associate Director of the Center for Middle Eastern Studies were removed from their positions, there was a protest criticizing their removal. One of my noncitizen students told me he was walking through Harvard Yard when the demonstration was ongoing, and when he saw there was a protest with cameras everywhere he pulled his hoodie over his face

11

and fled in the opposite direction because he was so afraid of being photographed at a protest he was not even involved in.

53. I know of undergraduate students who have changed their senior thesis topics—not necessarily because they themselves are fearful of personal repercussions, but because their advisors, in an effort to protect them, advised they research less controversial topics for their own safety. This represents an internalization of the demands being imposed by the Trump administration; it is a textbook example of their chilling effects.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: <u>April 11, 2025</u>  Signed: _____

Kirsten Weld
Professor of History