# EXHIBIT 18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS—HARVARD FACULTY CHAPTER, and AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.<br><br>Defendants. | Case No. _____ |

## DECLARATION OF TODD WOLFSON

I, Todd Wolfson, hereby declare as follows:

1. I currently serve as President of the American Association of University Professors ("AAUP"), a plaintiff in this action. I have served in that position since June 2024. I also previously held various leadership roles for the Rutgers University chapter of AAUP, including as the chapter's President and Vice President.

2. I am also a trained anthropologist and an Associate Professor of Journalism and Media Studies at Rutgers. I received my Ph.D. in Anthropology and Social and Cultural Foundations of Education from the University of Pennsylvania.

3. I have personal knowledge of the facts set forth in this declaration in support of Plaintiff's Motion for Preliminary Injunction, and if called as a witness in this action, I could and would testify competently to these facts.

4. The AAUP is a membership association and labor union of faculty and academic professionals with chapters at colleges and universities throughout the country.

5. The AAUP is a 501(c)(6) organization headquartered in Washington, D.C.

6. The primary mission of the AAUP is to advance academic freedom and shared governance in higher education, define fundamental professional values and standards for higher education, promote the economic security of academic workers, and ensure higher education's contribution to the common good.

7. The AAUP was founded by John Dewey and other preeminent scholars in 1915 to defend the ability of scholars, researchers, and educators to teach, write, and research without political and economic retaliation based on their viewpoints. Since its founding, the AAUP has helped to shape American higher education by developing the standards and procedures that maintain quality in education and academic freedom in this country's colleges and universities.

**Harms to AAUP's Members**

8. The AAUP has approximately 44,000 members on college and university campuses across the country, including approximately 122 members at Harvard University. Many of these members, including members at Harvard, rely on federal grants to support their research, scholarship, and teaching activities.

9. I am aware of and can identify AAUP members who are at risk of losing their funding and whose speech and academic freedom has been chilled as a result of the federal government's series of actions targeting Harvard University, including the March 10, 2025 letter to Harvard and many other universities warning of potential enforcement actions; the March 31, 2025 announcement by the government of a comprehensive review of federal contracts and grants at Harvard University and its affiliates; and the April 3, 2025 letter from officials at the U.S. General

Services Administration, U.S. Department of Health and Human Services, and U.S. Department of Education that was made public and demanded that Harvard immediately take a long list of actions to remain a recipient of federal funding (the "Demand Letter"). Those AAUP members will suffer irreparable harm to their research, work, reputation, academic freedom, and ability to pursue their careers if federal funding is cancelled or if the Harvard administration accedes to the federal government's demands in the Demand Letter.

10. I am aware of and can identify AAUP members who rely on federal funding that the federal government threatened to cancel in its April 3, 2025 letter demanding that Harvard implement a long list of "non-exhaustive areas of reform" to "remain a responsible recipient of federal taxpayer dollars." Many of those AAUP members are suffering harm as a direct result of that threat, including because the continued viability of their work is now uncertain, making it difficult to plan, maintain professional relationships, and recruit potential staff to work on their projects. Those AAUP members will also suffer irreparable harm to their research, work, reputation, and ability to pursue their careers and work if the federal government cancels that funding.

11. I am aware of and can identify AAUP members at Harvard University who are concerned about losing their jobs or ability to continue to support their livelihoods, either as a direct result of the Trump Administration's threat to cancel nearly $9 billion in federal grants and contracts to Harvard University, or because they fear they may be let go by Harvard if they engage in speech the Trump Administration disfavors as Harvard seeks to placate the Trump Administration and encourage it not to carry out its threats to cancel federal funding, and who now feel limited in what they can say in and outside the classroom for fear of the loss of additional funding to themselves or the University.

12. I am aware of and can identify AAUP members at Harvard University who have started to self-censor their language both inside and outside the classroom following the Trump Administration's threats to investigate the university and the April 3, 2025 Demand Letter threatening to cancel federal funding. These members fear that they may face backlash from Harvard and may lose their jobs as a result of exercising their academic freedom.

13. I am also aware of and can identify AAUP members at other colleges and universities who are similarly concerned about losing their jobs or ability to support their livelihoods, and who now feel limited in what they can say in and outside the classroom for fear of the Trump Administration summarily canceling federal funding to their programs, universities, or colleges without following applicable statutory requirements or other law in the same way that the Trump Administration has canceled funding at Columbia, Cornell, and Northwestern, and threatened to cancel federal funding at Harvard and at numerous other universities and colleges.

## Harms to AAUP as an Organization

1. The Trump administration's threats to terminate at least $255.6 million in contracts and hold over $8.7 billion in grant commitments to Harvard University, along with the Trump administration's demands that Harvard make Trump administration-imposed reforms for continued federal financial assistance to the University, has harmed and is continuing to harm AAUP as an organization.

2. As noted above, the primary mission of the AAUP is to advance academic freedom and shared governance in higher education, define fundamental professional values and standards for higher education, promote the economic security of academic workers, and ensure higher education's contribution to the common good. The Trump administration's threats to cancel federal

funding at Harvard and other universities and colleges and demand that Harvard implement a long list of "reforms" to maintain its federal funding is directly impairing the AAUP's mission.

3. As part of its core activities, the AAUP regularly consults, works with, and represents local chapters and individual members regarding academic freedom, shared governance, and other issues involving the employment relationship between AAUP members and their university employers, including but not limited to collective bargaining.

4. For example, the AAUP maintains a standing committee, known as Committee A on Academic Freedom and Tenure, which "[p]romotes principles of academic freedom, tenure, and due process in higher education through the development of policy documents and reports relating to these subjects and the application of those principles to particular situations that are brought to its attention."

5. The AAUP also conducts investigations of individual complaints of institutions violating academic freedom principles in relationship to AAUP members, issues reports of the results of some of those investigations, and advocates with those institutions to seek to remedy such violations and prevent future violations from occurring. Such investigations are authorized by the AAUP Executive Director, and conducted by a subcommittee appointed by the Executive Director.

6. Through its local chapters, including the Harvard Faculty AAUP chapter, the AAUP also provides for the representation of individual members regarding academic freedom, shared governance, and due process issues in proceedings before their university employers. The AAUP has diverted internal resources of staff time and expenses to assist Harvard members prepare to respond to the demands the Trump administration.

7. I understand that Title VI and its implementing regulations require the government to provide notice and a hearing before terminating federal funding to any program based on a

violation of Title VI. I understand that the government has not as of now provided any notice to Harvard. If the government were to provide notice, both the AAUP and individual AAUP members would seek to participate in that hearing to protect the federal funding supporting the work of AAUP members at Harvard and to protect the principles of academic freedom, due process, and shared governance that are at the core of the AAUP's mission.

8. The Trump administration's March 10 letter, March 31 press release, and April 3 Demand Letter, along with other public statements made by government officials, disrupt and frustrate the AAUP's efforts to secure principles of academic freedom, shared governance, and due process at Harvard and elsewhere.

9. The government's actions and statements have made it more difficult and resource-intensive for the AAUP to carry out its representation of chapters and individual members, in particular on issues of academic freedom. Because of government pressure on Harvard and other universities to abandon their commitment to academic freedom, shared governance, and due process principles, the AAUP must now expend more time and money to ensure that its members' rights in these regards are protected.

10. The Trump administration's threats to cancel funding at Harvard and other universities and colleges also make it harder for the AAUP to achieve its goals of promoting academic freedom, shared governance, and due process principles in part because Harvard has taken steps in direct response to the Trump administration's actions to undermine those principles, and Harvard and other higher educational institutions are less willing now to protect those principles in the face of threatened funding cuts from the federal government. The Trump administration has directly impaired the AAUP's mission by pressuring Harvard to curtail speech and academic freedom on campus.

11. For example, in response to the significant influx of inquiries from chapter leaders and members regarding the effect of the government's actions on members' academic freedom, shared governance, and due process rights, and to ensure that individual members are adequately represented before their university employers, AAUP staff have had to conduct nationwide calls and virtual meetings with chapter leaders regarding the government's actions and how to represent individual members in the face of such actions.

12. The AAUP has committed staff and leadership time to support members of Havard's AAUP chapter regarding how to respond to the government's actions, including the April 3, 2025 Demand Letter.

13. The government's actions and statements have also caused a pervasive sense of fear and intimidation among AAUP members. Because of the government's conduct and the threats of further cuts to research funding, I am aware that some AAUP members no longer feel comfortable participating in and supporting the AAUP's activities, or asserting their academic freedom, shared governance, and due process rights. As just some examples, in direct response to the government's threats to cut federal funding to Harvard and to other universities, some AAUP members at universities across the country have cancelled conferences, pulled papers set for publication, decided not to teach classes or certain topics within those classes that may be perceived as being at odds with the Trump administration's preferred viewpoints, stopped attending talks, refrained from attending lawful protests, and stepped down from their AAUP chapter board.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this __1__ day of April, 2025.

_____
Todd Wolfson

8