# EXHIBIT 22



← **Truth Details**
7626 replies

**Donald J. Trump** ✓
@realDonaldTrump

All Federal Funding will STOP for any College, School, or University that allows illegal protests. Agitators will be imprisoned/or permanently sent back to the country from which they came. American students will be permanently expelled or, depending on on the crime, arrested. NO MASKS! Thank you for your attention to this matter.

**17.5k** ReTruths    **79k** Likes                    Mar 04, 2025, 7:30 AM

## Truth Social uses cookies

Truth Social uses session cookies to help provide you with a fast and consistent user experience. These cookies are essential for the Truth Social service to work as intended. Truth Social also employs a third-party cookie to protect its website from harmful automated attacks.

Learn more    Accept