# EXHIBIT 25



PRESS RELEASE

# Federal Task Force to Combat Antisemitism Announces Visits to 10 College Campuses that Experienced Incidents of Antisemitism

Friday, February 28, 2025

**For Immediate Release**

Office of Public Affairs

The Federal Task Force to Combat Anti-Semitism announced that it will be visiting 10 university campuses that have experienced antisemitic incidents since October 2023. Created pursuant to President Trump's Executive Order on Additional Measures to Combat Anti-Semitism, the Task Force set as its first priority to eradicate antisemitic harassment in schools and on college campuses.

Leading Task Force member and Senior Counsel to the Assistant Attorney General for Civil Rights Leo Terrell informed the 10 universities yesterday that the Task Force was aware of allegations that the schools may have failed to protect Jewish students and faculty members from unlawful discrimination, in potential violation of federal law. Mr. Terrell said he intends for the Task Force to meet with university leadership, impacted students and staff, local law enforcement, and community members as it gathers information about these incidents and considers whether remedial action is warranted.

"The President, Attorney General Pamela Bondi, and the entire Administration are committed to ensuring that no one should feel unsafe or unwelcome on campus because of their religion," said Mr. Terrell. "The Task Force's mandate is to bring the full force of the federal government

to bear in our effort to eradicate Anti-Semitism, particularly in schools. These visits are just one of many steps this Administration is taking to deliver on that commitment."

The 10 universities identified by the Task Force are: Columbia University; George Washington University; Harvard University; Johns Hopkins University; New York University; Northwestern University; the University of California, Los Angeles; the University of California, Berkeley; the University of Minnesota; and the University of Southern California.

If you have been discriminated against, you can file a complaint with the Civil Rights Division at civilrights.justice.gov. President Trump's Executive Order can be found at www.whitehouse.gov/presidential-actions/2025/01/additional-measures-to-combat-anti-semitism/.

*Updated February 28, 2025*

**Topic**

**CIVIL RIGHTS**

**Component**

Civil Rights Division

Press Release Number: 25-202

# Related Content

**PRESS RELEASE**

**Department of Justice Terminates Environmental Justice Settlement Agreement, Advancing President Trump's Mandate to End Illegal DEI and Environmental Justice Policies**

Today, the Department of Justice announced that that its Civil Rights Division will immediately close an "environmental justice" matter. Effective immediately, the division will terminate the environmental justice settlement agreement...

April 11, 2025

**PRESS RELEASE**

## Unlawful Illinois DEI Scholarship Program Suspended After Justice Department Threatened Lawsuit

WASHINGTON — Today, the Justice Department announced that it has acted to end the state of Illinois' unlawful minority-only scholarship program.  After the Justice Department threatened to file suit, the state and...

April 11, 2025

**PRESS RELEASE**

## Justice Department Files a Proposed Statement of Interest Supporting Equal Access to Southwest Airlines Travel Program

The Justice Department filed a proposed statement of interest today in the U.S. District Court for the Northern District of Texas to make clear that federal law protects the equal...

April 10, 2025

 **Office of Public Affairs**

U.S. Department of Justice

950 Pennsylvania Avenue, NW

Washington DC 20530

 Office of Public Affairs Direct Line

202-514-2007

Department of Justice Main Switchboard

202-514-2000