# EXHIBIT 26

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS—HARVARD FACULTY CHAPTER, and AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS,<br><br>                    Plaintiffs,<br><br>          v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.<br><br>                    Defendants. | Case No. _____ |

<u>**Declaration of Caroline Light**</u>

I, Caroline Light, declare as follows:

1.      I am a Senior Lecturer and Director of Undergraduate Studies in Women, Gender, and Sexuality Studies ("WGS"). I have been a member of Harvard University since 2008.

2.      I have a BA in history from Duke University and a PhD from the University of Kentucky in history, with a particular focus on gender, race, and sexuality in the United States South.

3.      My research explores the ways in which race, gender, and region have shaped collective memory and archival silence. I have studied and written about the experience of southern Jewish assimilation as well as the intersection between armed self-defense, and race and gender violence. I teach undergraduate courses on labor history, immigration, and gun violence, and I advise undergraduates pursuing independent research on a variety of topics related to gender, sexuality, and power.

4.     I am Jewish and have conducted significant research on Jewish history in the U.S.

5.     I am a member of the American Association of University Professors ("AAUP") and AAUP – Harvard Faculty Chapter.

6.     I am over the age of 18 and competent to testify as to the matters set forth in this affidavit based on my own personal knowledge.

7.     I am aware that the current administration has taken a series of actions targeting Harvard. In particular, I am aware that on March 31, 2025, the U.S. Department of Education (DOE), U.S. Department of Health and Human Services (HHS), and U.S. General Services Administration (GSA) announced a comprehensive review of federal contracts and grants at Harvard University and its affiliates. Most recently, I am aware that on April 3, 2025, officials from the DOE, HHS, and GSA, sent a letter to Harvard, that was made public, and demanded that Harvard immediately take a long list of actions to remain a recipient of federal funding.

8.     I am aware that the demands made of Harvard are vaguely defined but include mandates regarding silencing pro-Palestinian political speech or political speech critical of Israel. The demands also target the institution's commitment to Diversity, Equity, and Inclusion ("DEI").

9.     I work in a field that is under particular scrutiny and is disfavored by the current administration. Specifically, my research and teaching concerns gender and sexuality studies, ethnic studies, African American studies, and critical race theory. I believe that the Trump administration would consider these topics "woke." I understand that the Trump administration has not defined the term "woke" but instead uses it to refer to anything that the administration perceives as a threat to the kind of reactionary politics it is trying to instantiate.

10.     I am concerned about the future of my research because I worry that Harvard University may feel forced to accede to the Trump administration's pressure. Harvard's leadership has

made some statements to suggest that it intends to support academic freedom. In the face of immense financial pressure, however, I worry about the future security of teaching and scholarship in gender and sexuality studies which has contributed to Harvard's prominence as a vibrant and diverse intellectual community.

11.     If Harvard's leadership decides to make concessions to comply with the Trump administration's demands, I believe it is likely to start with the programs, centers, and departments that the Trump administration would identify as "woke." Studies of Women, Gender, and Sexuality could then become a target, with enhanced scrutiny on its curricular offerings and research. The work that WGS does is likely to be viewed as a threat to the exclusionary values the Trump administration seeks to implement nationwide. My position as the Director of Undergraduate Studies in WGS is thus vulnerable.

12.     I do not have tenure, which makes me particularly vulnerable to the administration's demands for budget cuts.

13.     As the Director of Undergraduate Studies in WGS, I work closely with more junior lecturers and pre-tenure faculty. From my personal conversations with junior colleagues, I can tell that they are fearful of losing their jobs. Lecturers' positions are among the most precarious, and they stand to lose the most if Harvard's leadership decides to make concessions to comply with the Trump administration's demands.

14.     I have witnessed a chilling effect on scholarly and pedagogical innovation as a direct result of the Trump administration's attacks on higher education. My colleagues teaching on topics related to gender and sexuality – not only in my program, but also in other departments – have been targeted and doxed based on the titles and intellectual foci of their courses. These attacks

are harmful to academic freedom and freedom of expression, and they are likely to increase if institutions, like Harvard, feel forced to comply with the administration's demands.

15.     I also worry about the mental health of my students. Many of them are women, first-generation college students, queer, low-income, non-white, non-U.S. citizens, gender nonbinary, and/or transgender. They are socially and politically vulnerable. In this moment, many are demoralized and worried about whether their university will protect them if they are targeted by the Trump administration.

16.     The Trump administration's demands have led to a chilling impact on the academic environment at Harvard. I have observed that students are becoming more fearful about sharing their perspectives in public fora. Last semester, the fall of 2024, I taught a general education class about gun violence. I sought to create an environment where students could speak freely about the impacts of firearm violence in their own lives and share and challenge their own beliefs about these important issues without fear. I worked hard to present a multiplicity of sometimes conflicting perspectives about guns and "gun rights" and encouraged students to debate the complexities of our nation's historic and contemporary approach to gun violence. I shared my own critical research on the unjust and deadly effects of "stand your ground" laws. Given the current administration's efforts to abolish bipartisan efforts to prevent gun violence and their efforts to undermine and defund empirical research, I am thankful that I am not teaching that class now.

17.     I feel the chilling effects of the demand letter around campus. For example, one of my children gave me a keffiyeh as a Hannukah gift. I wear it as a reminder of my obligation as a Jew, to use my relative privilege to participate in tikkun olam, or healing the world. For me, that means caring about and responding to the suffering of others, like those who are experiencing genocide in Gaza. There is nothing Antisemitic in my expression of care for and solidarity with

Palestinian people. And yet, I have become more cautious about sharing my thoughts on issues related to Palestine and Israel, in the classroom as well as on campus more generally. I also worry that, when I wear my keffiyeh in public, I may be inviting physical harm or violence. I want my institution to continue to be a space of intellectual innovation and freedom of expression, but the vague demands from the Trump administration stand as a direct threat to these core values.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _April 11, 2025_____          Signed: _____

Caroline Light
Senior Lecturer and Director of
Undergraduate Studies in Women, Gender,
and Sexuality Studies