# EXHIBIT 28

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS—HARVARD FACULTY CHAPTER, and AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS,<br><br>                Plaintiffs,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.<br><br>                Defendants. | Case No. _____ |

## **Declaration of Meredith Rosenthal**

I, Meredith Rosenthal, declare as follows:

      1.      I am the C. Boyden Gray Professor of Health Economics and Policy in the Department of Health Policy and Management at the Harvard T.H. Chan School of Public Health. I am also the Director of Graduate Studies for the Harvard PhD Program in Health Policy. I previously served as the Associate Dean for Diversity at the Harvard School of Public Health for 8 years, overseeing the Office of Diversity and Inclusion. I joined the Harvard University faculty in 1998.

      2.      I earned my B.A. in International Relations from Brown University in 1990 and my PhD in Health Policy from Harvard University in 1998.

      3.      My research focuses on policies to improve affordability, equity, and access to healthcare in the United States. This includes the design and impact of market-based health policy mechanisms, with a particular focus on the use of financial incentives to alter consumer and

provider behavior. I have advised federal and state policymakers in healthcare payment policy and its implementation.

4. My work has been published in the New England Journal of Medicine, the Journal of the American Medical Association, Health Affairs, and numerous other peer-reviewed journals. In 2014, I was elected to the National Academy of Medicine. I also serve on advisory boards for the Peterson Center on Health Care, The Source on Health Care Price and Competition, and the LGBTQ Health Center of Excellence.

5. I am a member of the American Association of University Professors ("AAUP") and AAUP – Harvard Faculty Chapter.

6. I am over the age of 18 and competent to testify as to the matters set forth in this affidavit based on my own personal knowledge.

7. I am aware that the current administration has taken a series of actions targeting Harvard. In particular, I am aware that on March 10, 2025, the federal government sent a letter to Harvard and other universities warning of potential enforcement actions. I am aware that on March 31, 2025, the federal government announced a comprehensive review of federal contracts and grants at Harvard University and its affiliates. Most recently, I am aware that on April 3, 2025, officials from the Trump administration sent a letter to Harvard, that was made public, demanding that Harvard immediately implement a long list of "reforms" to remain a recipient of federal funding (the "Demand Letter"). I have read the demands listed in the Demand Letter.

8. I am also aware of public statements made by the Trump administration beginning in early 2025 attacking the work of university researchers and the integrity of the university, and making a variety of threats about ways the federal government intends to use its authority to impose a moving target list of demands on Harvard.

9. I am aware of the cancellation of $400 million in federal grants and contracts to Columbia University and the changes Columbia agreed to implement as a result of these funding cuts and other Trump administration demands. Colleagues in my department and I have been following what has been going on at Columbia and there has been a lot of discussion, fear, and uncertainty. I am also aware that even though Columbia capitulated to the Trump administration's demands, Columbia's federal funding has not been restored.

10. It is my understanding that Harvard preemptively took a series of actions in anticipation of similar threats to cancel its federal funding and in response to threats made by the Trump administration targeted at Harvard beginning in early 2025. Harvard implemented a blanket hiring freeze across campus in anticipation of the administration's actions, which extended into research assistant positions funded by federal grants.

**Research Funding**

11. Approximately sixty percent of my salary comes from research grants, including those funded by National Institutes of Health ("NIH") and The Agency for Healthcare Research and Quality. Harvard pays a portion of my salary for my non-research work, including teaching students and co-directing the Health Policy PhD program, but federal funding has provided critical support for my work over the course of my career.

12. I am, for example, the co-investigator on a research grant from the National Institute on Minority Health and Health Disparities program at NIH with a fellow Harvard colleague. The grant, titled "Evaluating an Intervention to Improve Medication Access and Quality of Care for Underserved Populations with Chronic Conditions," funds research to improve health outcomes and eliminate health disparities. More specifically, we are studying how a tool designed to help physicians offer their patients lower cost medication alternatives can help reduce out-of-

pocket costs and increase medication adherence among people with chronic conditions. One aim of the research is to understand whether the tool differentially benefits patients based on their socioeconomic status and geographic location.

13.     The grant provides almost $2.5 million in federal funding over 3.5 years. We currently have one more year left on our funding term. Grant funding provides salary support for four faculty at Harvard (including myself), two research assistants, a PhD student, and collaborators at two other institutions.

14.     As discussed above, Harvard has instituted a hiring freeze in anticipation of threats by the Trump administration. The hiring freeze has impacted my team directly: even though we currently still have the funding to cover the salaries of our team members, we have been unable to extend the employment of an invaluable research colleague of mine whose work is instrumental to parsing through the data from our study and interpreting its results, nor hire the research assistants we need to help out with our study day-to-day.

15.     A loss of NIH funding would be devastating for our health policy research. Without federal funding, we would quickly run out of money to continue our work and would likely have to stop our study entirely. It would be almost impossible to raise private, foundation funding to finish our research if our federal funding were to be cut because there are so few funding sources for data-heavy projects. We would not receive substantive answers to questions we have spent many resources trying to answer. This also very quickly would lead to gaps in grant research, which may be career-ending, particularly for our PhD students and my non-tenured junior colleagues.

16.     We also undoubtedly would have to let go of some of our staff if the NIH rescinds our grant money. Our staff are entirely grant-funded; their positions are contingent in part on NIH

funding. The grants also fund graduate student summer research, providing PhD students with the valuable opportunity to produce written work product about their research. None of this would be possible without federal funding.

17. A loss of federal funds would make collaboration across institutions much more challenging. Ambitious, federally-funded programs, like the one I conduct research under, allow multiple faculty members from different disciplines to work closely together and produce more robust research. Those opportunities for academic discourse and innovation would vanish, even if we were able to secure smaller, private funding sources.

18. It feels futile to apply for additional NIH funding while the Trump administration continues to wage a war against academic and research freedom. I believe my current grant and future grants I could apply for fall within the funding the Trump administration has threatened to withhold from Harvard.

19. I am very worried about what will happen with our upcoming annual renewal. Our federal grants are re-authorized every year (in this case on June 1), in what is typically a very routine process that involves providing some reporting on how the funds were spent and progress made on the study. This year, however, in light of the tumultuousness around federal funding, whether the NIH renews our grant is more uncertain than ever. While our whole team has been working overtime to squeeze in as much work as possible while we still have our grant funding, there is simply no way we will be able to finish our research before our grants are up for renewal. This rush to squeeze in as much work as possible under threat of funding termination could affect the quality of our research and has taken a significant toll on the entire team.

20. In addition, as a tenured professor and longtime graduate student advisor, I can confidently say that a funding cut would have catastrophic effects on all those involved,

particularly on my junior colleagues. I am particularly fearful that any colleagues who are coming up for tenure will be denied tenure if their research falls under the broad areas for "reform" listed in the Demand Letter.

**Impact on Speech and Academic Freedom**

21. I firmly believe that equity is at the root of public policy—I have dedicated my career to improving health and affordability for everyone, both through my research and by overseeing the school's Office of Diversity and Inclusion (from 2013-2018) to improve diversity, equity and inclusion of those who work in the industry and on our campus. I worry that the Trump administration will label my focus on equitable access to healthcare as an "ideologically captured" DEI program and demand that the school "shutter" the program, particularly because of my former diversity-related administrative role, but because of the vagueness of the Demand Letter, I cannot be sure.

22. As the Director of Graduate Studies and a PhD advisor, I interact closely with Harvard's health policy doctoral students on a daily basis. I have had heartbreaking conversations with my graduate students about the risks associated with pursuing questions and topics related to the administration's political agenda due to fear that it will inhibit their ability to receive federal grants and find an academic job. Receiving federal grants is not just about the funds themselves—it is a key indication that your peers recognize the rigor and caliber of your work because federal grant applications are always peer-reviewed. This is already having an immediate effect on the questions that Harvard's brightest minds are choosing to examine and discuss and sends a powerful message to our students about the priorities of the administration.

23. I have been anticipating the loss of federal funds and its wide-reaching ramifications, including the potential impact of demands the Trump administration may issue to avoid the loss of funds, since January. Those fears spiked when the Trump administration began calling out

Harvard explicitly, and have only compounded in the last month since Harvard received the Demand Letter.

24. That fear was felt across campus. During our most recent admissions cycle, it forced our school to confront painful new realities about our financial capacity for accepting new students. During this recent admissions season, which ended at the end of March 2025, many of the PhD programs in the Harvard T.H. Chan School of Public Health admitted fewer students, and our Global Health program accepted no new students at all. With the vulnerable state of our federal funding, many programs determined they needed to contract in size in order to meet existing commitments to current PhD students without federal funds.

25. I am scared to submit this testimony and identify myself publicly. However, I feel strongly about both the importance of my work for public health and about protecting academic freedom. As a tenured faculty member and respected academic in my field, I feel a particular responsibility to speak out from my place of relative security in defense of the students and junior professors at Harvard who are unable to speak so publicly for fear of retaliation against themselves or their loved ones.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: <u>April 11, 2025</u>    Signed: _____

Meredith B. Rosenthal, PhD.
C. Boyden Gray Professor of Health Economics and Policy