UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS—HARVARD FACULTY CHAPTER, and AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.<br><br>Defendants. | Case No. 25-10910 |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE EXCESS PAGES**

Pursuant to Local Rule 7.1(b)(4), Plaintiffs American Association of University Professors ("AAUP") and American Association of University Professors–Harvard ("AAUP–Harvard") respectfully request leave to file a Memorandum of Law in Support of Plaintiffs' Motion for Temporary Restraining Order that is in excess of the 20-page limit set forth in Local Rule 7.1(b)(4). Plaintiffs require the additional pages to adequately present the factual and procedural background of the above-captioned action and arguments in support of its request for temporary injunctive relief, and respectfully request an increased page limit of up to 35 pages for the Memorandum.[1]

The proposed overlength Memorandum is submitted herewith as Exhibit A.

---

[1] Defendants' counsel has not yet been assigned and therefore Plaintiffs were unable to confer with counsel per Local Rule 7.1 prior to the filing of this motion.

1

April 11, 2025                                          Respectfully submitted,

/s/ *Daniel Silverman*

Philippe Z. Selendy*                                    Daniel H. Silverman (BBO# 704387)
Sean P. Baldwin*                                        COHEN MILSTEIN SELLERS & TOLL PLLC
Corey Stoughton*                                        769 Centre Street
Julie Singer*                                           Suite 207
Hannah R. Miles*                                        Boston, MA 02130
SELENDY GAY PLLC                                        (617) 858-1990
1290 Avenue of the Americas 20th Floor                  dsilverman@cohenmilstein.com
New York, NY  10104
Tel: 212-390-9000                                       Joseph M. Sellers *
pselendy@selendygay.com                                 Benjamin D. Brown*
sbaldwin@selendygay.com                                 Phoebe M. Wolfe *
cstoughton@selendygay.com                               Margaret (Emmy) Wydman*
jsinger@selendygay.com                                  COHEN MILSTEIN SELLERS & TOLL PLLC
hmiles@selendygay.com                                   1100 New York Ave. NW, 8th Floor
                                                        Washington, DC 20005
*  PHV Application Forthcoming                          (202) 408-4600
                                                        jsellers@cohenmilstein.com
                                                        bbrown@cohenmilstein.com
                                                        pwolfe@cohenmilstein.com
                                                        ewydman@cohenmilstein.com

                                                        *  PHV Application Forthcoming

                                                        *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent by certified mail on April 14, 2025 to the United States attorney for Massachusetts, the civil-process clerk at the United States attorney's office, and to the Attorney General of the United States at Washington, D.C, pursuant to Federal Rule of Civil Procedure 4(i).

/s/ *Daniel Silverman*
Daniel Silverman