UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS—HARVARD FACULTY CHAPTER, and AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE et al.<br><br>Defendants. | Case No. 1:25-cv-10910 |

## CERTIFICATE OF BENJAMIN D. BROWN

Benjamin D. Brown, hereby certifies pursuant to 28 U.S.C. § 1746 as follows:

1. I make this certification in support of the accompanying Motion for Leave to Appear *Pro Hac Vice.* I have personal knowledge of each of the facts stated below.

2. I am a partner in the law firm of Cohen Milstein Sellers & Toll PLLC, counsel for plaintiffs in this matter. My office is located at 1100 New York Avenue, Suite 800, Washington, D.C. 20009.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice:

| Jurisdiction | Admission Date |
|---|---|
| California State Bar | 9/29/1999 |
| District of Columbia State Bar | 1/9/2006 |

| | |
|---|---|
| U.S. Court of Appeals for the 2nd Circuit | 7/18/2016 |
| U.S. Court of Appeals for the 3rd Circuit | 3/25/2009 |
| U.S. Court of Appeals for the 4th Circuit | 12/22/2004 |
| U.S. Court of Appeals for the 7th Circuit | 12/9/2022 |
| U.S. Court of Appeals for the 9th Circuit | 3/12/2010 |
| U.S. Court of Appeals for the D.C. Circuit | 7/31/2019 |
| U.S. District Court for the Central District of California | 4/6/2006 |
| U.S. District Court for the Eastern District of California | 3/6/2009 |
| U.S. District Court for the Northern District of California | 8/9/2006 |
| Supreme Court of the United States | 11/2/2009 |
| U.S. Court of Federal Claims | 6/8/2011 |

4.     I am not under suspension or disbarment by any court, nor the subject of any pending disciplinary proceeding and no discipline has ever been imposed upon me in any jurisdiction.

5.     I have not previous had *pro hac vice* admission to the U.S. District Court for the District of Massachusetts (or other admission for limited purpose under Local Rule 83.5.3) revoked for misconduct.

6.     I am familiar with and agree to comply with the Local Rules of this Court. I hereby certify under penalty of perjury that the foregoing is true and correct.

April 15, 2025						Respectfully submitted,


							/s/ *Benjamin D. Brown*
							Benjamin D. Brown
							COHEN MILSTEIN SELLERS & TOLL PLLC
							1100 New York Ave. NW, Suite 800
							Washington, DC 20005
							(202) 408-4600
							bbrown@cohenmilstein.com

							*Attorney for Plaintiffs*