UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS—HARVARD FACULTY CHAPTER, and AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE et al.<br><br>Defendants. | Case No. 1:25-cv-10910 |

## CERTIFICATE OF JOSEPH M. SELLERS

Joseph M. Sellers, hereby certifies pursuant to 28 U.S.C. § 1746 as follows:

1. I make this certification in support of the accompanying Motion for Leave to Appear *Pro Hac Vice*. I have personal knowledge of each of the facts stated below.

2. I am a partner in the law firm of Cohen Milstein Sellers & Toll PLLC, counsel for plaintiffs in this matter. My office is located at 1100 New York Avenue, Suite 800, Washington, D.C. 20009.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice:

| Jurisdiction | Admission Date |
|---|---|
| District of Columbia State Bar | 6/16/1980 |
| U.S. District Court for Colorado | 2/4/1998 |

| | |
|---|---|
| U.S. District Court for the District of Columbia | 7/7/1980 |
| U.S. District Court for Maryland | 5/26/1989 |
| U.S. District Court for the Northern District of Illinois | 10/23/2013 |
| U.S. Court of Appeals for the 2nd Circuit | 2/22/2010 |
| U.S. Court of Appeals for the 3rd Circuit | 9/11/1998 |
| U.S. Court of Appeals for the 4th Circuit | 3/19/1986 |
| U.S. Court of Appeals for the 5th Circuit | 5/7/2013 |
| U.S. Court of Appeals for the 6th Circuit | 10/29/2013 |
| U.S. Court of Appeals for the 7th Circuit | 05/01/2020 |
| U.S. Court of Appeals for the 9th Circuit | 2/12/2002 |
| U.S. Court of Appeals for the 11th Circuit | 4/18/1997 |
| U.S. Court of Appeals for the D.C. Circuit | 7/30/1980 |
| Supreme Court of the United States | 3/5/1984 |

4. I am not under suspension or disbarment by any court, nor the subject of any pending disciplinary proceeding and no discipline has ever been imposed upon me in any jurisdiction.

5. I have not previous had *pro hac vice* admission to the U.S. District Court for the District of Massachusetts (or other admission for limited purpose under Local Rule 83.5.3) revoked for misconduct.

6. I am familiar with and agree to comply with the Local Rules of this Court. I hereby certify under penalty of perjury that the foregoing is true and correct.

April 15, 2025                                          Respectfully submitted,


                                                        /s/ *Joseph M. Sellers*
                                                        Joseph M. Sellers
                                                        COHEN MILSTEIN SELLERS & TOLL PLLC
                                                        1100 New York Ave. NW, Suite 800
                                                        Washington, DC 20005
                                                        (202) 408-4600
                                                        jsellers@cohenmilstein.com

                                                        *Attorney for Plaintiffs*