UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS—HARVARD FACULTY CHAPTER, and AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE et al.<br><br>Defendants. | Case No. 1:25-cv-10910 |

## CERTIFICATE OF PHOEBE M. WOLFE

Phoebe M. Wolfe, hereby certifies pursuant to 28 U.S.C. § 1746 as follows:

1. I make this certification in support of the accompanying Motion for Leave to Appear *Pro Hac Vice.* I have personal knowledge of each of the facts stated below.

2. I am an associate in the law firm of Cohen Milstein Sellers & Toll PLLC, counsel for plaintiffs in this matter. My office is located at 1100 New York Avenue, Suite 800, Washington, D.C. 20009.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice:

| Jurisdiction | Admission Date |
|---|---|
| New York State Bar (#5866983) | 11/23/2021 |
| District of Columbia Bar (#90014711) | 8/11/2023 |
| U.S. Court of Appeals for the Federal Circuit | 9/27/2022 |

| U.S. District Court for the District of Columbia | 11/6/2023 |

4. I am not under suspension or disbarment by any court, nor the subject of any pending disciplinary proceeding and no discipline has ever been imposed upon me in any jurisdiction.

5. I have not previous had *pro hac vice* admission to the U.S. District Court for the District of Massachusetts (or other admission for limited purpose under Local Rule 83.5.3) revoked for misconduct.

6. I am familiar with and agree to comply with the Local Rules of this Court. I hereby certify under penalty of perjury that the foregoing is true and correct.

April 15, 2025                                                                 Respectfully submitted,

/s/ *Phoebe M. Wolfe*
Phoebe M. Wolfe
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, 8th Floor
Washington, DC 20005
(202) 408-4600
pwolfe@cohenmilstein.com

*Attorney for Plaintiffs*

2