## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS—HARVARD FACULTY CHAPTER, and AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, et al. <br><br> Defendants. | Case No. 1:25-cv-10910-ADB |

## MOTION TO ADMIT ATTORNEY COREY STOUGHTON *PRO HAC VICE* PURSUANT TO LOCAL RULE 83.5.3

Daniel H. Silverman, a member in good standing of the bar of this Court, respectfully moves for the admission *pro hac vice* of Corey Stoughton, for the purpose of entering an appearance on behalf of Plaintiffs American Association of University Professors—Harvard Faculty Chapter and American Association of University Professors, in the above-captioned case. In support of this motion, undersigned counsel states as follows:

1.    I am a member in good standing of the bar of this Court, and have signed the Complaint in the above-captioned matter.

2.    I move for the admission *pro hac vice* of Corey Stoughton, of the law firm Selendy Gay PLLC to appear before this Court as co-counsel.

3.    As evidenced by her attached Certification, Corey Stoughton is a member in good standing of the State Bar of New York and the Bar of the District of Columbia; there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction in which she is a member of the bar; and she has read and agrees to comply with the local rules of this Court.

4.      Corey Stoughton has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose) revoked for misconduct.

5.      WHEREFORE, undersigned counsel respectfully requests that this Court grant leave pursuant to Local Rule 83.5.3 for Corey Stoughton to appear before the Court in this matter *pro hac vice.*

Dated:   April 15, 2025                              Respectfully submitted,


                                    By:        /s/ *Daniel Silverman*
                                               Daniel H. Silverman (BBO# 704387)
                                               Cohen Milstein Sellers & Toll PLLC
                                               769 Centre Street
                                               Suite 207
                                               Boston, MA 02130
                                               (617) 858-1990
                                               dsilverman@cohenmilstein.com

                                               Joseph M. Sellers
                                               Benjamin D. Brown
                                               Phoebe M. Wolfe
                                               Margaret (Emmy) Wydman
                                               Cohen Milstein Sellers & Toll PLLC
                                               1100 New York Ave NW, 8th Floor
                                               Washington, DC 20005
                                               (202) 408-4600
                                               jsellers@cohenmilstein.com
                                               bbrown@cohenmilstein.com
                                               pwolfe@cohenmilstein.com
                                               ewydman@cohenmilstein.com


                                               *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed electronically through the Court's CM/ECF system and will be sent by first class mail on April 15, 2025 to each Defendant at the following addresses:

U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

PAMELA BONDI
U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

LEO TERRELL
Senior Counsel to the Assistant Attorney General for Civil Rights and Head of DOJ Taskforce to Combat Anti-Semitism
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. DEPARTMENT OF EDUCATION
400 Maryland Avenue, SW
Washington, D.C. 20202

LINDA MCMAHON
U.S. Secretary of Education
400 Maryland Avenue, SW
Washington, D.C. 20202

CRAIG TRAINOR
Acting Assistant Secretary for the Office for Civil Rights, U.S. Department of Education
400 Maryland Avenue, SW
Washington, D.C. 20202

THOMAS E. WHEELER
Acting General Counsel for U.S. Department of Education
400 Maryland Avenue, SW
Washington, D.C. 20202

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
200 Independence Avenue, SW
Washington, D.C. 20201

ROBERT F. KENNEDY, JR.
U.S. Secretary of Health and Human Services
200 Independence Avenue, SW
Washington, D.C. 20201

SEAN R. KEVENEY
Acting General Counsel of Health and Human Services
200 Independence Avenue, SW, Room 713-F
Washington, D.C. 20201

NATIONAL INSTITUTES OF HEALTH
9000 Rockville Pike Bethesda, Maryland 20892
Montgomery County

JAYANTA BHATTACHARYA
Director of National Institutes of Health
9000 Rockville Pike Bethesda, Maryland 20892
Montgomery County

U.S GENERAL SERVICES ADMINISTRATION
1800 F St., NW
Washington, DC 20405

STEPHEN EHIKIAN
Acting Administrator of the GSA
1800 F St., NW
Washington, DC 20405

JOSH GRUENBAUM
Commissioner of the Federal Acquisition Service within the GSA
1800 F St., NW
Washington, DC 20405

/s/ *Daniel Silverman*
Daniel Silverman