**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS—HARVARD FACULTY CHAPTER, and AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.<br><br>Defendants. | Case No. 1:25-cv-10910-ADB |

**CERTIFICATION OF COREY STOUGHTON IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Corey Stoughton, hereby certifies pursuant to 28 U.S.C. § 1746 and Local Rule 83.5.3(e)(3) as follows:

1. I make this certification in support of the accompanying Motion for Leave to Appear *Pro Hac Vice.* I have personal knowledge of each of the facts stated below.

2. I am associated with the law firm of Selendy Gay PLLC, co-counsel for plaintiffs in this matter. My office is located at 1290 Avenue of the Americas, New York, New York 10104, Telephone: (212) 390-9000, E-Mail: cstoughton@selendygay.com.

3. I am a member in good standing of every jurisdiction in which I have been admitted to practice: United States District Courts for the Eastern District of New York, the Southern District of New York, the Western District of New York, and the Northern District of New York, the United States Courts of Appeals for the Second Circuit, the Fourth Circuit, the Fifth Circuit, and the Eleventh Circuit, and the United States Supreme Court . I have been a member in good standing

of the Bar of the State of New York since June 24, 2003 (Bar No. 4152633) and the District of Columbia since June 7, 2004 (Bar No. 472867).

4. I am not under suspension or disbarment by any court, nor the subject of any pending disciplinary proceeding and no discipline has ever been imposed upon me in any jurisdiction.

5. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct; and

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

7. Plaintiffs American Association of University Professors—Harvard Faculty Chapter and American Association of University Professors have requested that I be admitted *pro hac vice* for this matter on their behalf. I have experience in the relevant areas of law and knowledge of the facts and issues in this matter.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  New York, NY
        April 14, 2025

Respectfully submitted,

SELENDY GAY PLLC

By: _____
Corey Stoughton
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY  10104
Tel: 212-390-9000
cstoughton@selendygay.com

*Attorney for Plaintiffs*