UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS—HARVARD FACULTY CHAPTER, and AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.<br><br>Defendants. | Case No. 1:25-cv-10910-ADB |

## MOTION TO ADMIT ATTORNEY PHILIPPE Z. SELENDY *PRO HAC VICE* PURSUANT TO LOCAL RULE 83.5.3

Daniel H. Silverman, a member in good standing of the bar of this Court, respectfully moves for the admission *pro hac vice* of Philippe Z. Selendy, for the purpose of entering an appearance on behalf of Plaintiffs American Association of University Professors—Harvard Faculty Chapter and American Association of University Professors, in the above-captioned case. In support of this motion, undersigned counsel states as follows:

1. I am a member in good standing of the bar of this Court, and have signed the Complaint in the above-captioned matter.

2. I move for the admission *pro hac vice* of Philippe Z. Selendy, of the law firm Selendy Gay PLLC to appear before this Court as co-counsel.

3. As evidenced by his attached Certification, Philippe Z. Selendy is a member in good standing of the State Bar of New York; there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction in which he is a member of the bar; and he has read and agrees to comply with the local rules of this Court.

4.     Philippe Z. Selendy has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose) revoked for misconduct.

5.     WHEREFORE, undersigned counsel respectfully requests that this Court grant leave pursuant to Local Rule 83.5.3 for Philippe Z. Selendy to appear before the Court in this matter *pro hac vice.*

Dated:   April 14, 2025                                             Respectfully submitted,

                                                By:     /s/ *Daniel H. Silverman*
                                                        Daniel H. Silverman (BBO# 704387)
                                                        COHEN MILSTEIN SELLERS & TOLL PLLC
                                                        769 Centre Street
                                                        Suite 207
                                                        Boston, MA 02130
                                                        (617) 858-1990
                                                        dsilverman@cohenmilstein.com

                                                        Joseph M. Sellers
                                                        Benjamin D. Brown
                                                        Phoebe M. Wolfe
                                                        Margaret (Emmy) Wydman
                                                        COHEN MILSTEIN SELLERS & TOLL PLLC
                                                        1100 New York Ave NW, 8th Floor
                                                        Washington, DC 20005
                                                        (202) 408-4600
                                                        jsellers@cohenmilstein.com
                                                        bbrown@cohenmilstein.com
                                                        pwolfe@cohenmilstein.com
                                                        ewydman@cohenmilstein.com

                                                        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed electronically through the Court's CM/ECF system and will be sent by first class mail on April 15, 2025 to each Defendant at the following addresses:

U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

PAMELA BONDI
U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

LEO TERRELL
Senior Counsel to the Assistant Attorney General for Civil Rights and Head of DOJ Taskforce to Combat Anti-Semitism
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. DEPARTMENT OF EDUCATION
400 Maryland Avenue, SW
Washington, D.C. 20202

LINDA MCMAHON
U.S. Secretary of Education
400 Maryland Avenue, SW
Washington, D.C. 20202

CRAIG TRAINOR
Acting Assistant Secretary for the Office for Civil Rights, U.S. Department of Education
400 Maryland Avenue, SW
Washington, D.C. 20202

THOMAS E. WHEELER
Acting General Counsel for U.S. Department of Education
400 Maryland Avenue, SW
Washington, D.C. 20202

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
200 Independence Avenue, SW
Washington, D.C. 20201

ROBERT F. KENNEDY, JR.
U.S. Secretary of Health and Human Services
200 Independence Avenue, SW
Washington, D.C. 20201

SEAN R. KEVENEY
Acting General Counsel of Health and Human Services
200 Independence Avenue, SW, Room 713-F
Washington, D.C. 20201

NATIONAL INSTITUTES OF HEALTH
9000 Rockville Pike Bethesda, Maryland 20892
Montgomery County

JAYANTA BHATTACHARYA
Director of National Institutes of Health
9000 Rockville Pike Bethesda, Maryland 20892
Montgomery County

U.S GENERAL SERVICES ADMINISTRATION
1800 F St., NW
Washington, DC 20405

STEPHEN EHIKIAN
Acting Administrator of the GSA
1800 F St., NW
Washington, DC 20405

JOSH GRUENBAUM
Commissioner of the Federal Acquisition Service within the GSA
1800 F St., NW
Washington, DC 20405

                                                              /s/ *Daniel Silverman*
                                                              Daniel Silverman