**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS—HARVARD FACULTY CHAPTER, and AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE et al.<br><br>Defendants. | Case No. 1:25-cv-10910 |

**REQUEST TO WITHDRAW MOTION FOR TEMPORARY RESTRAINING ORDER AND NOTICE OF SUPPLEMENTAL MATERIALS**

Plaintiffs respectfully submit this Request to Withdraw Motion for Temporary Restraining Order and Notice of Supplemental Materials based on significant developments and changes in circumstances that have occurred since Plaintiffs filed their Motion for Temporary Restraining Order (ECF No. 4).

In light of events of the last day, set forth in the attachments, Plaintiffs request that their Motion for Temporary Restraining Order (ECF No. 4) be withdrawn and that Plaintiffs be permitted to inform the Court no later than 5:00pm EDT on Friday, April 18 regarding their plans to seek other forms of preliminary relief.

The attachments, which Plaintiffs lodge with the Court as part of the existing record, are:

1. Letter from Josh Gruenbaum, Thomas E. Wheeler, and Sean R. Keveney to Dr. Alan M. Garber, President of Harvard University, and Penny Pritzker, Lead Member of Harvard Corporation, dated April 11, 2025 (copy attached as Exhibit 1).

2.  Letter from William A. Burck and Robert K. Hur, counsel for Harvard University, to Josh

    Gruenbaum, Sean R. Keveney, and Thomas E. Wheeler, dated April 14, 2025 (copy

    attached as Exhibit 2).

3.  Vimal Patel, *Trump Administration Will Freeze $2 Billion After Harvard Refuses*

    *Demands*, N.Y. Times (Apr. 14, 2025), https://www.nytimes.com/2025/04/14/us/harvard-

    trump-reject-demands.html.


April 15, 2025                                        Respectfully submitted,



                                                     /s/ *Daniel Silverman*
Philippe Z. Selendy (admitted *pro hac vice*)        Daniel H. Silverman (BBO# 704387)
Sean P. Baldwin (admitted *pro hac vice*)            COHEN MILSTEIN SELLERS & TOLL PLLC
Corey Stoughton (admitted *pro hac vice*)            769 Centre Street
Julie Singer (admitted *pro hac vice*)               Suite 207
Hannah R. Miles (admitted *pro hac vice*)            Boston, MA 02130
SELENDY GAY PLLC                                     (617) 858-1990
1290 Avenue of the Americas 20th Floor               dsilverman@cohenmilstein.com
New York, NY  10104
Tel: 212-390-9000                                    Joseph M. Sellers (admitted *pro hac vice*)
pselendy@selendygay.com                              Benjamin D. Brown (admitted *pro hac vice*)
sbaldwin@selendygay.com                              Phoebe M. Wolfe (admitted *pro hac vice*)
cstoughton@selendygay.com                            Margaret (Emmy) Wydman
jsinger@selendygay.com                               COHEN MILSTEIN SELLERS & TOLL PLLC
hmiles@selendygay.com                                1100 New York Avenue
                                                     Suite 800
                                                     Washington, D.C. 20009

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed electronically through the Court's CM/ECF system and will be sent by first-class mail on April 15, 2025 to each Defendant at the following addresses:

U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

PAMELA BONDI
U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

LEO TERRELL
Senior Counsel to the Assistant Attorney General for Civil Rights and Head of DOJ Taskforce to Combat Anti-Semitism
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. DEPARTMENT OF EDUCATION
400 Maryland Avenue, SW
Washington, D.C. 20202

LINDA MCMAHON
U.S. Secretary of Education
400 Maryland Avenue, SW
Washington, D.C. 20202

CRAIG TRAINOR
Acting Assistant Secretary for the Office for Civil Rights, U.S. Department of Education
400 Maryland Avenue, SW
Washington, D.C. 20202

THOMAS E. WHEELER
Acting General Counsel for U.S. Department of Education
400 Maryland Avenue, SW
Washington, D.C. 20202

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
200 Independence Avenue, SW
Washington, D.C. 20201

ROBERT F. KENNEDY, JR.
U.S. Secretary of Health and Human Services
200 Independence Avenue, SW
Washington, D.C. 20201

SEAN R. KEVENEY
Acting General Counsel of Health and Human Services
200 Independence Avenue, SW, Room 713-F
Washington, D.C. 20201

NATIONAL INSTITUTES OF HEALTH
9000 Rockville Pike Bethesda, Maryland 20892
Montgomery County

JAYANTA BHATTACHARYA
Director of National Institutes of Health
9000 Rockville Pike Bethesda, Maryland 20892
Montgomery County

U.S GENERAL SERVICES ADMINISTRATION
1800 F St., NW
Washington, DC 20405

STEPHEN EHIKIAN
Acting Administrator of the GSA
1800 F St., NW
Washington, DC 20405

JOSH GRUENBAUM
Commissioner of the Federal Acquisition Service within the GSA
1800 F St., NW
Washington, DC 20405

/s/ *Daniel Silverman*
Daniel Silverman

4