# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS—HARVARD FACULTY CHAPTER, and AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS,<br><br>                  Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; PAMELA BONDI, in her official capacity as the U.S. Attorney General; LEO TERRELL, in his official capacity as Senior Counsel to the Assistant Attorney General for Civil Rights and head of the DOJ Task Force to Combat Anti-Semitism; U.S. DEPARTMENT OF EDUCATION; LINDA MCMAHON, in her official capacity as the U.S. Secretary of Education; CRAIG TRAINOR in his official capacity as Acting Assistant Secretary for the Office for Civil Rights, U.S. Department of Education; THOMAS E. WHEELER, in his official capacity as Acting General Counsel of the U.S. Department of Education; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as the U.S. Secretary of Health and Human Services; SEAN R. KEVENEY, in his official capacity as Acting General Counsel of the U.S. Department of Health and Human Services; NATIONAL INSTITUTES OF HEALTH; JAYANTA BHATTACHARYA,, in his official capacity as the Director of the National Institutes of Health; U.S. GENERAL SERVICES ADMINISTRATION; STEPHEN EHIKIAN, in his official capacity as Acting Administrator of the U.S. General Services Administration; JOSH GRUENBAUM, in his official capacity as Commissioner of the Federal Acquisition Service,<br><br>                  Defendants. | Civil Action No. 1:25-cv-10910 |

## NOTICE OF APPEARANCE

Pursuant to L.R. 83.5.2, please enter the appearance of the undersigned Assistant United States Attorney in the above-captioned case as counsel for the Defendants.

Filing of this notice does not waive any defects in service.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: April 15, 2025          By:     */s/ Anuj K. Khetarpal*
                                       Anuj Khetarpal
                                       Assistant United States Attorney
                                       United States Attorney's Office
                                       1 Courthouse Way, Suite 9200
                                       Boston, MA 02210
                                       Tel.: 617-748-3658
                                       Email: Anuj.Khetarpal@usdoj.gov

## CERTIFICATE OF SERVICE

I, Anuj Khetarpal, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

Dated: April 15, 2025          By:     */s/ Anuj K. Khetarpal*
                                       Anuj Khetarpal
                                       Assistant United States Attorney