AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

American Association of University Professors-Harvard Faculty Chapter, and American Association of University Professors )
*Plaintiff* )
v. ) Case No. 1:25-cv-10910
United States Department of Justice et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs American Association of University Professors-Harvard Faculty Chapter, and American Association of University Professors.

Date: 4/15/2025

/s/ *Joseph M. Sellers*
*Attorney's signature*

Joseph M. Sellers (DC 318410)
*Printed name and bar number*

1100 New York Avenue NW
Suite 800
Washington, DC 20009
*Address*

jsellers@cohenmilstein.com
*E-mail address*

(202) 408-4600
*Telephone number*

(202) 408-4699
*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, filed electronically through the Court's CM/ECF system, was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: April 15, 2025

                                                /s/ *Joseph M. Sellers*
                                                Joseph M. Sellers