UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS—HARVARD FACULTY CHAPTER, and AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS,<br>            Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; PAMELA BONDI, in her official capacity as the U.S. Attorney General; LEO TERRELL, in his official capacity as Senior Counsel to the Assistant Attorney General for Civil Rights and head of the DOJ Task Force to Combat Anti-Semitism; U.S. DEPARTMENT OF EDUCATION; LINDA MCMAHON, in her official capacity as the U.S. Secretary of Education; CRAIG TRAINOR in his official capacity as Acting Assistant Secretary for the Office for Civil Rights, U.S. Department of Education; THOMAS E. WHEELER, in his official capacity as Acting General Counsel of the U.S. Department of Education; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as the U.S. Secretary of Health and Human Services; SEAN R. KEVENEY, in his official capacity as Acting General Counsel of the U.S. Department of Health and Human Services; NATIONAL INSTITUTES OF HEALTH; JAYANTA BHATTACHARYA,, in his official capacity as the Director of the National Institutes of Health; U.S. GENERAL SERVICES ADMINISTRATION; STEPHEN EHIKIAN, in his official capacity as Acting Administrator of the U.S. General Services Administration; JOSH GRUENBAUM, in his official capacity as Commissioner of the Federal Acquisition Service,<br>.<br>            Defendants. | CA No.: 1:25-CV-10910-ADB |

**NOTICE OF APPEARANCE**

Pursuant to L.R. 83.5.2, please enter the appearance of the undersigned Assistant United States Attorney in the above-captioned case as counsel for the Defendants.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | LEAH B FOLEY<br>United States Attorney |
| Dated: April 16, 2025 | By: */s/ Rayford A. Farquhar*<br>RAYFORD A. FARQUHAR<br>Assistant United States Attorney<br>United States Attorney's Office<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>617-748-3100<br>Email: rayford.farquhar@usdoj.gov |

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

| | | |
|---|---|---|
| Dated: April 16, 2025 | By: | */s/ Rayford A. Farquhar*<br>RAYFORD A. FARQUHAR<br>Assistant United States Attorney |