AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| American Association of University Professors-Harvard Faculty Chapter, and American Association of University Professors<br>*Plaintiff*<br>v.<br>United States Department of Justice et al.<br>*Defendant* | )<br>)<br>)<br>) Case No. 1:25-cv-10910<br>)<br>) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs American Association of University Professors-Harvard Faculty Chapter, and American Association of University Professors .

Date: 4/16/2025

/s/ *Phoebe M. Wolfe*
*Attorney's signature*

Phoebe M. Wolfe (DC 90014711)
*Printed name and bar number*

1100 New York Avenue NW
Suite 800
Washington, DC 20009
*Address*

pwolfe@cohenmilstein.com
*E-mail address*

(202) 408-4600
*Telephone number*

(202) 408-4699
*FAX number*

**CERTIFICATE OF SERVICE**

    I hereby certify that this document, filed electronically through the Court's CM/ECF system, was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: April 16, 2025

                                                        /s/ *Phoebe Wolfe*
                                                        Phoebe Wolfe