AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| American Association of University Professors-Harvard Faculty Chapter, and American Association of University Professors<br>*Plaintiff*<br>v.<br>United States Department of Justice et al.<br>*Defendant* | )<br>)<br>)<br>)  Case No. 1:25-cv-10910-ADB<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs American Association of University Professors-Harvard Faculty Chapter, and American Association of University Professors.

Date: 4/16/2025

/s/ Julie Singer
*Attorney's signature*

Julie Singer (NY Bar No. 5647334)
*Printed name and bar number*

1290 Avenue of the Americas New York, New York 10104
*Address*

jsinger@selendygay.com
*E-mail address*

(212) 390-9000
*Telephone number*

(212) 390-9339
*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, filed electronically through the Court's CM/ECF system, was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: April 16, 2025

                                                /s/ *Julie Singer*
                                                Julie Singer