AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| American Association of University Professors-Harvard Faculty Chapter, and American Association of University Professors ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:25-cv-10910-ADB |
| United States Department of Justice et al. ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs American Association of University Professors-Harvard Faculty Chapter, and American Association of University Professors.

Date: 4/16/2025

/s/ Corey Stoughton
*Attorney's signature*

Corey Stoughton  (NY Bar No. 4152633)
*Printed name and bar number*

1290 Avenue of the Americas New York, New York 10104
*Address*

cstoughton@selendygay.com
*E-mail address*

(212) 390-9000
*Telephone number*

(212) 390-9339
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed electronically through the Court's CM/ECF system, was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: April 16, 2025

/s/ *Corey Stoughton*
Corey Stoughton