AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| American Association of University Professors-Harvard Faculty Chapter, and American Association of University Professors ) <br> *Plaintiff* ) <br> v. ) <br> United States Department of Justice et al. ) <br> *Defendant* ) | Case No. 1:25-cv-10910-ADB |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs American Association of University Professors-Harvard Faculty Chapter, and American Association of University Professors.

Date: 4/16/2025

/s/ Hannah R. Miles
*Attorney's signature*

Hannah R. Miles  (NY Bar No. 5839956)
*Printed name and bar number*

1290 Avenue of the Americas New York, New York 10104
*Address*

hmiles@selendygay.com
*E-mail address*

(212) 390-9000
*Telephone number*

(212) 390-9339
*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, filed electronically through the Court's CM/ECF system, was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: April 16, 2025

/s/ *Hannah R. Miles*
Hannah R. Miles