**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS—HARVARD FACULTY CHAPTER, and AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS,<br>　　　　　　Plaintiffs,<br>　　v.<br>UNITED STATES DEPARTMENT OF JUSTICE; et al.,<br>　　　　　　Defendants. | Case No. 1:25-cv-10910-ADB |

### PLAINTIFFS' MOTION FOR ORDER FOR JOINT STATUS REPORT AND MEMORANDUM IN SUPPORT THEREOF

On April 11, 2025, Plaintiffs filed this lawsuit challenging the Trump administration's unconstitutional coercion of Harvard University though the abuse of threats to withhold federal funding under Title VI of the Civil Rights Act, along with a motion for temporary restraining order against the Trump administration's threats and the unconstitutional conditions it imposed on Harvard's federal funding (ECF Nos. 1, 4). The following Monday, April 14, Harvard University rejected the Trump administration's demands. Later that day, the Trump administration announced that it would freeze $2 billion in federal funding. In light of those developments, on April 15, 2025, Plaintiffs withdrew their motion for a temporary restraining order and asked the Court's leave to inform the Court of their further plans to seek other forms of expedited relief by today, April 18, 2025 (ECF No. 27), which the Court granted (ECF No. 29).

Based on information currently available to the Plaintiffs, they intend to seek preliminary or other expedited relief from the imminent and irreparable harm caused by the Defendants' suspension of grants to Harvard University and the unsupported and unfounded accusations of unlawful conduct set forth in the Defendants' letters dated April 3, 2025 and April 11, 2025. Plaintiffs

therefore respectfully request that the Court order the parties to submit a joint status report regarding a schedule for briefing motions for such preliminary or other expedited relief no later than May 16, 2025.

Dated: April 18, 2025            Respectfully submitted,

By:    /s/ *Corey Stoughton*

| | |
|---|---|
| Daniel H. Silverman (BBO# 704387)<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>769 Centre Street<br>Suite 207<br>Boston, MA 02130<br>(617) 858-1990<br>dsilverman@cohenmilstein.com<br><br>Joseph M. Sellers*<br>Benjamin D. Brown*<br>Phoebe M. Wolfe*<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>1100 New York Ave NW, 8th Floor<br>Washington, DC 20005<br>(202) 408-4600<br>jsellers@cohenmilstein.com<br>bbrown@cohenmilstein.com<br>pwolfe@cohenmilstein.com | Philippe Z. Selendy*<br>Sean P. Baldwin*<br>Corey Stoughton*<br>Julie Singer*<br>Hannah R. Miles*<br>SELENDY GAY PLLC<br>1290 Avenue of the Americas 20th Floor<br>New York, NY 10104<br>Tel: 212-390-9000<br>pselendy@selendygay.com<br>sbaldwin@selendygay.com<br>cstoughton@selendygay.com<br>jsinger@selendygay.com<br>hmiles@selendygay.com<br><br>* Admission *pro hac vice*<br><br>*Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed electronically through the Court's CM/ECF system, was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: April 18, 2025

*/s/ Corey Stoughton*
Corey Stoughton
