UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS—HARVARD FACULTY CHAPTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.<br><br>Defendants. | Case No. 1:25-cv-10910-ADB |

**MOTION TO ADMIT ATTORNEY DRAKE REED *PRO HAC VICE* PURSUANT TO LOCAL RULE 83.5.3**

Daniel H. Silverman, a member in good standing of the bar of this Court, respectfully moves for the admission *pro hac vice* of Drake Reed, for the purpose of entering an appearance on behalf of Plaintiffs American Association of University Professors—Harvard Faculty Chapter; American Association of University Professors; and International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, in the above-captioned case. In support of this motion, undersigned counsel states as follows:

1. I am a member in good standing of the bar of this Court, and have signed the Complaint in the above-captioned matter.

2. I move for the admission *pro hac vice* of Drake Reed, of the law firm Selendy Gay PLLC to appear before this Court as co-counsel.

3. As evidenced by his attached Certification, Drake Reed is a member in good standing of the State Bar of New York; there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction in which he is a member of the bar; and he has read and agrees to comply with the local rules of this Court.

4. Drake Reed has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose) revoked for misconduct.

5. Defendants do not object to this motion.

6. WHEREFORE, undersigned counsel respectfully requests that this Court grant leave pursuant to Local Rule 83.5.3 for Drake Reed to appear before the Court in this matter *pro hac vice*.

Dated: May 19, 2025

Respectfully submitted,

By: /s/ *Daniel H. Silverman*
Daniel H. Silverman (BBO# 704387)
COHEN MILSTEIN SELLERS & TOLL PLLC
769 Centre Street
Suite 207
Boston, MA 02130
(617) 858-1990
dsilverman@cohenmilstein.com

Joseph M. Sellers
Benjamin D. Brown
Phoebe M. Wolfe
Margaret (Emmy) Wydman
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave NW, 8th Floor
Washington, DC 20005
(202) 408-4600
jsellers@cohenmilstein.com
bbrown@cohenmilstein.com
pwolfe@cohenmilstein.com
ewydman@cohenmilstein.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that, pursuant to Local Rule 7.1(a)(2), the parties conferred and attempted in good faith to resolve or narrow the issue raised herein prior to the filing of this motion.

Dated:   May 19, 2025

*/s/ Daniel H. Silverman*
Daniel H. Silverman

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system was sent electronically to the registered participants as identified in the Notice of Electronic (NEF).

Dated:   May 19, 2025

                                                */s/ Daniel H. Silverman*
                                                Daniel H. Silverman