**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS—HARVARD FACULTY CHAPTER, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.<br><br>Defendants. | Case No. 1:25-cv-10910-ADB |

## CERTIFICATION OF DRAKE REED IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Drake Reed, hereby certifies pursuant to 28 U.S.C. § 1746 and Local Rule 83.5.3(e)(3) as follows:

1. I make this certification in support of the accompanying Motion for Leave to Appear *Pro Hac Vice.* I have personal knowledge of each of the facts stated below.

2. I am associated with the law firm of Selendy Gay PLLC, co-counsel for plaintiffs in this matter. My office is located at 1290 Avenue of the Americas, New York, New York 10104, Telephone: (212) 390-9000, E-Mail: dreed@selendygay.com.

3. I am a member in good standing of every jurisdiction in which I have been admitted to practice. I have been a member in good standing of the Bar of the State of New York since January 23, 2023 (Bar No. 5993977).

4. I am not under suspension or disbarment by any court, nor the subject of any pending disciplinary proceeding and no discipline has ever been imposed upon me in any jurisdiction.

5. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct; and

6.  I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

7.  Plaintiffs American Association of University Professors—Harvard Faculty Chapter; American Association of University Professors; and International Union, United Automobile, Aerospace and Agricultural Implement Workers of America have requested that I be admitted *pro hac vice* for this matter on their behalf. I have experience in the relevant areas of law and knowledge of the facts and issues in this matter.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: New York, NY
May 19, 2025

Respectfully submitted,

SELENDY GAY PLLC

By: /s/ Drake Reed

Drake Reed
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY  10104
Tel: 212-390-9000
dreed@selendygay.com

*Attorney for Plaintiffs*