IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS— HARVARD FACULTY CHAPTER, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEPARTMENT OF JUSTICE, et al.,<br><br>*Defendants*. | Case No. 1:25-CV-10910-ADB |

**ASSENTED-TO MOTION TO EXTEND DEFENDANT DEADLINE FOR PRODUCTION OF THE USDA ADMINISTRATIVE RECORD**

Defendants respectfully requests a one-day extension, until May 20, 2025, to produce the portion of the administrative record in this matter from the United States Department of Agriculture ("USDA"). USDA is not yet officially a defendant in this matter but will be added as a Defendant should the Court allow the Plaintiffs' (unopposed) Motion for Leave to File Second Amended Complaint, filed on May 16, 2025. *See* ECF No. 55, ECF No. 55-1. Moreover, the Parties in this matter have agreed that the administrative record in this matter will mirror the administrative record produced in the related case, *President and Fellows of Harvard College v. U.S. Dep't of Health and Human Services, et al.*, No. 25-cv-10910, in which USDA was added as a defendant on May 13, 2025, and the briefing schedule in this case has been set to mirror that in the related case. *See* ECF No. 49.

Given the recent addition of USDA in the related matter, and the proposed recent addition of USDA to this case, the Defendants request one additional day to ensure the completeness of the USDA's portion of the administrative record.

Dated: May 19, 2025

Respectfully submitted,
LEAH B FOLEY
United States Attorney

By:  */s/ Anuj K. Khetarpal*
ANUJ K. KHETARPAL
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3658
anuj.khetarpal@usdoj.gov

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that I met and conferred with Plaintiff's counsel prior to filing this motion. Plaintiffs' counsel assented to the Defendant's request for a one-day extension.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: May 19, 2025     By:     */s/ Anuj Khetarpal*
Anuj Khetarpal
Assistant United States Attorney