# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS— HARVARD FACULTY CHAPTER, et al.,<br><br>            *Plaintiffs*,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF DEPARTMENT OF JUSTICE, et al.,<br><br>            *Defendants*. | Case No. 1:25-CV-10910-ADB |

## NOTICE OF PRODUCTION OF ADMINISTRATIVE RECORD

The undersigned counsel hereby certifies that on May 19, 2025, the administrative record, with the exception of the portion to be produced by Proposed Defendant United States Department of Agriculture ("USDA"), *see* Assented-to Motion for Extension, Dkt. No. 57, was served directly upon Plaintiffs' counsel via box.com, a cloud-based content management and file-sharing platform.

                                                      Respectfully submitted,

                                                      LEAH B FOLEY
                                                      United States Attorney

Dated: May 19, 2025          By:     */s/ Anuj K. Khetarpal*
                                                      ANUJ K. KHETARPAL
                                                      Assistant United States Attorney
                                                      United States Attorney's Office
                                                      John Joseph Moakley U.S. Courthouse
                                                      1 Courthouse Way, Suite 9200
                                                      Boston, MA 02210
                                                      (617) 748-3658
                                                      anuj.khetarpal@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  May 19, 2025             By:         */s/ Anuj Khetarpal*
                                             Anuj Khetarpal
                                             Assistant United States Attorney