AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| American Association of University Professors-Harvard Faculty Chapter et al.<br>*Plaintiff*<br>v.<br>United States Department of Justice et al.<br>*Defendant* | )<br>)<br>)  Case No. 1:25-cv-10910-ADB<br>)<br>) |

### APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs American Association of University Professors-Harvard Faculty Chapter, American Association of University Professors, and the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America.

Date: 5/20/2025

/s/ *Drake Reed*
*Attorney's signature*

Drake Reed (NY Bar No. 5993977)
*Printed name and bar number*

1290 Avenue of the Americas
New York, New York 10104
*Address*

dreed@selendygay.com
*E-mail address*

(212) 390-9000
*Telephone number*

(212) 390-9339
*FAX number*

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed electronically through the Court's CM/ECF system, was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: May 20, 2025                                        /s/ *Drake Reed*
                                                                                             Drake Reed