# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS—HARVARD FACULTY CHAPTER, et al.<br><br>    *Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEPARTMENT OF JUSTICE, et al.,<br><br>    *Defendants*. | Case No. 1:25-cv-10910-ADB |

## NOTICE OF PRODUCTION OF ADMINISTRATIVE RECORD

The undersigned counsel hereby certifies that the remaining portion of the administrative record belonging to the United States Department of Agriculture ("USDA") was served directly upon Plaintiff's counsel via box.com, a cloud-based content management and file-sharing platform, on May 20, 2025.

                                        LEAH B FOLEY
                                        United States Attorney

Dated: May 21, 2025        By:      */s/ Anuj K. Khetarpal*
                                              ANUJ K. KHETARPAL
                                              Assistant United States Attorney
                                              United States Attorney's Office
                                              John Joseph Moakley U.S. Courthouse
                                              1 Courthouse Way, Suite 9200
                                              Boston, MA 02210
                                              (617) 748-3658
                                              anuj.khetarpal@usdoj.gov

                                              *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  May 21, 2025            By:        */s/ Anuj Khetarpal*
                                                                     Anuj Khetarpal
                                                                     Assistant United States Attorney