# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS— HARVARD FACULTY CHAPTER, et al. *Plaintiffs*, v. UNITED STATES DEPARTMENT OF DEPARTMENT OF JUSTICE, et al., *Defendants*. | Case No. 1:25-CV-10910-ADB |

## NOTICE OF SUPPLEMENTATION OF ADMINISTRATIVE RECORD

The undersigned counsel hereby certifies that two additional documents belonging to the Department of Health and Human Services were newly identified as part of the administrative record and served directly upon Plaintiff's counsel via box.com, a cloud-based content management and file-sharing platform, on May 30, 2025.

Respectfully submitted,

LEAH B FOLEY
United States Attorney

Dated:  May 30, 2025          By:     */s/ Anuj K. Khetarpal*
                                      ANUJ K. KHETARPAL
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      John Joseph Moakley U.S. Courthouse
                                      1 Courthouse Way, Suite 9200
                                      Boston, MA 02210
                                      (617) 748-3658
                                      anuj.khetarpal@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


Dated:  May 30, 2025				By:	*/s/ Anuj Khetarpal*
						Anuj Khetarpal
						Assistant United States Attorney