# EXHIBIT 1


PRESS RELEASE

# Justice Department Announces Formation of Task Force to Combat Anti-Semitism

Monday, February 3, 2025

**For Immediate Release**

Office of Public Affairs

Pursuant to President Trump's Executive Order on Additional Measures to Combat Anti-Semitism, the Justice Department announced today the formation of a multi-agency Task Force to Combat Anti-Semitism. The Task Force's first priority will be to root out anti-Semitic harassment in schools and on college campuses.

In addition to the Department of Justice, the Task Force will include representatives from the U.S. Department of Education, U.S. Department of Health and Human Services, and other agencies as it develops. The Task Force will be coordinated through the Department's Civil Rights Division.

"Anti-Semitism in any environment is repugnant to this Nation's ideals," said Senior Counsel to the Assistant Attorney General for Civil Rights Leo Terrell, who will be heading the Task Force. "The Department takes seriously our responsibility to eradicate this hatred wherever it is found. The Task Force to Combat Anti-Semitism is the first step in giving life to President Trump's renewed commitment to ending anti-Semitism in our schools."

If you have been discriminated against, you can file a complaint with the Civil Rights Division, at [Contact the Civil Rights Division | Department of Justice](https://civilrights.justice.gov) (https://civilrights.justice.gov).

President Trump's Executive Order can be found here: [Additional Measures to Combat Anti-Semitism – The White House](#).

Updated February 3, 2025

**Topic**

CIVIL RIGHTS

**Component**

[Civil Rights Division](#)

Press Release Number: 25-132

# Related Content

**PRESS RELEASE**

### Former Alabama Police Officer Sentenced for Civil Rights Violation and Child Sexual Exploitation

A former Killen, Alabama, Police Department (KPD) officer was sentenced today in the Northern District of Alabama to 15 years in prison for sexually assaulting a woman while on duty...

May 28, 2025

**PRESS RELEASE**

**Justice Department Files Help America Vote Act Lawsuit Against North Carolina for Inaccurate Voter List**

May 27, 2025

BLOG POST

**Memorial Day 2025**

May 25, 2025

## Archived Press Releases

[Archived News](#)

### Office of Public Affairs

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530

**Office of Public Affairs Direct Line**
202-514-2007

**Department of Justice Main Switchboard**
202-514-2000