# EXHIBIT 2


**March 03, 2025**

# HHS, ED, and GSA announce additional measures to end anti-Semitic harassment on college campuses





Glossary



*Measures will include a comprehensive review of federal contracts and grants given to institutions of higher education that are being investigated for dereliction of duties to curb or combat anti-Semitism violence and harassment*

**WASHINGTON —** Today, the Department of Health and Human Services (HHS), Department of Education (ED), and the U.S. General Services Administration (GSA) announced a comprehensive review of Columbia University's federal contracts and grants in light of ongoing investigations for potential violations of Title VI of the Civil Rights Act.

Given Columbia's ongoing inaction in the face of relentless harassment of Jewish students, the Federal Government's Task Force to Combat Anti-Semitism is considering Stop Work Orders for $51.4 million in contracts between Columbia University and the Federal Government. The task force will also conduct a comprehensive review of the more than $5 billion in federal grant commitments to Columbia University to ensure the university is in compliance with federal regulations, including its civil rights responsibilities.

"Anti-Semitism – like racism – is a spiritual and moral malady that sickens societies and kills people with lethalities comparable to history's most deadly plagues," said **HHS Secretary Robert F. Kennedy, Jr**. "In recent years, the censorship and false narratives of woke cancel culture have transformed our great universities into greenhouses for this deadly and virulent pestilence. Making America healthy means building communities of trust and mutual respect, based on speech freedom and open debate."

The Task Force's review is the first major action announced from the multi-agency Task Force to Combat Anti-Semitism created by President Trump's Executive Order titled "Additional Measures to Combat Anti-Semitism."

"Americans have watched in horror for more than a year now, as Jewish students have been assaulted and harassed on elite university campuses. Unlawful encampments and demonstrations have completely paralyzed day-to-day campus operations, depriving Jewish students of learning opportunities to which they are entitled," said **Secretary of Education Linda McMahon**. "Institutions that receive federal funds have a responsibility to protect all students from discrimination. Columbia's apparent failure to uphold their end of this basic agreement raises very serious questions about the institution's fitness to continue doing business with the United States government."

GSA has been asked to facilitate the review of federal funding received by Columbia including grant and contract reviews across the Federal Government.

"GSA remains committed to upholding federal acquisition standards and ensuring that government contracts reflect our nation's values, including the fight against anti-Semitism," said **FAS Commissioner and Task Force Member Josh Gruenbaum**. "With this partnership, we'll be working across the government to end the culture of anti-Semitism in our institutions of higher education — putting all institutions on notice that it will not be tolerated per President Trump's Executive Order."

At this time, no immediate contracting actions are being taken.

For more information, visit the announcement on the [formation of the Task Force to Combat Anti-Semitism](#).

###

**About GSA:** GSA provides centralized procurement and shared services for the federal government. GSA manages a nationwide real estate portfolio of over 360 million rentable square feet, oversees more than $110 billion in products and services via federal contracts, and delivers technology services that serve millions of people across dozens of federal agencies. GSA's mission is to deliver the best customer experience and value in real estate, acquisition, and technology services to the government and the American people. For more information, visit GSA.gov and follow us at [@USGSA](#).

**Contact**

[press@gsa.gov](mailto:press@gsa.gov)

Last updated: Mar 7, 2025