# EXHIBIT 3

← **Truth Details**
7569 replies



**Donald J. Trump** ✓
@realDonaldTrump

All Federal Funding will STOP for any College, School, or University that allows illegal protests. Agitators will be imprisoned/or permanently sent back to the country from which they came. American students will be permanently expelled or, depending on on the crime, arrested. NO MASKS! Thank you for your attention to this matter.

**17.5k** ReTruths   **78.9k** Likes                                   Mar 04, 2025, 7:30 AM