# EXHIBIT 5

"Leo Terrell with Mark Levin- How we'll defeat antisemitism in the USA"

Downloaded from YouTube's website at

[https://www.youtube.com/watch?v=NOFIKRr2Sco](https://www.youtube.com/watch?v=NOFIKRr2Sco)

A digital file copy of this exhibit is being maintained by plaintiff's counsel and will be provided to the Court and defendant's counsel.