# EXHIBIT 7

March 19, 2025, interview of Leo Terrell on the Hugh Hewitt Show

Downloaded from

https://eadn-wc05-2440449.nxedge.io/wp-content/uploads/2025/03/03-19hhs-terrell.mp3

A digital file copy of this exhibit is being maintained by plaintiff's counsel and will be provided to the Court and defendant's counsel.