# EXHIBIT 8

← **Truth Details**
3715 replies



**Donald J. Trump**
@realDonaldTrump

Perhaps Harvard should lose its Tax Exempt Status and be Taxed as a Political Entity if it keeps pushing political, ideological, and terrorist inspired/supporting "Sickness?" Remember, Tax Exempt Status is totally contingent on acting in the PUBLIC INTEREST!

**8.08k** ReTruths  **34.7k** Likes  Apr 15, 2025, 10:09 AM