# EXHIBIT 11



← **Truth Details**
4440 replies

···

 **Donald J. Trump** ✓
@realDonaldTrump

We are going to be taking away Harvard's Tax Exempt Status. It's what they deserve!

**9.58k** ReTruths  **47.9k** Likes

May 02, 2025, 7:25 AM