# EXHIBIT 12

"Education Secretary Linda McMahon to Harvard: Obey the law and you can be eligible for funding"

Downloaded from YouTube's website at https://www.youtube.com/watch?v=bb6YJUHMqc4

A digital file copy of this exhibit is being maintained by plaintiff's counsel and will be provided to the Court and defendant's counsel.