# EXHIBIT 13

**CNBC's full interview with Education Secretary Linda McMahon**

**Downloaded from YouTube's website at https://www.youtube.com/watch?v=h3KHwRH1DYQ**

A digital file copy of this exhibit is being maintained by plaintiff's counsel and will be provided to the Court and defendant's counsel.