# EXHIBIT 15

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS—HARVARD FACULTY CHAPTER et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE et al., <br><br> Defendants. | Case No. 1:25-CV-10910-ADB |

## DECLARATION OF TODD WOLFSON

I, Todd Wolfson, hereby declare as follows:

1. I currently serve as President of the American Association of University Professors ("AAUP"), a plaintiff in this action. I have served in that position since June 2024. I previously held various leadership roles for the Rutgers University chapter of AAUP, including as the chapter's President and Vice President.

2. I am a trained anthropologist and an Associate Professor of Journalism and Media Studies at Rutgers. I received my Ph.D. in Anthropology and Social and Cultural Foundations of Education from the University of Pennsylvania.

3. I have personal knowledge of the facts set forth in this declaration in support of Plaintiff's Motion for Summary Judgment, and if called as a witness in this action, I could and would testify competently to these facts.

4. The AAUP is a membership association and labor union of faculty and academic professionals with chapters at colleges and universities throughout the country.

5. The AAUP is a 501(c)(6) organization headquartered in Washington, D.C.

6. The primary mission of the AAUP is to advance academic freedom and shared governance in higher education, define fundamental professional values and standards for higher education, promote the economic security of academic workers, and ensure higher education's contribution to the common good.

7. The AAUP was founded by John Dewey and other preeminent scholars in 1915 to defend the ability of scholars, researchers, and educators to teach, write, and research without political and economic retaliation based on their viewpoints. Since its founding, the AAUP has helped to shape American higher education by developing the standards and procedures that maintain quality in education and academic freedom in this country's colleges and universities.

**Harms to AAUP Members**

8. The AAUP has approximately 48,000 members on college and university campuses across the country, including approximately 247 members at Harvard University (the "Harvard-AAUP members"). Many of these members, including members at Harvard, rely on federal grants to support their research, scholarship, and teaching activities.

9. I am aware that the Trump administration has taken a series of actions targeting Harvard University. In particular, I am aware that on March 10, 2025, the federal government sent a letter to Harvard and many other universities warning of potential enforcement actions. I am aware that on March 31, 2025 the U.S. Department of Education ("DOE"), U.S. Department of Health and Human Services ("HHS"), and U.S. General Services Administration ("GSA") announced a comprehensive review of federal contracts and grants at Harvard University and its affiliates. I am aware of the April 3, 2025 letter from officials at the GSA, HHS, and DOE that was made public and demanded that Harvard immediately implement a long list of "non-

2

exhaustive areas of reform" to "remain a responsible recipient of federal taxpayer dollars" (the "April 3 Letter"). I am aware that this was followed by a subsequent letter from Trump administration officials on April 11, 2025 with more detailed demands that "incorporate[ed] and supersed[ed] the terms of" the April 3 Letter (the "April 11 Letter," and together with the April 3 Letter, the "Demand Letters"). I have read the demands listed in the Demand Letters, which were made public.

10. I am aware that on April 14, 2025 the DOJ Task Force to Combat Anti-Semitism froze over $2.2 billion in federal grants to Harvard. I understand that the federal government has since refused to disburse funds under these grants despite receiving requests from Harvard University to do so.

11. I am aware that on May 5, 2025, Secretary of Education Linda McMahon announced that "Harvard should no longer seek GRANTS from the federal government, since none will be provided." I am aware that on May 6, 2025, the National Institutes of Health ("NIH") terminated its grants to Harvard. I am aware that on May 9, 2025, the Department of Agriculture terminated its grants to Harvard. I am aware that on May 12, 2025, the DOE, Department of Defense, the National Science Foundation, and the Department of Housing and Urban Development each terminated their grants to Harvard. Letters communicating each of these terminations were made public, and I have read each of those letters.

12. Harvard-AAUP members will suffer harm to their research, work, reputation, academic freedom, and ability to pursue their careers if federal funding is not restored or if the Harvard administration accedes to the federal government's demands listed in the Demand Letters.

13. I am aware of and can identify Harvard-AAUP members who have lost their federal funding as a result of the Trump administration's series of actions targeting Harvard. The

3

continued viability of these AAUP members' work is now uncertain, making it difficult for them to continue their research, plan future research, maintain professional relationships, and recruit potential staff to work on their projects. Since the mass termination of NIH and NSF grants, several members have started actively seeking to move their careers and research programs out of the United States.

14. I am aware of and can identify Harvard-AAUP members whose speech and academic freedom has been chilled as a result of the federal government's series of actions targeting Harvard. Some Harvard-AAUP members have started to self-censor their language both inside and outside the classroom following the Trump administration series of actions targeting Harvard. Some Harvard-AAUP members now feel limited in what they can say in and outside the classroom for fear of the loss of additional funding to themselves or the University. Some members are concerned that they will not be able to continue working in their chosen fields, since their work deals with topics, like health equity or climate change, that are disfavored by the Trump administration.

15. I am aware of and can identify Harvard-AAUP members who are concerned about losing their jobs or ability to continue to support their livelihoods, either as a direct result of the Trump administration's termination of over $2.2 billion in federal funds to Harvard University, or because they fear they may be let go by Harvard if they engage in speech the Trump administration disfavors.

16. I am also aware of and can identify AAUP members at other colleges and universities who are similarly concerned about losing their jobs or ability to support their livelihoods, and who now feel limited in what they can say in and outside the classroom for fear of the Trump administration summarily canceling federal funding to their programs, universities, or colleges without following applicable statutory requirements or other law in the same way that the Trump

Administration has canceled funding at Harvard, Columbia, Cornell, and Northwestern, and threatened to cancel federal funding at numerous other universities and colleges.

**Harms to AAUP as an Organization**

17.     The Trump administration's termination of more than $2.2 billion in federal grants and contracts to Harvard University, along with the Trump administration's demands that Harvard make Trump administration-imposed reforms to receive federal financial assistance, has harmed and is continuing to harm AAUP as an organization.

18.     As noted above, the primary mission of the AAUP is to advance academic freedom and shared governance in higher education, define fundamental professional values and standards for higher education, promote the economic security of academic workers, and ensure higher education's contribution to the common good. The Trump administration's threats to cancel and cancellation of federal funding at Harvard and other universities and colleges, along with its demands that Harvard implement a long list of "reforms" to receive federal funding, is directly impairing the AAUP's mission.

19.     As part of its core activities, the AAUP regularly consults, works with, and represents local chapters and individual members regarding academic freedom, shared governance, and other issues involving the employment relationship between AAUP members and their university employers, including but not limited to collective bargaining.

20.     For example, the AAUP maintains a standing committee, known as Committee A on Academic Freedom and Tenure, which "[p]romotes principles of academic freedom, tenure, and due process in higher education through the development of policy documents and reports relating to these subjects and the application of those principles to particular situations that are brought to its attention."

21. The AAUP also conducts investigations of individual complaints of institutions violating academic freedom principles in relationship to AAUP members, issues reports of the results of some of those investigations, and advocates with those institutions to seek to remedy such violations and prevent future violations from occurring. Such investigations are authorized by the AAUP Executive Director, and conducted by a subcommittee appointed by the Executive Director.

22. Through its local chapters, including the Harvard Faculty Chapter, the AAUP also provides for the representation of individual members regarding academic freedom, shared governance, and due process issues in proceedings before their university employers. The AAUP has diverted internal resources of staff time and expenses to assist Harvard members prepare to respond to the demands the Trump administration.

23. I understand that Title VI and its implementing regulations require the government to provide notice and a hearing before terminating federal funding to any program based on a violation of Title VI. I understand that the government did not provide any notice to Harvard before terminating its federal funding. If the government were to provide notice, both the AAUP and individual AAUP members would seek to participate in that hearing to protect the federal funding supporting the work of AAUP members at Harvard and to protect the principles of academic freedom, due process, and shared governance that are at the core of the AAUP's mission.

24. The Trump administration's March 10 letter, March 31 press release, and the Demand Letters, along with other public statements made by government officials, disrupt and frustrate the AAUP's efforts to secure principles of academic freedom, shared governance, and due process at Harvard and elsewhere.

25. The government's actions and statements have made it more difficult and resource-intensive for the AAUP to carry out its representation of chapters and individual members, in

particular on issues of academic freedom. Because of government pressure on Harvard and other universities to abandon their commitment to academic freedom, shared governance, and due process principles, the AAUP must now expend more time and money to ensure that its members' rights in these regards are protected.

26. For example, in response to the significant influx of inquiries from chapter leaders and members regarding the effect of the government's actions on members' academic freedom, shared governance, and due process rights, and to ensure that individual members are adequately represented before their university employers, AAUP staff have had to conduct nationwide calls and virtual meetings with chapter leaders regarding the government's actions and how to represent individual members in the face of such actions.

27. The Trump administration's threats to cancel funding at Harvard and other universities and colleges also make it harder for the AAUP to achieve its goals of promoting academic freedom, shared governance, and due process principles in part because Harvard has taken steps in direct response to the Trump administration's actions to undermine those principles, and Harvard and other higher educational institutions are now less willing to protect those principles in the face of threatened and actual funding cuts from the federal government. The Trump administration has directly impaired the AAUP's mission by pressuring Harvard to curtail speech and academic freedom on campus.

28. The AAUP has committed staff and leadership time to support members of Havard's AAUP chapter regarding how to respond to the government's actions, including the Demand Letters and federal funding terminations.

29. The government's actions and statements have also caused a pervasive sense of fear and intimidation among AAUP members. I am aware that some AAUP members no longer feel

comfortable participating in and supporting the AAUP's activities, or asserting their academic freedom, shared governance, and due process rights, because of the federal government's conduct. As just some examples, in direct response to the government's threats to cut federal funding and actual termination of funding to Harvard and to other universities, some AAUP members at universities across the country have cancelled conferences, pulled papers set for publication, decided not to teach classes or certain topics within those classes that may be perceived as being at odds with the Trump administration's preferred viewpoints, stopped attending talks, refrained from attending lawful protests, and stepped down from their AAUP chapter board.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 30, 2025Signed: _[signature]_

Todd Wolfson
President of the AAUP

8