# EXHIBIT 18

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS—HARVARD FACULTY CHAPTER et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE et al., <br><br> Defendants. | Case No. 1:25-CV-10910-ADB |

**DECLARATION OF MOLLY FORREST FRANKE**

I, Molly Forrest Franke, hereby declare as follows:

1. I am a Professor in the Department of Global Health and Social Medicine at Harvard Medical School as well as an Associate Professor in the Department of Epidemiology at the Harvard T.H. Chan School of Public Health ("HSPH"). I joined the Harvard University faculty in 2011.

2. I earned an ScD in Epidemiology, Infectious Disease, and Biostatistics from HSPH in 2010 as well as a B.A. in Sociology and Spanish from Colby College in 2001.

3. I am over the age of 18 and competent to testify as to the matters set forth in this affidavit based on my own personal knowledge.

4. My research focuses on improving health outcomes for individuals affected by tuberculosis and HIV. My HIV-related research focuses on improving treatment outcomes for adolescents and young adults living with HIV through community-based support and youth-friendly modalities. I also apply advanced epidemiologic methods to address critical knowledge gaps

related to conditions that disproportionately affect the poor and socially marginalized, including tuberculosis and cholera.

5. My work has been published in the *American Journal of Respiratory and Critical Care Medicine*, *Clinical Infectious Diseases, AIDS and Behavior*, *Nature Communications*, and other peer-reviewed publications.

6. I am a member of the American Association of University Professors ("AAUP") and AAUP–Harvard Faculty Chapter.

7. I am aware that the Trump administration has taken a series of actions targeting Harvard. In particular, I am aware that on March 10, 2025, the federal government sent a letter to Harvard and other universities warning of potential enforcement actions. I am aware that on March 31, 2025, the federal government announced a comprehensive review of federal contracts and grants at Harvard University and its affiliates. I am aware that officials from the Trump administration sent a letter to Harvard on April 3, 2025 demanding that Harvard immediately take a long list of actions to remain a recipient of federal funding (the "April 3 Letter"). I am aware that this was followed by a subsequent letter from Trump administration officials on April 11, 2025 with more detailed demands that "incorporate[d] and supersede[d] the terms" of the April 3 Letter and which the Trump administration proposed would serve "as the basis for an agreement in principle that will maintain Harvard's financial relationship with the federal government" (the "April 11 Letter," and together with the April 3 Letter, the "Demand Letters"). Both of the Demand Letters were made public and I have read the demands listed in the Demand Letters.

8. I am aware that, on April 14, 2025, the DOJ Task Force to Combat Anti-Semitism froze over $2.2 billion in federal grants to Harvard. I understand that the federal government has

2

since refused to disburse funds obligated to these grants despite receiving requests from Harvard University to do so.

9. I am aware that on May 5, 2025, Secretary of Education Linda McMahon announced that "Harvard should no longer seek GRANTS from the federal government, since none will be provided." I am aware that on May 6, 2025, the National Institutes of Health ("NIH") terminated its grants to Harvard. I am aware that on May 9, 2025, the Department of Agriculture terminated its grants to Harvard. I am aware that on May 12, 2025, the Department of Energy, Department of Defense, the National Science Foundation, and the Department of Housing and Urban Development each terminated their grants to Harvard. Letters communicating each of these terminations were made public, and I have read each of those letters.

10. I am also aware of public statements made by the Trump administration beginning in early 2025 attacking the work of university researchers and the integrity of American universities and making a range of threats about how the federal government intends to use its authority to impose numerous demands on Harvard University specifically.

11. I am aware that Harvard University has pledged $250 million in one-time stopgap funding to replace some of the over $2 billion in terminated funds. That amount is far from sufficient to replace the terminated funds for either Harvard Medical School or the Harvard T.H. Chan School of Public Health.

12. My research is entirely federally funded. I am expected to bring in at least 25% of my salary through grant support, and federal grants allowed me to fulfill this expectation.

13. I received notification from Harvard on May 15, 2025 that all four of my NIH grants had been terminated.

14. The first grant funded research on whether community-engaged social media campaigns and social media influencers could reduce HIV-related stigma and, thereby, improve the health of young people. This grant was about to begin a no-cost extension year when it was terminated, and we planned to use this time to complete analyses and publish our findings. Now, we do not have the funding to complete our work. If funding is not restored soon, we will not be able to publish our analyses.

15. The second grant funded research on emerging regimens to treat multidrug-resistant tuberculosis. This grant was in a no-cost extension year when it was terminated, and I had submitted another grant application to continue the work. That grant application has a competitive score, but I am virtually certain it will not be funded now due to my Harvard affiliation. In early May, shortly before I received my grant termination notices, a NIH employee told me that program officers were instructed to sit on all grant applications from Harvard. If funding is not restored soon, we will not be able to publish outstanding analyses, and we will not have the resources to make the dataset publicly available for other researchers. Without new funding, we expect to lay off staff in Peru and Lesotho, some of whom have more than ten years of specialized training and experience managing these types of data.

16. The third grant funded a project on the efficacy of a community-based support intervention for adolescents and young adults transitioning to adult-centered HIV care. We were completing the third of five years when it was terminated. I provide additional detail about this project in paragraphs 19 through 24 of this declaration.

17. The fourth grant funded research on the role of suboptimal treatment adherence and comorbidities in unsuccessful tuberculosis treatment outcomes. This was a two-year award to study the contributions of daily medication adherence and comorbidities such as HIV and diabetes

to tuberculosis treatment outcomes. As a result of this grant termination, we will not be able to complete our proposed analyses.

18. These grant terminations pose an existential threat to the projects and those involved in them.

19. The termination of the third grant is particularly devastating. This grant supported the evaluation of a community-based support intervention for adolescents and young adults with HIV in Peru. The project is just over halfway complete and involves several parties that have operated in reliance on the expectation of continued federal funding. The termination of this grant will adversely impact those involved in the project and its results. This research cannot simply be picked up at a later date if federal funding is restored; the investments and progress toward meeting the study objectives will be entirely lost.

20. The third project involves a team at Harvard that includes a postdoc, statistician, research coordinator, and programmer and 15-20 individuals in Peru. These teams communicate regularly to ensure successful conduct of research in compliance with US and Peruvian laws and regulations and international research standards. These individuals reasonably presumed that they had job security for the remaining two years of the project, and the loss of federal funding directly undermines that expectation. Without federal funding, we lack alternative sources to support these teams.

21. The termination of federal funding will also have devastating effects for the third project's participants. The project is a randomized trial in which young people ages 14-23 voluntarily enrolled. Most participants (93%) have a recent HIV diagnosis; one-third lack caregiver support, over half have mental health needs, and many live in poverty. We committed to 9-12 months of intervention for enrolled participants as well as follow-up from project staff after the

5

intervention. Participants are paired with health workers who attend medical visits with them, help them enroll in health insurance, and obtain national IDs, if needed. The trial also includes social support groups, education sessions, and mental health and substance use screening and linkage to care for participants. Trial participants depend on the services the trial committed to them and lack other comparable support. Termination of this trial will greatly disturb the lives and expectations of the participants who chose to participate based on the terms presented to them at the time of enrollment. For these reasons, early termination is unethical and represents an extraordinary breach of trust.

22.     A foundational component of the intervention care the participants receive is the provision of consistent support by an adult health worker on whom they can rely. The third project's intervention is intended to gradually taper over time so that adolescent and young adult participants can eventually gain independence in navigating care systems. If the project is unable to continue, all participants will not receive the intended offboarding support and may be unprepared to navigate these systems and to seek alternative sources of care and support.

23.     The third project also has a control group. If participants in the control group have any mental health or substance abuse concerns they want assistance with, they are also linked to care. Early termination of the trial also has ethical implications for the control group. When an individual decides to enroll in a controlled trial in which access to an intervention or novel drug is not guaranteed, they may consider potential risks against the benefits, including whether participation is likely to contribute to a "greater good" through the research discoveries. If a trial is terminated early, the initial evaluation of risks and benefits no longer holds.

24.     Partnerships established throughout the third project are also gravely threatened by the termination of the grant supporting it. Local implementing partners in Peru enable this work

6

and include the Peruvian Ministry of Health. If I have to let project staff go because I can no longer pay them or if I do not fulfill my commitment to the participants, who are recruited from Ministry of Health facilities, I will jeopardize my relationships. I will also damage the positive reputation I have built with the Ministry of Health over the years. This will threaten the possibility of future work on HIV service delivery interventions and tuberculosis treatments.

25. My staff at Harvard are also irreplaceable. For example, my research coordinator has been crucial in bridging cultural and linguistic differences. She is bilingual and has built rapport with the team in Peru that not anyone can build. If I lose my staff because of the funding terminations, it will be very difficult to continue my research, given their central roles in the day-to-day operations of the project and the extensive time invested in training them.

26. This third grant as well as the second grant focusing on multidrug-resistant tuberculosis treatment have established and fortified critical infrastructure in Peru, Lesotho, and Kazakhstan for carrying out research aimed at improving outcomes for people with HIV and tuberculosis. Without federal funding, this critical infrastructure cannot be sustained, posing a formidable barrier to future research.

27. I do not know where else to turn for funding for these projects on the short time frame induced by these grant terminations. Harvard Medical School has communicated that some amount of funds will be made available over the short term to support our work in the absence of NIH funds. It is unclear how much and how those funds will be distributed. Disbursement of the funds Harvard provides may not be based on the quantity of research funding lost. Harvard has indicated that we should continue essential work on terminated grants for the time being. I have no guarantee of funding from Harvard in writing, and any funding Harvard can provide will be far from sufficient to replace my federal grants or allow me to bring these projects to completion.

28. The only long-term alternative to federal funding would be to find emergency philanthropic support, which is exceedingly unlikely. If federal funding is not restored, project staff for the third grant will soon have to explain to participants that projects are ending, and I will soon have to let the team in Peru go.

29. Graduate students and postdoctoral fellows ("postdocs") hired to support this research have also had funding cut as a result of my grant terminations and will suffer significantly as a result. Students and postdocs depend on federal funding to support the research that allows them to obtain degrees and advance their academic careers. For example, I have a postdoc working with me who planned to apply for a career development award from the NIH. Because the Trump administration has told Harvard that it will not receive any future federal funds, it is entirely unclear how he can advance his academic career at Harvard. It is difficult to find a new postdoc position at a different institution given the large number of trainees with funding terminations at Harvard and other institutions. Moving internationally is not an option for this postdoc. While he is currently uncertain about what he will do, leaving academia to pursue opportunities in industry is a leading possibility.

30. I know that many of my fellow faculty members and researchers are deeply concerned about the impacts of the recent Trump administration demands and terminations of federal funding on research and academic freedom. For example, I know that many faculty members are removing words like "gender", "equity", and "marginalization" from their research documents in an attempt to avoid the termination of grants going forward. The general feeling, however, is that regardless of what the faculty at Harvard are studying, they will not receive another NIH grant because of their affiliation with Harvard.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 30, 2025  Signed: *[signature]*

Molly Forrest Franke
Professor, Harvard Medical School
Associate Professor, Harvard T.H. Chan School of Public Health

9