# EXHIBIT 21

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS—HARVARD FACULTY CHAPTER et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE et al., <br><br> Defendants. | Case No. 1:25-CV-10910-ADB |

### Declaration of Shoba Ramanadhan

I, Shoba Ramanadhan, hereby declare as follows:

1. I am an Associate Professor of Social and Behavior Sciences at the Harvard T.H. Chan School of Public Health ("HSPH").

2. I hold a ScD from HSPH and an MPH in Health Management from the Yale School of Public Health.

3. I am over the age of 18 and competent to testify as to the matters set forth in this affidavit based on my own personal knowledge.

4. My research focuses on strengthening systems in underserved communities to leverage the best available evidence for cancer prevention and control. I also research issues at the intersection of climate change and the health of marginalized populations. Much of my work is conducted in partnership with community-based organizations and coalitions.

5. I am a member of the American Association of University Professors ("AAUP") and AAUP–Harvard Faculty Chapter.

6. I am aware that the Trump administration has taken a series of actions targeting Harvard. In particular, I am aware that on March 10, 2025, the federal government sent a letter to Harvard and other universities warning of potential enforcement actions. I am aware that on March 31, 2025, the federal government announced a comprehensive review of federal contracts and grants at Harvard University and its affiliates. I am aware that officials from the Trump administration sent a letter to Harvard on April 3, 2025 demanding that Harvard immediately take a long list of actions to remain a recipient of federal funding (the "April 3 Letter"). I am aware that this was followed by a subsequent letter from Trump administration officials on April 11, 2025 with more detailed demands that "incorporate[d] and supersede[d] the terms" of the April 3 Letter and which the Trump administration proposed would serve "as the basis for an agreement in principle that will maintain Harvard's financial relationship with the federal government" (the "April 11 Letter," and together with the April 3 Letter, the "Demand Letters"). Both of the Demand Letters were made public and I have read the demands listed in the Demand Letters.

7. I am aware that, on April 14, 2025, the DOJ Task Force to Combat Anti-Semitism froze over $2.2 billion in federal grants to Harvard. I understand that the federal government has since refused to disburse funds obligated to these grants despite receiving requests from Harvard University to do so.

8. I am aware that on May 5, 2025, Secretary of Education Linda McMahon announced that "Harvard should no longer seek GRANTS from the federal government, since none will be provided." I am aware that on May 6, 2025, the National Institutes of Health ("NIH") terminated its grants to Harvard. I am aware that on May 9, 2025, the Department of Agriculture terminated its grants to Harvard. I am aware that on May 12, 2025, the Department of Energy, Department of Defense, the National Science Foundation, and the Department of Housing and

Urban Development each terminated their grants to Harvard. Letters communicating each of these terminations were made public.

9. I am also aware of public statements made by the Trump administration beginning in early 2025 attacking the work of university researchers and the integrity of American universities and making a range of threats about how the federal government intended to use its authority to impose numerous demands on Harvard University specifically.

10. I am aware that Harvard University has pledged $250 million in one-time stopgap funding to replace some of the more than $2 billion in terminated funds. That amount is far from sufficient to replace the terminated funds for HSPH.

**Research Funding**

11. I conduct research under five major projects that are fully funded with federal funding. Four out of five of my federal grants have been terminated or otherwise ended early. My four terminated grants were funded by the NIH. Work on the projects that were funded by these grants is expected to stop soon and my department is already helping to plan layoffs for staff on these grants.

12. The first terminated grant funded research about the impact of climate change-related heat stress on people across the globe. The information we collect for this project is intended to support the local communities where the research is taking place, but also support other areas with limited resources to protect communities against heat stress. The work is designed to support scale-up of successful findings, including dissemination of results to country-level policymakers.

13. The second terminated grant funded training of researchers to expand the impact of their work on local communities and public health systems. The project focuses on social

determinants of health, e.g., education and housing, to develop sustainable, high-impact solutions to cancer inequities. The project is conducted in partnership with local community members.

14. The third terminated grant funded cancer-focused outreach to immigrant, refugee, and racial/ethnic minority communities. This project also trains students from under-represented minority backgrounds to support them in pursuing research careers focused on cancer and other health inequities. The main grant is held by the Dana Farber Cancer Institute and HSPH has a subaward. The workforce development programs funded by this grant bring minorities into the public health field. Losing this grant will impact who ultimately goes on to work in the field. Discouraging minorities from entering this space will negatively impact quality of care in marginalized communities.

15. The fourth terminated grant supported academics across Harvard-affiliated hospitals, HSPH, and Harvard Medical School to translate their research into programs, practices, and policies that can be implemented widely. The component of the project I support engages community leaders from underserved communities to help design and execute research projects that are likely to be high impact in their communities.

16. The termination of four of my federal grants is devastating for my research. I work closely with communities that have been subject to discrimination in the United States, such as racial and ethnic minorities and LGBTQ+ groups. Given historical and current abuses of power, these communities are understandably skeptical of scientists and academic researchers. It can take us anywhere from 5 to 15 years to build the requisite trust and relationships with a community and partner on research. In my work, the relationships we have cultivated with leaders and community members in these marginalized communities are the result of 15 years of federal investment in the projects.

17. A long term loss of federal funding will irreparably harm our research and force us to start again at zero. We will not be able to honor our existing commitments to the communities we serve. If people in these communities believe that we are walking away from our agreements to support them, we will lose much of the trust that we have spent the last 15 years building.

18. I will not be able to obtain private foundation funding to replace my terminated federal funding. Foundation grants are narrower and for smaller amounts than federal grants. Many researchers are turning to private funding given the current state of federal funding for the sciences, making the environment for private foundation grants even more competitive than it has been in the past. Colleagues working in community-based organizations have also highlighted the concern that academic researchers will now be competing for funds typically reserved for local organizations, which has the potential to increase inequities further.

19. My team supports local organizations to use evidence-based interventions for cancer prevention and control. If we cannot complete our projects, people in the communities we serve will not be supported to engage in cancer prevention activities, such as breast cancer screening or vaccination against HPV. That is a real physical harm. Without my team's work, misinformation and disinformation may fill the void, further harming affected communities.

20. The loss of federal funding for my research and at the School of Public Health generally is also devastating for students. My colleagues and I have had to rescind offers of employment for students at the Masters and Doctoral levels, due to the abrupt termination of funding. This has negative consequences for their livelihood and for their long-term career prospects.

21. Terminating the grants that fund my research impacts three generations of scientists at Harvard. There are graduate students at Harvard on these terminated grants, who have lost out on valuable training opportunities, from conducting research to publishing papers and presenting

findings at scientific conferences. Losing our grants also means we lose the ability to support post-doctoral fellows because we rely on federal grants to cover their stipends and tuition.

22. Finally, for faculty who are working towards tenure (as I am), the loss of federal funding for public health research restricts the ability to create the type of broad, high-impact program of research required for tenure. As noted above, private funding is a limited alternative, and given the large number of researchers suddenly turning towards the same, limited pool of resources, it is likely that many academics will have to leave the field. This is particularly true for individuals working in areas disfavored by this administration, e.g., LGBTQ+ health. An entire cohort could lose the opportunity to become tenured because of these cuts, which puts the future of public health training and leadership at risk and risks skewing the field away from topics related to equity and diversity.

**Impacts on Speech and Academic Freedom**

23. Health equity is central to the classes I teach on implementation science and qualitative analysis. There is no accurate language that I can use in my courses that does not use terms disfavored by the Trump administration, such as LGBTQ, discrimination, minority and more. I cannot change the language that I use in my work to comply with the Trump administration's priorities. If I am not able to use terminology disfavored by the Trump administration, I will not be able to teach or conduct research effectively.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 2, 2025                    Signed: _____

Shoba Ramanadhan
Associate Professor of Social and Behavior Sciences
Harvard T.H. Chan School of Public Health