# EXHIBIT 27

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS—HARVARD FACULTY CHAPTER et al., | Case No. 1:25-cv-10910 |
| Plaintiffs, | |
| v. | |
| UNITED STATES DEPARTMENT OF JUSTICE et al., | |
| Defendants. | |

**DECLARATION OF VICTORIA JENKINS**

I, Victoria Jenkins, declare as follows:

1. I am a Genome Database Coordinator, a staff scientist position in the Department of Molecular and Cellular Biology at Harvard University. I have been employed in this position since 2018.

2. I hold a PhD in Cell & Molecular Biology from Boston University.

3. I work at FlyBase—a free database of Drosophila (fruit fly) genetics research that scientists around the world rely on for their work. I extract, interpret, and archive data from a variety of sources to standardize the data and make it accessible to the public and other researchers.

4. I am a member of Harvard Academic Workers, one of the two collective bargaining units of Harvard's chapter of the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("HAW–UAW").

1

5.      I am over the age of 18 and competent to testify as to the matters set forth in this affidavit based on my own personal knowledge.

6.      I am aware that the Trump administration has taken a series of actions targeting Harvard in recent months. In particular, I am aware that on March 10, 2025 the federal government sent a letter to Harvard and many other universities warning of potential enforcement actions. I am aware that on March 31, 2025, the federal government announced a comprehensive review of federal contracts and grants at Harvard University and its affiliates. I am aware that officials from the Trump administration sent a letter to Harvard on April 3, 2025 demanding that Harvard immediately take a long list of actions to remain a recipient of federal funding (the "April 3 Letter"). I am aware that this was followed by a subsequent letter from Trump administration officials on April 11, 2025 with more detailed demands that "incorporate[d] and supersede[d] the terms" of the April 3 Letter and which the Trump administration proposed would serve "as the basis for an agreement in principle that will maintain Harvard's financial relationship with the federal government" (the "April 11 Letter," and together with the April 3 Letter, the "Demand Letters"). Both of the Demand Letters were made public and I have read the demands listed in the Demand Letters.

7.      I am aware that on April 14, 2025, the DOJ Task Force to Combat Anti-Semitism froze over $2 billion in federal grants to Harvard. I understand that the federal government has since refused to disburse funds obligated to these grants despite receiving requests from Harvard University to do so.

8.      I am aware that on May 5, 2025, Secretary of Education Linda McMahon announced that "Harvard should no longer seek GRANTS from the federal government, since none will be provided." I am aware that on May 6, 2025, the National Institutes of Health ("NIH")

2

terminated its grants to Harvard. I am aware that on May 9, 2025, the Department of Agriculture terminated its grants to Harvard. I am aware that on May 12, 2025, the Department of Energy, Department of Defense, the National Science Foundation ("NSF"), and the Department of Housing and Urban Development each terminated their grants to Harvard. Letters communicating each of these terminations were made public, and I have read each of those letters.

9. I am also aware of public statements made by the Trump administration beginning in early 2025 attacking the work of university researchers and the integrity of American universities and making a range of threats about how the federal government intended to use its authority to impose numerous demands on Harvard University specifically.

10. I am aware that Harvard University has pledged $250 million in one-time stopgap funding to replace some of the terminated funds. There are many departments that have been affected and my department will only get a fraction of that money. This amount is far from the roughly $2.7 billion in terminated funds and not sufficient or sustainable to cover the terminated funds countless researchers at Harvard relied on.

11. FlyBase is the only database dedicated to the Drosophila (fruit fly) genome and is essential to the daily work of anyone who works with Drosophila around the world.

12. FlyBase received grant funding from the NIH and NSF. On May 19, 2025, I learned that the grant funding, which was previously frozen, had been terminated.

13. The termination of funding will imminently affect my work. Without funding, the FlyBase website will be frozen later this summer and need to stop updating. This means that newly discovered genes, data, and other discoveries on Drosophila will not be integrated in the FlyBase database and shared with the world.

14. The termination of grant funding harms society and will have ripple effects across the globe, as Drosophila scientists worldwide rely on FlyBase to conduct vital research that contributes to human medical research and fundamental understandings of biology.

15. I am also very concerned about my job security and anticipate layoffs due to the termination of funding. Years of experience and essential, historical knowledge on the FlyBase database will be lost.

16. I do not believe there is a viable alternate source of funding that would realistically replace federal funding for FlyBase. In over twenty-five years of FlyBase's existence, there has been no viable outside funding source.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 30, 2025                                Signed: /s/ Victoria Jenkins

                                                   Victoria Jenkins
                                                   Genome Database Coordinator

4