# EXHIBIT 28

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

AMERICAN ASSOCIATION OF
UNIVERSITY PROFESSORS—HARVARD
FACULTY CHAPTER et al.,                    Case No. 1:25-cv-10910

        Plaintiffs,

      v.

UNITED STATES DEPARTMENT OF
JUSTICE et al.,

        Defendants.


**<u>DECLARATION OF JENNIFER CHEN</u>**

I, Jennifer Chen, hereby declare as follows:

1.      I am a Harvard Data Science and NIH K99/R00 MOSAIC Postdoctoral Fellow.

2.      I hold a PhD in Bioinformatics and Integrative Genomics from the Massachusetts Institute of Technology. I also hold a Master of Science in Biomedical Informatics and a Bachelor of Science in Biomedical Computation from Stanford University.

3.      My research focuses on evolutionary patterns of innate animal behaviors combined with comparative genomics, single cell transcriptomics, and other large-scale sequencing approaches to investigate how genes govern behavior.

4.      I am a member of Harvard Academic Workers, one of the two collective bargaining units of Harvard's chapter of the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("HAW–UAW").

5.      I am over the age of 18 and competent to testify as to the matters set forth in this affidavit based on my own personal knowledge.

6.      I am aware that the Trump administration has taken a series of actions targeting Harvard. In particular, I am aware that on March 10, 2025, the federal government sent a letter to Harvard and other universities warning of potential enforcement actions. I am aware that on March 31, 2025, the federal government announced a comprehensive review of federal contracts and grants at Harvard University and its affiliates. I am aware that officials from the Trump administration sent a letter to Harvard on April 3, 2025 demanding that Harvard immediately take a long list of actions to remain a recipient of federal funding (the "April 3 Letter"). I am aware that this was followed by a subsequent letter from Trump administration officials on April 11, 2025 with more detailed demands that "incorporate[d] and supersede[d] the terms" of the April 3 Letter and which the Trump administration proposed would serve "as the basis for an agreement in principle that will maintain Harvard's financial relationship with the federal government" (the "April 11 Letter," and together with the April 3 Letter, the "Demand Letters"). Both of the Demand Letters were made public and I have read the demands listed in the Demand Letters.

7.       I am aware that, on April 14, 2025, the DOJ Task Force to Combat Anti-Semitism froze over $2 billion in federal grants to Harvard. I understand that the federal government has since refused to disburse funds obligated to these grants despite receiving requests from Harvard University to do so.

8.      I am aware that on May 5, 2025, Secretary of Education Linda McMahon announced that "Harvard should no longer seek GRANTS from the federal government, since none will be provided." I am aware that on May 6, 2025, the National Institutes of Health ("NIH") terminated its grants to Harvard. I am aware that on May 9, 2025, the Department of Agriculture terminated its grants to Harvard. I am aware that on May 12, 2025, the Department of Energy, Department of Defense, the National Science Foundation, and the Department of Housing and

2

Urban Development each terminated their grants to Harvard. Letters communicating each of these terminations were made public, and I have read each of those letters. The government has now canceled about $2.7 billion in federal grants to Harvard.

9.      I am also aware of a variety of "stop work" orders that have been issued by federal funding agencies to grants held by researchers working at Harvard beginning in February 2025. I am aware that on April 4, 2025, the Boston Globe reported on a federal government memorandum issued March 31 that specified grants for specific research projects the current administration is targeting. I know that some of these grants belong to UAW members.

10.     I am also aware of public statements made by the Trump administration beginning in early 2025 attacking the work of university researchers and the integrity of American universities and making a range of threats about how the federal government intended to use its authority to impose numerous demands on Harvard University specifically.

11.     I am aware that Harvard University has pledged $250 million in one-time stopgap funding to replace some of the roughly $2.7 billion in terminated funds. That amount is far from sufficient to replace the terminated funds at Harvard's School of Arts and Sciences.

12.     I received an email on April 2, 2025 notifying me that my grant program (NIH K99/R00) has been terminated and that any funds beyond the active award (which ends June 30, 2025) will not be funded.

13.     The K99/R00 I received was funding a research program investigating how genes specify population sizes of different neuronal populations that are important to innate behaviors as well as disorders including autism spectrum disorder.

14.     Both at present and at the time I received the grant termination notice, I have been on maternity leave. Because the funds will expire before I return from my leave, I have had to

work unpaid hours during my leave in order to attempt to use the remaining funds before the money

is lost.

15.    I was planning to apply for faculty positions at Harvard this fall, but I am a less

competitive candidate as a result of my grant termination because that grant would have covered

my salary and funded a portion of the lab as a faculty member.

16.    Applying for non-governmental sources of funding to replace the frozen funds will

inevitably delay my timeline for finishing my post-doctoral research and applying to faculty jobs.

17.    I have no reason to believe that Harvard will provide alternative funding to support

my work.


I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Dated:  May 29, 2025                              Signed: */s/ Jennifer Chen*

                                                                    Jennifer Chen
                                                                    Postdoctoral Fellow

4