# EXHIBIT 32

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMERICAN ASSOCIATION OF
UNIVERSITY PROFESSORS—HARVARD
FACULTY CHAPTER et al.,

        Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF
JUSTICE et al.,

        Defendants.

Case No. 1:25-cv-10910

## DECLARATION OF TRUDY MERRITT

I, Trudy Merritt, declare as follows:

1. I am a PhD student in Virology at Harvard Medical School.

2. I started my PhD program in 2023. I hold a Bachelor of Science in Cell/Cellular and Molecular Biology from Missouri State University.

3. I am a member of Harvard Graduate Students Union, one of the two collective bargaining units of Harvard's chapter of the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("HGSU–UAW").

4. My research focuses on viral-host interactions and specifically how viruses interact with cell signaling pathways driving inflammation and cell death. I explore how viruses have evolved mechanisms to evade innate immune response.

5. I am over the age of 18 and competent to testify as to the matters set forth in this affidavit based on my own personal knowledge.

1

6. I am aware that the Trump administration has taken a series of actions targeting Harvard in recent months. In particular, I am aware that on March 10, 2025 the federal government sent a letter to Harvard and many other universities warning of potential enforcement actions. I am aware that on March 31, 2025, the federal government announced a comprehensive review of federal contracts and grants at Harvard University and its affiliates. I am aware that officials from the Trump administration sent a letter to Harvard on April 3, 2025 demanding that Harvard immediately take a long list of actions to remain a recipient of federal funding (the "April 3 Letter"). I am aware that this was followed by a subsequent letter from Trump administration officials on April 11, 2025 with more detailed demands that "incorporate[d] and supersede[d] the terms" of the April 3 Letter and which the Trump administration proposed would serve "as the basis for an agreement in principle that will maintain Harvard's financial relationship with the federal government" (the "April 11 Letter," and together with the April 3 Letter, the "Demand Letters"). Both of the Demand Letters were made public and I have read the demands listed in the Demand Letters.

7. I am aware that on April 14, 2025, the DOJ Task Force to Combat Anti-Semitism froze over $2 billion in federal grants to Harvard. I understand that the federal government has since refused to disburse funds obligated to these grants despite receiving requests from Harvard University to do so.

8. I am aware that on May 5, 2025, Secretary of Education Linda McMahon announced that "Harvard should no longer seek GRANTS from the federal government, since none will be provided." I am aware that on May 6, 2025, the National Institutes of Health ("NIH") terminated its grants to Harvard. I am aware that on May 9, 2025, the Department of Agriculture terminated its grants to Harvard. I am aware that on May 12, 2025, the Department of Energy,

Department of Defense, the National Science Foundation ("NSF"), and the Department of Housing and Urban Development each terminated their grants to Harvard. Letters communicating each of these terminations were made public, and I have read each of those letters.

9. I am also aware of public statements made by the Trump administration beginning in early 2025 attacking the work of university researchers and the integrity of American universities and making a range of threats about how the federal government intended to use its authority to impose numerous demands on Harvard University specifically.

**Research Funding**

10. My PhD is entirely funded by the T32 grant program, which provides funding to train PhD researchers in specific research areas with a documented shortage of highly qualified scientists.

11. The loss of my T32 federal funding imminently affects my work and ability to continue in my PhD program. It impacts my ability to attend conferences to further my career and find collaborators for my research project, as I will not have the funding to attend them.

12. The termination of funding threatens the loss of my paycheck and without a paycheck, I would not be able to continue in my PhD program. As a full-time graduate student, I am not able to hold a full-time job that would financially support me. Without the T32 training grant, I am concerned I will have to halt all progress towards my degree to find employment elsewhere to afford essential living expenses. Since the termination of NIH funding, including all T32 training grants, I have received no specific information on how my PhD will continue to be funded. While Harvard has promised $250 million to support research on campus, it remains unclear how this money will be dispersed and how individual programs might supplement the remaining billions of research funding that has been cut to date. The continued uncertainty caused

by the termination of NIH funding for my PhD has also had a detrimental impact on my research progress by increasing anxiety and impacting my ability to focus.

**Impacts on Academic Freedom**

13. The threats to and terminations of Harvard's federal funding and related demands by the Trump administration that Harvard make changes to retain its funding have also had a chilling effect on my actions.

14. After the termination of my funding, I rewrote grant proposals and applications for federal funding to minimize my research's contribution to understanding viral infection and spread. My research and the work done by other virologists is necessary to better understand the biology of viruses and has a direct impact on public health. But I made these changes due to concerns that the applications would be rejected outright because of the Trump administration's views on the field of virology.

15. At this time, I have not submitted the funding applications due to additional actions taken by the Trump administration. Regardless of affiliation with entities outside of Harvard University (i.e. lab specific hospital affiliation), all Harvard graduate students must submit grants through Harvard. As was made clear in the contents of the administration's May 5th letter, as a Harvard graduate student, I have no current means of securing federal funding to continue my research.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 30, 2025    Signed: */s/ Trudy Merritt*

Trudy Merritt
PhD Student

4