# EXHIBIT 33

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMERICAN ASSOCIATION OF
UNIVERSITY PROFESSORS—HARVARD
FACULTY CHAPTER et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
JUSTICE et al.,

Defendants.

Case No. 1:25-cv-10910

### DECLARATION OF JULES RIEGEL

I, Jules Riegel, hereby declare as follows:

1. I am a Lecturer on History and Literature at Harvard University.

2. I hold a PhD in Modern European History and a Master of History from Indiana University Bloomington.

3. My research and teaching focuses on the Holocaust, World War II, and global transgender history.

4. I am a member of the Harvard Academic Workers, one of the two collective bargaining units of Harvard's chapter of the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("HAW–UAW").

5. I am over the age of 18 and competent to testify as to the matters set forth in this affidavit based on my own personal knowledge.

6. I am aware that the Trump administration has taken a series of actions targeting Harvard. In particular, I am aware that on March 10, 2025, the federal government sent a letter to

Harvard and other universities warning of potential enforcement actions. I am aware that on March 31, 2025, the federal government announced a comprehensive review of federal contracts and grants at Harvard University and its affiliates. I am aware that officials from the Trump administration sent a letter to Harvard on April 3, 2025 demanding that Harvard immediately take a long list of actions to remain a recipient of federal funding (the "April 3 Letter"). I am aware that this was followed by a subsequent letter from Trump administration officials on April 11, 2025 with more detailed demands that "incorporate[d] and supersede[d] the terms" of the April 3 Letter and which the Trump administration proposed would serve "as the basis for an agreement in principle that will maintain Harvard's financial relationship with the federal government" (the "April 11 Letter," and together with the April 3 Letter, the "Demand Letters"). Both of the Demand Letters were made public and I have read the demands listed in the Demand Letters.

7. I am aware that, on April 14, 2025, the DOJ Task Force to Combat Anti-Semitism froze over $2 billion in federal grants to Harvard. I understand that the federal government has since refused to disburse funds obligated to these grants despite receiving requests from Harvard University to do so.

8. I am aware that on May 5, 2025, Secretary of Education Linda McMahon announced that "Harvard should no longer seek GRANTS from the federal government, since none will be provided." I am aware that on May 6, 2025, the National Institutes of Health ("NIH") terminated its grants to Harvard. I am aware that on May 9, 2025, the Department of Agriculture terminated its grants to Harvard. I am aware that on May 12, 2025, the Department of Energy, Department of Defense, the National Science Foundation, and the Department of Housing and Urban Development each terminated their grants to Harvard. Letters communicating each of these

terminations were made public, and I have read each of those letters. The government has now canceled about $2.7 billion in federal grants to Harvard.

9. I am also aware of a variety of "stop work" orders that have been issued by federal funding agencies to grants held by researchers working at Harvard beginning in February 2025. I am aware that on April 4, 2025, the Boston Globe reported on a federal government memorandum issued March 31 that specified grants for specific research projects the current administration is targeting. I know that some of these grants belong to UAW members.

10. I am also aware of public statements made by the Trump administration beginning in early 2025 attacking the work of university researchers and the integrity of American universities and making a range of threats about how the federal government intended to use its authority to impose numerous demands on Harvard University specifically.

11. The terminations of Harvard's federal funding and related demands by the Trump administration that Harvard make changes to retain its funding have had a chilling effect on my actions and the actions of those around me.

12. Because of these actions, I have had to reevaluate how I can safely teach courses on topics including global transgender history, World War II, and the Holocaust. For example, I decided not to teach a course on global transgender history in the upcoming fall semester due to fear of content-based retaliation, fear for my students' safety, and fear for myself as an openly transgender individual.

13. While I plan to teach courses on World War II and the Holocaust next year, since the April 11 Letter, I have been increasingly worried about how the administration's demands for "viewpoint diversity" and attacks on diversity, equity, and inclusion may affect these courses, including both curricular and pedagogical changes.

14. Additionally, the vagueness of the administration's attacks, using language like "ideological capture" in the April 11 Letter has created an environment of uncertainty around what is safe to teach or discuss in a classroom setting.

15. I am specifically concerned about the administration's goal of "reducing the power held by students and untenured faculty" and by those "more committed to activism than scholarship," as announced in the April 11 Letter. As a non-tenure-track faculty member who is also engaged in activism in addition to my scholarship, I am concerned that these attacks may result in me having even less control around my curriculum, such as hindering my ability to determine my own course content, or being forced to teach content with which I disagree.

16. There is broad concern within my department about how these policies may affect faculty, staff, and students.

17. I am fearful for the safety of my students, especially international students or students with immigrant backgrounds, including their ability to engage with critical scholarship around the Holocaust and transgender history.

18. Because of the administration's actions, I could not in good conscience recommend that doctoral applicants attend Harvard right now.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: __May 31, 2025__   Signed: _/s/ Jules Riegel_

Jules Riegel
Lecturer on History and Literature