# EXHIBIT 34

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMERICAN ASSOCIATION OF
UNIVERSITY PROFESSORS—HARVARD
FACULTY CHAPTER et al.,   Case No. 1:25-cv-10910

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
JUSTICE et al.,

Defendants.

### DECLARATION OF NEAL SWEENEY ON BEHALF OF UAW

I, Neal Sweeney, declare as follows:

1. My name is Neal Sweeney. My job title is Organizer, UAW Higher Education Department. My job duties include working closely with UAW local unions and UAW regions to develop strategic organizing goals and bargaining priorities to build power within the higher education sector; increasing membership engagement and mobilization through democratic, worker-led programs; supporting broad, diverse leadership development; and identifying and developing political and community action plans.

2. I am over the age of 18 and competent to testify as to the matters set forth in this affidavit based on my own personal knowledge.

3. The International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) is one of the largest and most diverse unions in North America, with members in the United States, Canada, and Puerto Rico and in virtually every sector of the economy including approximately 120,000 workers in higher education—graduate students,

1

postdoctoral scholars, researchers, university staff, and faculty—at institutions across the country. From UAW's earliest days, it has been a leader in the struggle to secure economic and social justice for all people. UAW has a strong history of supporting and bargaining for contract provisions that ensure diversity, equity and inclusion in the higher education sector and in all workplaces. UAW has been actively involved in every workers' rights and civil rights legislative battle since the 1930s, including the campaigns to pass the Civil Rights Act of 1964, the Voting Rights Act of 1965, the Fair Housing Act, the Civil Rights Restoration Act of 1988, and legislation to prohibit discrimination against women, the elderly, and people with disabilities. In addition, UAW has long advocated for increased federal funding for scientific research, recognizing its importance for innovation, economic growth, and public health.

4.  The UAW International Executive Board (which includes the President, Secretary-Treasurer, three Vice Presidents and nine Regional Directors) is responsible for carrying out the programs and policies approved by the Constitutional Convention delegates and running the day-to-day operations of the International Union. The UAW President's Office includes a number of departments that support UAW members, including the Higher Education Department. UAW members belong to more than 600 local unions across the U.S., Canada, and Puerto Rico. Local unions get support in organizing new members, bargaining contracts, handling problems with employers, member education, political action, community activities and more from both the national UAW offices and centers and each of the nine regional offices.

5.  I am aware that the Trump administration has taken a series of actions targeting Harvard in recent months. In particular, I am aware that on March 10, 2025 the federal government sent a letter to Harvard and many other universities warning of potential enforcement actions. I am aware that on March 31, 2025, the federal government announced a comprehensive review of federal

contracts and grants at Harvard University and its affiliates. I am aware that officials from the Trump administration sent a letter to Harvard on April 3, 2025 demanding that Harvard immediately take a long list of actions to remain a recipient of federal funding (the "April 3 Letter"). I am aware that this was followed by a subsequent letter from Trump administration officials on April 11, 2025 with more detailed demands that "incorporate[d] and supersede[d] the terms" of the April 3 Letter and which the Trump administration proposed would serve "as the basis for an agreement in principle that will maintain Harvard's financial relationship with the federal government" (the "April 11 Letter," and together with the April 3 Letter, the "Demand Letters"). Both of the Demand Letters were made public and I have read the demands listed in the Demand Letters.

6.  I am aware that on April 14, 2025, the DOJ Task Force to Combat Anti-Semitism froze over $2 billion in federal grants to Harvard. I understand that the federal government has since refused to disburse funds obligated to these grants despite receiving requests from Harvard University to do so.

7.  I am aware that on May 5, 2025, Secretary of Education Linda McMahon announced that "Harvard should no longer seek GRANTS from the federal government, since none will be provided." I am aware that on May 6, 2025, the National Institutes of Health ("NIH") terminated its grants to Harvard. I am aware that on May 9, 2025, the Department of Agriculture terminated its grants to Harvard. I am aware that on May 12, 2025, the Department of Energy, Department of Defense, the National Science Foundation, and the Department of Housing and Urban Development each terminated their grants to Harvard. Letters communicating each of these terminations were made public, and I have read each of those letters.

8. I am also aware of public statements made by the Trump administration beginning in early 2025 attacking the work of university researchers and the integrity of American universities and making a range of threats about how the federal government intended to use its authority to impose numerous demands on Harvard University specifically.

9. At Havard University, the UAW represents two bargaining units that include union members directly impacted by the termination of federal funding: the Harvard Graduate Students Union ("HGSU-UAW Local 5118") and Harvard Academic Workers ("HAW-UAW"). HGSU-UAW Local 5118 was recognized in 2018 and is currently negotiating their third collective bargaining agreement. HGSU-UAW Local 5118 represents approximately 5,400 academic workers across Harvard University, including teaching fellows, course assistants, and graduate student research assistants. HAW-UAW was recognized in April 2024 and is currently negotiating their first collective bargaining agreement, representing more than 3,300 non-student academic workers, including postdoctoral researchers, lecturers, teaching assistants, research scientists, and others who do similar work at The Faculty of Arts and Sciences, Harvard Medical School, and the Harvard Divinity School.

10. At Harvard, UAW represents thousands of academic workers and non-student academic workers who receive federal funding, including research grants from the National Science Foundation and NIH.

11. Since April 2025, UAW has witnessed the extensive termination of federal funding at Harvard University. These funding terminations have directly impacted UAW's central activities. UAW has been forced to spend significant time and resources responding to the repercussions of the administration's actions on its members. UAW has counseled members who have lost funding, anticipate losing their jobs, and been unable to complete their experiments or thesis research

4

impacting their academic process and putting them at risk of leaving academic science entirely, and connected these members with outside resources. The expenditure of time and diversion of resources to respond to the fallout of the administration's actions has affected UAW's ability to do the representational, organizing, and advocacy work that is its core mission.

12. The threats to and termination of Harvard's federal funding and related demands by the Trump administration that Harvard make changes to retain its funding have also had a chilling effect on UAW member's actions and impacted UAW.

13. The administration's actions have created a pervasive sense of fear and intimidation among UAW members. Defendants' actions have led some members to no longer feel comfortable asserting their academic freedom and First Amendment rights.

14. UAW members are at the front lines of American research, including scientific research on critical public health issues. Yet their careers are being destabilized by unexplained political interference. I have seen or heard about more than 100 grant cancellation notices directly impacting UAW members at Harvard.

15. Due to the administration's actions and the termination of over $2 billion in federal funding, UAW has had to divert staff and financial resources to respond to the significant influx of inquiries from local union leaders and members regarding the effect of the administration's actions on their research funding, job stability, academic freedom, and due process rights.

16. UAW seeks to protect UAW-represented workers' terms & conditions of employment insofar as federal funds directly support UAW member jobs and the threatened and then actual termination of funding jeopardizes UAW members' jobs and chills their academic freedom. In addition, UAW has a long-standing history of supporting increased federal funding for scientific research, recognizing its importance for innovation, economic growth, and public health.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 1, 2025                                        Signed: */s/ Neal Sweeney*
                                                                  Neal Sweeney