IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>       Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>       Defendants. | No. 1:25-cv-11048-ADB |

## CERTIFICATION OF REEDY C. SWANSON

Pursuant to Local Rule 83.5.3(e) of the United States District Court for the District of Massachusetts, I, Reedy C. Swanson, certify the following:

1. I am a member of the law firm Hogan Lovells US LLP. My office address is 555 Thirteenth Street, N.W., Washington, D.C. 20004, and my telephone number is (202) 637-5764.

2. I am a member in good standing in every jurisdiction to which I have been admitted to practice, including the bars of the District of Columbia and Virginia.

3. I have not been disciplined by, and there are currently no pending disciplinary proceedings against me in, any jurisdiction to which I have been admitted generally, *pro hac vice*, or in any other way.

4. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

|  |  |
|---|---|
| Dated: June 4, 2025 | Respectfully submitted,<br><br>*/s/ Reedy C. Swanson*<br>Reedy C. Swanson<br>HOGAN LOVELLS US LLP<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004<br>(202) 637-5764<br>reedy.swanson@hoganlovells.com |