UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br><br>*Plaintiff,*<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>*Defendants.* | No. 1:25-cv-11048-ADB |

**MOTION FOR LEAVE TO FILE A BRIEF *AMICUS CURIAE*
ON BEHALF OF THE MUSLIM LEGAL FUND OF AMERICA**

Pursuant to Local Rule 7.1(b)(3) and this Court's April 29, 2025 Order, Doc. 47, the Legal Division of the Muslim Legal Fund of America ("MLFA") respectfully moves for leave of Court to file an amicus brief in support of Plaintiff's Motion for Summary Judgment, Doc. 69 and states as follows:

1.     The Legal Division of MLFA operates as a nonprofit law center dedicated to protecting individuals' constitutional and civil rights from harm or discrimination based on religion, race, or national origin (including shared ancestry), with a focus on the Muslim and Middle East, North Africa, and South Asian communities.

2.     MLFA's Civil Litigation attorneys represent over a dozen Harvard students via a 2024 complaint with the Department of Education's Office for Civil Rights ("OCR") asserting violations of Harvard's obligations under Title VI of the Civil Rights Act of 1964 due to discrimination against its Palestinian, Arab, and Muslim students and their allies.

1

3.  On January 17, 2025, the OCR issued a determination letter finding multiple failures by Harvard to protect its actual and perceived Palestinian, Arab, Muslim, Jewish, and Israeli students under Title VI.  The same day, Harvard promised to remedy those failures via a Voluntary Resolution Agreement with the OCR that included multiple obligations by Harvard to create an equitable environment for <u>all</u> students on its campus.

4.  Defendants' demanded actions would require Harvard to violate its existing obligations under Title VI, including to MLFA's student clients who are Palestinian, Arab, Muslim, and/or allied with their community.

5.  MLFA's relevant experience with Harvard's obligations to respond to discrimination against students, including antisemitism and Islamophobia, make it well-positions to enhance this Court's understanding of the issues in this case.

6.   The proposed brief, excluding the Cover Page, Table of Contents, Table of Authorities, Certification, and Certificate, does not exceed ten pages in length, per this Court's Order.  Doc. 47.

7.  Counsel for MLFA reached out to counsel for all parties to obtain consent for this motion on the morning of June 6, 2025.  Counsel for Plaintiffs provided no response.  Defendants do not oppose the relief requested by this motion.

| | |
|---|---|
| Dated: June 9, 2025 | Respectfully submitted, |
| /s/ Christina Jump | /s/ Mark D. Stern |
| Christina A. Jump, D.C. ID No. TX151 | Mark D. Stern |
| Chelsea Glover, D.C. ID No. TX0065 | BBO #479500 |
| Jinan Chehade, D.C. ID No. 65511 | Mark D. Stern P.C. |
| Constitutional Law Center for Muslims in America* | 34 Liberty Avenue |
| *Legal Division of Muslim Legal Fund of America* | Somerville, MA 02144 |
| 100 North Central Expy, Ste. 1010 | Phone: 617-776-4020 |
| Richardson, TX 75080 | Fax: 617-776-9250 |
| Tel: (972) 914-2507 | markdsternpc@comcast.net |
| Fax: (972) 692-7454 | www.attorneymarkdstern.com |
| cjump@clcma.org | |
| cglover@clcma.org | |
| jinan.chehade@mlfa.org | |

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that counsel for MLFA has attempted to confer with counsel for the parties. Defendants do not oppose the request for leave to file. Counsel for Plaintiff did not respond prior to the filing of this motion.

/s/ Mark Stern
Mark Stern

**CERTIFICATE OF SERVICE**

I hereby certify this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 9, 2025.

/s/ Mark Stern
Mark Stern