UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br><br>*Plaintiff,*<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>*Defendants.* | No. 1:25-cv-11048-ADB |

## MOTION TO ADMIT ATTORNEY CHRISTINA A. JUMP PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3

I, Mark D. Stern, a member of the bar of this Court hereby moves for the admission *pro hac vice* of Christina A. Jump, to appear and practice in this case as counsel for the prospective *amicus curiae* the Legal Division of the Muslim Legal Fund of America ("MLFA"). In support of this motion, undersigned counsel states as follows:

1. I am an attorney admitted to practice and in good standing before this Court, and have appeared in this action.

2. I move for the admission *pro hac vice* of Ms. Jump, of the Legal Division of the Muslim Legal Fund of America, a non-profit organization, to appear before this Court.

3. As set forth in the accompanying certification, Ms. Jump is a member in good standing of the bar of Texas; there are no disciplinary proceedings against her as a member of the bar in any jurisdiction; and she has read and agrees to comply with the local rules of this Court.

4. Ms. Jump has not previously had a *pro hac vice* admission to this Court (or other admission for limited purpose under Rule 83.5.3) revoked for misconduct.

1

WHEREFORE, undersigned counsel respectfully requests that this Court grant leave pursuant to Local Rule 83.5.3 for Christina A. Jump to appear before the Court in this matter *pro hac vice*.

| | |
|---|---|
| Dated: June 9, 2025 | Respectfully submitted, |
| | */s/ Mark D. Stern* <br> Mark D. Stern <br> BBO #479500 <br> Mark D. Stern P.C. <br> 34 Liberty Avenue <br> Somerville, MA 02144 <br> Phone: 617-776-4020 <br> Fax: 617-776-9250 <br> markdsternpc@comcast.net <br> www.attorneymarkdstern.com |