Dan Stormer, Esq. [S.B. #101967]
Hanna Chandoo, Esq. [S.B. #306973]
Bina Ahmad, Esq. [SB. #329387]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
         hchandoo@hadsellstormer.com
         bahmad@hadsellstormer.com

Attorneys for Amici Curiae
JEWISH VOICE FOR PEACE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSRS—HARVARD, FACULTY CHAPTER et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE et al., <br><br> Defendants. | Case No.: 1:25-cv-10910-ADB <br><br> [Assigned to the Honorable Judge Burroughs] <br><br> **DECLARATION OF STEFANIE FOX, EXECUTIVE DIRECTOR OF A JEWISH VOICE FOR PEACE** |

CAPTION

**DECLARATION OF STEFANIE FOX**

I, Stefanie Fox, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am Executive Director of A Jewish Voice for Peace ("JVP"), a U.S. based, grassroots membership organization mobilizing Jewish communities to fight for a just society in Palestine/Israel rooted in human rights rather than oppression, equality rather than supremacy, dignity rather than domination, democracy rather than dispossession. A society where every life is precious. I have been on staff with JVP for a total of 16 years. I have been Executive Director for the last 5 years.

2. I am Jewish, the descendent of Ashkenazi Jews who barely survived antisemitic pogroms and instilled in me that the core of being Jewish is a belief that every life is a whole universe made *b'tselem Elohim*, in the image of the divine. I do my work for justice in Palestine/Israel and raise my Jewish child understanding that the Jewish obligation to save lives, *pikuach nefesh*, supersedes all other Jewish laws.

3. With 720,000 members and supporters, JVP is one of the largest progressive Jewish organizations in the world.

4. JVP believes that our voices and actions are needed because the Zionist movement and the state of Israel purport to speak for and act on behalf of all Jews.

5. We work to build with allied U.S.-based movements for justice towards liberation in Palestine/Israel and everywhere.

6. We are committed to both Jewish communities and Palestinian communities, and to creating the future we all deserve.

7. Our work is inspired by the Jewish Warsaw Ghetto fighters, labor organizers, Civil Rights veterans and many more ancestors who worked tirelessly for liberation – of all people.

DECL OF FOX ISO AMICUS CURIAE JVP                -1-

8. We commit to dismantling antisemitism in the most effective way possible: as part of our struggle against all forms of oppression and bigotry.

9. We are committed to building an organizing home where Black, Indigenous, Latinx, Asian, SWANA/Mizrahi, and Sephardi Jewish members feel welcome, home, and whole, where white Jews feel supported to build their anti-racist praxis and bring their full selves, where all of our work embodies the multiplicity of Jewish histories, lineages, stories, and traditions, where each of us can name and fight out of our own specific stakes in building Jewish futures beyond nationalism and Zionism.

10. Some Jewish legacy institutions make supporting the Israeli government the price of entry into our religion. They suggest that our millennia-old religion requires adherence to Zionism: an ideology that has required in practice the dispossession, occupation, oppression of Palestinians to create and maintain an ethno-state where Jews have more rights than Palestinians on their own indigenous land.

11. As Jews, we do not believe that to be Jewish you must support Zionism. We welcome our communities into the life-affirming politics of anti-Zionism. Where Zionism suggests Jews require a supremacist nation state to answer the real question of Jewish safety, anti-Zionism means supporting justice for the Palestinian people, including their right to live in freedom and equality, and to return to their homes and land. Anti-Zionism also means believing that Jews, and all people, belong and should be safe wherever they live.

Dated: June 9, 2025

_Stefanie Fox_
Stefanie Fox

DECL OF FOX ISO AMICUS CURIAE JVP            -2-