UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS—HARVARD FACULTY CHAPTER, AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, *et al.*, <br><br> Defendants | No. 1:25-cv-10910 |

## UNOPPOSED MOTION
## FOR PRO HAC VICE ADMISSION
## OF PAUL ALAN LEVY

Pursuant to the Local Rule 83.5.3, Mark Stern, a member in good standing in this Court's bar, hereby moves for the pro hac vice admission of Paul Alan Levy as counsel for amicus curiae Public Citizen.

Mr. Levy is an attorney at Public Citizen Litigation Group. As shown in his certification, which is submitted with this motion, Mr. Levy is in good standing in each of the Bars to which he is admitted; no disciplinary proceedings are pending against me in any of those Bars; and he has never had pro hac vice status in this Court revoked. He has further certified that he reviewed the Court's Local Rules, and he has agreed to follow those rules

### CERTIFICATION UNDER LOCAL RULE 7.1

Pursuant to Local Rule 7.1, Mr. Levy consulted with counsel for plaintiffs and for defendants, both of whom indicated that they consent to this motion

### CONCLUSION

The motion to admit Paul Alan Levy to appear pro hac vice as counsel for amicus should be

granted

                                                                                              Respectfully submitted,

                                                                                              /s/ Mark Stern
                                                                                           Mark Stern
                                                                                           BBO #479500
                                                                                             34 Liberty Avenue
                                                                                             Somerville, Massachusetts 02144
                                                                                             (617) 776-4020
                                                                                             attorneymarkdstern@comcast.net
                                                                                             www.attorneymarkdstern.com

                                                                      Attorney for Public Citizen

June 9, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on this date I am filing this Motion for the Pro Hac Vice Admission of Paul Alan Levy by the Court's ECF system, which will effect service on all parties to this action.

    /s/ Mark Stern
Mark Stern
BBO #479500
  34 Liberty Avenue
  Somerville, Massachusetts 02144
  (617) 776-4020
  attorneymarkdstern@comcast.net
  www.attorneymarkdstern.com

Attorney for Public Citizen

June 9, 2025