UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS—HARVARD FACULTY CHAPTER, AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants | No. 1:25-cv-10910 |

## CERTIFICATION OF PAUL ALAN LEVY

In support of the motion to admit me pro hac vice as counsel for Public Citizen as amicus curiae in this matter, I hereby certify that I am a member of the Bars of the District of Columbia and New York, and of the Bars of many federal courts; that I am in good standing in each of the Bars to which I am admitted, that no disciplinary proceedings are pending against me in any of those Bars; and that I have never had pro hac vice status in this Court revoked. I further certify that I have reviewed the Court's Local Rules, and that I agree to follow those rules.

                                                           /s/ Paul Alan Levy
                                        Paul Alan Levy (pro hac vice sought)
                                         Public Citizen Litigation Group
                                         1600 20th Street, N.W.
                                         Washington, D.C. 20009
                                         (202) 588-7725
                                         plevy@citizen.org