# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS— HARVARD FACULTY CHAPTER, et al.<br><br>    *Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEPARTMENT OF JUSTICE, et al.,<br><br>    *Defendants*. | Case No. 1:25-CV-10910-ADB |

## DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Defendants respectfully move this Court for summary judgment in their favor on all Counts, and oppose Plaintiff's motion for summary judgment as to Counts I-IV. As grounds for this cross-motion, Defendants rely upon the reasons set forth in their accompanying memorandum of law.

WHEREFORE, Defendants respectfully request that the Court deny Plaintiff's motion for summary judgment and grant Defendants' cross-motion for summary judgment on all Counts.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: June 16, 2025    By:    /s/ Anuj K. Khetarpal
ANUJ K. KHETARPAL
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Ste. 9200
Boston, MA 02210
(617) 748-3658
Anuj.Khetarpal@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Anuj K. Khetarpal, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Anuj K. Khetarpal
Anuj K. Khetarpal
Assistant U.S. Attorney

Dated: June 16, 2025

**LOCAL RULE 7.1 CERTIFICATION**

I, Anuj Khetarpal, certify that the Parties have conferred and have attempted in good faith to resolve or narrow the issues but were unable to do so.

Dated: June 16, 2025            /s/ Anuj K. Khetarpal
Anuj K. Khetarpal
Assistant U.S. Attorney