Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104
212.390.9000

Selendy|Gay

Corey Stoughton
Special Counsel
212.390.9036
cstoughton@selendygay.com

June 4, 2025

Via Federal Express

Robert M. Farrell
Clerk of Court
Attn: Judge Allison Burroughs
United States District Court
1 Courthouse Way, Suite 2300
Boston, MA 02210

**Re:** *American Association of University Professors–Harvard Faculty Chapter, et al. v. U.S. Dep't of Justice, et al.*, **Case No. 1:25-cv-10910-ADB**

Dear Mr. Farrell,

I write on behalf of Plaintiffs American Association of University Professors– Harvard Faculty Chapter; American Association of University Professors; and International Union, United Automobile, Aerospace and Agricultural Implement Workers of America in the above-captioned matter.

Enclosed herein please find a flash drive containing the audio and video files submitted as Exhibits 5, 7, 12, and 13 to the Affidavit of Daniel Silverman, Dkt. 77, in this matter.

Sincerely,

Corey Stoughton
Special Counsel

Enclosure:     Physical media.

Cc:     All counsel of record.