UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMERICAN ASSOCIATION OF
UNIVERSITY PROFESSORS–HARVARD
FACULTY CHAPTER et al.,

          Plaintiffs,

      v.

UNITED STATES DEPARTMENT OF
JUSTICE et al.,

          Defendants.

Case No. 1:25-CV-10910-ADB

## DECLARATION OF DANIEL H. SILVERMAN IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN FURTHER SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT

I, Daniel H. Silverman, declare as follows:

1. I am a Partner at the law firm Cohen Milstein Sellers & Toll PLLC and am duly licensed to practice in the State of Massachusetts (BBO# 704387).

2. I am counsel for Plaintiffs American Association of University Professors ("AAUP"), American Association of University Professors–Harvard Faculty Chapter ("AAUP–Harvard"), and International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("UAW") in the above-captioned litigation

3. I submit this declaration in support of Plaintiffs' Memorandum in Further Support of Their Motion for Summary Judgment and in Opposition to Defendants' Cross-Motion for Summary Judgment, filed herewith.

1

4.   Attached hereto as **Exhibit 1** is a true and correct copy of the supplemental declaration of Molly Forrest Franke executed on June 27, 2025.

5.   Attached hereto as **Exhibit 2** is a true and correct copy of the supplemental declaration of Kelsey Tyssowski executed on June 27, 2025.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 30th day of June, 2025, in Boston, Massachusetts.

Signed: */s/ Daniel H. Silverman*
Daniel H. Silverman (BBO # 704387)
COHEN MILSTEIN SELLERS & TOLL PLLC
769 Centre Street
Suite 207
Boston, MA 02130
(617) 858-1990