**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

AMERICAN ASSOCIATION OF
UNIVERSITY PROFESSORS—HARVARD
FACULTY CHAPTER et al.,            Case No. 1:25-cv-10910

        Plaintiffs,

        v.

UNITED STATES DEPARTMENT OF
JUSTICE et al.,

        Defendants.

**SUPPLEMENTAL DECLARATION OF KELSEY TYSSOWSKI**

I, Kelsey Tyssowski, declare as follows:

    1.    I am a Postdoctoral Research Associate in the Departments of Organismic & Evolutionary Biology and Molecular & Cellular Biology at Harvard University.

    2.    I hold a PhD in Biological and Biomedical Sciences from Harvard University and a Bachelor's Degree in Molecular Biology and Neuroscience from Wesleyan University.

    3.    I am a member of Harvard Academic Workers, one of the two collective bargaining units of Harvard's chapter of the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("HAW–UAW").

    4.    I am over the age of 18 and competent to testify as to the matters set forth in this affidavit based on my own personal knowledge.

1

5. I previously submitted a declaration in the above captioned case with the Plaintiffs' motion for summary judgment. I am submitting this supplemental declaration to explain my process of applying for and receiving a K99/R00 grant from the National Institutes of Health.

6. I wrote and applied for an NIH K99/R00 grant specifically for my research comparing different subspecies of deer mice with innate behavioral differences to understand how the nervous system enables skilled movement.

7. The K99/R00 grant is designed for postdoctoral scientists and provides funding support in two phases. The first (K99) phase supports postdoctoral research training in a lab. The second (R00) phase provides the scientist funding to continue their research for up to three years upon securing a tenure-track faculty position.

8. I was awarded the grant on March 21, 2024. I am listed on NIH's Notice of Award as the Principal Investigator leading the research the grant supported until it was terminated in May 2025. Harvard University received funding from the NIH during the K99 phase of my grant because I am a postdoctoral researcher at Harvard.

9. As stated in my prior declaration, I was in the K99 phase of my grant when my funding was terminated. I had a little under a year left in the K99 phase of my grant, and I had planned to use the R00 phase of my grant, which would have covered my salary and research costs, to fund the first few years of research in my own lab.

10. With the loss of the K99 grant, I have also lost the R00 phase of the grant, which I am concerned will negatively impact my chances of getting a tenure-track faculty job. I will be applying to tenure-track faculty positions at universities across the United States. If my funding had not been terminated, it is very likely the R00 phase of my grant would have supported my independent research as a tenure-track faculty member at a different university than Harvard.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 27, 2025                    Signed: */s/ Kelsey Tyssowski*

Kelsey Tyssowski
Postdoctoral Research Associate