# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS – HARVARD FACULTY CHAPTER, ET AL.** *Plaintiff* v. **UNITED STATES DEPARTMENT OF JUSTICE, ET AL.** *Defendant* | Civil Action No.: **1:25−CV−10910−ADB** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    ROBERT F. KENNEDY, JR.
    U.S. Secretary of Health and Human Services
    200 Independence Avenue, SW
    Washington, D.C. 20201

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**
*CLERK OF COURT*

**/s/ – Nicole M Cowan**
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2025−04−14 07:32:43**, Clerk USDC DMA

Civil Action No.: **1:25–CV–10910–ADB**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (name of individual and title, if any) ROBERT F. KENNEDY, JR.
U.S. Secretary of Health and Human Services
was received by me on (date) April 14, 2025       .

☐ I personally served the summons on the individual at (place)_____
_____on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____
_____, a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is
designated by law to accept service of process on behalf of (name of organization)_____
_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) :   I served ROBERT F. KENNEDY, JR, U.S. Secretary of Health and Human Services, by serving the United States (see below) and sending a copy of the summons and the complaint by USPS certified mail to ROBERT F. KENNEDY, JR, on April 14, 2025

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

  7/10/2025          /s/ Phoebe M. Wolfe
  Date           Server's Signature

Phoebe M. Wolfe , Attorney for Plaintiffs
*Printed name and title*
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave NW, Suite 800
Washington, D.C. 20005
*Server's Address*

Additional information regarding attempted service, etc:

I served the United States by (1) sending a copy of the complaint and summons by USPS certified mail to the Attorney General of the United States on April 14, 2025 and (2) serving a copy of the complaint and summons on the U.S. attorney's office for the District of Massachusetts on April 14, 2025.