# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS – HARVARD FACULTY CHAPTER, ET AL.**
*Plaintiff*

v.

**UNITED STATES DEPARTMENT OF JUSTICE, ET AL.**
*Defendant*

Civil Action No.:
**1:25−CV−10910−ADB**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

　　LINDA MCMAHON
　　U.S. Secretary of Education
　　400 Maryland Avenue, SW
　　Washington, D.C. 20202

A lawsuit has been filed against you.

　　Within 21 days after service of this summons on you (not counting the day you received it) −−− or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −−− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

　**/s/ − Nicole M Cowan**
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2025−04−14 07:32:43**, Clerk USDC DMA

Civil Action No.: **1:25–CV–10910–ADB**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __LINDA MCMAHON__
U.S. Secretary of Education
was received by me on (date)__April 14 2025_____.

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) :   I served LINDA MCMAHON, U.S. Secretary of Education, by serving the United States (see below) and sending a copy of the summons and the complaint by USPS certified mail to Secretary McMahon on April 14, 2025.

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

7/10/2025
Date

*/s/ Phoebe M. Wolfe*
*Server's Signature*

Phoebe M. Wolfe, Attorney for Plaintiffs
*Printed name and title*

Cohen Milstein Sellers & Toll PLLC
1100 New York Ave NW, Suite 800
Washington, D.C. 20005
*Server's Address*

Additional information regarding attempted service, etc:

I served the United States by (1) sending a copy of the complaint and summons by USPS certified mail to the Attorney General of the United States on April 14, 2025 and (2) serving a copy of the complaint and summons on the U.S. attorney's office for the District of Massachusetts on April 14, 2025.