**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS—HARVARD FACULTY CHAPTER, and AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 1:25-cv-10910-ADB |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to L.R. 83.5.2(c)(1), Defendants respectfully request that the Court grant Assistant U.S. Attorneys Rayford A. Farquhar and Anuj Khetarpal leave to withdraw their appearances as counsel for the Defendants in the above-captioned matter. Assistant U.S. Attorney Jeremy Liss entered his appearance as counsel for the Defendants on July 9, 2025, and will continue to represent the government in this case.

Dated: July 14, 2025

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:　/s/ Rayford A. Farquhar
　　　Rayford A. Farquhar
　　　Assistant United States Attorney
　　　United States Attorney's Office
　　　John Joseph Moakley U.S. Courthouse
　　　1 Courthouse Way, Suite 9200
　　　Boston, MA 02210
　　　(617) 748-3100
　　　Email: Rayford.farquhar@usdoj.gov

*/s/ Anuj K. Khetarpal*
Anuj Khetarpal
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3658
Email: Anuj.Khetarpal@usdoj.gov

## CERTIFICATE OF SERVICE

I, Anuj Khetarpal, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

Dated: July 14, 2025                By:     */s/ Anuj K. Khetarpal*
                                            Anuj Khetarpal
                                            Assistant United States Attorney