UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMERICAN ASSOCIATION OF
UNIVERSITY PROFESSORS–HARVARD
FACULTY CHAPTER et al.,   Case No. 1:25-CV-10910-ADB

       Plaintiffs,

   v.

UNITED STATES DEPARTMENT OF
JUSTICE et al.,

       Defendants.

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between all parties and their respective counsel(s) that Counts VI and VIII of the Second Amended Complaint be Dismissed, with prejudice, and without costs or fees to any party relating to work carried out exclusively in relation to the dismissed claims.

Dated: September 10, 2025

Respectfully submitted,

JAY CLAYTON
Attorney for the Defendants
Acting Under Authority Conferred
by 28 U.S.C. § 515

By: _/s/ Joseph M. Sellers_
Daniel H. Silverman (BBO# 704387)
COHEN MILSTEIN SELLERS & TOLL PLLC
769 Centre Street
Suite 207
Boston, MA 02130
(617) 858-1990
dsilverman@cohenmilstein.com

Joseph M. Sellers*
Benjamin D. Brown*
Phoebe M. Wolfe*
Margaret (Emmy) Wydman*
Sabrina Merold*
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave NW, 8th Floor
Washington, DC 20005
(202) 408-4600
jsellers@cohenmilstein.com
bbrown@cohenmilstein.com
pwolfe@cohenmilstein.com
ewydman@cohenmilstein.com
smerold@cohenmilstein.com

Philippe Z. Selendy*
Sean P. Baldwin*
Corey Stoughton*
Julie Singer*
Drake Reed*
SELENDY GAY PLLC
1290 Avenue of the Americas 20th Floor
New York, NY 10104
Tel: 212-390-9000
pselendy@selendygay.com
sbaldwin@selendygay.com
cstoughton@selendygay.com
jsinger@selendygay.com
dreed@selendygay.com

*Attorneys for Plaintiffs*
* admitted *pro hac vice*

By: _/s/ Jeremy Liss_
JEREMY M. LISS
Assistant United States Attorney
86 Chambers Street, 3rd floor
New York, New York 10007
Telephone: (212) 637-2795
Jeremy.Liss@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed electronically through the Court's CM/ECF system, was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:   September 10, 2025

        /s/ *Joseph M. Sellers*
        Joseph M. Sellers