UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS–HARVARD FACULTY CHAPTER et al., | Case No. 1:25-CV-10910-ADB |
| Plaintiffs, | |
| v. | |
| UNITED STATES DEPARTMENT OF JUSTICE et al., | |
| Defendants. | |

### PLAINTIFFS' OPPOSITION TO DEFENDANTS' REQUEST FOR A STAY OF DEADLINE TO FILE A STATUS REPORT IN LIGHT OF LAPSE OF APPROPRIATIONS

Plaintiffs submit this opposition to Defendants' request to stay this Court's October 3, 2025 deadline, ECF 145, to file a joint status report regarding the timing for the parties to file a Motion to Enter Final Judgment and an accompanying Proposed Order.

Defendants contend that a stay is necessary because "[a]bsent an appropriation, Department of Justice attorneys and employees of the federal Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances," under 31 U.S.C. § 1342. Mot. at 1-2. This prohibition under § 1342 does not apply if the request for a stay is denied. *See Kornitzky Group, LLC v. Elwell*, 912 F.3d 637, 638 (D.C. Cir. 2019) (discussing how denial of the government's motions to stay when federal appropriations have lapsed is consistent with § 1342). Further, the Department of Justice's FY 2026 Contingency Plan recognizes that "[i]f a court denies such a request and orders a case to continue, the Government will comply with the court's order"

1

as it "would constitute express legal authorization for the activity to continue." *U.S. Dep't of Justice FY 2026 Contingency Plan* at 3 (Sept. 29, 2025), https://www.justice.gov/jmd/media/1377216/dl. The government provides no rationale for why this Court should not take a similar approach here, particularly where the government is seeking to stay a deadline that the Parties have been aware of for over a week and was only a few days away at the time of the shutdown, and requires nothing more than a status report.

A stay is unwarranted and would needlessly delay entry of final judgment. The Court ordered the Parties to file a status report by September 19, 2025 indicating whether issues needed to be resolved before a final judgment issued. ECF 143. The Parties agreed that no further issues needed to be resolved before a final judgment issued and sought a brief, two-week extension of the deadline to focus on issues regarding the implementation of this Court's September 3, 2025 Order. ECF 144. The Parties had been discussing implementation issues, but those conversations stalled earlier this week prior to the government shutdown and will not progress while the shutdown is ongoing. Thus, there is no basis for further delaying entry of final judgment in this matter.

Plaintiffs provided Defendants with their proposed final judgment over two weeks ago, on September 16, 2025. In the intervening weeks, despite prompting from Plaintiffs, Defendants have not raised any concerns or objections regarding this draft. On October 1, Plaintiffs informed Defendants that they intended to submit their proposed judgment to the Court with the status report on Friday and remained open to any feedback on that document. Plaintiffs' have attached their proposed final judgment as Exhibit A.

For the forgoing reasons, Plaintiffs respectfully request that the Court deny Defendant's Motion to stay the deadline for filing the status report and proceed to enter final judgment in this

matter, which will have been decided one month ago on October 3. Plaintiffs do not oppose a stay of any other deadlines during the government shutdown.

Dated:  October 2, 2025                                                  Respectfully submitted,

                                                                By:   /s/ *Joseph M. Sellers*

|  |  |
|---|---|
| Philippe Z. Selendy* | Daniel H. Silverman (BBO# 704387) |
| Sean P. Baldwin* | COHEN MILSTEIN SELLERS & TOLL PLLC |
| Corey Stoughton* | 769 Centre Street |
| Julie Singer* | Suite 207 |
| Drake Reed* | Boston, MA 02130 |
| SELENDY GAY PLLC | (617) 858-1990 |
| 1290 Avenue of the Americas 20th Floor | dsilverman@cohenmilstein.com |
| New York, NY 10104 |  |
| Tel: 212-390-9000 | Joseph M. Sellers* |
| pselendy@selendygay.com | Benjamin D. Brown* |
| sbaldwin@selendygay.com | Phoebe M. Wolfe* |
| cstoughton@selendygay.com | Margaret (Emmy) Wydman* |
| jsinger@selendygay.com | Sabrina Merold* |
| dreed@selendygay.com | COHEN MILSTEIN SELLERS & TOLL PLLC |
|  | 1100 New York Ave NW, 8th Floor |
| *  admitted *pro hac vice* | Washington, DC 20005 |
|  | (202) 408-4600 |
|  | jsellers@cohenmilstein.com |
|  | bbrown@cohenmilstein.com |
|  | pwolfe@cohenmilstein.com |
|  | ewydman@cohenmilstein.com |

                                                                *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

Counsel for Plaintiffs certify that they have submitted the foregoing document with the clerk of court for the District of Massachusetts, using the electronic case filing system of the Court. Counsel for Plaintiffs hereby certify that they have served all parties electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

*/s/ Joseph Sellers*
Joseph Sellers