**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS–HARVARD FACULTY CHAPTER et al., | |
| *Plaintiffs*, | Case No. 1:25-CV-10910-ADB |
| v. | |
| UNITED STATES DEPARTMENT OF JUSTICE et al., | |
| *Defendants*. | |

## JOINT STATUS REPORT

Plaintiffs and Defendants submit this joint status report pursuant to the Court's October 9, 2025 order directing the parties to file a status report by October 17, 2025 (ECF 151) with proposed language for a final judgment (ECF No. 143). The parties have reached agreement on a proposed final judgment, which is attached to this report as Exhibit A. Accordingly, the parties respectfully request that the Court enter final judgment, substantially in the form of Exhibit A, at this time. Defendants reserve any and all rights to appeal the final judgment.

Dated: October 17, 2025     Respectfully submitted,


JAY CLAYTON         /s/ Joseph M. Sellers
Attorney for the Defendants     Philippe Z. Selendy*
Acting Under Authority Conferred   Sean P. Baldwin*
by 28 U.S.C. § 515       Corey Stoughton*
             Julie Singer*
By: /s/ Jeremy Liss      Drake Reed*
JEREMY M. LISS       SELENDY GAY PLLC
Assistant United States Attorney    1290 Avenue of the Americas 20th Floor
86 Chambers Street, 3rd floor    New York, NY  10104
New York, New York 10007    Tel: 212-390-9000
Telephone: (212) 637-2795    pselendy@selendygay.com
Jeremy.Liss@usdoj.gov     sbaldwin@selendygay.com
             cstoughton@selendygay.com
*Counsel for Defendants*      jsinger@selendygay.com
             dreed@selendygay.com

             Joseph M. Sellers*
             Benjamin D. Brown*
             Phoebe M. Wolfe*
             Margaret (Emmy) Wydman*
             Sabrina Merold*
             COHEN MILSTEIN SELLERS & TOLL PLLC
             1100 New York Ave NW, 8th Floor
             Washington, DC 20005
             (202) 408-4600
             jsellers@cohenmilstein.com
             bbrown@cohenmilstein.com
             pwolfe@cohenmilstein.com
             ewydman@cohenmilstein.com
             smerold@cohenmilstein.com

             Daniel H. Silverman (BBO# 704387)
             COHEN MILSTEIN SELLERS & TOLL PLLC
             769 Centre Street, Suite 207
             Boston, MA 02130
             (617) 858-1990
             dsilverman@cohenmilstein.com

             *Counsel for Plaintiffs AAUP–Harvard,*
             *AAUP, and UAW*

             *Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

Counsel for Plaintiff certify that they have submitted the foregoing document with the clerk of court for the District of Massachusetts, using the electronic case filing system of the Court. Counsel for Plaintiff hereby certify that they have served all parties electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

/s/ *Joseph M .Sellers*