# Exhibit A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE,

        Plaintiff,

    -vs.-

Case No. 25-cv-11048-ADB

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES, et al.,

        Defendants.

**DECLARATION OF ANAT BECK**

I, Anat Beck, state as follows:

1.     I am an attorney for *Amicus Curiae* National Jewish Advocacy Center, Inc.

("NJAC").

2.     I submit this declaration in support of the motion for my admission *pro hac vice*,

as counsel for *Amicus* NJAC.

3.     My contact information is as follows:

    Anat Beck
    National Jewish Advocacy Center, Inc.
    3 Times Square
    New York, NY 10036
    Tel:  (518)-258-0560
    Email:  Anat@njaclaw.org

4.     I am an attorney who is admitted to practice law in the State of New York (Bar

No. 4471801).

5.      I am a member in good standing in every jurisdiction where I am admitted to practice law.

6.      I have never been suspended or disbarred in any jurisdiction, and there are no disciplinary proceedings pending against me in any jurisdiction.

7.      I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct.

8.      I have read, and agree to comply with, the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury on this 3rd day of July, 2025.

/s/ Anat Beck
Anat Beck

3