# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-11048-ADB |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SUPPLEMENT THE SUMMARY JUDGMENT RECORD

The Court **GRANTS** Plaintiff's Unopposed Motion to Supplement the Summary Judgment Record (ECF No. _____), and the summary judgment record is hereby **SUPPLEMENTED** with the supplemental declaration of John Shaw dated July 11, 2025 (ECF No. _____).

It is so ordered.

_____
Allison D. Burroughs
United States District Judge

Date _____