# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>                         Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; NATIONAL INSTITUTES OF HEALTH, et al.,<br><br>                        Defendants. | Civil Action No. 1:25-cv-11048-ADB |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to L.R. 83.5.2(c)(1), Defendants respectfully request that the Court grant Assistant U.S. Attorney Anuj Khetarpal leave to withdraw his appearance as counsel for the Defendants in the above-captioned matter. Attorneys Kambli, Sirkovich, and Underwood from the United States Department of Justice have all previously entered appearances in this case and will remain as Defendants' counsel.

Dated: July 14, 2025

                                                Respectfully submitted,

                                                LEAH B. FOLEY
                                                United States Attorney

                             By:    */s/ Anuj K. Khetarpal*
                                         Anuj Khetarpal
                                         Assistant United States Attorney
                                         United States Attorney's Office
                                         1 Courthouse Way, Suite 9200
                                         Boston, MA 02210
                                         Tel.: 617-748-3658
                                         Email: Anuj.Khetarpal@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I, Anuj Khetarpal, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

Dated: July 14, 2025　　　　　　　　By:　*/s/ Anuj K. Khetarpal*
　　　　　　　　　　　　　　　　　　　　　Anuj Khetarpal
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney