# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>*Defendants*. | Case No. 1:25-CV-11048-ADB |
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS—HARVARD FACULTY CHAPTER, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>*Defendants*. | Case No. 1:25-CV-10910-ADB |

## JOINT REDACTED ADMINISTRATIVE RECORD ON BEHALF OF PLAINTIFFS AND DEFENDANTS

## TABLE OF CONTENTS

| Record Cite(s) | PDF Page Number(s) |
|---|---|
| DoDHarv_00000001-33 | 4-36 |
| DoDHarv_00000039-48 | 37-46 |
| EDHarvAR_0000003 | 47 |
| EDHarvAR_0000008-13 | 48-53 |
| EDHarvAR_0001235 | 54 |
| EDHarvAR_0001735-36 | 55-56 |
| ENERGY AR3921-25 | 57-61 |
| ENERGY AR3929-46 | 62-79 |
| GSAHarv_00000001-15 | 80-94 |
| GSAHarv_00000019-119 | 95-195 |
| GSAHarv_00000124-34 | 196-206 |
| GSAHarv_00000136-445 | 207-516 |
| HHSHarv_00000001 | 517 |
| HHSHarv_00000003 | 518 |
| HHSHarv_00000007-8 | 519-20 |
| HHSHarv_00000010 | 521 |
| HHSHarv_00000013-64 | 522-573 |
| HHSHarv_00000075-107 | 574-606 |
| HHSHarv_00000110 | 607 |
| HHSHarv_00000159-477 | 608-926 |
| HHSHarv_00000509-11 | 927-29 |
| HHSHarv_00002326 | 930 |
| HHSHarv_00004232 | 931 |
| HHSHarv_00004700 | 932 |
| HHSHarv_00004937 | 933 |
| HHSHarv_00005181 | 934 |
| HHSHarv_00005225-35 | 935-945 |
| HUDHarvAR_00000062-67 | 946-951 |
| NASA-AR00857 | 952 |
| NASA-AR00860 | 953 |
| NASA-AR00895 | 954 |
| NASA-AR03512 | 955 |
| NASA-AR03541 | 956 |
| NASA-AR03547 | 957 |
| NASA-AR03558-645 | 958-1045 |
| NASA-AR03679 | 1046 |

| | |
|---|---|
| NASA-AR03682 | 1047 |
| NASA-AR03692-703 | 1048-1059 |
| NASA-AR03727-33 | 1060-1066 |
| NASA-AR03738-42 | 1067-1071 |
| NASA-AR03748-50 | 1072-1074 |
| NSF_Harvard000001-1037 | 1075-2111 |
| USDA-HARV-AR-00001 | 2112 |
| USDA-HARV-AR-00008-9 | 2113-14 |
| USDA-HARV-AR-00084-86 | 2115-17 |
| May 19, 2025 Declaration of Josh Gruenbaum | 2118-21 |
| May 16, 2025 Declaration of Maureen A. Henneberg | 2122-26 |
| May 6, 2025 Declaration of Erin M. Lorah | 2127-30 |
| May 19, 2025 Declaration of Tara Jamison | 2131-32 |

| | |
|---|---|
| **From:** | ██████████████████ |
| **To:** | ██████████████████ |
| **Cc:** | ████████████████████████████ |
| **Subject:** | Released Mod P00001 Grant No. FA2386-24-1-4070, R&D 24IOA070, Termination, Towards a New Quantum Platform Based on Ultracold Molecules, PI ██████ |
| **Date:** | Thursday, May 15, 2025 2:23:00 PM |
| **Attachments:** | 26_24IOA070_FA2386-24-1-4070_P00001_Termination_Digital.pdf |

████████████████████████

We regret to inform you this, but per direction from our Headquarter which is also directed thru White House guidance, we need to terminate the subject grant.

Please find the attached modification document P00001 for R&D grant no. FA2386-24-1-4070 to terminate the grant. Since this is unilateral modification, your signature would not be required. Please just give us your confirmation of receipt and acceptance of this email.

As the attached modification stated, all costs incurred up to the date of this notification must be submitted no later than 30 calendar days from the termination date. Also, please ensure that the reporting requirements are changed by this action.

You do have the option to follow-up with the ombudsman per the terms of the original grant award. Per the terms and conditions of the grant, concerned parties may contact the AFRL Ombudsman, Director of Contracting, HQ AFRL/PK. The AFRL Alternate Ombudsman is the Deputy Director of Contracting, HQ AFRL/PK. Please send an email to: afrl.pk.workflow@us.af.mil, with the subject of "Ombudsman."

V/R,

//SIGNED//

████████████

Grants Officer / Purchasing and Contract Specialist
Asian Office of Aerospace Research and Development (AOARD)
Detachment 2 of the Air Force Office of Scientific Research
Unit 45002, APO AP 96337-5002
████████████████████████

████████████████████████

# Grant/Cooperative Agreement Modification

| 1. AWARD NO. FA2386-24-1-4070 | 2. MODIFICATION NO. P00001 | 3. EFFECTIVE DATE 15 MAY 2025 | 4. PURCHASE REQUEST NO. See Block 9 | PAGE OF 1   3 |
|---|---|---|---|---|

| 5. ISSUE BY    AOARD   CODE  FA2386 | 6. AWARDED TO                              CAGE CODE   1NQH4 |
|---|---|
| ASIAN OFFICE OF AEROSPACE R&D | PRESIDENT AND FELLOWS OF HARVARD COLLEGE OFFICE FOR SPONSORED PROGRAMS 1033 MASSACHUSETTS AVE STE 3 CAMBRIDGE MA 02138-5366 (617) 495-1817 |

9. ALLOCATED FUNDING: The following funds with associated Accounting Classification reference number(s) (ACRNs) are allotted to this agreement:

| **ACRN** | **FUND CITATION(s)** | **AMOUNT** |
|---|---|---|

SPECIAL INSTRUCTIONS:             N/A
PAYING OFFICE INSTRUCTIONS:       N/A
PAYMENT SCHEDULE (if applicable): N/A

| 10. FUNDING HISTORY: | Government Share | 11. Recipient Share | 12. Total |
|---|---|---|---|
| **Previously Obligated:** | $200,000.00 | $0.00 | $200,000.00 |
| **Obligated by this Action:** | $0.00 | $0.00 | $0.00 |
| **Total Obligated to date:** | $200,000.00 | $0.00 | $200,000.00 |
| 13.TOTAL AWARD AMOUNT CHANGE | $0.00 | $0.00 | $0.00 |

14. DESCRIPTION OF MODIFICATION

SEE SCHEDULE

| FOR THE RECIPIENT | FOR THE UNITED STATES OF AMERICA |
|---|---|
| 15. SIGNATURE | 16. SIGNATURE |
| 17. NAME AND TITLE | 18. DATE SIGNED | 19. NAME AND TITLE | 20. DATE SIGNED 15 MAY 2025 |
| | | GRANTS OFFICER | |

ConWrite Version 7.7.4.0
Created 15 May 2025  2:10 PM

SCHEDULE

The subject grant award no longer effectuates the program goals or agency priorities as found in 2 CFR 200.340(a)(4) as incorporated into the DoD Research and Developmental General Terms and Conditions for grants by reference. This Grant is hereby terminated.

All costs incurred up to the date of this notification must be submitted no later than 30 calendar days from the termination date.

As a result, the period of performance is reduced from 36 months to 8 months as follows:
FROM: 25 SEP 2024 through 24 SEP 2027      TO: 25 SEP 2024 through 15 MAY 2025

As the subject grant no longer effectuates the program goals or agency priorities, the closeout requirement for a final tehcnial report is hereby waived. Reporting requirements are revised as below.

Also, the Government program manager is changed as follows:
FROM: █████████████
TO: ████████████████████████████████

All other closeout requirements remain unchanged. All other terms and conditions remain the same.

RESEARCH TITLE: Quantum sensing for entangled millimeter-wave photons
PI:
PO: ██████████████████████

**REPORTING REQUIREMENTS**

The following reports must be submitted. Reports are due on or before the following dates.

**Interim and Final Interim Research Performance Progress Reports (RPPR):** You must submit reports in accordance with the chart below.

| TYPE OF REPORT | DUE DATE | SUBMIT TO |
|---|---|---|
| Final Invention Report | 13 AUG 2025 | Program Officer**, Grants Officer & afosr.aoard.deliverables@us.af.mil |
| Final Federal Financial Report, *including line item 11* | 14 JUN 2025 | Program Officer**, Grants Officer, afosr.aoard.deliverables@us.af.mil & Grant Admin Office (Block 12 of Grant Award Form) |
| Quarterly Federal Financial Report (SF 425) | *See below | Grant Admin Office (Block 12 of Grant Award Form) |

* SF425 Quarterly Federal Financial Reports are required if any payment is made by an advance. The quarterly end dates that must be used are 31 Mar, 30 Jun, 30 Sep, and 31 Dec. The reports must be submitted within thirty (30) days after the end of each reporting period.

Quarterly Federal Financial Reports (SF 425) are not required if all payments are by reimbursement.

SCHEDULE

** The Program Manager/Officer is shown on page 1 of the basic Grant award in Block 15.

All records pertinent to this award must be retained for a period of at least three years from the date of submission of the Final Federal Financial Report.

████████████████████████

**From:** ████████████████████████
**Sent:** Thursday, May 15, 2025 1:54 PM
**To:** ████████████████████████████
**Cc:** ████████████████████████████████████████

**Subject:** Released Mod P00001 Grant No. FA2386-24-1-4073 R&D 24IOA073, Quantum sensing for entangled millimeter-wave photons, PI: ████████████████
**Attachments:** 26_24IOA073_FA2386-24-1-4073_P00001_Termination_Digital.pdf

Dear ████████████████

Please find attached the official grant modification document, reflecting the termination of the subject grant.
1. Attached is a copy of the grant termination notice. Please ensure the Principal Investigator, courtesy copied herein, receives a copy of this document.
2. Should you have any questions regarding this action, please contact me.
We appreciate your attention to this matter.

Very respectfully,

████████████

Asian Office of Aerospace Research and Development (AOARD) Detachment 2 of
the Air Force Office of Scientific Research Unit 45002, APO AP 96337-5002

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████

CONFIDENTIALITY: This email is intended solely for the person(s) named and
may be confidential and/or privileged. If you are not the intended
recipient, please delete it, notify us and do not copy, use, or disclose its
content.

DoDHarv_00000005

# Grant/Cooperative Agreement Modification

| 1. AWARD NO.<br>FA2386-24-1-4073 | 2. MODIFICATION NO.<br>P00001 | 3. EFFECTIVE DATE<br>15 MAY 2025 | 4. PURCHASE REQUEST NO.<br>See Block 9 | | PAGE  OF<br>1   3 |
|---|---|---|---|---|---|

| 5. ISSUE BY    AOARD<br>ASIAN OFFICE OF AEROSPACE R&D        CODE  FA2386 | 6. AWARDED TO                                    CAGE CODE  1NQH4<br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br>OFFICE FOR SPONSORED PROGRAMS<br>1033 MASSACHUSETTS AVE STE 3<br>CAMBRIDGE MA 02138-5366<br>(617) 495-1817 |
|---|---|

9. ALLOCATED FUNDING:  The following funds with associated Accounting Classification reference number(s) (ACRNs) are allotted to this agreement:

| ACRN | FUND CITATION(s) | AMOUNT |
|---|---|---|
| | | |

SPECIAL INSTRUCTIONS:              N/A
PAYING OFFICE INSTRUCTIONS:        N/A
PAYMENT SCHEDULE (if applicable):  N/A

| 10. FUNDING HISTORY: | Government Share | 11. Recipient Share | 12. Total | |
|---|---|---|---|---|
| **Previously Obligated:** | $200,000.00 | $0.00 | | $200,000.00 |
| **Obligated by this Action:** | $0.00 | $0.00 | | $0.00 |
| **Total Obligated to date:** | $200,000.00 | $0.00 | | $200,000.00 |
| 13.TOTAL AWARD AMOUNT CHANGE | $0.00 | $0.00 | | $0.00 |

14. DESCRIPTION OF MODIFICATION

SEE SCHEDULE

| FOR THE RECIPIENT | FOR THE UNITED STATES OF AMERICA |
|---|---|
| 15. SIGNATURE | 16. SIGNATURE |
| 17. NAME AND TITLE | 18. DATE SIGNED | 19. NAME AND TITLE<br><br>GRANTS OFFICER | 20. DATE SIGNED<br>15 MAY 2025 |

ConWrite Version 7.7.4.0
Created 15 May 2025   11:41 AM

SCHEDULE

The subject grant award no longer effectuates the program goals or agency priorities as found in 2 CFR 200.340(a)(4) as incorporated into the DoD Research and Developmental General Terms and Conditions for grants by reference. This Grant is hereby terminated.

All costs incurred up to the date of this notification must be submitted no later than 30 calendar days from the termination date.

As a result, the period of performance is reduced from 36 months to 8 months as follows:
FROM: 23 SEP 2024 through 22 SEP 2027      TO: 23 SEP 2024 through 15 MAY 2025

As the subject grant no longer effectuates the program goals or agency priorities, the closeout requirement for a final tehcnial report is hereby waived. Reporting requirements are revised on the continuation page (pg. 2).

Also, the Government program manager is changed as follows:
FROM:
TO:

All other closeout requirements remain unchanged. All other terms and conditions remain the same.

RESEARCH TITLE: Quantum sensing for entangled millimeter-wave photons
PI:
PO:


**REPORTING REQUIREMENTS**

The following reports must be submitted. Reports are due on or before the following dates.

**Interim and Final Interim Research Performance Progress Reports (RPPR):** You must submit reports in accordance with the chart below.

| TYPE OF REPORT | DUE DATE | SUBMIT TO |
|---|---|---|
| Final Invention Report | 13 AUG 2025 | Program Officer**, Grants Officer & afosr.aoard.deliverables@us.af.mil |
| Final Federal Financial Report, *including line item 11* | 14 JUN 2025 | Program Officer**, Grants Officer, afosr.aoard.deliverables@us.af.mil & Grant Admin Office (Block 12 of Grant Award Form) |
| Quarterly Federal Financial Report (SF 425) | *See below | Grant Admin Office (Block 12 of Grant Award Form) |

* SF425 Quarterly Federal Financial Reports are required if any payment is made by an advance. The quarterly end dates that must be used are 31 Mar, 30 Jun, 30 Sep, and 31 Dec. The reports must be submitted within thirty (30) days after the end of each reporting period.

Quarterly Federal Financial Reports (SF 425) are not required if all payments are by reimbursement.

SCHEDULE   FA23862414073P00001

SCHEDULE

** The Program Manager/Officer is shown on page 1 of the basic Grant award in Block 15.

All records pertinent to this award must be retained for a period of at least three years from the date of submission of the Final Federal Financial Report.

**From:**
**To:**
**Cc:**
**Subject:**  Distribution for Termination of FA9550-20-1-0323 P00005
**Date:**  Wednesday, May 14, 2025 9:43:00 AM
**Attachments:**  FA9550-20-1-0323 P00005 Signed.pdf

Dear Sir/Madam,

1.      Attached is a copy of subject grant document. Request a copy of the award document be forwarded to the principal investigator as necessary.

2.      Any questions concerning this award may be directed to the AFOSR PK Grants Officer monitoring this grant.

Regards,

Contracting Specialist
Air Force Research Laboratories
Office of Scientific Research (AFOSR)

# Grant/Cooperative Agreement Modification

| 1. AWARD NO.<br>FA9550-20-1-0323 | 2. MODIFICATION NO.<br>P00005 | 3. EFFECTIVE DATE<br>14 MAY 2025 | 4. PURCHASE REQUEST NO.<br>See Block 9 | | PAGE  OF<br>1  2 |
|---|---|---|---|---|---|

| 5. ISSUE BY    AFRL/RBKR1<br>USAF, AFRL DUNS 143574726<br>AF OFFICE OF SCIENTIFIC RESEARCH | CODE  FA9550 | 6. AWARDED TO                              CAGE CODE  1NQH4<br>PRESIDENT AND FELLOWS OF HARVARD<br>COLLEGE<br>OFFICE FOR SPONSORED PROGRAMS<br>1033 MASSACHUSETTS AVE STE 3<br>CAMBRIDGE MA 02138-5366<br>(617) 495-5501 |
|---|---|---|

9. ALLOCATED FUNDING:  The following funds with associated Accounting Classification reference number(s) (ACRNs) are alotted to this agreement:

| ACRN | FUND CITATION(s) | AMOUNT |
|---|---|---|

SPECIAL INSTRUCTIONS:        PAYMENT WILL BE MADE BY ELECTRONIC FUNDS TRANSFER.

PAYING OFFICE INSTRUCTIONS:    Use Earliest Cited Funds First for Payment

PAYMENT SCHEDULE (if applicable): N/A. Submit an SF 270 Request for Reimbursement through WAWF iRAPT at https://piee.eb.mil for payment.

| 10. FUNDING HISTORY: | Government Share | 11. Recipient Share | 12. Total |
|---|---|---|---|
| **Previously Obligated:** | $7,500,000.00 | $0.00 | $7,500,000.00 |
| **Obligated by this Action:** | $0.00 | $0.00 | $0.00 |
| **Total Obligated to date:** | $7,500,000.00 | $0.00 | $7,500,000.00 |
| 13.TOTAL AWARD AMOUNT CHANGE | $0.00 | $0.00 | $0.00 |

14. DESCRIPTION OF MODIFICATION

The subject grant award no longer effectuates the program goals or agency priorities as found in 2 CFR 200.340(a)(4) as incorporated into the DoD Research and Development General Terms and Conditions for grants by reference. This grant is hereby terminated.

All costs incurred up to the date of this notification must be submitted no later than 30 calendar days from the termination date. As a result, the period of performance is reduced as follows:

FROM: 01 SEP 2020 - 31 AUG 2025
TO: 01 SEP 2020 - 14 MAY 2025

As the subject grant no longer effectuates the program goals or agency priorities, the closeout requirement for a final technical report is hereby waived. All other closeout requirements remain unchanged.

Reporting requirements are revised on the continuation page (pg. 2).

| FOR THE RECIPIENT | FOR THE UNITED STATES OF AMERICA |
|---|---|
| 15. SIGNATURE | 16. SIGNATURE |
| 17. NAME AND TITLE | 19. NAME AND TITLE |
| 18. DATE SIGNED | 20. DATE SIGNED<br>14 MAY 2025 |
| | GRANTS OFFICER |

ConWrite Version 7.7.4.0
Created 14 May 2025  9:35 AM

# Grant/Cooperative Agreement Modification

| 1. AWARD NO.<br>FA9550-22-1-0345 | 2. MODIFICATION NO.<br>P00003 | 3. EFFECTIVE DATE<br>14 MAY 2025 | 4. PURCHASE REQUEST NO.<br>See Block 9 | PAGE  OF<br>1   2 |
|---|---|---|---|---|

| 5. ISSUE BY     AFRL/RBKS1          CODE  FA9550<br>USAF, AFRL DUNS 143574726<br>AF OFFICE OF SCIENTIFIC RESEARCH<br><br>███████████████ | 6. AWARDED TO                    CAGE CODE  1NQH4<br>PRESIDENT AND FELLOWS OF HARVARD<br>COLLEGE<br>OFFICE FOR SPONSORED PROGRAMS<br>1033 MASSACHUSETTS AVE STE 3<br>CAMBRIDGE MA 02138-5366<br>(617) 495-5501 |
|---|---|

9. ALLOCATED FUNDING: The following funds with associated Accounting Classification reference number(s) (ACRNs) are allotted to this agreement:

| ACRN | FUND CITATION(s) | AMOUNT |
|---|---|---|
| | | |

SPECIAL INSTRUCTIONS:          Payment will be made by Electronic Funds Transfer (EFT).
PAYING OFFICE INSTRUCTIONS:    Use Earliest Cited Funds First for Payment.
PAYMENT SCHEDULE (if applicable): N/A. Submit a SF 270 Request for Reimbursement through WAWF at https://piee.eb.mil for payment.

| 10. FUNDING HISTORY: | Government Share | 11. Recipient Share | 12. Total | |
|---|---|---|---|---|
| **Previously Obligated:** | $663,231.00 | $0.00 | | $663,231.00 |
| **Obligated by this Action:** | $0.00 | $0.00 | | $0.00 |
| **Total Obligated to date:** | $663,231.00 | $0.00 | | $663,231.00 |
| 13.TOTAL AWARD AMOUNT CHANGE | $0.00 | $0.00 | | $0.00 |

14. DESCRIPTION OF MODIFICATION

The subject grant award no longer effectuates the program goals or agency priorities as found in 2 CFR 200.340(a)(4) as incorporated into the DoD Research and Development General Terms and Conditions for grants by reference. This grant is hereby terminated.

All costs incurred up to the date of this notification must be submitted no later than 30 calendar days from the termination date. As a result, the period of performance is reduced as follows:

FROM: 01 SEP 2022 - 31 AUG 2025 TO: 01 SEP 2022 - 14 MAY 2025

As the subject grant no longer effectuates the program goals or agency priorities, the closeout requirement for a final technical report is hereby waived. All other closeout requirements remain unchanged. Reporting requirements are revised on the continuation page (pg. 2).

| FOR THE RECIPIENT | FOR THE UNITED STATES OF AMERICA |
|---|---|
| 15. SIGNATURE | 16. SIGNATURE |
| 17. NAME AND TITLE | 18. DATE SIGNED | 19. NAME AND TITLE ███████████<br><br>GRANTS OFFICER | 20. DATE SIGNED |

ConWrite Version 7.7.4.0
Created 13 May 2025  3:48 PM

SCHEDULE

---

**REPORTING REQUIREMENTS (REVISED)**

| TYPE OF REPORT | DUE DATE | SUBMIT TO |
|---|---|---|
| Final Federal Financial Report, (SF 425) including line item 11 | 13 JUN 2025 | Grant Admin Office (Block 12 of Grant Award Form) & afrl.afosr.pkcontracting@us.af.mil |
| Quarterly Federal Financial Report (SF 425) | *See below | Grant Admin Office (Block 12 of Grant Award Form) |

** The Program Manager/Officer is shown on page 1 of the basic Grant award in Block 15.

* SF 425 Quarterly Federal Financial Reports are required if any payment is made by an advance. The quarterly end dates that must be used are 31 Mar, 30 Jun, 30 Sep, and 31 Dec. The reports must be submitted within thirty (30) days after the end of each reporting period.

Quarterly Federal Financial Reports (SF 425) are not required if all payments are by reimbursement.

AFOSR prefers Performance Reports be submitted electronically, however, if the awardee does not have access to electronic means, send paper copies of Performance Reports to the appropriate Program Manager and office symbol listed in Block 15 of page 1 of the basic grant award at the following address:

█████████████████████████████████████████

All records pertinent to this award must be retained for a period of at least three years from the date of submission of the Final Federal Financial Report.

**The remainder of this page is intentionally left blank.**

| | |
|---|---|
| **From:** | ████████████████████████ |
| **To:** | |
| **Cc:** | |
| **Subject:** | Distribution of Award FA9550-23-1-0040 P00004 Termination |
| **Date:** | Tuesday, May 13, 2025 5:58:00 PM |
| **Attachments:** | FA9550-23-1-0040 P00004.pdf |

Good evening,

Please find attached the subject grant modification. If you have any questions regarding this grant please let me know.

Thank you

████████

████████████

Grants, OT, & Contracting Officer
Air Force Office of Scientific Research

████████████████████

# Grant/Cooperative Agreement Modification

| 1. AWARD NO. FA9550-23-1-0429 | 2. MODIFICATION NO. P00002 | 3. EFFECTIVE DATE 14 MAY 2025 | 4. PURCHASE REQUEST NO. See Block 9 | PAGE  OF 1    2 |
|---|---|---|---|---|

| 5. ISSUE BY    AFRL/RBKS1  CODE  FA9550 USAF, AFRL DUNS 143574726 AF OFFICE OF SCIENTIFIC RESEARCH ███████████████ | 6. AWARDED TO                    CAGE CODE   1NQH4 PRESIDENT AND FELLOWS OF HARVARD COLLEGE OFFICE FOR SPONSORED PROGRAMS 1033 MASSACHUSETTS AVE STE 3 CAMBRIDGE MA 02138-5366 (617) 495-5501 |
|---|---|

9. ALLOCATED FUNDING:  The following funds with associated Accounting Classification reference number(s) (ACRNs) are allotted to this agreement:

**ACRN      FUND CITATION(s)**                                                                                          **AMOUNT**

SPECIAL INSTRUCTIONS:          PAYMENT WILL BE MADE BY ELECTRONIC FUNDS TRANSFER.
PAYING OFFICE INSTRUCTIONS:    Use Earliest Cited Funds First for Payment
PAYMENT SCHEDULE (if applicable):  N/A. Submit a SF 270 Request for Reimbursement through WAWF at https://piee.eb.mil for payment.

| 10. FUNDING HISTORY: | Government Share | 11. Recipient Share | 12. Total | |
|---|---|---|---|---|
| **Previously Obligated:** | $233,624.00 | $0.00 | | $233,624.00 |
| **Obligated by this Action:** | $0.00 | $0.00 | | $0.00 |
| **Total Obligated to date:** | $233,624.00 | $0.00 | | $233,624.00 |
| 13.TOTAL AWARD AMOUNT CHANGE | -$122,366.00 | $0.00 | | -$122,366.00 |

14. DESCRIPTION OF MODIFICATION

The subject grant award no longer effectuates the program goals or agency priorities as found in 2 CFR 200.340(a)(4) as incorporated into the DoD Research and Development General Terms and Conditions for grants by reference. This grant is hereby terminated.

All costs incurred up to the date of this notification must be submitted no later than 30 calendar days from the termination date. As a result, the period of performance is reduced as follows:

FROM: 01 JUL 2023 - 30 JUN 2026 TO: 01 JUL 2023 - 14 MAY 2025

As the subject grant no longer effectuates the program goals or agency priorities, the closeout requirement for a final technical report is hereby waived. All other closeout requirements remain unchanged. Reporting requirements are revised on the continuation page (pg. 2).

| FOR THE RECIPIENT | FOR THE UNITED STATES OF AMERICA |
|---|---|
| 15. SIGNATURE | 16. SIGNATURE |
| 17. NAME AND TITLE | 18. DATE SIGNED | 19. NAME AND TITLE  ████████████  GRANTS OFFICER | 20. DATE SIGNED |

ConWrite Version 7.7.4.0
Created 13 May 2025  4:02 PM

SCHEDULE

---

**REPORTING REQUIREMENTS (REVISED)**

| TYPE OF REPORT | DUE DATE | SUBMIT TO |
|---|---|---|
| Final Federal Financial Report, (SF 425) including line item 11 | 13 JUN 2025 | Grant Admin Office (Block 12 of Grant Award Form) & afrl.afosr.pkcontracting@us.af.mil |
| Quarterly Federal Financial Report (SF 425) | *See below | Grant Admin Office (Block 12 of Grant Award Form) |

\** The Program Manager/Officer is shown on page 1 of the basic Grant award in Block 15.

\* SF 425 Quarterly Federal Financial Reports are required if any payment is made by an advance. The quarterly end dates that must be used are 31 Mar, 30 Jun, 30 Sep, and 31 Dec. The reports must be submitted within thirty (30) days after the end of each reporting period.

Quarterly Federal Financial Reports (SF 425) are not required if all payments are by reimbursement.

AFOSR prefers Performance Reports be submitted electronically, however, if the awardee does not have access to electronic means, send paper copies of Performance Reports to the appropriate Program Manager and office symbol listed in Block 15 of page 1 of the basic grant award at the following address:

All records pertinent to this award must be retained for a period of at least three years from the date of submission of the Final Federal Financial Report.

**The remainder of this page is intentionally left blank.**

**From:** ████████████████████████████████

**Sent:** Tuesday, May 13, 2025 2:07 PM

**To:** ████████████████████████████████

**Cc:** ████████████████████████████████

**Subject:** SUSPENSION OF WORK NOTICE FA8750-22-1-0500

Good afternoon,

Given this is an assistance instrument governed by the Code of Federal Regulations, Title 32, Subchapter C, DoD Grant and Agreement Regulations, there is no formal stop work order clause to enforce. However, please be advised that this email serves as a suspension of work notice effective immediately and notice that a termination mod is forthcoming per direction of SecDef.

Please confirm receipt of this email.

Thank you,

████████████████

Contracting Officer
AFRL/RIKF

DoDHarv_00000017

# Grant/Cooperative Agreement Modification

| 1. AWARD NO.<br>FA8750-22-1-0500 | 2. MODIFICATION NO.<br>P00008 | 3. EFFECTIVE DATE<br>13 MAY 2025 | 4. PURCHASE REQUEST NO.<br>See Block 9 | PAGE  OF<br>1    2 |
|---|---|---|---|---|

| 5. ISSUE BY    AFRL/RIKF          CODE  FA8750<br>USAF, AFMC<br>AIR FORCE RESEARCH LABORATORY | 6. AWARDED TO                        CAGE CODE  1NQH4<br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br>OFFICE FOR SPONSORED PROGRAMS<br>1033 MASSACHUSETTS AVE STE 3<br>CAMBRIDGE MA 02138-5366<br>(617) 495-5501 |
|---|---|

9. ALLOCATED FUNDING: The following funds with associated Accounting Classification reference number(s) (ACRNs) are allotted to this agreement:

| ACRN     FUND CITATION(s) | AMOUNT |
|---|---|

SPECIAL INSTRUCTIONS:       PAYMENT WILL BE MADE BY ELECTRONIC FUNDS TRANSFER.
PAYING OFFICE INSTRUCTIONS:
PAYMENT SCHEDULE (if applicable):

| 10. FUNDING HISTORY: | Government Share | 11. Recipient Share | 12. Total | |
|---|---|---|---|---|
| **Previously Obligated:** | $456,000.00 | $0.00 | | $456,000.00 |
| **Obligated by this Action:** | $0.00 | $0.00 | | $0.00 |
| **Total Obligated to date:** | $456,000.00 | $0.00 | | $456,000.00 |
| 13.TOTAL AWARD AMOUNT CHANGE | $0.00 | $0.00 | | $0.00 |

14. DESCRIPTION OF MODIFICATION

The purpose of this modification is to terminate the Grant in accordance with Article 2.011.

| FOR THE RECIPIENT | FOR THE UNITED STATES OF AMERICA |
|---|---|
| 15. SIGNATURE | 16. SIGNATURE |
| 17. NAME AND TITLE | 18. DATE SIGNED | 19. NAME AND TITLE<br><br>GRANTS OFFICER | 20. DATE SIGNED<br>13 MAY 2025 |

ConWrite Version 7.7.4.0
Created 13 May 2025  2:41 PM

DoDHarv_00000018

SCHEDULE

1. In accordance with Article 2.011 TERMINATION, this Grant is hereby terminated due to Secretary of Defense notification dated 13 May 2025.

2. Continuation of Block 8 is revised to read as follows:

Continuation of Block 8, Period of Performance:
Period of Performance: approximately 32 months after the effective date of agreement.
Technical Completion Date: 13 MAY 2025
Final Performance Report Due Date: NOT REQUIRED

3. LIMITATION.  All other terms and conditions of this agreement remain unchanged.

**From:**
**Sent:** Tuesday, May 13, 2025 2:05 PM
**To:**
**Cc:**

**Subject:** Notice of Termination of Awards

As of today, 13 May 2025, your institution is required to stop work and cease incurring costs related to the listed awards below. These awards are terminated with an effective date of today 13 May 2025, in accordance with 2 CFR 200.340(a)(4) which states "The Federal award may be terminated in part or its entirety as follows: By the Federal agency or pass-through entity pursuant to the terms and conditions of the Federal award, including, to the extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

A termination modification will be forthcoming shortly after this message. In the interim, please provide the Government with a summary of costs incurred to date so that they can be reviewed and authorized for final payment.

Please acknowledge receipt of this email and provide a point of contract related to this matter.

Awards that are terminated:
W911NF-19-2-0168
W911NF-20-1-0021
W911NF-20-1-0082
W911NF-20-1-0163
W911NF-21-2-0146
W911NF-21-2-0147
W911NF-22-1-0219
W911NF-22-1-0248
W911NF-23-2-0219
W911NF-24-1-0079
W911NF-24-2-0195

If you have any questions, please let me know.

Procurement Contracting/Grants/Agreements Officer
US Army Contracting Command -APG-RTP Division (CCAP-MDR)

DoDHarv_00000020



**DEPARTMENT OF THE NAVY**

IN REPLY REFER TO:

ONR 253
ONR Grants
May 13, 2025

Harvard University
Attn:
1033 Massachusetts Ave Ste 3
Cambridge MA

Subject: ONR Grants for Termination

Dear

On May 13, 2025, the Secretary of Defense identified grants that are not aligned with DoD
priorities and directed termination. The terminations will either be issued unilaterally by the
Government or by mutual agreement based on the terms and conditions in the grant.

In accordance with Section C. Termination, OAR Article III of the DoD Research and
Development General Terms and Conditions (SEPT 2023), the grants listed below are hereby
unilaterally terminated in their entirety as they no longer effectuate the program goals or
agency priorities.

Grants with Sept 2023 T&C's

| Principal Investigator | Grant number | Title |
|---|---|---|
|  | N000142312684 | FISH SKIN AS A MULTIFUNCTIONAL HYDRODYNAMIC MATERIAL |
| | N000142312802 | TOWARDS DISTRIBUTED AND ONLINE PARTIALLY OBSERVABLE STOCHASTIC CAMOUFLAGE GAMES |
| | N000142412081 | NON-ABELIAN ANYON BRAIDING IN CORBINO TOPOLOGICAL JOSEPHSON JUNCTIONS |
| | N000142412282 | MICROPOROUS WATER FOR IN VIVO GAS ABSORPTION |
| | N000142412704 | COLLECTIVE DECISION MAKING WITH LARGE LANGUAGE MODELS |
| | N000142412726 | SUPPORTING HUMAN LEARNING IN THE CONTEXT OF AI-ASSISTED DECISION-MAKING |

DoDHarv_00000021

Recipients should terminate any further actions to limit expenses incurred as of the date of receipt of this notice of termination.  The recipient remains responsible for compliance with the post award requirements of OAR Articles VI and VII of the DoD Research and Development General Terms and Conditions (SEPT 2023).

In accordance with DoD Research and Development General Terms and Conditions, OAR Article III.  Remedies and Termination. (T&C Date see list below) Section C.1.b, the grants listed below are being mutually terminated.   Therefore, you are asked to reply by May 20, 2025, with proposed termination conditions, including a reasonable effective date for consideration and discussions, as necessary, to reach an agreement quickly.

Grants and T&C dates are listed below.

| Principal Investigator | Grant Number | Title | T&C date |
|---|---|---|---|
|  | N000142112478 | MATERIALS DESIGN FOR THERMAL RADIATION BLOCKING THERMAL BARRIER COATINGS | Mar-21 |
|  | N000142112664 | EXPLORATION OF KACS WALK AND ANALYSIS OF BAYESIAN DISTRIBUTED COMPUTING | Mar-21 |
|  | N000142112958 | PROGRAMMABLE ASSEMBLY OF FUNCTIONAL HUMAN TISSUES | Mar-21 |
|  | N000142212470 | CARBON DIOXIDE REDUCTION CATALYSIS TO ELIMINATE THE NEED FOR REBREATHERS IN DIVING OPERATIONS | Sep-21 |
|  | N000142212739 | AQUEOUS POROUS LIQUIDS FOR UNDERSEA MEDICINE | Sep-21 |
|  | N000142312051 | BRAIN INSPIRED NEURAL COMPUTATION OF STRUCTURED KNOWLEDGE | Sep-21 |
|  | N000142312489 | ESTIMATING THE TREATMENT EFFECT IN HIGH-DIMENSIONS UNDER INTERFERENCE | Sep-21 |
|  | N000142512128 | SELF-REGULATING SURFACES THAT MITIGATE DETRIMENTAL CHANGES IN MARINE CONDITIONS | Oct-24 |
|  | N000142512129 | DURIP: ENHANCING ELECTROMAGNETIC WAVE COUPLING TO TOPOLOGICAL QUANTUM STATES IN LOW DIMENSIONAL MATERIALS | Oct-24 |
|  | N000142512152 | GENERATING BREATHABLE OXYGEN FROM SEAWATER FOR UNDERWATER OPERATIONS | Oct-24 |
|  | N000142512153 | SOCIAL CHOICE FOR AI ALIGNMENT | Oct-24 |

DoDHarv_00000022

    N000142512173    REPRESENTATION-BASED
REINFORCEMENT LEARNING FOR
AUTONOMOUS SYSTEMS                        Oct-24

If you have any questions, please contact

Sincerely,

Grants Officer

Cc:  (PI's)
      (PO's)

DoDHarv_00000023

**From:** ██████████████
**To:**
**Cc:**
**Subject:** RE: Termination Notice for HR00112220036-ASKEM
**Date:** Thursday, May 15, 2025 10:00:08 AM

Dear ███

Thank you for contacting me. I am writing to confirm receipt of this termination notice.

Yours



**Harvard Medical School | Office of Research Administration (ORA)**

Please note: my standard hours are 9:30am-5:30pm EST Monday-Friday

**From:** ████████████████
**Sent:** Tuesday, May 13, 2025 4:14 PM
**To:** ██████████████████████
**Cc:** ████████████████████████████

**Subject:** Termination Notice for HR00112220036-ASKEM
**Importance:** High

As a follow up to the VM I just left you, please find the attached termination notice for the above referenced Cooperative Agreement. Thank you for the efforts Harvard as expended supporting this program. Please reach out with any questions.

Respectfully,



Contracting, Grants, and Agreements Officer
Defense Advanced Research Projects Agency (DARPA)
Contracts Management Office (CMO)





## DEFENSE ADVANCED RESEARCH PROJECTS AGENCY

May 13, 2025

**Via Electronic Mail**: ███████████████████████

President & Fellows of Harvard College
Harvard Medical School
Office of Research Administration
25 Shattuck St
Boston, MA 02115-6027

Subject: Notice of Termination of Cooperative Agreement HR00112220036

Dear 

In accordance with 2 CFR § 200.341(a), this document serves as the notice of termination of the subject cooperative agreement. The Government is unilaterally terminating this cooperative agreement in whole, in accordance with 2 CFR § 200.340(a)(4), because this cooperative agreement no longer effectuates the program goals or agency priorities. This termination is also executed in accordance with OAR Article III. Remedies and Termination, Section C. Termination Paragraph 1.a.iii of DoD R&D General Terms and Conditions January 2022. This termination is effective May 13, 2025 and will be followed with a unilateral modification to the cooperative agreement for your records once a settlement agreement has been reached.

The termination of the aforementioned cooperative agreement shall be subject to the settlement of any outstanding obligations. Pursuant to 2 CFR § 200.343, the allowability of costs incurred prior to the termination date will be assessed in accordance with applicable cost principles. No additional obligations or expenditures shall be incurred on or after the termination date without express written authorization from this office. It is the Government's position to de-obligate all remaining funds.

You shall take the following steps:
  (a) Stop all programmatic activities authorized under the cooperative agreement, discontinue any planned expenditures or commitments, and refrain from initiating any new work, subawards, or obligations related to the project.
  (b) Keep adequate records of your compliance showing the—
      a. Date you received the Notice of Termination;
      b. Effective date of the termination; and
      c. Extent of completion of performance on the effective date.
  (c) Furnish notice of termination to each immediate subawardee that will be affected by this termination. In the notice, specify your government cooperative agreement number and state that the cooperative agreement has been terminated completely. Provide instructions to stop all work, discontinue any planned expenditures or commitments, and refrain from initiating any new work, subawards, or obligations related to the project, and terminate all subawardees under the cooperative agreement; provide instructions to submit any settlement proposal promptly; and request that similar notices and instructions be given to its immediate subawardees.
  (d) Take any other action required by the GO or under the Termination terms of the cooperative agreement.

DoDHarv_00000026

Additionally, the Government asks that you adhere to the closeout guidance as provided in 2 CFR § 200.344 "Closeout". Matters not covered by this notice should be brought to the attention of the undersigned. Upon completion of the above but no later than 30 days from the date of this letter, please provide a settlement proposal for this termination. Please acknowledge receipt of this notice as provided below.

Sincerely,

Grants Officer
Contracts Management Office

ACKNOWLEDGEMENT OF NOTICE

The undersigned acknowledges receipt of a signed copy of this notice on _____ , 20_____ .

_____
President & Fellows of Harvard College
Harvard Medical School

By _____
(Name)

_____
(Title)

Page **2** of 2

| From: | ▮▮▮▮▮ |
| To: | ▮▮▮▮▮ |
| Cc: | |
| Subject: | Termination Notice for HR00112220036-ASKEM |
| Date: | Tuesday, May 13, 2025 4:13:35 PM |
| Attachments: | Termination Letter-ASKEM-HR00112220036-Signed.pdf |
| Importance: | High |



As a follow up to the VM I just left you, please find the attached termination notice for the above referenced Cooperative Agreement. Thank you for the efforts Harvard as expended supporting this program. Please reach out with any questions.

Respectfully,

Contracting, Grants, and Agreements Officer
Defense Advanced Research Projects Agency (DARPA)
Contracts Management Office (CMO)

DoDHarv_00000028

| | |
|---|---|
| **From:** | ██████████████████████████ |
| **To:** | ████████████ |
| **Cc:** | ████████ |
| **Subject:** | Termination of AFOSR Grant Award: FA9550-22-1-0345 P00003 |
| **Date:** | Wednesday, May 14, 2025 9:02:00 AM |
| **Attachments:** | FA9550-22-1-0345 P00003.pdf |

Good morning:

The attached document contains the termination modification for FA9550-22-1-0345. Revised reporting requirements can be found on page 2 of the attached document.

Please let me know if you have any questions.

Thank you,

██████████

██████████████

Contracting Officer | Grants Officer
Air Force Office of Scientific Research | Air Force Research Laboratory

██████████████████████



| From: | |
|---|---|
| To: | |
| Cc: | |
| Subject: | Termination of AFOSR Grant: FA9550-23-1-0429 P00002 |
| Date: | Wednesday, May 14, 2025 9:12:00 AM |
| Attachments: | FA9550-23-1-0429 P00002.pdf |

Good morning:

The attached document contains the termination modification for FA9550-23-1-0429. Revised reporting requirements can be found on page 2 of the attached document.

Please let me know if you have any questions.

Thank you,

Contracting Officer | Grants Officer
Air Force Office of Scientific Research | Air Force Research Laboratory

# Grant/Cooperative Agreement Modification

| 1. AWARD NO. | 2. MODIFICATION NO. | 3. EFFECTIVE DATE | 4. PURCHASE REQUEST NO. | PAGE | OF |
|---|---|---|---|---|---|
| FA9550-23-1-0040 | P00004 | 14 MAY 2025 | See Block 9 | 1 | 2 |

| 5. ISSUE BY    AFRL/RBKS2    CODE  FA9550 | 6. AWARDED TO                     CAGE CODE  1NQH4 |
|---|---|
| USAF, AFRL DUNS 143574726<br>AF OFFICE OF SCIENTIFIC RESEARCH<br>▮▮▮▮▮▮▮▮▮▮ | PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br>OFFICE FOR SPONSORED PROGRAMS<br>1033 MASSACHUSETTS AVE STE 3<br>CAMBRIDGE MA 02138-5366<br>(617) 495-5501 |

9. ALLOCATED FUNDING: The following funds with associated Accounting Classification reference number(s) (ACRNs) are allotted to this agreement:

| ACRN | FUND CITATION(s) | AMOUNT |
|---|---|---|
| | | |

SPECIAL INSTRUCTIONS:          PAYMENT WILL BE MADE BY ELECTRONIC FUNDS TRANSFER.

PAYING OFFICE INSTRUCTIONS:    Use Earliest Cited Funds First for Payment

PAYMENT SCHEDULE (if applicable):  N/A. Submit a SF 270 Request for Reimbursement through WAWF at https://piee.eb.mil for payment.

| 10. FUNDING HISTORY: | Government Share | 11. Recipient Share | 12. Total | |
|---|---|---|---|---|
| **Previously Obligated:** | $675,915.00 | $0.00 | | $675,915.00 |
| **Obligated by this Action:** | $0.00 | $0.00 | | $0.00 |
| **Total Obligated to date:** | $675,915.00 | $0.00 | | $675,915.00 |
| **13.TOTAL AWARD AMOUNT CHANGE** | $0.00 | $0.00 | | $0.00 |

14. DESCRIPTION OF MODIFICATION

The subject grant award no longer effectuates the program goals or agency priorities as found in 2 CFR 200.340(a)(4) as incorporated into the DoD Research and Development General Terms and Conditions for grants by reference. This Grant is hereby terminated.

All costs incurred up to the date of this notification must be submitted no later than 30 calendar days from the termination date.

As a result, the period of performance is reduced from 36 months to 29 months as follows:
FROM: 15 DEC 2022 through 14 DEC 2025     TO: 15 DEC 2022 through 14 MAY 2025

As the subject grant no longer effectuates the program goals or agency priorities, the closeout requirement for a final technical report is hereby waived. Reporting requirements are revised on the continuation page (pg. 2).

All other closeout requirements remain unchanged. All other terms and conditions remain the same.



| FOR THE RECIPIENT | FOR THE UNITED STATES OF AMERICA |
|---|---|
| 15. SIGNATURE | 16. SIGNATURE ▮▮▮▮▮▮▮▮ |
| 17. NAME AND TITLE | 18. DATE SIGNED | 19. NAME AND TITLE ▮▮▮▮▮▮ <br> GRANTS OFFICER | 20. DATE SIGNED <br> 13 MAY 2025 |

ConWrite Version 7.7.4.0
Created 13 May 2025  5:51 PM

SCHEDULE

**BLOCK 14 CONTINUED**

**REPORTING REQUIREMENTS (REVISED)**

The following reports must be submitted. Reports are due on or before the following dates.

| TYPE OF REPORT | DUE DATE | SUBMIT TO |
|---|---|---|
| Interim Research Performance Progress Reports | 14 DEC 2023 | Pgm Mgr* & https://community.apan.org/wg/afosr/p/deliverables |
| Interim Research Performance Progress Reports | 14 DEC 2024 | Pgm Mgr* & https://community.apan.org/wg/afosr/p/deliverables |
| Final Invention Report | 14 AUG 2025 | afrl.afosr.pkcontracting@us.af.mil |
| Final Federal Financial Report, including line item 11 | 14 JUN 2025 | Grant Admin Office (Block 12 of Grant Award Form) & afrl.afosr.pkcontracting@us.af.mil |
| Quarterly Federal Financial Report (SF 425) | *See below | Grant Admin Office (Block 12 of Grant Award Form) |

* The Program Manager/Officer is shown on page 1 of the basic Grant award in Block 15.

** SF 425 Quarterly Federal Financial Reports are required if any payment is made by an advance. The quarterly end dates that must be used are 31 Mar, 30 Jun, 30 Sep, and 31 Dec. The reports must be submitted within thirty (30) days after the end of each reporting period.

Quarterly Federal Financial Reports (SF 425) are not required if all payments are by reimbursement.

AFOSR prefers Performance Reports be submitted electronically, however, if the awardee does not have access to electronic means, send paper copies of Performance Reports to the appropriate Program Manager and office symbol listed in Block 15 of page 1 of the basic grant award at the following address:

All records pertinent to this award must be retained for a period of at least three years from the date of submission of the Final Federal Financial Report.

| | |
|---|---|
| **From:** | |
| **To:** | |
| **Subject:** | FW: Termination of Harvard University grants |
| **Date:** | Tuesday, May 13, 2025 11:53:46 AM |
| **Attachments:** | Harvard Grants for Termination vF.pdf |
| **Importance:** | High |

fysa

**From:**
**Sent:** Tuesday, May 13, 2025 11:41 AM
**To:**

**Cc:** Buria, Ricky D SES (USA) <Ricky.Buria@sd.mil>;

**Subject:** Termination of Harvard University grants
**Importance:** High

ALCON –

SecDef has directed termination of the attached grants to Harvard University.  Please issue
SWO+termination notice by EOD today, 5/13, for the grants in your respective portfolios, and
note in shared spreadsheet tracker (Column V) once sent.

Thank you for your prompt action on this directive.

VR



**SECRETARY OF DEFENSE**
1000 DEFENSE PENTAGON
WASHINGTON, DC 20301-1000

MAY 1 2 2025

Dr. Alan M. Garber
Office of the President
Harvard University
Massachusetts Hall
Cambridge, MA 02138

Dear Dr. Garber:

The Department of Defense (DoD) is hereby providing notice that funding for the projects in the enclosed spreadsheet will be terminated pursuant to 2 C.F.R. § 200.340(a)(4). At the time the Notices of Award were issued, 2 C.F.R. § 200.340(a) permitted termination "by the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

These awards to Harvard University no longer effectuate agency priorities of the DoD. DoD is responsible for ensuring that its limited resources are appropriately allocated, and DoD priorities include ensuring that grant dollars should only support institutions that comply with principles and laws of nondiscrimination.

In context of these policies and priorities, we understand that Harvard continues to engage in race discrimination, including in its admissions process, and in other areas of student life, such as access to the Law Review at Harvard Law School. We are also aware of recent events at Harvard University involving antisemitic action that suggest the institution has a disturbing lack of concern for the safety and wellbeing of Jewish students. Harvard's ongoing inaction in the face of repeated and severe harassment and targeting of Jewish students has ground day-to-day campus operations to a halt, deprived Jewish students of learning and research opportunities to which they are entitled, and brought shame upon the University and our nation as a whole. Indeed, as the Harvard Presidential Task Force on Combating Antisemitism and Anti-Israeli Bias concluded, actions at Harvard during the 2023-2024 academic year resulted in widespread abuse of Jewish and Israeli students by an institution "that mainstreamed and normalized what many Jewish and Israeli students experience as antisemitism and anti-Israeli bias." Supporting research in such an environment is plainly inconsistent with DoD's priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[1] Nothing in this notice excuses either DoD or you from complying with the closeout obligations imposed by 2 C.F.R. § 200.344. DoD will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov*.[2]

---

[1] *See* 2 C.F.R. § 200.343.
[2] 2 C.F.R. § 200.341(c).

**Administrative Appeal (if applicable)**

If applicable, you may object and provide information and documentation challenging these terminations.

You must submit a request for such review to the Office of the Secretary of Defense no later than 30 days after this letter is received, except that if you show good cause why an extension of time should be granted, the DoD may grant an extension of time.

The request for review must include a copy of this decision, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.

Sincerely,

Enclosure:
As stated

2

# ENCLOSURE

DoDHarv_00000041

| Award ID (PIID) | Recipient Name | Period of Performance Start Date | Period of Performance End Date | Total Award Amount | Award Description | Awarding Agency Name | Funding Subagency Name |
|---|---|---|---|---|---|---|---|
| FA23862414070 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 9/25/2024 | 9/24/2027 | $200,000 | TOWARDS A NEW QUANTUM PLATFORM BASED ON ULTRACOLD MOLECULES | Department of Defense | Department of the Air Force |
| FA23862414073 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 9/23/2024 | 9/22/2027 | $200,000 | BASIC RESEARCH FOR AOARD PROPOSAL 24IOA073 "QUANTUM SENSING FOR ENTANGLED MILLIMETER-WAVE PHOTONS", DATED 02 JUL 2024 (THE GRANTEE'S TECHNICAL PROPOSA | Department of Defense | Department of the Air Force |
| FA87502210500 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 9/20/2022 | 12/19/2025 | $441,000 | DIAL ACCELERATORS FOR DEEP NUERAL NETWORKS: DISTRIBUTED AND NETWORKED, IN-EMBEDDED-HARDWARE, ADVERSARIAL GENERATIVE, LOW-PRECISION ARI | Department of Defense | Department of the Air Force |
| FA95502010323 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 9/1/2020 | 8/31/2025 | $7,500,000 | (MURI) NEW APPROACHES TO QUANTUM CONTROL WITH INDIVIDUAL MOLECULE SENSITIVITY | Department of Defense | Department of the Air Force |
| FA95502110429 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 9/15/2021 | 9/14/2025 | $6,000,000 | TUNNELING PHENOMENA IN INTERFACE SUPERCONDUCTORS | Department of Defense | Department of the Air Force |
| FA95502210228 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 7/1/2022 | 6/30/2025 | $450,000 | OPTICALLY-CONTROLLED, GENETICALLY-TARGETED CHEMICAL ASSEMBLY OF ELECTRICALLY FUNCTIONAL MATERIALS FOR NEUROMODULATION. | Department of Defense | Department of the Air Force |
| FA95502210288 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 6/15/2022 | 6/14/2027 | $603,134 | LASER COOLING AND TRAPPING OF ASYMMETRIC TOP MOLECULES FOR QUANTUM SCIENCE | Department of Defense | Department of the Air Force |
| FA95502210345 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 9/1/2022 | 8/31/2025 | $663,231 | CELLULAR FOUNDATIONS OF MEMORY | Department of Defense | Department of the Air Force |
| FA95502310040 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 12/15/2022 | 12/14/2025 | $675,915 | CORRELATED TOPOLOGICAL STATES IN MOIRE SUPERLATTICES OF INTRINSIC MAGNETIC TOPOLOGICAL INSULATOR | Department of Defense | Department of the Air Force |
| FA95502310429 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 7/1/2023 | 6/30/2026 | $233,624 | ANALYZING MULTI-LAYER NETWORKS VIA GRAPHEX MODELS | Department of Defense | Department of the Air Force |
| FA95502310538 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 9/1/2023 | 8/31/2028 | $955,756 | INTERACTING AND ENTANGLING POLAR MOLECULES WITH SINGLE-SITE CONTROL IN 1D AND 2D ARRAYS | Department of Defense | Department of the Air Force |
| FA95502310699 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 9/1/2023 | 8/31/2027 | $233,330 | CASCADED MODE CONVERTER INTEGRATED OPTICS | Department of Defense | Department of the Air Force |
| FA95502410060 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 3/1/2024 | 2/28/2026 | $1,798,146 | (DURIP) QUANTUM INFORMATION SCIENCE WITH ULTRACOLD LASER-COOLED MOLECULES | Department of Defense | Department of the Air Force |

| FA95502410311 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 9/30/2024 | 9/29/2029 | $190,000 | FUNDAMENTAL PHYSICS & APPLICATIONS OF ATOMIC COOPERATIVE ARRAYS IN BIO-INSPIRED GEOMETRIES | Department of Defense | Department of the Air Force |
|---|---|---|---|---|---|---|---|
| FA95502510019 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 11/1/2024 | 10/31/2027 | $320,000 | HIGH TEMPERATURE SUPERCONDUCTOR TWISTRONICS | Department of Defense | Department of the Air Force |
| HDTRA12110016 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 4/12/2021 | 9/30/2025 | $2,000,000 | FUNDAMENTAL STUDIES OF STORED ENERGY FOR PHOTOCHEMICAL DESTRUCTION OF CWA SIMULANTS | Department of Defense | Defense Threat Reduction Agency |
| HQ00342110012 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 9/15/2021 | 9/14/2025 | $5,999,407 | NATIONAL DEFENSE EDUCATION PROGRAM - BUILDING A STRONGER STEM FOUNDATION: ONLINE DATA SCIENCE EDUCATION AT SCALE | Department of Defense | Immediate Office of the Secretary of Defense |
| HQ00342310012 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 10/1/2023 | 9/30/2026 | $5,981,962 | NATIONAL DEFENSE EDUCATION PROGRAM SCIENCE, TECHNOLOGY, ENGINEERING, AND MATHEMATICS: EDUCATING FOR AMERICAN DEMOCRACY - A NATIONAL PROGRAM FOR CIVIC EDUCATOR PROFESSIONAL DEVELOPMENT | Department of Defense | Immediate Office of the Secretary of Defense |
| HR00112220036 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 8/8/2022 | 6/13/2026 | $3,928,164 | THE PURPOSE OF THIS AGREEMENT IS TO FUND RESEARCH SUPPORTING THE DEFENSE ADVANCED RESEARCH PROJECTS AGENCY (DARPA) AUTOMATING SCIENTIFIC KNOWLEDGE EXTRACTION AND MODELING (ASKEM) PROGRAM. THIS EFFORT SHALL BE CARRIED OUT GENERALLY AS SET FORTH IN EXHIBIT B, RESEARCH DESCRIPTION DOCUMENT, DATED JULY 12, 2022 AND IN THE RECIPIENTS PROPOSAL TITLED, MIRA: MODELING WITH AN INTELLIGENT REASONING ASSISTANT, DATED FEBRUARY 7, 2022 COPIES OF WHICH ARE IN THE POSSESSION OF BOTH PARTIES | Department of Defense | Defense Advanced Research Projects Agency |
| HR00112420367 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 8/12/2024 | 8/13/2027 | $3,415,297 | ASSURED MICROBIAL PRESERVATION IN HARSH OR REMOTE AREAS PROGRAM (AMPHORA) | Department of Defense | Defense Advanced Research Projects Agency |
| HT94252310226 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 4/1/2023 | 3/31/2027 | $4,407,375 | GUT SYMBIONT LIPID A FAMILY: STRUCTURES AND IMMUNOMODULATION IN IBD | Department of Defense | Defense Health Agency |

| HT94252310349 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 8/1/2023 | 7/31/2027 | $1,694,970 | DEFINING NOVEL CELLULAR CIRCUITRY AND COMMUNICATION IN FIBROUS DYSPLASIA | Department of Defense | Defense Health Agency |
| HT94252310447 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 5/15/2023 | 5/14/2027 | $2,690,243 | BIOMARKERS OF SLEEP LOSS | Department of Defense | Defense Health Agency |
| HT94252310523 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 7/1/2023 | 6/30/2027 | $1,174,848 | OPTIMIZING INDIVIDUALIZED COLORECTAL CANCER TREATMENT AND PROGNOSTIC PREDICTION VIA CAUSAL MACHINE LEARNING | Department of Defense | Defense Health Agency |
| HT94252310871 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 9/15/2023 | 9/14/2026 | $999,799 | ELUCIDATING THE BIOLOGICAL MECHANISMS UNDERLYING THE ASSOCIATION BETWEEN EPSTEIN-BARR VIRUS AND MULTIPLE SCLEROSIS | Department of Defense | Defense Health Agency |
| HT94252410177 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 4/1/2024 | 3/31/2026 | $714,986 | SAFE TREATMENT FOR TBI-INDUCED NEURODEGENERATION AND COGNITIVE DECLINE | Department of Defense | Defense Health Agency |
| N000142112478 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 6/1/2021 | 5/31/2025 | $560,000 | MATERIALS DESIGN FOR THERMAL RADIATION BLOCKING THERMAL BARRIER COATINGS | Department of Defense | Department of the Navy |
| N000142112664 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 7/1/2021 | 6/30/2025 | $499,999 | EXPLORATION OF KACS WALK AND ANALYSIS OF BAYESIAN DISTRIBUTED COMPUTING | Department of Defense | Department of the Navy |
| N000142112958 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 9/15/2021 | 9/14/2026 | $2,400,000 | PROGRAMMABLE ASSEMBLY OF FUNCTIONAL HUMAN TISSUES | Department of Defense | Department of the Navy |
| N000142212470 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 6/1/2022 | 5/31/2025 | $1,200,000 | CARBON DIOXIDE REDUCTION CATALYSIS TO ELIMINATE THE NEED FOR REBREATHERS IN DIVING OPERATIONS | Department of Defense | Department of the Navy |
| N000142212739 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 9/1/2022 | 8/31/2027 | $800,000 | AQUEOUS POROUS LIQUIDS FOR UNDERSEA MEDICINE | Department of Defense | Department of the Navy |

| N000142312051 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 4/1/2023 | 3/31/2027 | $1,199,999 | BRAIN INSPIRED NEURAL COMPUTATION OF STRUCTURED KNOWLEDGE | Department of Defense | Department of the Navy |
|---|---|---|---|---|---|---|---|
| N000142312489 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 7/1/2023 | 6/30/2026 | $238,643 | ESTIMATING THE TREATMENT EFFECT IN HIGH-DIMENSIONS UNDER INTERFERENCE | Department of Defense | Department of the Navy |
| N000142312684 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 7/1/2023 | 6/30/2025 | $100,000 | FISH SKIN AS A MULTIFUNCTIONAL HYDRODYNAMIC MATERIAL | Department of Defense | Department of the Navy |
| N000142312802 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 8/1/2023 | 7/31/2026 | $672,000 | TOWARDS DISTRIBUTED AND ONLINE PARTIALLY OBSERVABLE STOCHASTIC CAMOUFLAGE GAMES | Department of Defense | Department of the Navy |
| N000142412081 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 1/1/2024 | 12/31/2027 | $340,000 | NON-ABELIAN ANYON BRAIDING IN CORBINO TOPOLOGICAL JOSEPHSON JUNCTIONS | Department of Defense | Department of the Navy |
| N000142412282 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 4/1/2024 | 3/31/2027 | $420,000 | MICROPOROUS WATER FOR IN VIVO GAS ABSORPTION | Department of Defense | Department of the Navy |
| N000142412704 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 9/1/2024 | 8/31/2028 | $193,324 | COLLECTIVE DECISION MAKING WITH LARGE LANGUAGE MODELS | Department of Defense | Department of the Navy |
| N000142412726 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 9/1/2024 | 8/31/2027 | $160,205 | SUPPORTING HUMAN LEARNING IN THE CONTEXT OF AI-ASSISTED DECISION-MAKING | Department of Defense | Department of the Navy |
| N000142512128 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 2/1/2025 | 1/31/2028 | $80,000 | SELF-REGULATING SURFACES THAT MITIGATE DETRIMENTAL CHANGES IN MARINE CONDITIONS | Department of Defense | Department of the Navy |
| N000142512129 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 1/1/2025 | 12/31/2025 | $590,452 | DURIP: ENHANCING ELECTROMAGNETIC WAVE COUPLING TO TOPOLOGICAL QUANTUM STATES IN LOW DIMENSIONAL MATERIALS | Department of Defense | Department of the Navy |
| N000142512152 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 2/1/2025 | 1/31/2028 | $150,000 | GENERATING BREATHABLE OXYGEN FROM SEAWATER FOR UNDERWATER OPERATIONS | Department of Defense | Department of the Navy |
| N000142512153 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 2/1/2025 | 1/31/2028 | $66,161 | SOCIAL CHOICE FOR AI ALIGNMENT | Department of Defense | Department of the Navy |
| N000142512173 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 3/1/2025 | 2/29/2028 | $20,000 | REPRESENTATION-BASED REINFORCEMENT LEARNING FOR AUTONOMOUS SYSTEMS | Department of Defense | Department of the Navy |
| W81XWH2110449 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 9/15/2021 | 9/14/2025 | $2,393,700 | PIEZO-1-MEDIATED MECHANOTRANSDUCTION AS KEY REGULATOR OF BONE HEALTH IN ADULT MICE | Department of Defense | Department of the Army |

| W911NF1920168 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 6/1/2019 | 11/30/2025 | $1,450,000 | NO COST PERIOD OF PERFORMANCE EXTENSION - WIDELY-TUNABLE, COMPACT SUB-MILLIMETER SOURCE OPERATING AT ROOM-TEMPERATURE FROM 100 GHZ TO 1 THZ | Department of Defense | Department of the Army |
|---|---|---|---|---|---|---|---|
| W911NF2010021 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 3/1/2020 | 5/31/2025 | $9,849,000 | OPTION 1 FULL FUNDING (QUANTUM OPTIMIZATION WITH PROGRAMMABLE SIMULATORS BASED ON ATOM ARRAYS) | Department of Defense | Defense Advanced Research Projects Agency |
| W911NF2010082 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 6/1/2020 | 11/30/2025 | $6,250,000 | TOWARD MATHEMATICAL INTELLIGENCE AND CERTIFIABLE AUTOMATED REASONING: FROM THEORETICAL FOUNDATIONS TO EXPERIMENTAL REALIZATION | Department of Defense | Department of the Army |
| W911NF2010163 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 6/15/2020 | 8/31/2025 | $512,640 | RESEARCH IN "HYBRID QUANTUM-CLASSICAL ALGORITHM FOR ANALYZING MANY-BODY SYSTEMS" | Department of Defense | Department of the Army |
| W911NF2120146 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 7/1/2021 | 7/31/2025 | $3,750,000 | UNDERSTANDING AND ENGINEERING TRANSIENT MECHANICAL RESPONSES IN NANOPARTICLE-REINFORCED HETEROGENOUS PARTICULATE SYSTEMS | Department of Defense | Department of the Army |
| W911NF2120147 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 3/1/2025 | 2/28/2026 | $5,494,833 | INCREMENTAL FUNDING AND OPTIOIN #2 EXERCUSED: MULTIFUNCTIONAL DEVICES IN PRECISELY ENGINEERED VAN DER WAALS HOMOJUNCTIONS | Department of Defense | Department of the Army |
| W911NF2210219 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 9/1/2022 | 8/31/2025 | $3,789,760 | HIGH SCHOOL AND UNDERGRADUATE INTERNSHIP OPPORTUNITIES ON THE AWARD TITLED "PROGRAMMING MULTISTABLE ORIGAMI AND KIRIGAMI STRUCTURES VIA TOPOLOGICAL DESIGN" | Department of Defense | Department of the Army |
| W911NF2210248 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 9/28/2022 | 9/27/2026 | $1,260,000 | NEXT GENERATION NV CENTER BASED QUANTUM SENSING | Department of Defense | Department of the Army |
| W911NF2320219 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 11/1/2023 | 1/31/2026 | $5,685,227 | THE EFFORT UNDER THE ENTANGLED NEUTRAL ATOMS FOR LOGICAL QUANTUM TELEPORTATION (ENAQT) PROPOSAL, SUBMITTED BY HARVARD COLLEGE, IS FOR A PUBLIC PURPOSE, THE STIMULATION AND SUPPORT OF SCIENTIFIC RESEARCH IN THE AREA OF QUANTUM INFORMATION SCIENCE (QIS), AS OPPOSED TO ACQUIRING GOODS AND SERVICES FOR THE BENEFIT OF THE GOVERNMENT. | Department of Defense | Department of the Army |
| W911NF2410079 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 4/1/2024 | 3/31/2028 | $400,000 | EMERGENT ORDER AND QUANTUM INFORMATION FLOW IN NON-EQUILIBRIUM SYSTEMS | Department of Defense | Department of the Army |
| W911NF2420195 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 8/15/2024 | 8/14/2027 | $1,375,000 | RESEARCH IN QUANTUM ENZ MATERIALS FOR MIDWAVE IR SINGLE-PHOTON DETECTION (QEMISD) | Department of Defense | Department of the Army |

$105,372,130

| From: | |
| To: | |
| Cc: | |
| Subject: | FW: Termination of Harvard University grants |
| Date: | Tuesday, May 13, 2025 5:26:26 PM |
| Attachments: | Harvard Grants for Termination vF.pdf |
| Importance: | High |

Good evening,

DARPA is on the list with two Cooperative Agreements: HR00112220036 and HR00112420367. A termination notice has been issued for HR00112220036. We fully understand the directive, but DARPA would like to offer the following justification as to why HR00112420367 shouldn't be covered by this directive and allow performance to continue. The below justification is at the unclassified level and DARPA can offer additional details at a higher classification level.

Thank you in advance.

"Harvard is currently the top performing team on the AMPHORA program. Inadequate knowledge of the biological threat landscape poses grave and immediate harm to national security. Development of critical technologies that enables bio surveillance and biocollection in austere, field forward locations bolsters national security and warfighter safety and lethality by enabling medical countermeasure development to new and emerging threats and provides biological threat intelligence to the deployed warfighter. This technology is significantly outpacing the state-of-the art and provides a novel leap-ahead capability to the force. Harvard's effort is at a pivotal juncture in Phase 1 as they are just starting the microfluidic experiments that will give first indications of whether the program goal is achievable. They are also a critical integrator of multiple technologies that enable this effort and could not be readily reproduced."

Respectfully,



From:
Sent: Tuesday, May 13, 2025 11:41 AM
To:

"Effie" <efstathia.fragogiannis@darpa.mil>; Healey, Bethanie <bethanie.healey@darpa.mil>; Ulrey, Scott <Scott.Ulrey@darpa.mil>; Cramer, Jennifer L CIV USARMY USAMRAA (USA) <jennifer.l.cramer9.civ@health.mil>; Rogers, Paul D CIV DTRA AL (USA) <paul.d.rogers16.civ@mail.mil>; Braxton, Elizabeth R CIV DTRA AL (USA) <elizabeth.r.braxton.civ@mail.mil>; Sutherland, Susan M CIV USN CNR ARLINGTON VA (USA) <susan.m.sutherland2.civ@us.navy.mil>; Fanizzo, Michael J Jr CIV WHS AD (USA) <michael.j.fanizzo.civ@mail.mil>; Faucher, Joelle J CIV WHS AD (USA) <joelle.j.faucher.civ@mail.mil>; Stockstill, Angela CIV WHS AD (USA) <angela.stockstill.civ@mail.mil>
**Cc:** Buria, Ricky D SES (USA) <Ricky.Buria@sd.mil>; GEISS, KEVIN T SES USAF AFMC AFOSR/CL <kevin.geiss@us.af.mil>; King, Travis L CIV USARMY HQDA ASA ALT (USA) <travis.l.king36.civ@army.mil>; McHenry, Rob <rob.mchenry@darpa.mil>; Smith, David J SES OSD OUSD P-R (USA) <david.j.smith152.civ@mail.mil>; Petro, James B SES DTRA RD (USA) <james.b.petro.civ@mail.mil>; Drake, Thomas G SES USN CNR ARLINGTON VA (USA) <thomas.g.drake6.civ@us.navy.mil>; Sanders, David D SES (USA) <david.d.sanders6.civ@mail.mil>; Weiss, Yinon CIV (USA) <yinon.weiss.civ@mail.mil>
**Subject:** Termination of Harvard University grants
**Importance:** High


ALCON –
SecDef has directed termination of the attached grants to Harvard University.  Please issue SWO+termination notice by EOD today, 5/13, for the grants in your respective portfolios, and note in shared spreadsheet tracker (Column V) once sent.

Thank you for your prompt action on this directive.


VR
Jim Hickey

  

April 11, 2025

Dr. Alan M. Garber
President
Harvard University
Office of the President
Massachusetts Hall
Cambridge, MA 02138

Penny Pritzker
Lead Member, Harvard Corporation
Harvard Corporation
Massachusetts Hall
Cambridge, MA 02138

Dear Dr. Garber:

The United States has invested in Harvard University's operations because of the value to the country of scholarly discovery and academic excellence. But an investment is not an entitlement. It depends on Harvard upholding federal civil rights laws, and it only makes sense if Harvard fosters the kind of environment that produces intellectual creativity and scholarly rigor, both of which are antithetical to ideological capture.

Harvard has in recent years failed to live up to both the intellectual and civil rights conditions that justify federal investment. But we appreciate your expression of commitment to repairing those failures and welcome your collaboration in restoring the University to its promise. We therefore present the below provisions as the basis for an agreement in principle that will maintain Harvard's financial relationship with the federal government.

If acceptable to Harvard, this document will constitute an agreement in principle, which the parties will work in good faith to translate into a more thorough, binding settlement agreement. As you will see, this letter incorporates and supersedes the terms of the federal government's prior letter of April 3, 2025.

- **Governance and leadership reforms.** By August 2025, Harvard must make meaningful governance reform and restructuring to make possible major change consistent with this letter, including: fostering clear lines of authority and accountability; empowering tenured professors and senior leadership, and, from among the tenured professoriate and senior leadership, exclusively those most devoted to the scholarly mission of the University and committed to the changes indicated in this letter; reducing the power held by students and untenured faculty; reducing the power held by faculty (whether tenured or untenured) and administrators more committed to activism than scholarship; and reducing forms of



THE SECRETARY OF EDUCATION
WASHINGTON, DC 20202

May 5, 2025

Dr. Alan Garber
Office of the President
Harvard University
Massachusetts Hall
Cambridge, MA 02138

Dr. Garber,

The Federal Government has a sacred responsibility to be a wise and important steward of American taxpayer dollars. Harvard University, despite amassing a largely tax-free $53.2 billion dollar endowment (larger than the GDP of 100 countries), receives billions of dollars of taxpayer largess each year. Receiving such taxpayer funds is a privilege, not a right. Yet instead of using these funds to advance the education of its students, Harvard is engaging in a systemic pattern of violating federal law. Where do many of these "students" come from, who are they, how do they get into Harvard, or even into our country—and why is there so much HATE? These are questions that must be answered, among many more, but the biggest question of all is, why will Harvard not give straightforward answers to the American public?

Harvard University has made a mockery of this country's higher education system. It has invited foreign students, who engage in violent behavior and show contempt for the United States of America, to its campus. In every way, Harvard has failed to abide by its legal obligations, its ethical and fiduciary duties, its transparency responsibilities, and any semblance of academic rigor. It had scrapped standardized testing requirements and a normalized grading system. This year Harvard was forced to adopt an embarrassing "remedial math" program for undergraduates. Why is it, we ask, that Harvard has to teach simple and basic mathematics, when it is supposedly so hard to get into this "acclaimed university"? Who is getting in under such a low standard when others, with fabulous grades and a great understanding of the highest levels of mathematics, are being rejected?

Harvard has even been embroiled in humiliating plagiarism scandals, exposed clearly and plainly in the media, with respect to your then University President, who was an embarrassment to our Nation. Much of Harvard's hateful discrimination was revealed, last year, by the great work of Congresswoman Elise Stefanik, and her Committee. As if it were trying to embarrass itself even further, Harvard hired failed Mayors Bill De Blasio and Lori Lightfoot, perhaps the worst mayors ever to preside over major cities in our country's history, to supposedly teach "leadership" at their School of Public Health. This is like hiring the captain of the Titanic to teach navigation to future captains of the sea.

This incomprehensible failure becomes more understandable after reviewing Harvard's management. The Harvard Corporation, which is supposed to competently and professionally manage Harvard's vast academic, financial, and physical resources, is run by strongly left-leaning Obama political appointee Penny Pritzker, a Democrat operative, who is catastrophic and

running the institution in a totally chaotic way. Harvard alumnus and highly successful hedge fund manager Bill Ackman noted that, under her leadership, Harvard has become "a political advocacy organization for one party."

Ackman has called for the resignation of Pritzker, concluding that the "[t]he mismanagement here is Penny Pritzker" and noting that any serious corporation would have removed her after a litany of recent failings and the fact that, incredibly, "Harvard is not in a good financial position." According to Ackman, one of the world's foremost finance experts, Harvard's so-called $53 billion endowment is "massively overstated as far as what it's really worth," and Harvard has irresponsibly taken out $8 billion in debt.

If this is true, it is concerning evidence of Harvard's disastrous mismanagement, indicating an urgent need for massive reform—not continued taxpayer investment. If Harvard prefers not to change, then Harvard should have no problem using its overflowing endowment to fund its bloated bureaucracy.

At its best, a university should fulfill the highest ideals of our Nation, and enlighten the thousands of hopeful students who walk through its magnificent gates. But Harvard has betrayed this ideal.

Perhaps most alarmingly, Harvard has failed to abide by the United States Supreme Court's ruling demanding that it end its racial preferencing, and continues to engage in ugly racism in its undergraduate and graduate schools, and even within the Harvard Law Review itself. Our universities should be bastions of merit that reward and celebrate excellence and achievement. They should not be incubators of discrimination that encourage resentment and instill grievance and racism into our wonderful young Americans.

The above concerns are only a fraction of the long list of Harvard's consistent violations of its own legal duties. Given these and other concerning allegations, this letter is to inform you that Harvard should no longer seek GRANTS from the federal government, since none will be provided. Harvard will cease to be a publicly funded institution, and can instead operate as a privately-funded institution, drawing on its colossal endowment, and raising money from its large base of wealthy alumni. You have an approximately $53 Billion head start, much of which was made possible by the fact that you are living within the walls of, and benefiting from, the prosperity secured by the United States of America and its free-market system you teach your students to despise.

The Administration had previously been willing to maintain federal funding to Harvard, so long as Harvard committed to complying with long-settled Federal Law, including to protect and promote student welfare and the landmark decision of our Supreme Court against racial preferencing. The proposed common-sense reforms – which the Administration remains committed to – include a return to merit-based admissions and hiring, an end to unlawful programs that promote crude identity stereotypes, disciplinary reform and consistent accountability, including for student groups, cooperation with Law Enforcement, and reporting compliance with the Department of Education, Department of Homeland Security, and other

Federal Agencies. The Administration's priorities have not changed and today's letter marks the end of new grants for the University.

These requests will advance the best interests of Harvard University, so it can reclaim its status as a respected educational institution for the future leaders of America. Thank you for your attention to this matter!

Sincerely,

Linda E. McMahon
Secretary of Education



**UNITED STATES DEPARTMENT OF EDUCATION**
OFFICE OF PLANNING, EVALUATION AND
POLICY DEVELOPMENT

5/12/2025

████████████

President and Fellows of Harvard College
Department of Urban Planning and Design
Graduate School of Design
48 Quincy Street
Cambridge, MA 02138

RE: Grant Award Termination

Dear ████████████

This letter provides notice that the United States Department of Education is terminating your federal award, P015A220033. *See* 2 C.F.R. § 200.340-43.

It is a priority of the Department of Education to eliminate discrimination in all forms of education throughout the United States. The Department has undertaken a review of grants and determined that the grant specified above provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflict with those of the current Administration, in that the programs: conflict with the Department's policy of prioritizing merit, fairness, and excellence in education; undermine the well-being of the students these programs are intended to help; and constitute an inappropriate use of federal funds.

As relevant to the Department of Education's policies, the Department understands that Harvard continues to engage in race discrimination including in its admissions process, and in other areas of student life, such as access to the Law Review at Harvard Law School.

The Department is also aware of recent events at Harvard University involving antisemitic action that suggest the institution has a disturbing lack of concern for the safety and wellbeing of Jewish students. Harvard's ongoing inaction in the face of repeated and severe harassment and targeting of Jewish students has ground day-to-day campus operations to a halt, deprived Jewish students of learning and research opportunities to which they are entitled, and brought shame upon the University and our nation as a whole. Indeed, as the Harvard Presidential Task Force on Combating Antisemitism and Anti-Israeli Bias concluded, actions at Harvard during the 2023-2024 academic year resulted in widespread abuse of Jewish and Israeli students by an institution "that mainstreamed and normalized what many Jewish and Israeli students experience as antisemitism and anti-Israeli bias." It is the policy of the Department not to support institutions that take such actions.

400 MARYLAND AVE., S.W., WASHINGTON, DC 20202
www.ed.gov

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

EDHarvAR_0000011

Therefore, pursuant to, among other authorities, 2 C.F.R. § 200.339-43, and the termination provisions in your grant award, the Department hereby terminates grant No. P015A220033 in its entirety effective 5/12/2025. If you wish to object to or challenge this termination decision, you must submit information and documentation supporting your position in writing within 30 calendar days of the date of this termination notice. Objections and challenges must be sent by email or first-class mail and addressed to the component head that oversees the grantmaking unit, which will typically be the Assistant Secretary of that unit. In this case, please address your objection or challenge to:

Hayley Sanon
Acting Assistant Secretary for Elementary and Secondary Education
Office of Elementary and Secondary Education
U.S. Department of Education
OESEGrants@ed.gov
400 Maryland Ave. SW

Your appeal should set forth your basis for disagreeing with the Department's decision to terminate your grant and include any relevant supporting documentation. *See id.* § 200.342.

Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 C.F.R. § 200.343.

You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions. *See id.* § 200.344(i). Finally, we also remind you of your responsibility to retain all Federal award records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334.

Respectfully,

Murray Bessette
Office of Planning, Evaluation, and Policy Development
400 Maryland Ave. SW
Washington, DC 20202

400 MARYLAND AVE., S.W., WASHINGTON, DC 20202
www.ed.gov

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

EDHarvAR_0000012

P015A220033 - 24

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| | | | |
|---|---|---|---|
| **1** | RECIPIENT NAME<br><br>President and Fellows of Harvard College<br>1033 Massachusetts Avenue 5th Floor<br>Cambridge, MA 02138 | **2** | AWARD INFORMATION<br><br>PR/AWARD NUMBER   P015A220033 - 24<br>ACTION NUMBER      7<br>ACTION TYPE        Administrative<br>AWARD TYPE        Discretionary |
| **3** | PROJECT STAFF<br><br>RECIPIENT PROJECT DIRECTOR<br>████████ ████████<br><br>EDUCATION PROGRAM CONTACT<br>Catherine N StClair     (202) 502-7579<br>catherine.stclair@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>G5 PAYEE HELPDESK    888-336-8930<br>obssed@servicenowservices.com | **4** | PROJECT TITLE<br><br>84.015A<br>National Resource Centers: Davis Center for Russian and Eurasian Studies 2022-26 |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| ████ | Project Director | 1 % |

**6** AWARD PERIODS

| | |
|---|---|
| BUDGET PERIOD | 08/15/2024 - 05/12/2025 |
| PERFORMANCE PERIOD | 08/15/2022 - 05/12/2025 |

FUTURE BUDGET PERIODS

N/A

**7** AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | N/A |
| BUDGET PERIOD | $273,805.00 |
| PERFORMANCE PERIOD | $821,415.00 |

**8** ADMINISTRATIVE INFORMATION

| | |
|---|---|
| UEI | LN53LCFJFL45 |
| REGULATIONS | CFR PART 655 & 656<br>EDGAR AS APPLICABLE<br>2 CFR AS APPLICABLE |
| ATTACHMENTS | N/A |

**9** LEGISLATIVE AND FISCAL DATA

| | |
|---|---|
| AUTHORITY: | PL 102-325 VI HIGHER EDUCATION ACT, P.L. 102-325, TITLE VI |
| PROGRAM TITLE: | NATIONAL RESOURCE CENTERS AND FELLOWSHIPS PROGRAM FOR LANGUAGE AND AREA OR LANGUAGE AND INTERNATIONAL STUDIES |
| CFDA/SUBPROGRAM NO: | 84.015A |

**14. PROJECT DIRECTOR/PRINCIPAL INVESTIGATOR CONTACT INFORMATION**

Prefix: Dr.    First Name: ███████████    Middle Name:

Last Name: ███████████    Suffix:

Position/Title: Professor of Education

Organization Name: President and Fellows of Harvard College

Department: Graduate School of Education    Division:

Street1: 14 Appian Way

Street2: ███████████

City: Cambridge    County / Parish:

State: MA: Massachusetts    Province:

Country: USA: UNITED STATES    ZIP / Postal Code: 02138-3846

Phone Number: ███████████    Fax Number:

Email: ███████████

| **15. ESTIMATED PROJECT FUNDING** | | **16. IS APPLICATION SUBJECT TO REVIEW BY STATE EXECUTIVE ORDER 12372 PROCESS?** |
|---|---|---|
| a. Total Federal Funds Requested | 1,398,956.00 | a. YES ☐ THIS PREAPPLICATION/APPLICATION WAS MADE AVAILABLE TO THE STATE EXECUTIVE ORDER 12372 PROCESS FOR REVIEW ON: |
| b. Total Non-Federal Funds | 0.00 | DATE: |
| c. Total Federal & Non-Federal Funds | 1,398,956.00 | b. NO ☒ PROGRAM IS NOT COVERED BY E.O. 12372; OR |
| d. Estimated Program Income | 0.00 | ☐ PROGRAM HAS NOT BEEN SELECTED BY STATE FOR REVIEW |

**17.** By signing this application, I certify (1) to the statements contained in the list of certifications* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances * and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious. or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)

☒ **I agree**

*The list of certifications and assurances, or an Internet site where you may obtain this list, is contained in the announcement or agency specific instructions.*

**18. SFLLL (Disclosure of Lobbying Activities) or other Explanatory Documentation**

[ ]    Add Attachment    Delete Attachment    View Attachment

**19. Authorized Representative**

Prefix:    First Name: ███████████    Middle Name:

Last Name: ███████████    Suffix:

Position/Title: Sponsored Programs Officer

Organization: President and Fellows of Harvard College

Department: Harvard University    Division: Office for Sponsored Programs

Street1: 1033 Massachusetts Avenue, 5th Floor

Street2:

City: Cambridge    County / Parish:

State: MA: Massachusetts    Province:

Country: USA: UNITED STATES    ZIP / Postal Code: 02138-5369

Phone Number: ███████████    Fax Number: ███████████

Email: ███████████

Signature of Authorized Representative    Date Signed

███████████    08/17/2018

| **20. Pre-application** | [ ] | Add Attachment | Delete Attachment | View Attachment |
|---|---|---|---|---|
| **21. Cover Letter Attachment** | PR/Award # R305A190034 | Add Attachment | Delete Attachment | View Attachment |

EDHarvAR_0001235

 **UNITED STATES DEPARTMENT OF EDUCATION**
INSTITUTE OF EDUCATION SCIENCES

5/12/2025

████████████████

President and Fellows of Harvard College
1033 Massachusetts Avenue
5th Floor
Cambridge, MA 02138

RE: Grant Award Termination

Dear ████████████

This letter provides notice that the United States Department of Education is terminating your federal award, R305C190004. *See* 2 C.F.R. § 200.340-43.

It is a priority of the Department of Education to eliminate discrimination in all forms of education throughout the United States. The Department has undertaken a review of grants and determined that the grant specified above provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflict with those of the current Administration, in that the programs: conflict with the Department's policy of prioritizing merit, fairness, and excellence in education; undermine the well-being of the students these programs are intended to help; and constitute an inappropriate use of federal funds.

As relevant to the Department of Education's policies, the Department understands that Harvard continues to engage in race discrimination including in its admissions process, and in other areas of student life, such as access to the Law Review at Harvard Law School.

The Department is also aware of recent events at Harvard University involving antisemitic action that suggest the institution has a disturbing lack of concern for the safety and wellbeing of Jewish students. Harvard's ongoing inaction in the face of repeated and severe harassment and targeting of Jewish students has ground day-to-day campus operations to a halt, deprived Jewish students of learning and research opportunities to which they are entitled, and brought shame upon the University and our nation as a whole. Indeed, as the Harvard Presidential Task Force on Combating Antisemitism and Anti-Israeli Bias concluded, actions at Harvard during the 2023-2024 academic year resulted in widespread abuse of Jewish and Israeli students by an institution "that mainstreamed and normalized what many Jewish and Israeli students experience as antisemitism and anti-Israeli bias." It is the policy of the Department not to support institutions that take such actions.

400 MARYLAND AVE., S.W., WASHINGTON, DC 20202
www.ed.gov

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness
by fostering educational excellence and ensuring equal access.*

EDHarvAR_0001735

Therefore, pursuant to, among other authorities, 2 C.F.R. § 200.339-43, and the termination provisions in your grant award, the Department hereby terminates grant No. R305C190004 in its entirety effective 5/12/2025. If you wish to object to or challenge this termination decision, you must submit information and documentation supporting your position in writing within 30 calendar days of the date of this termination notice.  Objections and challenges must be sent by email or first-class mail and addressed to the component head that oversees the grantmaking unit, which will typically be the Assistant Secretary of that unit. In this case, please address your objection or challenge to:

> Elizabeth Albro
> Commissioner, National Center For Education Research
> Institute of Education Sciences
> U.S. Department of Education
> Elizabeth.Albro@ed.gov
> 400 Maryland Ave. SW

Your appeal should set forth your basis for disagreeing with the Department's decision to terminate your grant and include any relevant supporting documentation. *See id.* § 200.342.

Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 C.F.R. § 200.343.

You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions. *See id.* § 200.344(i). Finally, we also remind you of your responsibility to retain all Federal award records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334.

Respectfully,

Murray Bessette
Office of Planning, Evaluation, and Policy Development
400 Maryland Ave. SW
Washington, DC 20202

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness
by fostering educational excellence and ensuring equal access.*

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Grant Type | PIID | Recipient UEI | Recipient Name | Recipient Parent UEI | Recipient Parent Name | Period of Performance Start Date |
| 2 | PROJECT GRANT (B) | DESC0025671 | LN53LCFJFL45 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | | | 11/1/2024 |
| 3 | COOPERATIVE AGREEMENT (B) | DEAR0001705 | LN53LCFJFL45 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | ML98SNHE8XL1 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 3/9/2023 |
| 4 | PROJECT GRANT (B) | DEFG0202ER63445 | LN53LCFJFL45 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | | | 9/1/2002 |
| 5 | PROJECT GRANT (B) | DESC0024087 | LN53LCFJFL45 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | | | 9/1/2023 |
| 6 | PROJECT GRANT (B) | DESC0024092 | LN53LCFJFL45 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | | | 9/1/2023 |
| 7 | PROJECT GRANT (B) | DESC0021145 | LN53LCFJFL45 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | | | 9/1/2020 |
| 8 | PROJECT GRANT (B) | DESC0022199 | LN53LCFJFL45 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | | | 9/1/2021 |
| 9 | PROJECT GRANT (B) | DESC0025489 | LN53LCFJFL45 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | | | 8/15/2024 |
| 10 | PROJECT GRANT (B) | DESC0020170 | LN53LCFJFL45 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | | | 8/15/2019 |
| 11 | PROJECT GRANT (B) | DESC0022887 | LN53LCFJFL45 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | | | 8/1/2022 |
| 12 | PROJECT GRANT (B) | DESC0012260 | LN53LCFJFL45 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | | | 8/1/2014 |
| 13 | PROJECT GRANT (B) | DESC0021925 | LN53LCFJFL45 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | | | 8/1/2021 |
| 14 | PROJECT GRANT (B) | DESC0022883 | LN53LCFJFL45 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | | | 7/1/2022 |
| 15 | PROJECT GRANT (B) | DENA0004084 | LN53LCFJFL45 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | | | 7/1/2022 |
| 16 | PROJECT GRANT (B) | DENA0004087 | LN53LCFJFL45 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | | | 6/1/2022 |
| 17 | PROJECT GRANT (B) | DESC0019030 | LN53LCFJFL45 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | | | 9/1/2018 |
| 18 | PROJECT GRANT (B) | DESC0005247 | JDLVAVGYJQ2 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | JR2RTJW1HBW6 | HARVARD COLLEGE PRESIDENT & FELLOWS OF | 8/15/2010 |
| 19 | PROJECT GRANT (B) | DESC0017619 | LN53LCFJFL45 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | | | 5/1/2017 |

| | H | I | J |
|---|---|---|---|
| 1 | Period of Performance End Date | Total Obligated Amount | Total Outlayed Amount for Overall Award |
| 2 | 4/30/2026 | 200000 | |
| 3 | 3/8/2026 | 1889308 | 673308 |
| 4 | 11/30/2025 | 44191846 | 16002824 |
| 5 | 8/31/2025 | 660000 | 305839 |
| 6 | 8/31/2025 | 1000000 | |
| 7 | 8/31/2025 | 750000 | 673085 |
| 8 | 8/31/2025 | 2548807 | 2476590 |
| 9 | 8/14/2025 | 299999 | |
| 10 | 8/14/2025 | 3540000 | 2851970 |
| 11 | 7/31/2025 | 529191 | 455274 |
| 12 | 7/31/2025 | 2460000 | 1115106 |
| 13 | 7/31/2025 | 0 | |
| 14 | 6/30/2025 | 1150000 | 641795 |
| 15 | 6/30/2025 | 825000 | 548805 |
| 16 | 5/31/2025 | 525000 | 468584 |
| 17 | 5/31/2025 | 887543 | 751495 |
| 18 | 5/14/2025 | 7938000 | 2256761 |
| 19 | 4/30/2025 | 3140000 | 1982690 |

ENERGY AR3922

| | K | L | M | N |
|---|---|---|---|---|
| 1 | **Transaction Description** | **Awarding Agency Code** | **Awarding Agency Name** | **Awarding** |
| 2 | THE UNIVERSE AS A LAB FOR DARK MATTER PHYSICS | 89 | Department of Energy | 8900 |
| 3 | NEW COMPETITIVE COOPERATIVE AGREEMENT WITH HARVARD UNIVERSITY, DE-FOA-0002707 (MINER)\n CONTROL NUMBER: 2707-1519\n\n PROJECT TITLE: DEVELOPING ADVANCED NMR TECHNIQUES TO PREDICT AND MONITOR CO2 STORAGE AND MINERALIZATION FOR ENHANCED MINING EXPLORATION AND OPERATION.\n\n THIS PROPOSAL AIMS AT ADDRESSING THE NEW CHALLENGE OF CO2 INJECTION AND MINERALIZATION BY DEVELOPING ADVANCED NMR TECHNIQUES AND INTERPRETATION MODEL TO QUANTIFY THE SUBSURFACE FORMATION PROPERTIES AND RESERVOIR CARBONATION IN SITU FOR CO2 STORAGE AND ENHANCED MINING EXPLORATION AND OPERATION. | 89 | Department of Energy | 8900 |
| 4 | MICROBIAL ECOLOGY, PROTEOGENOMICS AND COMPUTATIONAL OPTIMA | 89 | Department of Energy | 8900 |
| 5 | AN ULTRACOLD PLAYGROUND FOR CONTROLLED ATOM-MOLECULE CHEMISTRY | 89 | Department of Energy | 8900 |
| 6 | CROSS-SCALE METHANE DYNAMICS AT TERRESTRIAL-AQUATIC INTERFACES IN TEMPERATE FORESTS | 89 | Department of Energy | 8900 |
| 7 | CONVERTING METAL–ORGANIC LIQUIDS INTO MICROPOROUS GLASSES VIA NON-EQUILIBRIUM SYNTHESES | 89 | Department of Energy | 8900 |
| 8 | MACHINE LEARNING FOR ACCELERATED UNDERSTANDING OF DYNAMIC CATALYSIS | 89 | Department of Energy | 8900 |
| 9 | QUANTUM ACOUSTICS UNRAVELS THE PLANCKIAN METALS | 89 | Department of Energy | 8900 |
| 10 | UNDERSTANDING FLOW CELL POROUS ELECTRODES AS ACTIVE MATERIALS FOR ELECTROCHEMICAL TRANSFORMATIONS | 89 | Department of Energy | 8900 |
| 11 | ANALYSES OF CUMULUS MIXING USING ASR AIRCRAFT OBSERVATIONS AND LES SIMULATIONS | 89 | Department of Energy | 8900 |
| 12 | EMERGENT QUASIPARTICLES IN GRAPHENE HETEROSTRUCTURE | 89 | Department of Energy | 8900 |
| 13 | EPITAXIAL STABILIZATION OF NOVEL SUPERCONDUCTORS FOR ENERGY GENERATION, STORAGE AND DISTRIBUTION | 89 | Department of Energy | 8944 |
| 14 | ULTRAFAST CONTROL OF SPIN FLUCTUATIONS IN LIGHT-DRIVEN QUANTUM MATERIALS | 89 | Department of Energy | 8900 |
| 15 | FROM Z TO PLANETS – PHASE IV | 89 | Department of Energy | 8900 |
| 16 | METALLIC HYDROGEN: REFLECTANCE, METASTABILITY, AND SUPERCONDUCTIVITY (HARVARD) | 89 | Department of Energy | 8900 |
| 17 | QUANTUM SIMULATION OF CORRELATED QUANTUM MATTER | 89 | Department of Energy | 8900 |
| 18 | OPTO-CHEMO-MECHANICAL ENERGY TRANSDUCTION IN BIOMIMETIC ENSEMBLES OF RECONFIGURABLE MICROPARTICLES OF LIQUID CRYSTAL ELASTOMERS | 89 | Department of Energy | 8900 |
| 19 | MIXED-METAL OXIDE ENERGY CONVERSION CATALYSTS FOR INTEGRATION WITH PHOTOABSORBERS | 89 | Department of Energy | 8900 |

| | O | P | Q | R | S | T | U |
|---|---|---|---|---|---|---|---|
| 1 | Awarding Subagency Name | Funding Agency Code | Funding Agency Name | Funding Office Code | Funding Office Name | Funding Subagency Code | Funding Subagency Name |
| 2 | Department of Energy | 89 | Department of Energy | 892401 | SCIENCE | 8900 | Department of Energy |
| 3 | Department of Energy | 89 | Department of Energy | 897002 | ADVANCED RSRCH PROJ AGENCY ARPA-E | 8900 | Department of Energy |
| 4 | Department of Energy | 89 | Department of Energy | 892401 | SCIENCE | 8900 | Department of Energy |
| 5 | Department of Energy | 89 | Department of Energy | 892401 | SCIENCE | 8900 | Department of Energy |
| 6 | Department of Energy | 89 | Department of Energy | 892401 | SCIENCE | 8900 | Department of Energy |
| 7 | Department of Energy | 89 | Department of Energy | 892401 | SCIENCE | 8900 | Department of Energy |
| 8 | Department of Energy | 89 | Department of Energy | 892401 | SCIENCE | 8900 | Department of Energy |
| 9 | Department of Energy | 89 | Department of Energy | 892401 | SCIENCE | 8900 | Department of Energy |
| 10 | Department of Energy | 89 | Department of Energy | 892401 | SCIENCE | 8900 | Department of Energy |
| 11 | Department of Energy | 89 | Department of Energy | 892401 | SCIENCE | 8900 | Department of Energy |
| 12 | Department of Energy | 89 | Department of Energy | 892401 | SCIENCE | 8900 | Department of Energy |
| 13 | Assistant Secretary for Fossil | 89 | Department of Energy | 892401 | SCIENCE | 8900 | Department of Energy |
| 14 | Department of Energy | 89 | Department of Energy | 892401 | SCIENCE | 8900 | Department of Energy |
| 15 | Department of Energy | 89 | Department of Energy | 892300 | NNSA WEAPONS ACTIVITIES FUNDS | 8900 | Department of Energy |
| 16 | Department of Energy | 89 | Department of Energy | 892300 | NNSA WEAPONS ACTIVITIES FUNDS | 8900 | Department of Energy |
| 17 | Department of Energy | 89 | Department of Energy | 892401 | SCIENCE | 8900 | Department of Energy |
| 18 | Department of Energy | 89 | Department of Energy | 892401 | SCIENCE | 8900 | Department of Energy |
| 19 | Department of Energy | 89 | Department of Energy | 892401 | SCIENCE | 8900 | Department of Energy |

| | V | W | X | Y | Z | AA | AB |
|---|---|---|---|---|---|---|---|
| 1 | USASpending link | Grouped Name | Is_Hospital | Current total Outlayed | Current Unspent Amount | Status | Total Obligated Amount |
| 2 | https://www.usaspending.gov/award/ASST_NON_DESC0025671_8900/ | HARVARD COLLEGE | | $39,051 | $160,949 | | |
| 3 | https://www.usaspending.gov/award/ASST_NON_DEAR0001705_8900/ | HARVARD COLLEGE | | $1,112,972 | $776,336 | | |
| 4 | https://www.usaspending.gov/award/ASST_NON_DEFG0202ER63445_8900/ | HARVARD COLLEGE | | $66,625,313 | $1,192,921 | Ceiling: $67,818,234.00 | |
| 5 | https://www.usaspending.gov/award/ASST_NON_DESC0024087_8900/ | HARVARD COLLEGE | | $394,596 | $265,404 | | |
| 6 | https://www.usaspending.gov/award/ASST_NON_DESC0024092_8900/ | HARVARD COLLEGE | | $389,598 | $610,402 | | |
| 7 | https://www.usaspending.gov/award/ASST_NON_DESC0021145_8900/ | HARVARD COLLEGE | | $708,048 | $41,952 | | |
| 8 | https://www.usaspending.gov/award/ASST_NON_DESC0022199_8900/ | HARVARD COLLEGE | | $2,493,080 | $55,727 | | |
| 9 | https://www.usaspending.gov/award/ASST_NON_DESC0025489_8900/ | HARVARD COLLEGE | | $47,673 | $252,326 | | |
| 10 | https://www.usaspending.gov/award/ASST_NON_DESC0020170_8900/ | HARVARD COLLEGE | | $3,069,988 | $470,012 | | |
| 11 | https://www.usaspending.gov/award/ASST_NON_DESC0022887_8900/ | HARVARD COLLEGE | | $529,191 | $0 | | |
| 12 | https://www.usaspending.gov/award/ASST_NON_DESC0012260_8900/ | HARVARD COLLEGE | | $2,209,822 | $250,178 | | |
| 13 | https://www.usaspending.gov/award/ASST_NON_DESC0021925_8944/ | HARVARD COLLEGE | | $619,951 | $130,049 | Ceiling: $750,000 | |
| 14 | https://www.usaspending.gov/award/ASST_NON_DESC0022883_8900/ | HARVARD COLLEGE | | $641,795 | $508,205 | | |
| 15 | https://www.usaspending.gov/award/ASST_NON_DENA0004084_8900/ | HARVARD COLLEGE | | $597,114 | $227,886 | | |
| 16 | https://www.usaspending.gov/award/ASST_NON_DENA0004087_8900/ | HARVARD COLLEGE | | $521,890 | $3,110 | | |
| 17 | https://www.usaspending.gov/award/ASST_NON_DESC0019030_8900/ | HARVARD COLLEGE | | $887,543 | $0 | | |
| 18 | https://www.usaspending.gov/award/ASST_NON_DESC0005247_8900/ | HARVARD COLLEGE | | $6,510,166 | $607,834 | Ceiling: $7,118,000 | |
| 19 | https://www.usaspending.gov/award/ASST_NON_DESC0017619_8900/ | HARVARD COLLEGE | | $2,938,384 | $601,616 | Ceiling: $3,540,000 | |



# Department of Energy
## Office of Science
### Washington, DC 20585

May 12, 2025

Dr. Alan Garber
Office of the President
Harvard University
Massachusetts Hall
Cambridge, MA 02138

Dr. Garber:

The Department of Energy (DOE) is hereby providing notice that funding for the projects in the attached spreadsheet is hereby terminated. This termination is pursuant to 2 C.F.R. § 200.340(a)(4), which permits termination "by the Federal agency or pass-through entity pursuant to the terms and conditions of the Federal award, including, to the extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

DOE understands that Harvard University (Harvard) continues to engage in race discrimination, including in its admission process, and in other areas of student life, such as access to the Law Review at Harvard Law School.  We are also aware of recent events at Harvard involving antisemitic action that suggest the institution has a disturbing lack of concern for the safety and wellbeing of Jewish students. Harvard's ongoing inaction in the face of repeated and severe harassment and targeting of Jewish students has ground day-to-day campus operations to a halt, deprived Jewish students of learning and research opportunities to which they are entitled, and brought shame upon the University and our nation as a whole. Indeed, as the Harvard Presidential Task Force on Combating Antisemitism and Anti-Israeli Bias concluded, actions at Harvard during the 2023-2024 academic year resulted in widespread abuse of Jewish and Israeli students by an institution "that mainstreamed and normalized what many Jewish and Israeli students experience as antisemitism and anti-Israeli bias."

DOE maintains a firm policy of not supporting entities, individuals or actions that engage in discrimination or which promote and condone, by action or acquiescence, antisemitism. Despite being aware of deeply rooted racial discrimination and antisemitism at Harvard, Harvard has refused to take immediate, definitive and appropriate remedial action. Therefore, based on the available information, DOE has concluded that no modification of the Harvard projects could align the projects with agency priorities and any continued funding of the projects is inconsistent with DOE's stewardship of American taxpayer funds and would be inconsistent with the DOE's overall mission and goals.

Supporting research in such an environment is plainly inconsistent with DOE's priorities and *raison d'etre* of funding and championing the very best American research and educational institutions. The actions of Harvard in failing to definitely eliminate racial discrimination and antisemitism on its campus demonstrate that Harvard's conduct does not

align with DOE's policy against racial discrimination, and antisemitism, in all of its permutations.

In accordance with 2 C.F.R. § 200.343, you are hereby notified that costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient during the termination of this award are not allowable. However, costs after termination are allowable if the costs result from financial obligations which were properly incurred by the recipient or subrecipient before the effective date of termination.

**Administrative Appeal**
You may object and provide information and documentation challenging these terminations.

You must submit a request for such review to DOE's Office of General Counsel no later than 30 days after this letter is received, except that if you show good cause why an extension of time should be granted, the DOE General Counsel may grant an extension of time in the exercise of his sole discretion.

The request for review must include a copy of this decision, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.

Sincerely,

Juston Fontaine
Office of Science
U.S. Department of Energy

| Award Number | Research Project Title |
|---|---|
| DE-SC0005247 | Opto-Chemo-Mechanical Energy Transduction in Biomimetic Ensembles of Reconfigurable Microparticles of Liquid Crystal Elastomers |
| DE-SC0012260 | Emergent Quasiparticles in Graphene Heterostructure |
| DE-SC0007870 | Research in Theoretical High Energy Physics |
| DE-SC0007881 | Particle Physics and Cosmology Research |
| DE-SC0019030 | Quantum Simulation of Correlated Quantum Matter |
| DE-SC0022887 | Analyses of Cumulus Mixing Using ASR Aircraft Observations and LES Simulations |
| DE-SC0020170 | Understanding Flow Cell Porous Electrodes as Active Materials for Electrochemical Transformations |
| DE-SC0021145 | Converting Metal Organic Liquids into Microporous Glasses via Non-Equilibrium Syntheses |
| DE-SC0022199 | Machine Learning for Accelerated Understanding of Dynamic Catalysis |
| DE-FG02-02ER63445 | Microbial Ecology, Proteogenomics and Computational Optima |
| DE-SC0017619 | Mixed-Metal Oxide Energy Conversion Catalysts for Integration with Photoabsorbers |
| DE-SC0021925 | Epitaxial Stabilization of Novel Superconductors for Energy Generation, Storage and Distribution |
| DE-SC0025489 | Quantum Acoustics Unravels the Planckian Metals |
| DE-SC0024087 | An Ultracold Playground for Controlled Atom-Molecule Chemistry |
| DE-SC0024092 | Cross-Scale Methane Dynamics at Terrestrial-Aquatic Interfaces in Temperate Forests |
| DE-SC0025671 | The Universe as a Lab for Dark Matter Physics |
| DE-SC0022883 | Ultrafast Control of Spin Fluctuations in Light-driven Quantum Materials |



# Department of Energy
Washington, DC 20585

May 12, 2025

Dr. Alan Garber
Office of the President
Harvard University
Massachusetts Hall
Cambridge, MA 02138

Dr. Garber:

The Department of Energy (DOE) is hereby providing notice that funding for the projects in the attached spreadsheet is hereby terminated. This termination is pursuant to 2 C.F.R. § 200.340(a)(4), which permits termination "by the Federal agency or pass-through entity pursuant to the terms and conditions of the Federal award, including, to the extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

DOE understands that Harvard University (Harvard) continues to engage in race discrimination, including in its admission process, and in other areas of student life, such as access to the Law Review at Harvard Law School.  We are also aware of recent events at Harvard involving antisemitic action that suggest the institution has a disturbing lack of concern for the safety and wellbeing of Jewish students. Harvard's ongoing inaction in the face of repeated and severe harassment and targeting of Jewish students has ground day-to-day campus operations to a halt, deprived Jewish students of learning and research opportunities to which they are entitled, and brought shame upon the University and our nation as a whole. Indeed, as the Harvard Presidential Task Force on Combating Antisemitism and Anti-Israeli Bias concluded, actions at Harvard during the 2023-2024 academic year resulted in widespread abuse of Jewish and Israeli students by an institution "that mainstreamed and normalized what many Jewish and Israeli students experience as antisemitism and anti-Israeli bias."

DOE maintains a firm policy of not supporting entities, individuals or actions that engage in discrimination or which promote and condone, by action or acquiescence, antisemitism. Despite being aware of deeply rooted racial discrimination and antisemitism at Harvard, Harvard has refused to take immediate, definitive and appropriate remedial action. Therefore, based on the available information, DOE has concluded that no modification of the Harvard projects could align the projects with agency priorities and any continued funding of the projects is inconsistent with DOE's stewardship of American taxpayer funds and would be inconsistent with the DOE's overall mission and goals.

Supporting research in such an environment is plainly inconsistent with DOE's priorities and *raison d'etre* of funding and championing the very best American research and educational institutions. The actions of Harvard in failing to definitely eliminate racial discrimination and antisemitism on its campus demonstrate that Harvard's conduct does not align with DOE's policy against racial discrimination, and antisemitism, in all of its permutations.

In accordance with 2 C.F.R. § 200.343, you are hereby notified that costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient during the termination of this award are not allowable. However, costs after termination are allowable if the costs result from financial obligations which were properly incurred by the recipient or subrecipient before the effective date of termination.

**Administrative Appeal**
You may object and provide information and documentation challenging these terminations.

You must submit a request for such review to DOE's Office of General Counsel no later than 30 days after this letter is received, except that if you show good cause why an extension of time should be granted, the DOE General Counsel may grant an extension of time in the exercise of his sole discretion.

The request for review must include a copy of this decision, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.

Sincerely,

Shane Kosinski

Shane Kosinski
Deputy Director for Operations
Advanced Research Projects Agency-Energy (ARPA-E)
U.S. Department of Energy

2

| Award Number | Project Title |
|---|---|
| DE-AR0001705 | Developing advanced NMR techniques to predict and monitor CO2 storage and mineralization for enhanced mining exploration and operation |

ENERGY AR3934

**From:**        Fontaine, Juston
**To:**          ▮▮▮▮▮▮▮▮
**Subject:**     U.S. Department of Energy - Termination of Financial Assistance Awards
**Date:**        Monday, May 12, 2025 12:42:26 PM
**Attachments:** DOE Termination Letter to Harvard.pdf

Dr. Garber:

Please see the attached correspondence pertaining to the termination of funding for specific projects from the Department of Energy.  Separate communication will also be provided by the cognizant contracting officer to the University's point of contact for the subject awards.

Juston Fontaine
Office of Science
U.S. Department of Energy



# Department of Energy
## Office of Science
### Washington, DC 20585

May 12, 2025

Dr. Alan Garber
Office of the President
Harvard University
Massachusetts Hall
Cambridge, MA 02138

Dr. Garber:

The Department of Energy (DOE) is hereby providing notice that funding for the projects in the attached spreadsheet is hereby terminated. This termination is pursuant to 2 C.F.R. § 200.340(a)(4), which permits termination "by the Federal agency or pass-through entity pursuant to the terms and conditions of the Federal award, including, to the extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

DOE understands that Harvard University (Harvard) continues to engage in race discrimination, including in its admission process, and in other areas of student life, such as access to the Law Review at Harvard Law School.  We are also aware of recent events at Harvard involving antisemitic action that suggest the institution has a disturbing lack of concern for the safety and wellbeing of Jewish students. Harvard's ongoing inaction in the face of repeated and severe harassment and targeting of Jewish students has ground day-to-day campus operations to a halt, deprived Jewish students of learning and research opportunities to which they are entitled, and brought shame upon the University and our nation as a whole. Indeed, as the Harvard Presidential Task Force on Combating Antisemitism and Anti-Israeli Bias concluded, actions at Harvard during the 2023-2024 academic year resulted in widespread abuse of Jewish and Israeli students by an institution "that mainstreamed and normalized what many Jewish and Israeli students experience as antisemitism and anti-Israeli bias."

DOE maintains a firm policy of not supporting entities, individuals or actions that engage in discrimination or which promote and condone, by action or acquiescence, antisemitism. Despite being aware of deeply rooted racial discrimination and antisemitism at Harvard, Harvard has refused to take immediate, definitive and appropriate remedial action. Therefore, based on the available information, DOE has concluded that no modification of the Harvard projects could align the projects with agency priorities and any continued funding of the projects is inconsistent with DOE's stewardship of American taxpayer funds and would be inconsistent with the DOE's overall mission and goals.

Supporting research in such an environment is plainly inconsistent with DOE's priorities and *raison d'etre* of funding and championing the very best American research and educational institutions. The actions of Harvard in failing to definitely eliminate racial discrimination and antisemitism on its campus demonstrate that Harvard's conduct does not

align with DOE's policy against racial discrimination, and antisemitism, in all of its permutations.

In accordance with 2 C.F.R. § 200.343, you are hereby notified that costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient during the termination of this award are not allowable. However, costs after termination are allowable if the costs result from financial obligations which were properly incurred by the recipient or subrecipient before the effective date of termination.

**Administrative Appeal**
You may object and provide information and documentation challenging these terminations.

You must submit a request for such review to DOE's Office of General Counsel no later than 30 days after this letter is received, except that if you show good cause why an extension of time should be granted, the DOE General Counsel may grant an extension of time in the exercise of his sole discretion.

The request for review must include a copy of this decision, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.

Sincerely,

Juston Fontaine
Office of Science
U.S. Department of Energy

| Award Number | Research Project Title |
|---|---|
| DE-SC0005247 | Opto-Chemo-Mechanical Energy Transduction in Biomimetic Ensembles of Reconfigurable Microparticles of Liquid Crystal Elastomers |
| DE-SC0012260 | Emergent Quasiparticles in Graphene Heterostructure |
| DE-SC0007870 | Research in Theoretical High Energy Physics |
| DE-SC0007881 | Particle Physics and Cosmology Research |
| DE-SC0019030 | Quantum Simulation of Correlated Quantum Matter |
| DE-SC0022887 | Analyses of Cumulus Mixing Using ASR Aircraft Observations and LES Simulations |
| DE-SC0020170 | Understanding Flow Cell Porous Electrodes as Active Materials for Electrochemical Transformations |
| DE-SC0021145 | Converting Metal Organic Liquids into Microporous Glasses via Non-Equilibrium Syntheses |
| DE-SC0022199 | Machine Learning for Accelerated Understanding of Dynamic Catalysis |
| DE-FG02-02ER63445 | Microbial Ecology, Proteogenomics and Computational Optima |
| DE-SC0017619 | Mixed-Metal Oxide Energy Conversion Catalysts for Integration with Photoabsorbers |
| DE-SC0021925 | Epitaxial Stabilization of Novel Superconductors for Energy Generation, Storage and Distribution |
| DE-SC0025489 | Quantum Acoustics Unravels the Planckian Metals |
| DE-SC0024087 | An Ultracold Playground for Controlled Atom-Molecule Chemistry |
| DE-SC0024092 | Cross-Scale Methane Dynamics at Terrestrial-Aquatic Interfaces in Temperate Forests |
| DE-SC0025671 | The Universe as a Lab for Dark Matter Physics |
| DE-SC0022883 | Ultrafast Control of Spin Fluctuations in Light-driven Quantum Materials |

| From: | Kosinski, Shane |
|---|---|
| To: | ██████████████ |
| Subject: | U.S. Department of Energy - Termination of Financial Assistance Award DE-AR0001705 |
| Date: | Monday, May 12, 2025 9:35:00 AM |
| Attachments: | DOE Termination Letter to Harvard University_DE-AR0001705.pdf |
| | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |

Dr. Garber:

Please see the attached correspondence pertaining to the termination of funding for specific project, DE-AR0001705, from the Department of Energy.  Separate communication will also be provided by the cognizant contracting officer to the University's point of contact for the subject awards.

Regards,

Shane Kosinski


**Shane Kosinski**

Deputy Director for Operations, ARPA-E

202-287-1010

shane.kosinski@hq.doe.gov





# Department of Energy
### Washington, DC 20585

May 12, 2025

Dr. Alan Garber
Office of the President
Harvard University
Massachusetts Hall
Cambridge, MA 02138

Dr. Garber:

The Department of Energy (DOE) is hereby providing notice that funding for the projects in the attached spreadsheet is hereby terminated. This termination is pursuant to 2 C.F.R. § 200.340(a)(4), which permits termination "by the Federal agency or pass-through entity pursuant to the terms and conditions of the Federal award, including, to the extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

DOE understands that Harvard University (Harvard) continues to engage in race discrimination, including in its admission process, and in other areas of student life, such as access to the Law Review at Harvard Law School. We are also aware of recent events at Harvard involving antisemitic action that suggest the institution has a disturbing lack of concern for the safety and wellbeing of Jewish students. Harvard's ongoing inaction in the face of repeated and severe harassment and targeting of Jewish students has ground day-to-day campus operations to a halt, deprived Jewish students of learning and research opportunities to which they are entitled, and brought shame upon the University and our nation as a whole. Indeed, as the Harvard Presidential Task Force on Combating Antisemitism and Anti-Israeli Bias concluded, actions at Harvard during the 2023-2024 academic year resulted in widespread abuse of Jewish and Israeli students by an institution "that mainstreamed and normalized what many Jewish and Israeli students experience as antisemitism and anti-Israeli bias."

DOE maintains a firm policy of not supporting entities, individuals or actions that engage in discrimination or which promote and condone, by action or acquiescence, antisemitism. Despite being aware of deeply rooted racial discrimination and antisemitism at Harvard, Harvard has refused to take immediate, definitive and appropriate remedial action. Therefore, based on the available information, DOE has concluded that no modification of the Harvard projects could align the projects with agency priorities and any continued funding of the projects is inconsistent with DOE's stewardship of American taxpayer funds and would be inconsistent with the DOE's overall mission and goals.

Supporting research in such an environment is plainly inconsistent with DOE's priorities and *raison d'etre* of funding and championing the very best American research and educational institutions. The actions of Harvard in failing to definitely eliminate racial discrimination and antisemitism on its campus demonstrate that Harvard's conduct does not align with DOE's policy against racial discrimination, and antisemitism, in all of its permutations.

In accordance with 2 C.F.R. § 200.343, you are hereby notified that costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient during the termination of this award are not allowable. However, costs after termination are allowable if the costs result from financial obligations which were properly incurred by the recipient or subrecipient before the effective date of termination.

**Administrative Appeal**
You may object and provide information and documentation challenging these terminations.

You must submit a request for such review to DOE's Office of General Counsel no later than 30 days after this letter is received, except that if you show good cause why an extension of time should be granted, the DOE General Counsel may grant an extension of time in the exercise of his sole discretion.

The request for review must include a copy of this decision, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.

Sincerely,

Shane Kosinski
Deputy Director for Operations
Advanced Research Projects Agency-Energy (ARPA-E)
U.S. Department of Energy

ENERGY AR3941

| Award Number | Project Title |
|---|---|
| DE-AR0001705 | Developing advanced NMR techniques to predict and monitor CO2 storage and mineralization for enhanced mining exploration and operation |

3

| | |
|---|---|
| **From:** | Beyer, Brandon |
| **To:** | ███████████████████████ |
| **Subject:** | Termination Letter - DE-AR0001705 |
| **Date:** | Monday, May 12, 2025 11:02:00 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | DOE Termination Letter to Harvard University_DE-AR0001705.pdf |

███████████████████

The Department of Energy (DOE) is hereby providing notice that funding for DE-AR0001705 is hereby terminated. This termination is pursuant to 2 C.F.R. § 200.340(a)(4), which permits termination "by the Federal agency or pass-through entity pursuant to the terms and conditions of the Federal award, including, to the extent authorized by law, if an award no longer effectuates the program goals or agency priorities." See formal attached letter for more details.

Sincerely,

**Brandon P. Beyer**
Contracting Officer/Team Lead
Advanced Research Projects Agency - Energy
brandon.beyer@hq.doe.gov





# Department of Energy
Washington, DC 20585

May 12, 2025

Dr. Alan Garber
Office of the President
Harvard University
Massachusetts Hall
Cambridge, MA 02138

Dr. Garber:

The Department of Energy (DOE) is hereby providing notice that funding for the projects in the attached spreadsheet is hereby terminated. This termination is pursuant to 2 C.F.R. § 200.340(a)(4), which permits termination "by the Federal agency or pass-through entity pursuant to the terms and conditions of the Federal award, including, to the extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

DOE understands that Harvard University (Harvard) continues to engage in race discrimination, including in its admission process, and in other areas of student life, such as access to the Law Review at Harvard Law School.  We are also aware of recent events at Harvard involving antisemitic action that suggest the institution has a disturbing lack of concern for the safety and wellbeing of Jewish students. Harvard's ongoing inaction in the face of repeated and severe harassment and targeting of Jewish students has ground day-to-day campus operations to a halt, deprived Jewish students of learning and research opportunities to which they are entitled, and brought shame upon the University and our nation as a whole. Indeed, as the Harvard Presidential Task Force on Combating Antisemitism and Anti-Israeli Bias concluded, actions at Harvard during the 2023-2024 academic year resulted in widespread abuse of Jewish and Israeli students by an institution "that mainstreamed and normalized what many Jewish and Israeli students experience as antisemitism and anti-Israeli bias."

DOE maintains a firm policy of not supporting entities, individuals or actions that engage in discrimination or which promote and condone, by action or acquiescence, antisemitism. Despite being aware of deeply rooted racial discrimination and antisemitism at Harvard, Harvard has refused to take immediate, definitive and appropriate remedial action. Therefore, based on the available information, DOE has concluded that no modification of the Harvard projects could align the projects with agency priorities and any continued funding of the projects is inconsistent with DOE's stewardship of American taxpayer funds and would be inconsistent with the DOE's overall mission and goals.

Supporting research in such an environment is plainly inconsistent with DOE's priorities and *raison d'etre* of funding and championing the very best American research and educational institutions. The actions of Harvard in failing to definitely eliminate racial discrimination and antisemitism on its campus demonstrate that Harvard's conduct does not align with DOE's policy against racial discrimination, and antisemitism, in all of its permutations.

ENERGY AR3944

In accordance with 2 C.F.R. § 200.343, you are hereby notified that costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient during the termination of this award are not allowable. However, costs after termination are allowable if the costs result from financial obligations which were properly incurred by the recipient or subrecipient before the effective date of termination.

**Administrative Appeal**
You may object and provide information and documentation challenging these terminations.

You must submit a request for such review to DOE's Office of General Counsel no later than 30 days after this letter is received, except that if you show good cause why an extension of time should be granted, the DOE General Counsel may grant an extension of time in the exercise of his sole discretion.

The request for review must include a copy of this decision, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.

Sincerely,

Shane Kosinski
Deputy Director for Operations
Advanced Research Projects Agency-Energy (ARPA-E)
U.S. Department of Energy

ENERGY AR3945

| Award Number | Project Title |
|---|---|
| DE-AR0001705 | Developing advanced NMR techniques to predict and monitor CO2 storage and mineralization for enhanced mining exploration and operation |

ENERGY AR3946


An official website of the United States government

 U.S. General Services Administration

March 31, 2025

# HHS, ED, and GSA initiate federal contract and grant review of Harvard University







GSAHarv_00000001

📙 Glossary

*Measures include a comprehensive review of federal contracts and grants as part of an investigation aimed at eliminating anti-Semitic harassment on college campuses*

**WASHINGTON —** Today, the Departments of Education (ED), Health and Human Services (HHS), and the U.S. General Services Administration (GSA) announced a comprehensive review of federal contracts and grants at Harvard University and its affiliates. This review is part of the ongoing efforts of the Joint Task Force to Combat Anti-Semitism.

The Task Force will review the more than $255.6 million in contracts between Harvard University, its affiliates and the Federal Government. The review also includes the more than $8.7 billion in multi-year grant commitments to Harvard University and its affiliates to ensure the university is in compliance with federal regulations, including its civil rights responsibilities.

"Harvard has served as a symbol of the American Dream for generations – the pinnacle aspiration for students all over the world to work hard and earn admission to the storied institution," said **Secretary of Education Linda McMahon**. "Harvard's failure to protect students on campus from anti-Semitic discrimination - all while promoting divisive ideologies over free inquiry - has put its reputation in serious jeopardy. Harvard can right these wrongs and restore itself to a campus dedicated to academic excellence and truth-seeking, where all students feel safe on its campus."

Today's actions by the Task Force follow a similar ongoing review of Columbia University. That review led to [Columbia agreeing to comply with 9 preconditions](#) for further negotiations regarding a return of canceled federal funds. This initiative strengthens enforcement of President Trump's [Executive Order titled "Additional Measures to Combat Anti-Semitism](#). The Task Force ensures that federally funded institutions uphold their legal and ethical responsibilities to prevent anti-Semitic harassment.

The federal government will collaborate with relevant contracting agencies to assess whether Stop Work Orders should be issued for any identified contracts. Additionally, Harvard has been directed to submit a comprehensive list of all contracts—both direct and through affiliates—between their institution and the federal government that were not included in the initial review.

"The Task Force will continue its efforts to root out anti-Semitism and to refocus our institutions of higher learning on the core values that undergird a liberal education," said **HHS Acting General Counsel and Task Force member, Sean Keveney**. "We are pleased that Harvard is willing to engage with us on these goals."

Any institution found to be in violation of federal compliance standards may face administrative actions, including contract termination.

The Task Force remains committed to awarding federal funds responsibly and holding institutions accountable for taking decisive action against anti-Semitic harassment. GSA has been asked to facilitate the review of federal funding received by Harvard including grant and contract reviews across the Federal Government.

"Hate in any form goes against the foundational principles of America. While Harvard's recent actions to curb institutionalized anti-Semitism - though long overdue - are welcome, there is much more that the university must do to retain the privilege of receiving federal taxpayer's hard earned dollars," said **FAS Commissioner and Task Force Member, Josh Gruenbaum**. "This administration has proven that we will take swift action to hold institutions accountable if they allow anti-Semitism to fester. We will not hesitate to act if Harvard fails to do so."

For more information, visit the announcement on the [formation of the Task Force to Combat Anti-Semitism](#) and read the [HHS, ED, and GSA joint press](#) release from Monday, March 3rd.

### 

**About GSA:** GSA provides centralized procurement and shared services for the federal government. GSA manages a nationwide real estate portfolio of over 360 million rentable square feet, oversees more than $110 billion in products and services via federal contracts, and delivers technology services that serve millions of people across dozens of federal agencies. GSA's mission is to deliver the best customer experience and value in real estate, acquisition, and technology services to the government and the American people. For more information, visit GSA.gov and follow us at [@USGSA](#).

**Contact**

[press@gsa.gov](mailto:press@gsa.gov)

---

Last updated: Apr 3, 2025

GSAHarv_00000002



MEMORANDUM FOR:     DR. ALAN M. GARBER
PRESIDENT
HARVARD UNIVERSITY
OFFICE OF THE PRESIDENT
MASSACHUSETTS HALL
CAMBRIDGE, MA 02138

PENNY PRITZKER
LEAD MEMBER, HARVARD CORPORATION
HARVARD CORPORATION
MASSACHUSETTS HALL
CAMBRIDGE, MA 02138

FROM:     JOSH GRUENBAUM
COMMISSIONER, FEDERAL ACQUISITION SERVICE
U.S. GENERAL SERVICES ADMINISTRATION (GSA)

SUBJECT:     Review of Federal Government Contracts

Pursuant to President Trump's Executive Order, "Additional Measures to Combat Anti-Semitism", on February 3, 2025, a multi-agency Task Force to Combat Anti-Semitism was created, consisting of the Departments of Justice, Education, Health and Human Services, and the General Services Administration. GSA is leading a Task Force comprehensive review of Federal contracts with certain institutions of higher education that are being investigated for potential infractions and dereliction of duties to curb or combat anti-Semitic harassment, including Harvard University.

In light of this review, the Federal Government is ready to work with each appropriate contracting agency on the potential issuance of Stop Work Orders for all contracts identified in the attached schedule, which total $255.6 million of contract ceiling value. In addition, we are requiring you to send a list of all other contracts between the Federal Government and Harvard University or its affiliates which are not listed on the schedule to GSA's Federal Acquisition Service Commissioner and Task Force member, Josh Gruenbaum. Commissioner Gruenbaum will lead GSA's review. All materials should be sent to: universitycontracts@gsa.gov. Please be advised that alongside our fellow agencies, we will also be reviewing the greater than $8.7 billion of multi-year grant commitments between Harvard University, its affiliates and the Federal Government for potential compliance concerns, false claims or other infractions.

The Federal Government reserves the right to terminate for convenience any contracts it has with your institution at any time during the period of performance. Additionally, the Federal Government reserves the right to take any relevant administrative action it deems necessary in response to any wrongdoing identified during the pendency of the investigations.

  

April 03, 2025

Dr. Alan M. Garber
President
Harvard University
Office of the President
Massachusetts Hall
Cambridge, MA 02138

Penny Pritzker
Lead Member, Harvard Corporation
Harvard Corporation
Massachusetts Hall
Cambridge, MA 02138

Dear Dr. Garber:

Please consider this a formal communication with respect to the current situation on the campus of Harvard University and a follow up to the March 31, 2025, letter from Commissioner Gruenbaum informing you that the United States Government would be reviewing Harvard's federal funding. Harvard has asked for a dialogue with the Task Force to discuss this ongoing review. Below, you will find several broad, non-exhaustive areas of reform that the government views as necessary for Harvard to implement to remain a responsible recipient of federal taxpayer dollars. We look forward to a meaningful dialogue focused on lasting, structural reforms at Harvard.

U.S. taxpayers invest enormously in U.S. colleges and universities, including Harvard University. These funds are an investment and, like any investment, are based on the recipient's performance, not owed as a matter of custom or right. It is the responsibility of the federal government to ensure that all recipients are responsible stewards of taxpayer funds. Harvard University, however, has fundamentally failed to protect American students and faculty from antisemitic violence and harassment in addition to other alleged violations of Title VI and Title VII of the Civil Rights Act of 1964. This letter outlines immediate next steps that we regard as necessary for Harvard University's continued financial relationship with the United States government.

- **Oversight and accountability for biased programs that fuel antisemitism.** Programs and departments that fuel antisemitic harassment must be reviewed and necessary changes made to address bias, improve viewpoint diversity, and end ideological capture.
- **Disciplinary reform and consistent accountability.** Harvard has an obligation to consistently and proactively enforce its existing disciplinary policies, ensuring that senior administrative leaders are responsible for final decisions. Reforms must include a

GSAHarv_00000005

comprehensive mask ban (with medical and religious exemptions, given identification is always displayed) and a clarified time, place, and manner policy. Harvard must review and report on disciplinary actions for antisemitic rule violations since October 7, 2023.

- **Student group accountability.** Recognized and unrecognized student groups, and their leadership, must be held accountable for violations of Harvard policy.
- **Governance and leadership reforms.** Harvard must make meaningful governance reforms to improve its organizational structure to foster clear lines of authority and accountability, and to empower faculty and administrative leaders who are committed to implementing the changes indicated in this letter.
- **Merit-based admissions reform.** Harvard must adopt and implement merit-based admissions policies; cease all preferences based on race, color, or national origin in admissions throughout its undergraduate, graduate, and other programs; and demonstrate through structural and personnel action that these changes are durable.
- **Merit-based hiring reform.** Harvard must adopt and implement merit-based hiring policies; cease all preferences based on race, color, religion, sex, or national origin in hiring throughout its teaching and research faculty, staff, and leadership; and demonstrate through structural and personnel action that these changes are durable.
- **Diversity, Equity, and Inclusion (DEI) programs.** DEI programs teach students, faculty, staff, and leadership to make snap judgments about each other based on crude race and identity stereotypes, which fuels division and hatred based on race, color, national origin, and other protected identity characteristics. All efforts should be made to shutter such programs.
- **Cooperation with law enforcement.** Harvard must cooperate with law enforcement to ensure student safety.
- **Transparency and reporting to ED, DHS, and other federal regulators.** Harvard must comply fully with existing statutory reporting requirements under Section 117 of the Higher Education Act, commit to full cooperation with DHS and other federal regulators, and make organizational changes as necessary to enable full compliance.

We expect your immediate cooperation in implementing these critical reforms that will enable Harvard to return to its original mission of providing a high-quality education in a safe environment for *all* students through a focus on truth-seeking, innovative research, and academic excellence.

Sincerely,

Josh Gruenbaum
Comm'r of the Fed. Acquisition Serv.
General Services Administration

Sean R. Keveney
Acting General Counsel
U.S. Dep't Health & Human Servs.

Thomas E. Wheeler
Acting General Counsel
U.S. Dept. of Education

GSAHarv_00000006

  

April 11, 2025

Dr. Alan M. Garber
President
Harvard University
Office of the President
Massachusetts Hall
Cambridge, MA 02138

Penny Pritzker
Lead Member, Harvard Corporation
Harvard Corporation
Massachusetts Hall
Cambridge, MA 02138

Dear Dr. Garber:

The United States has invested in Harvard University's operations because of the value to the country of scholarly discovery and academic excellence. But an investment is not an entitlement. It depends on Harvard upholding federal civil rights laws, and it only makes sense if Harvard fosters the kind of environment that produces intellectual creativity and scholarly rigor, both of which are antithetical to ideological capture.

Harvard has in recent years failed to live up to both the intellectual and civil rights conditions that justify federal investment. But we appreciate your expression of commitment to repairing those failures and welcome your collaboration in restoring the University to its promise. We therefore present the below provisions as the basis for an agreement in principle that will maintain Harvard's financial relationship with the federal government.

If acceptable to Harvard, this document will constitute an agreement in principle, which the parties will work in good faith to translate into a more thorough, binding settlement agreement. As you will see, this letter incorporates and supersedes the terms of the federal government's prior letter of April 3, 2025.

- **Governance and leadership reforms.** By August 2025, Harvard must make meaningful governance reform and restructuring to make possible major change consistent with this letter, including: fostering clear lines of authority and accountability; empowering tenured professors and senior leadership, and, from among the tenured professoriate and senior leadership, exclusively those most devoted to the scholarly mission of the University and committed to the changes indicated in this letter; reducing the power held by students and untenured faculty; reducing the power held by faculty (whether tenured or untenured) and administrators more committed to activism than scholarship; and reducing forms of

governance bloat, duplication, or decentralization that interfere with the possibility of the reforms indicated in this letter.

- **Merit-Based Hiring Reform**. By August 2025, the University must adopt and implement merit-based hiring policies, and cease all preferences based on race, color, religion, sex, or national origin throughout its hiring, promotion, compensation, and related practices among faculty, staff, and leadership. Such adoption and implementation must be durable and demonstrated through structural and personnel changes. All existing and prospective faculty shall be reviewed for plagiarism and Harvard's plagiarism policy consistently enforced. All hiring and related data shall be shared with the federal government and subjected to a comprehensive audit by the federal government during the period in which reforms are being implemented, which shall be at least until the end of 2028.

- **Merit-Based Admissions Reform**. By August 2025, the University must adopt and implement merit-based admissions policies and cease all preferences based on race, color, national origin, or proxies thereof, throughout its undergraduate program, each graduate program individually, each of its professional schools, and other programs. Such adoption and implementation must be durable and demonstrated through structural and personnel changes. All admissions data shall be shared with the federal government and subjected to a comprehensive audit by the federal government—and non-individualized, statistical information regarding admissions shall be made available to the public, including information about rejected and admitted students broken down by race, color, national origin, grade point average, and performance on standardized tests—during the period in which reforms are being implemented, which shall be at least until the end of 2028. During this same period, the dean of admissions for each program or school must sign a public statement after each admissions cycle certifying that these rules have been upheld.

- **International Admissions Reform**. By August 2025, the University must reform its recruitment, screening, and admissions of international students to prevent admitting students hostile to the American values and institutions inscribed in the U.S. Constitution and Declaration of Independence, including students supportive of terrorism or anti-Semitism. Harvard will immediately report to federal authorities, including the Department of Homeland Security and State Department, any foreign student, including those on visas and with green cards, who commits a conduct violation. As above, these reforms must be durable and demonstrated through structural and personnel changes; comprehensive throughout all of Harvard's programs; and, during the reform period, shared with the federal government for audit, shared on a non-individualized basis with the public, and certified by deans of admissions.

- **Viewpoint Diversity in Admissions and Hiring**. By August 2025, the University shall commission an external party, which shall satisfy the federal government as to its competence and good faith, to audit the student body, faculty, staff, and leadership for viewpoint diversity, such that each department, field, or teaching unit must be individually viewpoint diverse. This audit shall begin no later than the summer of 2025 and shall proceed on a department-by-department, field-by-field, or teaching-unit-by-teaching-unit basis as appropriate. The report of the external party shall be submitted to University leadership and

GSAHarv_00000008

the federal government no later than the end of 2025. Harvard must abolish all criteria, preferences, and practices, whether mandatory or optional, throughout its admissions and hiring practices, that function as ideological litmus tests. Every department or field found to lack viewpoint diversity must be reformed by hiring a critical mass of new faculty within that department or field who will provide viewpoint diversity; every teaching unit found to lack viewpoint diversity must be reformed by admitting a critical mass of students who will provide viewpoint diversity. If the review finds that the existing faculty in the relevant department or field are not capable of hiring for viewpoint diversity, or that the relevant teaching unit is not capable of admitting a critical mass of students with diverse viewpoints, hiring or admissions within that department, field, or teaching unit shall be transferred to the closest cognate department, field, or teaching unit that is capable of achieving viewpoint diversity. This audit shall be performed and the same steps taken to establish viewpoint diversity every year during the period in which reforms are being implemented, which shall be at least until the end of 2028.

- **Reforming Programs with Egregious Records of Antisemitism or Other Bias.** By August 2025, the University shall commission an external party, which shall satisfy the federal government as to its competence and good faith, to audit those programs and departments that most fuel antisemitic harassment or reflect ideological capture.

  o   The programs, schools, and centers of concern include but are not limited to the Divinity School, Graduate School of Education, School of Public Health, Medical School, Religion and Public Life Program, FXB Center for Health & Human Rights, Center for Middle Eastern Studies, Carr Center for Human Rights at the Harvard Kennedy School, Department of Near Eastern Languages and Cultures, and the Harvard Law School International Human Rights Clinic.

  o   The report of the external party shall include information as to individual faculty members who discriminated against Jewish or Israeli students or incited students to violate Harvard's rules following October 7, and the University and federal government will cooperate to determine appropriate sanctions for those faculty members within the bounds of academic freedom and the First Amendment.

  o   The report of the external party shall be submitted to University leadership and the federal government no later than the end of 2025 and reforms undertaken to repair the problems. This audit shall be performed and the same steps taken to make repairs every year during the period in which reforms are being implemented, which shall be at least until the end of 2028.

- **Discontinuation of DEI**. The University must immediately shutter all diversity, equity, and inclusion (DEI) programs, offices, committees, positions, and initiatives, under whatever name, and stop all DEI-based policies, including DEI-based disciplinary or speech control policies, under whatever name; demonstrate that it has done so to the satisfaction of the federal government; and demonstrate to the satisfaction of the federal government that these reforms are durable and effective through structural and personnel changes. By August

2025, the University must submit to the government a report—certified for accuracy—that confirms these reforms.

- **Student Discipline Reform and Accountability.** Harvard must immediately reform its student discipline policies and procedures so as to swiftly and transparently enforce its existing disciplinary policies with consistency and impartiality, and without double standards based on identity or ideology. Where those policies are insufficient to prevent the disruption of scholarship, classroom learning and teaching, or other aspects of normal campus life, Harvard must develop and implement disciplinary policies sufficient to prevent those disruptions. This includes but is not limited to the following:

  o  Discipline at Harvard must include immediate intervention and stoppage of disruptions or deplatforming, including by the Harvard police when necessary to stop a disruption or deplatforming; robust enforcement and reinstatement of existing time, place, and manner rules on campus, including ordering the Harvard police to stop incidents that violate time, place, and manner rules when necessary; a disciplinary process housed in one body that is accountable to Harvard's president or other capstone official; and removing or reforming institutional bodies and practices that delay and obstruct enforcement, including the relevant Administrative Boards and FAS Faculty Council.

  o  Harvard must adopt a new policy on student groups or clubs that forbids the recognition and funding of, or provision of accommodations to, any student group or club that endorses or promotes criminal activity, illegal violence, or illegal harassment; invites non-students onto campus who regularly violate campus rules; or acts as a front for a student club that has been banned from campus. The leaders or organizers of recognized and unrecognized student groups that violate these policies must be held accountable as a matter of student discipline and made ineligible to serve as officers in other recognized student organizations. In the future, funding decisions for student groups or clubs must be made exclusively by a body of University faculty accountable to senior University leadership. In particular, Harvard must end support and recognition of those student groups or clubs that engaged in anti-Semitic activity since October 7th, 2023, including the Harvard Palestine Solidarity Committee, Harvard Graduates Students 4 Palestine, Law Students 4 Palestine, Students for Justice in Palestine, and the National Lawyers Guild, and discipline and render ineligible the officers and active members of those student organizations.

  o  Harvard must implement a comprehensive mask ban with serious and immediate penalties for violation, not less than suspension.

  o  Harvard must investigate and carry out meaningful discipline for all violations that occurred during the 2023-2024 and 2024-2025 academic years, including the Harvard Business School protest of October 2023, the University Hall sit-in of November 2023, and the spring encampment of 2024. This must include permanently expelling the students involved in the October 18 assault of an Israeli

Harvard Business School student, and suspending students involved in occupying university buildings, as warranted by the facts of individual cases.

o   The Harvard president and police chief must publicly clarify that the Harvard University Police Department will enforce University rules and the law. Harvard must also commit to cooperating in good faith with law enforcement.

- **Whistleblower Reporting and Protections**.  The University must immediately establish procedures by which any Harvard affiliate can report noncompliance with the reforms detailed in this letter to both university leadership and the federal government. Any such reporter shall be fully protected from any adverse actions for so reporting.

- **Transparency and Monitoring**. The University shall make organizational changes to ensure full transparency and cooperation with all federal regulators. No later than June 30, 2025, and every quarter thereafter during the period in which reforms are being implemented, which shall be at least until the end of 2028, the University shall submit to the federal government a report—certified for accuracy—that documents its progress on the implementation of the reforms detailed in this letter. The University must also, to the satisfaction of the federal government, disclose the source and purpose of all foreign funds; cooperate with the federal government in a forensic audit of foreign funding sources and uses, including how that money was used by Harvard, its agents, and, to the extent available, third parties acting on Harvard's campus; report all requested immigration and related information to the United States Department of Homeland Security; and comply with all requirements relating to the SEVIS system.

We expect your immediate cooperation in implementing these critical reforms that will enable Harvard to return to its original mission of innovative research and academic excellence.

Sincerely,

Josh Gruenbaum
Comm'r of the Fed. Acquisition Serv.
General Services Administration

Sean R. Keveney
Acting General Counsel
U.S. Dep't Health & Human Servs.

Thomas E. Wheeler
Acting General Counsel
U.S. Dept. of Education


An official website of the United States government


U.S. General Services Administration

April 14, 2025

# Joint Task Force statement regarding Harvard University







Today, the Task Force to Combat Anti-Semitism released the following statement:

Harvard's statement today reinforces the troubling entitlement mindset that is endemic in our nation's most prestigious universities and colleges – that federal investment does not come with the responsibility to uphold civil rights laws.

The disruption of learning that has plagued campuses in recent years is unacceptable. The harassment of Jewish students is intolerable. It is time for elite universities to take the problem seriously and commit to meaningful change if they wish to continue receiving taxpayer support.

The Joint Task Force to combat anti-Semitism is announcing a freeze on $2.2 billion in multi-year grants and $60M in multi-year contract value to Harvard University.

**Contact**
[press@gsa.gov](mailto:press@gsa.gov)

Last updated: Apr 14, 2025

GSAHarv_00000013

5/19/25, 11:06 AM
Case 1:25-cv-11048-ADB    Document 224    Filed 07/14/25    Page 93 of 116
Joint Task Force to Combat Anti-Semitism Statement on Additional Harvard Actions | GSA



An official website of the United States government



U.S. General Services Administration

May 13, 2025

# Joint Task Force to Combat Anti-Semitism Statement on Additional Harvard Actions







GSAHarv_00000014

🔖 Glossary

Today, the Task Force to Combat Anti-Semitism released the following statement:

Harvard University has repeatedly failed to confront the pervasive race discrimination and anti-Semitic harassment plaguing its campus. This is just the latest chapter in Harvard's long-standing policy and practice of discriminating on the basis of race as recognized by the Supreme Court in Students for Fair Admissions v. Harvard, where the Court rebuked Harvard for its unlawful race discrimination in admissions. That shameful legacy has continued on as recognized by Harvard's own Presidential Task Force on Combating Antisemitism and Anti-Israeli Bias, which lays bare an appalling reality: Jewish students were subjected to pervasive insults, physical assault, and intimidation, with no meaningful response from Harvard's leadership. Recent reporting has exposed the Harvard Law Review's (HLR) pattern of endemic race discrimination when evaluating articles for inclusion in its journal. Even more troubling, the HLR awarded a $65,000 fellowship–meant to "serve the public interest"—to a protester who faced criminal charges for assaulting a Jewish student on campus. The decision was reviewed and approved by a faculty committee, demonstrating just how radical Harvard has become.

Harvard's campus, once a symbol of academic prestige, has become a breeding ground for virtue signaling and discrimination. This is not leadership; it is cowardice. And it's not academic freedom; it's institutional disenfranchisement. There is a dark problem on Harvard's campus, and by prioritizing appeasement over accountability, institutional leaders have forfeited the school's claim to taxpayer support. As a result, eight federal agencies across the government are announcing the termination of approximately $450 million in grants to Harvard, which is in addition to the $2.2 billion that was terminated last week.

The Task Force fully supports the Trump Administration's multi-agency move to cut funding to Harvard, demonstrating the entire Administration's commitment to eradicating discrimination on Harvard's campus. As we have made clear time and again, this Task Force will not waver in its mission to root out discrimination, hate and bigotry at institutions entrusted with public funds. Harvard, and its leadership group who are tainted by the egregious infractions under its watch, faces a steep, uphill battle to reclaim its legacy as a lawful institution and center of academic excellence.

Josh Gruenbaum
Comm'r of the Fed. Acquisition Serv.
General Services Administration

Sean R. Keveney
Acting General Counsel
U.S. Dep't Health & Human Servs.

Thomas E. Wheeler
Acting General Counsel
U.S. Dept. of Education

**Contact**

press@gsa.gov

Last updated: May 13, 2025

| | |
|---|---|
| **From:** | Simonpour, Alexander (HQ-AA000)[GSA] |
| **To:** | Brandon Bartel - B-C |
| **Subject:** | RE: [EXTERNAL] Urgent Grant Data Request |
| **Date:** | Wednesday, April 30, 2025 2:34:00 PM |
| **Attachments:** | Harvard.xlsx |

---

**From:** Brandon Bartel - B-C <brandon.bartel@gsa.gov>
**Sent:** Wednesday, April 30, 2025 12:31 PM
**To:** Simonpour, Alexander (HQ-AA000)[GSA] <alexander.simonpour@nasa.gov>
**Subject:** [EXTERNAL] Urgent Grant Data Request

Hi Alex -

Josh asked me to work with agencies to collect a few data points for a small subset of grants by the end of the day. Are you the best POC at NASA for this? I will need current outlays for each grant and the current unliquidated obligations/unspent funds for each grant.

I have about 22 NASA grants in this subset.

Thanks,
Brandon

GSAHarv_00000019

| Vendor Name | PIID | DescriptionOfReqBase | Max POP | Max Month End Range | Total Obligations | Total Contract Value | Potential Savings |
|---|---|---|---|---|---|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 80NSSC19K0326 | THERE IS A COMPELLING NEED FOR INTENSIVE STUDY OF CONVECTIVE IMPACTS ON THE SUMMER STRATOSPHERE OVER NORTH AMERICA. EACH SUMMER THE NORTH AMERICAN MONSOON ANTICYCLONE (NAMA) DOMINATES THE CIRCULATION OF THE NORTH-WESTERN HEMISPHERE AND ACTS TO PARTIALLY CONFINE AND ISOLATE AIR FROM THE SURROUNDING ATMOSPHERE. STRONG CONVECTIVE STORMS IN THE NAMA REGULARLY PENETRATE DEEP INTO THE LOWER STRATOSPHERE (LS), WITH SOME ASCENDING ABOVE 20 KM (~450 K POTENTIAL TEMPERATURE). THE UNIQUENESS OF THE NAMA RE | 12/31/2025 | (d) Between 6 Months and Up to 9 Months | $7,680,199.00 | $7,680,199.00 | 0.00 |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 80NSSC21K1069 | WE WILL USE THIS ANALYSIS TO CRITICALLY ASSESS SYSTEMATIC BIASES AS A FUNCTION OF TOPOGRAPHY, SEASON, TIME OF DAY, CLOUD EFFECTS, ETC. | 7/12/2025 | (b) Between 60 Days and 90 Days | $276,651.00 | $276,651.00 | 0.00 |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 80NSSC21K1200 | WE PROPOSE OPERATIONAL SUPPORT FOR OUR AIRBORNE INSTRUMENTS TO MEASURE CO2, CH4, CO, AND N2O IN NASA AIRBORNE AND BALLOON FIELD CAMPAIGNS IN THE UPPER TROPOSPHERE AND LOWER STRATOSPHERE. | 6/2/2025 | (a) Less Than 60 Days | $1,000,000.00 | $1,000,000.00 | 0.00 |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 80NSSC21K1443 | THIS PROJECT WILL USE THE GEOS-CHEM MODEL TO INTERPRET NASA AIRBORNE OBSERVATIONS OF OXYGENATED VOLATILE ORGANIC COMPOUNDS (OVOCS) FROM THE KORUS-AQ CAMPAIGN OVER KOREA (MAY-JUN 2016) AND THE ATOM CAMPAIGN OVER THE PACIFIC AND ATLANTIC (FOUR DEPLOYME | 7/31/2025 | (c) Between 3 Months and Up to 6 Months | $602,062.00 | $602,062.00 | 0.00 |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 80NSSC21M0002 | COSMIC STORYTELLING WITH NASA DATA: TOOLS FOR EXPLORING DATA SCIENCE | 12/31/2025 | (d) Between 6 Months and Up to 9 Months | $3,689,711.00 | $3,699,911.00 | 10,200.00 |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 80NSSC22K0135 | REASSESSING MARTIAN DYNAMO HISTORY USING HIGH-RESOLUTION PALEOMAGNETIC.IMAGING AND UPDATED ORBITAL MAGNETOMETRY | 12/31/2025 | (d) Between 6 Months and Up to 9 Months | $371,488.00 | $371,488.00 | 0.00 |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 80NSSC22K0233 | CRUSTAL SHORTENING ON ROCKY BODIES IS MANIFEST AS POSITIVE-RELIEF INTERPRETED AS FOLDS ATOP THRUST FAULTS. THE OVERALL OBJECTIVE OF THIS PROPOSED | 12/31/2025 | (d) Between 6 Months and Up to 9 Months | $867,388.00 | $867,388.00 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 80NSSC22K1837 | 21-S2SHYD-21-0024, IMPROVING SUB-SEASONAL TEMPERATURE, PRECIPITATION, AND HYDROLOGICAL FORECASTS.OVER NORTH AMERICA THROUGH ONLINE BIAS CORRECTION. | 8/28/2025 | (c) Between 3 Months and Up to 6 Months | $674,655.00 | $707,811.00 | 33,156.00 |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 80NSSC22K1892 | 21-APRA21-0083, DEVELOPMENT OF A THROUGH SILICON VIA (TSV)-ENABLED HREXI DETECTOR MODULE (HDM) | 8/25/2025 | (c) Between 3 Months and Up to 6 Months | $987,042.00 | $1,600,000.00 | 612,958.00 |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 80NSSC23K0489 | THIS PROJECT WILL CONTINUE TO SUPPORT, DEVELOP, AND APPLY THE ONLINE GEOS-CHEM ATMOSPHERIC CHEMISTRY CAPABILITY IN THE GEOS ESM. SPECIFIC TASKS WILL INCLUDE (1) IMPLEMENTATION AND BENCHMARKING OF NEW GEOS-CHEM VERSIONS, (2) MODULARIZATION OF GEOS-CHEM COMPONENTS TO SERVE OTHER GEOS ATMOSPHERIC COMPOSITION MODULES, (3) ASSIMILATION OF OZONE AND TIR RADIANCES IN GEOS-CF FOR SIMULATION OF TROPOSPHERIC OZONE, AND (4) EVALUATION OF OFFLINE TRANSPORT ERRORS AND IMPLICATIONS FOR GEOS-CTM. | 1/9/2026 | (d) Between 6 Months and Up to 9 Months | $376,701.00 | $376,701.00 | 0.00 |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 80NSSC23K0883 | 22-22FOF1-PRO-0062, SUBORBITAL MEASUREMENTS OF WILDFIRE SMOKE TO ADVANCE MULTI-SENSOR COORDINATION OBSERVATIONS | 6/30/2025 | (b) Between 60 Days and 90 Days | $581,442.00 | $581,442.00 | 0.00 |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 80NSSC23K0926 | AURA SCIENCE TEAM ACTIVITIES AND GEOS-CHEM SUPPORT | 4/20/2026 | (f) More than 12 Months and Up to 18 Months | $855,842.00 | $976,839.00 | 120,997.00 |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 80NSSC23K1001 | 22-ACMAP22-0052 LONGWAVE AND SHORTWAVE STRATOSPHERIC AEROSOL RADIATIVE FORCING FROM MODELS AND SATELLITE OBSERVATIONS | 5/10/2026 | (f) More than 12 Months and Up to 18 Months | $259,232.00 | $454,698.00 | 195,466.00 |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 80NSSC23K1005 | A NEW METRIC OF STRATOSPHERIC MIXING FROM TRACE GAS INTERRELATIONSHIPS | 5/10/2026 | (f) More than 12 Months and Up to 18 Months | $245,613.00 | $429,799.00 | 184,186.00 |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 80NSSC23K1226 | AEROBOT MOUNTED VINE ROBOTS FOR SURFACE MOBILITY AND CONFINED SPACE EXPLORATION | 8/14/2027 | (h) More than 2 Years | $168,000.00 | $336,000.00 | 168,000.00 |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 80NSSC23K1430 | RODENT RESEARCH STANDARD HOUSING MISSION: MULTIDISCIPLINARY APPROACH TO UNDERSTANDING SPACEFLIGHT RESPONSES | 8/31/2026 | (f) More than 12 Months and Up to 18 Months | $79,364.00 | $238,092.00 | 158,728.00 |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 80NSSC24K1719 | DID EARTH HAVE A LATE VENEER? DETERMINING THE BEHAVIORS OF HIGHLY SIDEROPHILE ELEMENTS DURING CORE FORMATION | 11/30/2027 | (h) More than 2 Years | $50,000.00 | $148,145.00 | 98,145.00 |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 80NSSC24M0193 | NASA OPEN INNOVATION RESEARCH | 7/31/2025 | (c) Between 3 Months and Up to 6 Months | $197,214.54 | $200,000.00 | 2,785.46 |

| | | | | | | |
|---|---|---|---|---|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 80NSSC25K7163 | THE BEST ANALYSIS DONE FOR THE ENSEMBLE OF KEPLER AND TESS PLANETS TO DATE ASSUMES ALL PLANETS ARE CIRCULAR AND DERIVES THE MORE FUNDAMENTAL PARAMETERS LIKE THE PLANET RADIUS USING THE STELLAR PROPERTIES CALCULATED SEPARATELY. THIS METHOD IS INTERNALLY INCONSISTENT, RESULTING IN BIASED PLANETARY PARAMETERS AND A DISCREPANCY BETWEEN THE STELLAR DENSITY IMPLIED BY THE TRANSIT AND THE STELLAR DENSITY MEASURED FROM THE STAR. THE MAJORITY OF ED EXOPLANETS HAVE SINCE BEEN STATISTICALLY VALIDATED WITHO | 12/31/2027 | (h) More than 2 Years | $343,447.00 | $1,076,775.00 | 733,328.00 |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 80NSSC25K7208 | OUR FIRST OBJECTIVE WILL BE TO QUANTIFY ANNUAL METHANE EMISSIONS IN MAJOR US URBAN REGIONS WITH FOCUS ON LANDFILLS AND GAS DISTRIBUTION. THIS WILL USE A NEW CAPABILITY FOR ANALYTICAL INVERSIONS AT 12 12 KM2 RESOLUTION, AND AN INDEPENDENT QUANTIFICATION OF EMISSIONS FROM LARGE LANDFILLS WITH WIND-ROTATED AND OVERSAMPLED TROPOMI DATA. RESULTS WILL BE USED TO EVALUATE EMISSIONS FROM THE EPA GREENHOUSE GAS INVENTORY (GHGI) AND THE GREENHOUSE GAS REPORTING PROGRAM (GHGRP), WITH THE GOAL OF GUIDING IM | 10/17/2027 | (h) More than 2 Years | $271,292.00 | $836,540.00 | 565,248.00 |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 80NSSC25K7269 | EXECUTE A BALANCED SCIENCE PROGRAM BASED ON DISCIPLINE-SPECIFIC GUIDANCE FROM THE NATIONAL ACADEMIES OF SCIENCES, ENGINEERING, AND MEDICINE, ADMINISTRATION PRIORITIES, AND DIRECTION FROM CONGRESS. PARTICIPATE AS A KEY PARTNER AND ENABLER IN THE AGENCY S EXPLORATION INITIATIVE, FOCUSING ON SCIENTIFIC RESEARCH OF, ON, AND FROM THE MOON, LUNAR ORBIT, MARS, AND BEYOND. ADVANCE DISCOVERY IN EMERGING FIELDS BY IDENTIFYING AND EXPLOITING CROSS-DISCIPLINARY OPPORTUNITIES BETWEEN TRADITIONAL SCIENCE DISC | 12/31/2028 | (h) More than 2 Years | $315,433.00 | $1,107,561.00 | 792,128.00 |

GSAHarv_00000022

| | |
|---|---|
| **From:** | Brandon Bartel - B-C |
| **To:** | Simonpour, Alexander (HQ-AA000)[GSA] |
| **Subject:** | Re: [EXTERNAL] Urgent Grant Data Request |
| **Date:** | Wednesday, April 30, 2025 2:36:08 PM |
| **Attachments:** | Harvard Grants Excluding Hospital Systems - NASA.xlsx |

On Wed, Apr 30, 2025 at 2:03 PM Simonpour, Alexander (HQ-AA000)[GSA]
<alexander.simonpour@nasa.gov> wrote:

> Hi Brandon,
>
> Can you call me when you have some time?
>
> [Post production redaction]
>
> ---
>
> **From:** Brandon Bartel - B-C <brandon.bartel@gsa.gov>
> **Sent:** Wednesday, April 30, 2025 12:31:16 PM
> **To:** Simonpour, Alexander (HQ-AA000)[GSA] <alexander.simonpour@nasa.gov>
> **Subject:** [EXTERNAL] Urgent Grant Data Request
>
> Hi Alex -
>
> Josh asked me to work with agencies to collect a few data points for a small subset of grants
> by the end of the day. Are you the best POC at NASA for this? I will need current outlays
> for each grant and the current unliquidated obligations/unspent funds for each grant.
>
> I have about 22 NASA grants in this subset.
>
> Thanks,
> Brandon

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Grant Typ | PIID | Recipient | Recipient Name | Recipient | Recipient | Period of Per | Period of Perf | Total Obli | Current total Outlayed | Current Unspent Amount |
| 2 | PROJECT ( | 80NSSC25K7269 | LN53LCFJ | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | | | 1/1/2025 | 12/31/2028 | 315433 | | |
| 3 | PROJECT ( | 80NSSC25K7163 | LN53LCFJ | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | | | 1/1/2025 | 12/31/2027 | 343447 | | |
| 4 | PROJECT ( | 80NSSC24K1719 | LN53LCFJ | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | | | 12/1/2024 | 11/30/2027 | 50000 | | |

GSAHarv_00000024

| | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Transaction Description | Awarding | Awarding Agency Name | Awarding | Awarding | Funding A | Funding A | Funding C | Funding C | Funding S | Funding S | USASpenc | Grouped I | Is_Hospital | |
| 2 | EXECUTE A BALANCED SCIENCE PROGRAM BASED ON DISCIPLINE-SPECIFIC GUIDANCE FROM THE NATIONAL ACADEMIES OF SCIENCES ENGINEERING AND MEDICINE ADMINISTRATION PRIORITIES AND DIRECTION FROM CONGRESS. PARTICIPATE AS A KEY PARTNER AND ENABLER IN THE AGENCY S EXPLORATION INITIATIVE FOCUSING ON SCIENTIFIC RESEARCH OF ON AND FROM THE MOON LUNAR ORBIT MARS AND BEYOND. ADVANCE DISCOVERY IN EMERGING FIELDS BY IDENTIFYING AND EXPLOITING CROSS-DISCIPLINARY OPPORTUNITIES BETWEEN TRADITIONAL SCIENCE DISCIPLINES. DEVELOP A DIRECTORATE-WIDE TARGET-USER FOCUSED APPROACH TO APPLIED PROGRAMS INCLUDING EARTH SCIENCE APPLICATIONS SPACE WEATHER PLANETARY DEFENSE AND SPACE SITUATIONAL AWARENESS. | 80 | National Aeronautics and Space Admi | 8000 | National A | 80 | National A | 80NSSC | NASA SHA | 8000 | National A | https://wv | HARVARD COLLEGE | | |
| 3 | THE BEST ANALYSIS DONE FOR THE ENSEMBLE OF KEPLER AND TESS PLANETS TO DATE ASSUMES ALL PLANETS ARE CIRCULAR AND DERIVES THE MORE FUNDAMENTAL PARAMETERS LIKE THE PLANET RADIUS USING THE STELLAR PROPERTIES CALCULATED SEPARATELY. THIS METHOD IS INTERNALLY INCONSISTENT RESULTING IN BIASED PLANETARY PARAMETERS AND A DISCREPANCY BETWEEN THE STELLAR DENSITY IMPLIED BY THE TRANSIT AND THE STELLAR DENSITY MEASURED FROM THE STAR. THE MAJORITY OF ED EXOPLANETS HAVE SINCE BEEN STATISTICALLY VALIDATED WITHOUT RADIAL VELOCITIES MEANING THE PLANET PARAMETERS BIASED BY AN ASSUMED CIRCULAR ORBIT ARE CURRENTLY THE DEFINITIVE REFERENCE FOR THE MAJORITY OF ED EXOPLANETS. THIS BIAS MOST DIRECTLY IMPACTS THE SCALED SEMI-MAJOR AXIS WHICH FEEDS DIRECTLY INTO THE MOST FUNDAMENTAL INFERENCES ABOUT PLANETS LIKE PLANET OCCURRENCE RATES. EXOFASTV2 WHICH SIMULTANEOUSLY MODELS THE TRANSIT LIGHT CURVE A SPECTRAL ENERGY DISTRIBUTION AND A STELLAR EVOLUTIONARY TRACK WHILE USING KEPLER'S LAW TO ENSURE THE MODEL PARAMETERS ARE SELF CONSISTENT IS CAPABLE OF MEASURING A PRECISE ECCENTRICITY USING NOTHING BUT THE TRANSIT PHOTOMETRY AND CATALOG DATA THAT IS ALREADY AVAILABLE FOR ESSENTIALLY ALL TRANSITING EXOPLANET CANDIDATES NOW AND IN THE FORESEEABLE FUTURE. WE DEMONSTRATE THAT WE CAN USE SUCH A GLOBAL MODEL TO CONSTRAIN THE ECCENTRICITY WITHOUT RADIAL VELOCITIES THAT IS REMARKABLY PRECISE AND PERFECTLY CONSISTENT WITH THE RESULT FROM RADIAL VELOCITIES. FURTHER WE SHOW THAT EVEN IN THE LOW SIGNAL TO NOISE REGIME OF AN EARTH-SIZED PLANET THE METHOD STILL PROVIDES A MEANINGFUL ECCENTRICITY CONSTRAINT | 80 | National Aeronautics and Space Admi | 8000 | National A | 80 | National A | 80NSSC | NASA SHA | 8000 | National A | https://wv | HARVARD COLLEGE | | |
| 4 | DID EARTH HAVE A LATE VENEER? DETERMINING THE BEHAVIORS OF HIGHLY SIDEROPHILE ELEMENTS DURING CORE FORMATION | 80 | National Aeronautics and Space Admi | 8000 | National A | 80 | National A | 80NSSC | NASA SHA | 8000 | National A | https://wv | HARVARD COLLEGE | | |

GSAHarv_00000025

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Grant Typ | PIID | Recipient | Recipient Name | Recipient | Recipient | Period of Per | Period of Perfc | Total Obli | Current total Outlayed | Current Unspent Amount |
| 5 | PROJECT ( | 80NSSC25K7208 | LN53LCFJ | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | | | 10/18/2024 | 10/17/2027 | 271292 | | |
| 6 | PROJECT ( | 80NSSC23K1226 | LN53LCFJ | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | | | 8/22/2024 | 8/14/2027 | 168000 | | |
| 7 | PROJECT ( | 80NSSC23K1430 | JDLVAVGY | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | | PRESIDEN | 9/1/2023 | 8/31/2026 | 79364 | | |
| 8 | PROJECT ( | 80NSSC23K1001 | LN53LCFJ | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | | | 8/1/2024 | 5/10/2026 | 259232 | | |
| 9 | PROJECT ( | 80NSSC23K1005 | LN53LCFJ | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | | | 9/27/2024 | 5/10/2026 | 245613 | | |
| 10 | PROJECT ( | 80NSSC23K0926 | LN53LCFJ | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | | | 11/26/2024 | 4/20/2026 | 640736 | | |
| 11 | PROJECT ( | 80NSSC23K0489 | LN53LCFJ | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | | | 1/15/2025 | 1/9/2026 | 376701 | | |

GSAHarv_00000026

| | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Transaction Description | Awarding | Awarding Agency Name | Awarding | Awarding | Funding A | Funding A | Funding C | Funding C | Funding S | Funding S | USASpend | Grouped I | Is_Hospital | |
| 5 | OUR FIRST OBJECTIVE WILL BE TO QUANTIFY ANNUAL METHANE EMISSIONS IN MAJOR US URBAN REGIONS WITH FOCUS ON LANDFILLS AND GAS DISTRIBUTION. THIS WILL USE A NEW CAPABILITY FOR ANALYTICAL INVERSIONS AT 12 12 KM2 RESOLUTION AND AN INDEPENDENT QUANTIFICATION OF EMISSIONS FROM LARGE LANDFILLS WITH WIND-ROTATED AND OVERSAMPLED TROPOMI DATA. RESULTS WILL BE USED TO EVALUATE EMISSIONS FROM THE EPA GREENHOUSE GAS INVENTORY (GHGI) AND THE GREENHOUSE GAS REPORTING PROGRAM (GHGRP) WITH THE GOAL OF GUIDING IMPROVEMENTS IN THESE INVENTORIES. OUR SECOND OBJECTIVE WILL BE TO QUANTIFY ANNUAL NATIONAL ANTHROPOGENIC EMISSIONS WORLDWIDE WITH UP TO 25-KM RESOLUTION AND ATTRIBUTION TO SOURCE SECTORS. THIS WILL SERVE THE CONSIDERABLE STAKEHOLDER DEMAND FOR TOP-DOWN INFORMATION TO EVALUATE AND IMPROVE THE BOTTOM-UP INVENTORIES REPORTED BY INDIVIDUAL COUNTRIES TO THE UNFCCC UNDER THE PARIS AGREEMENT AND THE GLOBAL METHANE PLEDGE. WE WILL TILE THE WORLD WITH CONTINENTAL-SCALE INVERSIONS COVERING ALMOST ALL COUNTRIES IN THE WORLD. WE WILL USE THE RESULTS TO DETERMINE HOW EMISSION FACTORS FOR DIFFERENT SECTORS VARY BETWEEN COUNTRIES AND THE IMPLICATIONS FOR POLICIES TO MITIGATE METHANE EMISSIONS. OUR THIRD OBJECTIVE WILL BE TO DEVELOP A GLOBAL BOTTOM-UP INVENTORY FOR RICE EMISSIONS WITH HIGH SPATIAL RESOLUTION AND MONTHLY TEMPORAL RESOLUTION BY USING A NEW 30-M LANDSAT DATA PRODUCT FOR INUNDATED VEGETATION TOGETHER WITH CROPLAND INFORMATION. | 80 | National Aeronautics and Space Admi | 8000 | National A | 80 | National A | 80NSSC | NASA SHA | 8000 | National A | https://w | HARVARD COLLEGE | | |
| 6 | HIGHLY EXTENDABLE VINE ROBOTS FOR PLANETARY EXPLORATION AND SAMPLING | 80 | National Aeronautics and Space Admi | 8000 | National A | 80 | National A | 80NSSC | NASA SHA | 8000 | National A | https://w | HARVARD COLLEGE | | |
| 7 | RODENT RESEARCH STANDARD HOUSING MISSION: MULTIDISCIPLINARY APPROACH TO UNDERSTANDING SPACEFLIGHT RESPONSES | 80 | National Aeronautics and Space Admi | 8000 | National A | 80 | National A | 80NSSC | NASA SHA | 8000 | National A | https://w | HARVARD COLLEGE | | |
| 8 | 22-ACMAP22-0052 LONGWAVE AND SHORTWAVE STRATOSPHERIC AEROSOL RADIATIVE FORCING FROM MODELS AND SATELLITE OBSERVATIONS | 80 | National Aeronautics and Space Admi | 8000 | National A | 80 | National A | 80NSSC | NASA SHA | 8000 | National A | https://w | HARVARD COLLEGE | | |
| 9 | 22-ACMAP22-0038 A NEW METRIC OF STRATOSPHERIC MIXING FROM TRACE GAS INTERRELATIONSHIPS | 80 | National Aeronautics and Space Admi | 8000 | National A | 80 | National A | 80NSSC | NASA SHA | 8000 | National A | https://w | HARVARD COLLEGE | | |
| 10 | AURA SCIENCE TEAM ACTIVITIES AND GEOS-CHEM SUPPORT | 80 | National Aeronautics and Space Admi | 8000 | National A | 80 | National A | 80NSSC | NASA SHA | 8000 | National A | https://w | HARVARD COLLEGE | | |
| 11 | THIS PROJECT WILL CONTINUE TO SUPPORT DEVELOP AND APPLY THE ONLINE GEOS-CHEM ATMOSPHERIC CHEMISTRY CAPABILITY IN THE GEOS ESM. SPECIFIC TASKS WILL INCLUDE (1) IMPLEMENTATION AND BENCHMARKING OF NEW GEOS-CHEM VERSIONS (2) MODULARIZATION OF GEOS-CHEM COMPONENTS TO SERVE OTHER GEOS ATMOSPHERIC COMPOSITION MODULES (3) ASSIMILATION OF OZONE AND TIR RADIANCES IN GEOS-CF FOR SIMULATION OF TROPOSPHERIC OZONE AND (4) EVALUATION OF OFFLINE TRANSPORT ERRORS AND IMPLICATIONS FOR GEOS-CTM. | 80 | National Aeronautics and Space Admi | 8000 | National A | 80 | National A | 80NSSC | NASA SHA | 8000 | National A | https://w | HARVARD COLLEGE | | |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Grant Typ | PIID | Recipient | Recipient Name | Recipient | Recipient | Period of Per | Period of Perf | Total Obli | Current total Outlayed | Current Unspent Amount |
| 12 | PROJECT ( | 80NSSC22K0233 | LN53LCFJ | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | | | 2/19/2025 | 12/31/2025 | 867388 | | |
| 13 | COOPERA | 80NSSC21M0002 | LN53LCFJ | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | | | 2/13/2025 | 12/31/2025 | 3689711 | | |
| 14 | PROJECT ( | 80NSSC19K0326 | LN53LCFJ | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | | | 12/10/2024 | 12/31/2025 | 7680199 | | |
| 15 | PROJECT ( | 80NSSC22K0135 | LN53LCFJ | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | | | 12/3/2024 | 12/31/2025 | 371488 | | |
| 16 | PROJECT ( | 80NSSC22K0817 | LN53LCFJ | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | | | 6/3/2024 | 10/31/2025 | 36110 | | |
| 17 | PROJECT ( | 80NSSC22K1837 | LN53LCFJ | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | | | 11/26/2024 | 8/28/2025 | 674655 | | |
| 18 | PROJECT ( | 80NSSC22K1892 | LN53LCFJ | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | | | 8/29/2024 | 8/25/2025 | 827042 | | |
| 19 | PROJECT ( | 80NSSC21K1443 | LN53LCFJ | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | | | 7/18/2024 | 7/31/2025 | 602062 | | |
| 20 | COOPERA | 80NSSC24M0193 | LN53LCFJ | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | | | 12/12/2024 | 7/31/2025 | 197214 | | |
| 21 | PROJECT ( | 80NSSC21K1069 | LN53LCFJ | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | | | 7/29/2024 | 7/12/2025 | 276651 | | |
| 22 | PROJECT ( | 80NSSC23K0883 | LN53LCFJ | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | | | 12/10/2024 | 6/30/2025 | 581442 | | |

GSAHarv_00000028

| | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Transaction Description | Awarding | Awarding Agency Name | Awarding | Awarding | Funding A | Funding A | Funding C | Funding C | Funding S | Funding S | USASpend | Grouped I | Is_Hospital | |
| 12 | 21-XRP21-0010 MINERVA: A DEDICATED GLOBAL PRECISE RADIAL VELOCITY MACHINE FOR FOLLOW-UP OBSERVATIONS OF TRANSITING PLANETSV | | 80 National Aeronautics and Space Admi | 8000 | National A | 80 | National A | 80NSSC | NASA SHA | | 8000 National A | https://wv | HARVARD COLLEGE | | |
| 13 | 20-SCIACT20-0002 COSMIC STORYTELLING WITH NASA DATA: TOOLS FOR EXPLORING DATA SCIENCE | | 80 National Aeronautics and Space Admi | 8000 | National A | 80 | National A | 80NSSC | NASA SHA | | 8000 National A | https://wv | HARVARD COLLEGE | | |
| 14 | THERE IS A COMPELLING NEED FOR INTENSIVE STUDY OF CONVECTIVE IMPACTS ON THE SUMMER STRATOSPHERE OVER NORTH AMERICA. EACH SUMMER THE NORTH AMERICAN MONSOON ANTICYCLONE (NAMA) DOMINATES THE CIRCULATION OF THE NORTH-WESTERN HEMISPHERE AND ACTS TO PARTIALLY CONFINE AND ISOLATE AIR FROM THE SURROUNDING ATMOSPHERE. STRONG CONVECTIVE STORMS IN THE NAMA REGULARLY PENETRATE DEEP INTO THE LOWER STRATOSPHERE (LS) WITH SOME ASCENDING ABOVE 20 KM (~450 K POTENTIAL TEMPERATURE). THE UNIQUENESS OF THE NAMA REGION IS MOST EASILY SEEN IN SATELLITE MEASUREMENTS OF WATER VAPOR WHICH SHOW A LARGE ENHANCEMENT IN THE LS OVER NORTH AMERICA NOT SEEN EITHER IN MAGNITUDE OR AT SUCH HIGH LATITUDES ELSEWHERE AROUND THE GLOBE. BUT THE COUPLING OF TROPOPAUSE-PENETRATING CONVECTION WITH LARGE-SCALE MONSOONAL MOTION IS POORLY UNDERSTOOD AS IS THE IMPACT OF CONVECTION ON THE CHEMICAL COMPOSITION OF THE LS BOTH IN MONSOON REGIONS AND IN THE GLOBAL STRATOSPHERE WHICH RECEIVES INPUTS OF MOIST AND POLLUTED MONSOON AIR FROM THE NAMA. THE DYNAMICS AND CHEMISTRY OF THE SUMMER STRATOSPHERE (DCOTSS) PROPOSAL DIRECTLY ADDRESSES THIS KNOWLEDGE GAP. | | 80 National Aeronautics and Space Admi | 8000 | National A | 80 | National A | 80NSSC | NASA SHA | | 8000 National A | https://wv | HARVARD COLLEGE | | |
| 15 | REASSESSING MARTIAN DYNAMO HISTORY USING HIGH-RESOLUTION PALEOMAGNETIC.IMAGING AND UPDATED ORBITAL MAGNETOMETRY | | 80 National Aeronautics and Space Admi | 8000 | National A | 80 | National A | 80NSSC | NASA SHA | | 8000 National A | https://wv | HARVARD COLLEGE | | |
| 16 | SIMULATING LUMINOUS BLACK HOLE ACCRETION DISKS AND CORONAE | | 80 National Aeronautics and Space Admi | 8000 | National A | 80 | National A | 80NSSC | NASA SHA | | 8000 National A | https://wv | HARVARD COLLEGE | | |
| 17 | 21-S2SHYD-21-0024 IMPROVING SUB-SEASONAL TEMPERATURE PRECIPITATION AND HYDROLOGICAL FORECASTS.OVER NORTH AMERICA THROUGH ONLINE BIAS CORRECTION. | | 80 National Aeronautics and Space Admi | 8000 | National A | 80 | National A | 80NSSC | NASA SHA | | 8000 National A | https://wv | HARVARD COLLEGE | | |
| 18 | 21-APRA21-0083 DEVELOPMENT OF A THROUGH SILICON VIA (TSV)-ENABLED HREXI DETECTOR MODULE (HDM) | | 80 National Aeronautics and Space Admi | 8000 | National A | 80 | National A | 80NSSC | NASA SHA | | 8000 National A | https://wv | HARVARD COLLEGE | | |
| 19 | IMPROVED UNDERSTANDING OF OXYGENATED VOLATILE ORGANIC COMPOUNDS (OVOCS) IN POLLUTED AND REMOTE ATMOSPHERES USING KORUS-AQ AND ATOM DATA: IMPLICATIONS FOR INTERPRETING SATELLITE OBSERVATIONS OF FORMALDEHYDE AND GLYOXAL | | 80 National Aeronautics and Space Admi | 8000 | National A | 80 | National A | 80NSSC | NASA SHA | | 8000 National A | https://wv | HARVARD COLLEGE | | |
| 20 | NASA OPEN INNOVATION RESEARCH | | 80 National Aeronautics and Space Admi | 8000 | National A | 80 | National A | 80NSSC | NASA SHA | | 8000 National A | https://wv | HARVARD COLLEGE | | |
| 21 | WE WILL USE THIS ANALYSIS TO CRITICALLY ASSESS SYSTEMATIC BIASES AS A FUNCTION OF TOPOGRAPHY SEASON TIME OF DAY CLOUD EFFECTS ETC. | | 80 National Aeronautics and Space Admi | 8000 | National A | 80 | National A | 80NSSC | NASA SHA | | 8000 National A | https://wv | HARVARD COLLEGE | | |
| 22 | 22-22FOF1-PRO-0062 SUBORBITAL MEASUREMENTS OF WILDFIRE SMOKE TO ADVANCE MULTI-SENSOR COORDINATION OBSERVATIONS | | 80 National Aeronautics and Space Admi | 8000 | National A | 80 | National A | 80NSSC | NASA SHA | | 8000 National A | https://wv | HARVARD COLLEGE | | |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Grant Typ | PIID | Recipient | Recipient Name | Recipient | Recipient | Period of Per | Period of Perf | Total Obli | Current total Outlayed | Current Unspent Amount |
| 23 | PROJECT ( | 80NSSC21K1200 | LN53LCFJ | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | | | 7/17/2024 | 6/2/2025 | 1000000 | | |

| | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Transaction Description** | **Awarding** | **Awarding Agency Name** | **Awarding** | **Awarding** | **Funding A** | **Funding A** | **Funding C** | **Funding C** | **Funding S** | **Funding S** | **USASpend** | **Grouped I** | **Is_Hospita** | |
| 23 | WE PROPOSE OPERATIONAL SUPPORT FOR OUR AIRBORNE INSTRUMENTS TO MEASURE CO2 CH4 CO AND N2O IN NASA AIRBORNE AND BALLOON FIELD CAMPAIGNS IN THE UPPER TROPOSPHERE AND LOWER STRATOSPHERE. | 80 | National Aeronautics and Space Admi | 8000 | National A | 80 | National A | 80NSSC | NASA SHA | 8000 | National A | https://ww | HARVARD COLLEGE | | |

GSAHarv_00000031

| | |
|---|---|
| **From:** | Brandon Bartel - B-C |
| **To:** | Simonpour, Alexander (HQ-AA000)[GSA] |
| **Subject:** | Re: [EXTERNAL] Urgent Grant Data Request |
| **Date:** | Wednesday, April 30, 2025 5:00:55 PM |
| **Attachments:** | image001.png |
| | image002.png |

Sounds good - I will leave it in. However, it does look like the unspent amount is $0.

On Wed, Apr 30, 2025 at 4:38 PM Simonpour, Alexander (HQ-AA000)[GSA] <alexander.simonpour@nasa.gov> wrote:

> Hmmm, weird.
>
> I see it in USA Spending, but I don't see it on my active Contracts/Grants Dashboard. Lets include it on the list
>
> 
>
> **Alex Simonpour**
>
> Advisor
>
> Mary W. Jackson NASA Headquarters
>
> 300 E Street SW, Washington, DC 20546
> alexander.simonpour@nasa.gov

**From:** Brandon Bartel - B-C <brandon.bartel@gsa.gov>
**Sent:** Wednesday, April 30, 2025 4:11 PM
**To:** Simonpour, Alexander (HQ-AA000)[GSA] <alexander.simonpour@nasa.gov>
**Subject:** Re: [EXTERNAL] Urgent Grant Data Request

Let me know if you are able to find that PIID! Otherwise, I will just flag it in our document.

On Wed, Apr 30, 2025 at 2:44 PM Brandon Bartel - B-C <brandon.bartel@gsa.gov> wrote:

Thank you! This is the PIID that was not found:

80NSSC22K0817

On Wed, Apr 30, 2025 at 2:35 PM Simonpour, Alexander (HQ-AA000)[GSA] <alexander.simonpour@nasa.gov> wrote:

**From:** Brandon Bartel - B-C <brandon.bartel@gsa.gov>
**Sent:** Wednesday, April 30, 2025 12:31 PM
**To:** Simonpour, Alexander (HQ-AA000)[GSA] <alexander.simonpour@nasa.gov>
**Subject:** [EXTERNAL] Urgent Grant Data Request

Hi Alex -

Josh asked me to work with agencies to collect a few data points for a small subset of grants by the end of the day. Are you the best POC at NASA for this? I will need current outlays for each grant and the current unliquidated obligations/unspent funds for each grant.

I have about 22 NASA grants in this subset.

Thanks,

Brandon

| From: | Josh Gruenbaum - Q |
|---|---|
| To: | Simonpour, Alexander (HQ-AA000)[GSA] |
| Subject: | Re: [EXTERNAL] Re: Coordination |
| Date: | Thursday, May 8, 2025 11:08:37 PM |
| Attachments: | image001.png |
| | image002.png |

**DPP**



**U.S. General Services Administration**

**Josh Gruenbaum**
Commissioner of Federal Acquisition Service

josh.gruenbaum@gsa.gov

On Thu, May 8, 2025 at 11:07 PM Simonpour, Alexander (HQ-AA000)[GSA]
<alexander.simonpour@nasa.gov> wrote:

> For NASA (assuming we only terminate 5 of the 22 contracts):
>
> Ceiling value: $12,420,264.00
>
> Obligated: $12,248,550.54
>
> Savings: $171,713.46
>
> **DPP**
>
> Thanks.
>
> **Alex Simonpour**
>
> Advisor
>
> Mary W. Jackson NASA Headquarters
>
> 300 E Street SW, Washington, DC 20546
> alexander.simonpour@nasa.gov
>
> Post production redaction

**From:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Sent:** Thursday, May 8, 2025 10:04 PM
**To:** Kambli, Abhishek (OASG) <Abhishek.Kambli@usdoj.gov>; Roth, Yaakov M (CIV) <Yaakov.M.Roth@usdoj.gov>; Hoyt, Joshua T. EOP/WHO <█████████w████.gov>; Hickey, James P (Jim) JR SES (USA) <james.p.hickey26.civ@mail.mil>; Weiss, Yinon CIV (USA) <yinon.weiss.civ@mail.mil>; Blake, Adam <adam.blake@hq.doe.gov>; Ramada, Adam <adam.ramada@ed.gov>; Langmack, Scott <scott.langmack@hud.gov>; Godfrey, Cooper (Federal) <cgodfrey@doc.gov>; Butler, Patrick (Federal) <PButler@doc.gov>; Simonpour, Alexander (HQ-AA000)[GSA] <alexander.simonpour@nasa.gov>; Horne, Marvin L. (HQ-LP010) <marvin.l.horne@nasa.gov>; Jackson, Karla Smith (HQ-LP010) <karla.s.jackson@nasa.gov>; Rice, Garey (HHS/ASFR) <Garey.Rice1@hhs.gov>; Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>; Keveney, Sean (HHS/OGC) <sean.keveney@hhs.gov>; Memoli, Matthew (NIH/OD) [E] <matthew.memoli@nih.gov>; Trampe, Katrine M <katrine_trampe@ios.doi.gov>; Lichtman, Jeremy - OSEC, DC <Jeremy.Lichtman@usda.gov>; Kliger, Gavin - OSEC, DC <Gavin.Kliger@usda.gov>; Michael.P.Cole@usda.gov; Terrell, Zachary (OS/IOS) <zachary.terrell@hhs.gov>; Samuel.Corcos@treasury.gov; Lewin, Jeremy <lewinj@state.gov>
**Cc:** Mailman, May EOP/WHO ████████████n@████████
**Subject:** [EXTERNAL] Re: Coordination

Abhi/Josh, 

Thanks!

**U.S. General Services Administration**

**Josh Gruenbaum**

Commissioner of Federal Acquisition Service

josh.gruenbaum@gsa.gov

On Thu, May 8, 2025 at 7:41 PM Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov> wrote:

Copying everyone onto one

DPP/ACP

In interim, Josh (WHCO), Yaakov and Abhi (DOJ)                DPP/ACP

DPP/ACP



DPP/ACP

**U.S. General Services Administration**

**Josh Gruenbaum**

Commissioner of Federal Acquisition Service

*josh.gruenbaum@gsa.gov*

GSAHarv_00000037

| From: | Josh Gruenbaum - Q |
|---|---|
| To: | Brandon Bartel - B-C |
| Cc: | Cooper, Renee (HHS/ASFR); Kuruvilla, Jacob (HHS/ASFR); Stone, Brian; Marrongelle, Karen A.; Hickey, James P (Jim) JR SES (USA); Simonpour, Alexander (HQ-AA000)[GSA]; Blake, Adam; Coe, Carl; Ramada, Adam; Marshall Wood - A; Trampe, Katrine M; Hassen, Tyler L; Luby, Matthew P; Lichtman, Jeremy - OSEC, DC; Langmack, Scott; Matthew Johnson; Allen, Lara (OJP); Short, Victoria; James, Sharon D; Ethan Shaotran - AD; Ethan Shaotran - NOAA Federal; Terrell, Zachary (OS/IOS); Weiss, Yinon CIV (USA); Alexander Simonpour - A; Morgan, Brooks; Michael.P.Cole@usda.gov; Berry, Samuel - OSEC, DC; Makecha, Tarak (JMD); SCHUTT, KYLE; HOFFMAN, ADAM; Samuel.Corcos@treasury.gov; Lewin, Jeremy |
| Subject: | [EXTERNAL] Re: Harvard Unspent Funds |
| Date: | Thursday, May 8, 2025 11:30:14 AM |
| Attachments: | Harvard Grants Excluding Hospitals - Unspent Funds (1).pdf |

Brandon please send this group the backup line items so they have for each grant ASAP



**U.S. General Services Administration**

**Josh Gruenbaum**
Commissioner of Federal Acquisition Service

▬▬▬▬▬▬

*josh.gruenbaum@gsa.gov*

On Thu, May 8, 2025 at 11:08 AM Brandon Bartel - B-C <brandon.bartel@gsa.gov> wrote:
Hi All -

Josh asked me to pass along this table.

Thanks,
Brandon

GSAHarv_00000038

## Grants - Unliquidated Funds from Agencies

| *Awarding Agency Name* | Grants | Obligations | Current Unspent Amount |
|---|---|---|---|
| Department of Health and Human Services | 695 | $2,360,790,330 | $ 346,748,383 |
| National Science Foundation | 206 | $ 216,806,462 | $ 56,214,480 |
| Department of Defense | 72 | $ 119,587,893 | $ 38,884,903 |
| National Aeronautics and Space Administration | 22 | $ 19,553,780 | $ 3,675,325 |
| Department of Energy | 18 | $ 72,534,694 | $ 6,154,908 |
| Department of Education | 13 | $ 24,988,041 | $ 10,813,135 |
| National Endowment for the Humanities | 6 | $ 1,535,986 | $ 797,368 |
| Department of the Interior | 4 | $ 843,293 | $ 150,614 |
| Department of Agriculture | 4 | $ 729,471 | $ 289,931 |
| Department of Housing and Urban Development | 3 | $ 2,058,062 | $ 622,066 |
| Agency for International Development | 3 | $ 3,753,318 | $ 1,971,518 |
| Department of Justice | 2 | $ 1,784,113 | $ 654,195 |
| Department of Homeland Security | 2 | $ 2,735,205 | $ 846,629 |
| United States Institute of Peace | 1 | $ 100,000 | $ 100,000 |
| National Endowment for the Arts | 1 | $ 85,000 | $ 85,000 |
| Institute of Museum and Library Services | 1 | $ 63,945 | $ 57,648 |
| Department of the Treasury | 1 | $ 20,000 | $ 12,409 |
| Department of State | 1 | $ 15,000 | $ 9,000 |
| Department of Commerce | 1 | $ 393,645 | $ 385,067 |
| **Grand Total** | **1056** | **$2,828,378,238** | **$ 468,472,578** |

GSAHarv_00000039

| | |
|---|---|
| **From:** | Brandon Bartel - B-C |
| **To:** | Josh Gruenbaum - Q |
| **Cc:** | Cooper, Renee (HHS/ASFR); Kuruvilla, Jacob (HHS/ASFR); Stone, Brian; Marrongelle, Karen A.; Hickey, James P (Jim) JR SES (USA); Simonpour, Alexander (HQ-AA000)[GSA]; Blake, Adam; Coe, Carl; Ramada, Adam; Marshall Wood - A; Trampe, Katrine M; Hassen, Tyler L; Luby, Matthew P; Lichtman, Jeremy - OSEC, DC; Langmack, Scott; Matthew Johnson; Allen, Lara (OJP); Short, Victoria; James, Sharon D; Ethan Shaotran - AD; Ethan Shaotran - NOAA Federal; Terrell, Zachary (OS/IOS); Weiss, Yinon CIV (USA); Alexander Simonpour - A; Morgan, Brooks; Michael.P.Cole@usda.gov; Berry, Samuel - OSEC, DC; Makecha, Tarak (JMD); SCHUTT, KYLE; HOFFMAN, ADAM; Samuel.Corcos@treasury.gov; Lewin, Jeremy |
| **Subject:** | [EXTERNAL] Re: Harvard Unspent Funds |
| **Date:** | Thursday, May 8, 2025 11:34:38 AM |
| **Attachments:** | Harvard Grants - Line Item.xlsx |

Please see the line items attached.

On Thu, May 8, 2025 at 11:30 AM Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov> wrote:



 **U.S. General Services Administration**

**Josh Gruenbaum**
Commissioner of Federal Acquisition Service

josh.gruenbaum@gsa.gov

On Thu, May 8, 2025 at 11:29 AM Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov> wrote:
Brandon please send this group the backup line items so they have for each grant ASAP

 **U.S. General Services Administration**

**Josh Gruenbaum**
Commissioner of Federal Acquisition Service

josh.gruenbaum@gsa.gov

On Thu, May 8, 2025 at 11:08 AM Brandon Bartel - B-C <brandon.bartel@gsa.gov> wrote:
Hi All -

Josh asked me to pass along this table.

Thanks,
Brandon