IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br> *Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br> *Defendants*. | Civil Action No. 1:25-cv-11048 |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, please enter the appearance of the undersigned attorney in the above-captioned case as counsel for the Defendants.

Dated: July 15, 2025

Respectfully submitted,

BRETT SHUMATE
Assistant Attorney General

/S/*Michael K. Velchik*
MICHAEL K. VELCHIK
Senior Counsel
Civil Division
United States Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
Phone: (202) 860-8388
E-mail: michael.velchik@usdoj.gov

*Attorneys for Defendants*

1

2

**<u>CERTIFICATE OF SERVICE</u>**

    I hereby certify that a true copy of the above document was served upon Plaintiffs' counsel by the Electronic Case Filing system on July 15, 2025.

/s/Michael K. Velchik
MICHAEL K. VELCHIK