A. Sahi
105 India Hill
Carlisle, MA 01741

To: Clerk
US District Court
1 Courthouse Way
Boston, MA 02210

BOSTON MA 020
21 JUL 2025 PM 3

FOREVER / USA

USMS Screened

Dog Bite Awareness
DogBiteAwareness